Michael G. Marderosian, No. 77296
Brett L. Runyon, No. 133501
Michael E. Lehman, No. 133523
Charles A. Leath, No. 225119
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, California 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Michael J. Bidart, No. 60582
Ricardo Echeverria, No. 166049
Gregory L. Bentley, No. 151147
SHERNOFF, BIDART & DARRAS
600 South Indian Hill Boulevard
Claremont, CA 91711-5498
Telephone: (909) 621-4935
Facsimile: (909) 625-6915

Jack Silver, No. 160575
LAW OFFICE OF JACK SILVER
Post Office Box 5469
Santa Rosa, California 95402
Telephone: (707) 829-0934
Facsimile: (707) 528-8675

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDNA AFFHOLTER, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> FRANKLIN COUNTY WATER DISTRICT, ET AL., <br><br> Defendants. | Case No. 1:07-cv-0388 OWW DLB <br><br> **PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN'S AD LITEM (FOR MINORS 14 YEARS AND OLDER)** |

Petitioners state as follows:

1.  This Petition is submitted pursuant to Federal Rules of Civil Procedure 17(c) and Eastern Local Rule 17-202, for purposes of establishing a Guardian ad Litem for the minor plaintiffs (over 14 years of age) identified in the attachments to this Petition.

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

Petition and Order for Appointment of
Guardian's ad Litem (For Minors 14 Years and Older)

1  2.  The minors identified in the attachments to this Petition are named plaintiffs in the
2  above-captioned matter arising out of Clean Water Act violations; soil and water contamination;
3  and flooding events in April of 2006.  The damages sought in this action by plaintiffs in this
4  action, including the minor plaintiffs, include, but are not limited to personal injuries and
5  emotional distress damages arising out of the flooding event in April of 2006, as identified in
6  plaintiffs' First Amended Complaint.  Further, damages will be sought for past and continuing
7  exposure to soil, groundwater and airborne contaminants from the April 2006 flooding event and
8  from the past and continuing exposure to contaminants as a result of defendants' conduct.
9  3.  Each of the minors identified in the documents attached to this Petition have no
10 general guardian and no previous Petition for appointment of Guardian ad Litem has been filed in
11 this matter.
12 4.  Petitioners as identified in the attachments to this Petition are competent and
13 responsible persons, fully competent to act as Guardian ad Litems, for each of the minor identified
14 in the attached documents.
15 5.  Petitioners are willing to act as Guardian ad Litems for the minors, as appear by
16 their consent attached hereto.
17 WHEREFORE, Petitioners move this court for an order appointing them as Guardian ad
18 Litems of the minor plaintiffs for the purpose of prosecuting the above-captioned action on their
19 behalf.

20 Dated: July 2, 2007                                      MARDEROSIAN, RUNYON, CERCONE
                                                           LEHMAN & ARMO

                                                           By: /s/ Michael G. Marderosian, Esq.
23                                                             MICHAEL G. MARDEROSIAN,
                                                               Attorney for Petitioners and
24                                                             Minors and/or Incompetents

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

2

Petition and Order for Appointment of
Guardian's ad Litem (For Minors 14 Years and Older)

**ORDER**

The Petition for an order appointing Petitioners as Guardian ad Litems for the minors (over 14 years of age) identified in the attached Consent to Act as Guardian ad Litem is GRANTED.

This order appointing the Guardian ad Litems as identified in the attached document, is hereby deemed an amendment to plaintiffs' First Amended Complaint for purposes of identifying minor and/or incompetent plaintiffs and their Guardian ad Litem.  No further amendment of the Complaint is required.

IT IS SO ORDERED.

**Dated:   July 2, 2007**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

3

Petition and Order for Appointment of
Guardian's ad Litem (For Minors 14 Years and Older)