Michael G. Marderosian, No. 77296
Brett L. Runyon, No. 133501
Michael E. Lehman, No. 133523
Charles A. Leath, No. 225119
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, California 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Michael J. Bidart, No. 60582
Ricardo Echeverria, No. 166049
Gregory L. Bentley, No. 151147
SHERNOFF, BIDART & DARRAS
600 South Indian Hill Boulevard
Claremont, CA 91711-5498
Telephone: (909) 621-4935
Facsimile: (909) 625-6915

Jack Silver, No. 160575
LAW OFFICE OF JACK SILVER
Post Office Box 5469
Santa Rosa, California 95402
Telephone: (707) 829-0934
Facsimile: (707) 528-8675

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDNA AFFHOLTER, ET AL., | Case No. 1:07-CV-0388 OWW DLB |
| Plaintiffs, | **STIPULATION RE SCHEDULING CONFERENCE ORDER AND AMENDMENT TO SCHEDULING CONFERENCE ORDER** |
| vs. | |
| FRANKLIN COUNTY WATER DISTRICT, ET AL., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiffs and defendants, through their respective counsel, the law firm of Marderosian, Runyon, Cercone, Lehman & Armo signing on behalf of all plaintiffs, and defendants' liaison, Joseph Salazar, signing the stipulation on behalf of all of the defendants.

Upon review of the scheduling conference order submitted and filed by the court, it has been determined that the scheduling conference order does not reflect the discussion which was had with the Court at the time of the scheduling conference in all respects. The following amendments to the scheduling conference order are proposed:

1. The initial Rule 26 disclosure date shall be October 15, 2007, instead of August 13, 2007;

2. The Rule 26 disclosure shall be updated quarterly for the first year and semi-annually thereafter.

3. Plaintiffs can be added to the above case without the necessity of filing a motion up to and including April 1, 2008.

Upon the Court signing the order below, the above amendments shall become effective immediately.

Dated: August 17, 2007					MARDEROSIAN, RUNYON, CERCONE
							LEHMAN & ARMO


							By: /s/ Michael G. Marderosian
							    MICHAEL G. MARDEROSIAN,
							    Attorney for Plaintiffs above named

Dated: August 17, 2007.					LEWIS, BRISBOIS, BISGAARD & SMITH


							By: /s/ Joseph A. Salazar
							    JOSEPH A. SALAZAR
							    Liaison Attorney for All Defendants

**ORDER**

IT IS SO ORDERED.

**Dated:   August 17, 2007**			     /s/ Oliver W. Wanger
						UNITED STATES DISTRICT JUDGE