**ALLEN PROIETTI & FAGALDE**
1640 "N" STREET, SUITE 200
MERCED, CA 95344
TELEPHONE: (209) 723-4372
FACSIMILE: (209) 723-7397

Terry L. Allen, State Bar No. 34527
terry@mercedlaw.com

**GREBEN & ASSOCIATES**
1332 ANACAPA, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, State Bar No. 103464
jan@grebenlaw.com
Jenna L. Motola, State Bar No. 246738
jenna@grebenlaw.com

Attorneys for Defendant
County of Merced

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDNA AFFHOLTER, et al.<br><br>Plaintiff,<br><br>vs.<br><br>FRANKLIN COUNTY WATER DISTRICT, et al., and DOES 1 TO 50, inclusive,<br><br>Defendants. | CASE NO. cv-00388-OWW-DLB<br><br>**STIPULATION AND ORDER REGARDING STRIKING OF PUNITIVE DAMAGES AGAINST PUBLIC ENTITY DEFENDANTS** |

Plaintiffs stipulate that they do not seek any award of exemplary and/or punitive damages against any of the public entity defendants named in this case. These defendants include the

1
STIPULATION AND ORDER REGARDING STRIKING OF PUNITIVE DAMAGES

1 | County of Merced, the City of Merced, Franklin County Water District, the Merced Irrigation
2 | District and the Merced Irrigation District No. 1.
3 |
4 |
5 | Dated: 9/26/07                                MARDEROSIAN, RUNYON, CERCONE,
6 |                                                              LEHMAN & ARMO
7 |
8 |                                                              /s/ Michael E. Lehman
9 |                                                              MICHAEL E. LEHMAN
  |                                                              Attorney for Plaintiffs
  |                                                              Edna Affholter, et al.
10 |
11 |
12 |
13 | IT IS SO ORDERED.
14 | **Dated:   September 27, 2007**              **/s/ Oliver W. Wanger**
15 |                                                              UNITED STATES DISTRICT JUDGE