GENE TANAKA, Bar No. 101423
MELINDA LEONG, Bar No. 233972
MELANIE DONNELLY, Bar No. 239929
BEST BEST & KRIEGER LLP
2001 N. Main Street, Suite 390
Walnut Creek, California 94596
gene.tanaka@bbklaw.com
melinda.leong@bbklaw.com
melanie.donnelly@bbklaw.com
Telephone: (925) 977-3300
Telecopier: (925) 977-1870

GREGORY L. MYERS, Bar No. 095743
LORI R. MAYFIELD, Bar No. 172074
MYERS & MAYFIELD
1130 E. Shaw Ave., Suite 200
Fresno, California 93710
Telephone: (559) 222-1005

Attorneys for Defendant
City of Merced

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edna Affholter, et. al., | Case No. 1:07-CV-00388 OWW DLB |
| Plaintiff, | DEFENDANT CITY OF MERCED'S NOTICE OF WITHDRAWAL OF COUNSEL; ORDER |
| v. | |
| Franklin County Water District, et. al., | |
| Defendant. | |

PDF created with pdfFactory trial version www.pdffactory.com

## NOTICE OF WITHDRAWAL OF COUNSEL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the law firm of Myers & Mayfield, which is co-counsel for Defendant City of Merced, is withdrawing as counsel.

Gene Tanaka, Melinda Leong, and Melanie Donnelly of Best Best & Krieger LLP will remain as counsel of record for Merced. All parties are requested to direct copies of all correspondence, pleadings, and discovery to Gene Tanaka, Melinda Leong, and Melanie Donnelly of Best Best & Krieger LLP at:

```
GENE TANAKA
MELINDA LEONG
MELANIE DONNELLY
BEST BEST & KRIEGER LLP
2001 N. Main Street, Suite 390
Walnut Creek, California  94596
gene.tanaka@bbklaw.com
melinda.leong@bbklaw.com
melanie.donnelly@bbklaw.com
Telephone:   (925) 977-3300
Telecopier:  (925) 977-1870
```

///

///

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| Dated: | February ___, 2008 | MYERS & MAYFIELD |

By: _____
GREGORY L. MYERS
LORI R. MAYFIELD
Attorneys for City of Merced

| | | |
|---|---|---|
| Dated: | February ___, 2008 | BEST BEST & KRIEGER LLP |

By: _____
GENE TANAKA
MELINDA LEONG
MELANIE DONNELLY
Attorneys for City of Merced

The City of Merced hereby accepts the foregoing withdrawal of the law firm of Myers & Mayfield as counsel in this matter.

| | | |
|---|---|---|
| Dated: | February ___, 2008 | CITY OF MERCED |

By: _____
JEANNE SCHECHTER
Chief Deputy City Attorney

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 NORTH MAIN STREET, SUITE 390
WALNUT CREEK, CALIFORNIA 94596

1  ORDER

3  Based on the above Notice, IT IS SO ORDERED:

5  Dated:  March 14, 2008                    /s/ OLIVER W. WANGER
                                             Oliver W. Wanger
6                                            United States District Judge

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 NORTH MAIN STREET, SUITE 390
WALNUT CREEK, CALIFORNIA 94596

PDF created with pdfFactory trial version www.pdffactory.com