1  JOHN F. BARG (State Bar No. 60230)
   STEPHEN C. LEWIS (State Bar No. 66590)
2  R. MORGAN GILHULY (State Bar No. 133659)
   DONALD E. SOBELMAN (State Bar No. 184028)
3  KATHRYN L. OEHLSCHLAGER (State Bar No. 226817)
   BARG COFFIN LEWIS & TRAPP, LLP
4  One Market · Steuart Tower, Suite 2700
   San Francisco, California 94105-1475
5  Telephone:  (415) 228-5400
   Fax:  (415) 228-5450
6
7  Attorneys for Defendants Merck & Co., Inc.,
   Amsted Industries, Inc., and Baltimore Aircoil
   Company, Inc.
8

9                     UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF CALIFORNIA

11

12  EDNA AFFHOLTER, et al.,                    Case No. 1:07-cv-00388-OWW-DLB

13              Plaintiffs,

14       v.                                     **STIPULATION TO MODIFY SCHEDULING CONFERENCE ORDER BY EXTENDING CUTOFF DATE FOR NAMING NEW DEFENDANTS, ADDING CLAIM FOR TRESPASS, NAMING THIRD PARTY DEFENDANTS, AND ASSERTING CROSS-CLAIMS WITHOUT LEAVE OF COURT; ORDER THEREON**

15  FRANKLIN COUNTY WATER DISTRICT, et al.,

16

17              Defendants.

18

19

20       IT IS HEREBY STIPULATED by and between the parties named herein, through their

21  respective counsel, that the scheduling conference order filed July 25, 2007, is modified as

22  follows:

23       1.       Plaintiffs will have up to and including June 12, 2008 to amend their Complaint to

24  name BAC-PRITCHARD, INC., and TRACK FOUR, INC., as defendants without leave of the

25  Court.

26       2.       Plaintiffs will have up to and including June 12, 2008 to amend their Complaint to

27  allege a claim for trespass against the non-governmental entity defendants without leave of the

28

**STIPULATION TO MODIFY SCHEDULING CONFERENCE ORDER BY EXTENDING CUTOFF DATE FOR NAMING NEW DEFENDANTS, ADDING CLAIM FOR TRESPASS, NAMING THIRD PARTY DEFENDANTS, AND ASSERTING CROSS-CLAIMS WITHOUT LEAVE OF COURT; ORDER THEREON**
U.S.D.C Case No. Civ. 1:07-cv-00388-OWW-DLB

511565.1

BARG
COFFIN
LEWIS &
TRAPP

Court.

3. Defendants will have up to and including June 12, 2008 to file third-party complaints or cross-claims naming new parties without leave of the Court.

4. Nothing in this stipulation and order is intended to limit the right of any existing or new party to file a counterclaim, cross-claim or third-party complaint after June 12, 2008, if permitted or required by the Federal Rules of Civil Procedure.

MARDEROSIAN, RUNYON, CERCONE
LEHMAN & ARMO

Dated: March 27, 2008      By:      /s/ Michael G. Marderosian (as authorized on 3/27/08)
                                                    MICHAEL G. MARDEROSIAN

                                            Attorneys for Plaintiffs


SHERNOFF, BIDART & DARRAS

Dated: March 27, 2008      By:      /s/ Michael J. Bidart (as authorized on 3/27/08)
                                                    MICHAEL J. BIDART

                                            Attorneys for Plaintiffs


LAW OFFICE OF JACK SILVER

Dated: March 27, 2008      By:      /s/ Jack Silver (as authorized on 3/27/08)
                                                    JACK SILVER

                                            Attorneys for Plaintiffs


GREENFIELD-HARDY

Dated: March 13, 2008      By:      _____
                                                    ROBERT H. GREENFIELD

                                            Attorneys for Defendant, Merced Irrigation District

2

**STIPULATION TO MODIFY SCHEDULING CONFERENCE ORDER BY EXTENDING CUTOFF DATE FOR NAMING NEW DEFENDANTS, ADDING CLAIM FOR TRESPASS, NAMING THIRD PARTY DEFENDANTS, AND ASSERTING CROSS-CLAIMS WITHOUT LEAVE OF COURT; ORDER THEREON**

U.S.D.C Case No. Civ. 1:07-cv-0038-OWW-DLB

511565.1

PDF created with pdfFactory trial version www.pdffactory.com

1   BARG COFFIN LEWIS & TRAPP, LLP

2

3   Dated: March 31, 2008          By:        /s/ Stephen C. Lewis
                                              STEPHEN C. LEWIS

4
                                   Attorneys for Defendants Merck & Co., Inc.,
5                                  Amsted Industries, Inc., and Baltimore Aircoil
                                   Company, Inc.
6

7   BEST, BEST & KRIEGER

8

9   Dated: March 13, 2008          By:    _____
                                              GENE TANAKA
10
                                   Attorneys for Defendant, City of Merced
11

12  CREECH, LIEBOW & KRAUS

13

14  Dated: March 31, 2008     By:    /s/ Randall C. Creech (as authorized on 3/31/08)
                                              RANDALL C. CREECH
15

16                                 Attorneys for Defendant, SANTA FE AERO
                                   VISTA, LLC
17

18  STEVENS, DRUMMOND & GIFFORD

19

20
    Dated: March 13, 2008          By:    _____
21                                            GARY DRUMMOND

22                                 Attorneys for MEADOWBROOK WATER
                                   COMPANY OF MERCED, INC.
23

24

25

26

27                                                                              3

28
    **STIPULATION TO MODIFY SCHEDULING CONFERENCE ORDER BY EXTENDING CUTOFF DATE FOR NAMING NEW**
    **DEFENDANTS, ADDING CLAIM FOR TRESPASS, NAMING THIRD PARTY DEFENDANTS, AND ASSERTING CROSS-CLAIMS**
    **WITHOUT LEAVE OF COURT; ORDER THEREON**
    U.S.D.C Case No. Civ. 1:07-cv-0038-OWW-DLB

    BARG
    COFFIN
    LEWIS &
    TRAPP
    ATTORNEYS
    LLP

                                                                        511565.1

1

LAMORE, BRAZIER, RIDDLE & GIAMPAOLI

2

3  Dated: March 31, 2008        By:    /s/ Thomas S. Brazier (as authorized on 3/31/08)
                                              THOMAS S. BRAZIER

4

5                                    Attorneys for Defendants Merced Irrigation District,
                                     Merced Irrigation District No. 1 and Merced
                                     Irrigation District/Merced Drainage District No. 1

6

7                                    MCCORMICK, BARSTOW, SHEPPARD,
                                     WAYTE and CARRUTH

8

9  Dated: March 13, 2008        By:    _____
                                              STEPHEN E. CARROLL

10

11                                   Attorneys for Defendant Ranchwood Homes Corp.

12                                   GREBEN & ASSOCAITES

13

14  Dated: March 31, 2008       By:    /s/ Jan A. Greben (as authorized on 3/31/08)
                                              JAN A. GREBEN

15                                   Attorneys for Defendant County of Merced

16

17                                   JACOBSON, HANSEN, NAJARIAN and
                                     MCQUILLAN

18

19  Dated: March 31, 2008       By:    /s/ Leith Bryant Hansen (as authorized on 3/31/08)
                                              LEITH BRYANT HANSEN

20

21                                   Attorneys for Defendant AA&A Associates, Inc.

22                                   LEWIS BRISBOIS BISGAARD and SMITH LLP

23

24  Dated: March 31, 2008       By:    /s/ Joseph A. Salazar (as authorized on 3/31/08)
                                              JOSEPH A. SALAZAR, JR.

25                                   Attorneys for Defendant Franklin County Water
                                     District

26

27                                                                                    4

28

**STIPULATION TO MODIFY SCHEDULING CONFERENCE ORDER BY EXTENDING CUTOFF DATE FOR NAMING NEW DEFENDANTS, ADDING CLAIM FOR TRESPASS, NAMING THIRD PARTY DEFENDANTS, AND ASSERTING CROSS-CLAIMS WITHOUT LEAVE OF COURT; ORDER THEREON**
U.S.D.C Case No. Civ. 1:07-cv-0038-OWW-DLB

511565.1

BARG
COFFIN
LEWIS &
TRAPP
ATTORNEYS
LLP

PDF created with pdfFactory trial version www.pdffactory.com

ALLEN, PROIETTI & FAGALDE

Dated: March 31, 2008          By:      /s/ Terry L. Allen (as authorized on 3/31/08)_____
                                             TERRY L. ALLEN

Attorneys for Defendant County of Merced


## ORDER

IT IS HEREBY ORDERED that the scheduling conference order filed July 23, 2007, be modified as follows:

1.       Plaintiffs will have up to and including June 12, 2008 to amend their Complaint to name BAC-PRITCHARD, INC., and TRACK FOUR, INC., as defendants without leave of the Court.

2.       Plaintiffs will have up to and including June 12, 2008 to amend their Complaint to allege a claim for trespass against the non-governmental entity defendants without leave of the Court.

3.       Defendants will have up to and including June 12, 2008 to file third-party complaints or cross-claims naming new parties without leave of the Court.

4.       This Order does not limit the right of any party to file a counterclaim, cross-claim or third-party complaint after June 12, 2008 if permitted or required by the Federal Rules of Civil Procedure.

IT IS SO ORDERED

Dated April 1, 2008                         /s/ OLIVER W. WANGER
                                                    OLIVER W. WANGER
                                                    Judge of the U.S. District Court

BARG
COFFIN
LEWIS &
TRAPP
ATTORNEYS
LLP

5

**STIPULATION TO MODIFY SCHEDULING CONFERENCE ORDER BY EXTENDING CUTOFF DATE FOR NAMING NEW DEFENDANTS, ADDING CLAIM FOR TRESPASS, NAMING THIRD PARTY DEFENDANTS, AND ASSERTING CROSS-CLAIMS WITHOUT LEAVE OF COURT; ORDER THEREON**
U.S.D.C Case No. Civ. 1:07-cv-0038-OWW-DLB

511565.1

PDF created with pdfFactory trial version www.pdffactory.com