1  Michael G. Marderosian, No. 77296
   Brett L. Runyon, No. 133501
2  Michael E. Lehman, No. 133523
   MARDEROSIAN, RUNYON, CERCONE,
3    LEHMAN & ARMO
   1260 Fulton Mall
4  Fresno, California 93721
   Telephone:  (559) 441-7991
5  Facsimile: (559) 441-8170

6  Michael J. Bidart, No. 60582
   Ricardo Echeverria, No. 166049
7  Gregory L. Bentley, No. 151147
   SHERNOFF, BIDART & DARRAS
8  600 South Indian Hill Boulevard
   Claremont, CA  91711-5498
9  Telephone:  (909) 621-4935
   Facsimile:  (909) 625-6915
10
   Jack Silver, No. 160575
11 LAW OFFICE OF JACK SILVER
   Post Office Box 5469
12 Santa Rosa, California 95402
   Telephone:  (707) 829-0934
13 Facsimile:  (707) 528-8675

14        Attorneys for:  Plaintiffs

15

16                    UNITED STATES DISTRICT COURT

17                    EASTERN DISTRICT OF CALIFORNIA

18 EDNA AFFHOLTER, ET AL.,            )    Case No. 1:07-CV-0388 OWW DLB
19        Plaintiffs,                 )
                                      )    **STIPULATED DISMISSAL WITHOUT**
20        vs.                         )    **PREJUDICE OF DEFENDANT AA&A**
                                      )    **ASSOCIATES**
21 FRANKLIN COUNTY WATER DISTRICT,    )
   et al.,                            )
22                                    )
23        Defendants.                 )
                                      )

24

25        IT IS HEREBY STIPULATED, by and between counsel for plaintiffs and defendant, AA&A

26 ASSOCIATES, INC., that defendant, AA&A ASSOCIATES, INC., be dismissed without prejudice

27 pursuant to the following terms and conditions:

28 /

1.    That Amy Acree, one of the owners of AA&A ASSOCIATES, INC., appear for her deposition at a date, time and location to be agreed upon;

2.    That AA&A ASSOCIATES, INC., agrees to waive the statute of limitations as an affirmative defense until such time as this matter starts trial or AA&A ASSOCIATES, INC., is dismissed with prejudice, whichever is sooner;

3.    That AA&A ASSOCIATES, INC., agrees to produce each and every non-privileged document they have related in any manner to Franklin County Water District, including but not limited to documents related to any and all work and services performed for Franklin County Water District by AA&A ASSOCIATES, INC., at any time.;

4.    That AA&A ASSOCIATES, INC., assigns all rights it has to any action it may have against any of its insurance agents for failure to procure errors and omissions coverage for AA&A ASSOCIATES, INC., which could have provided coverage in the above matter for the time period for which AA&A ASSOCIATES, INC., has been acting on behalf of the Franklin County Water District and, attended to said assignment, that AA&A ASSOCIATES will agree to sign authorizations for applicable insurance documents if the assignment is used at a later date.

IT IS SO STIPULATED.

Dated: April 4, 2008        MARDEROSIAN, RUNYON, CERCONE
                                          LEHMAN & ARMO

By: /s/ Michael G. Marderosian, Esq.
     MICHAEL G. MARDEROSIAN,
     Attorney for Plaintiffs above named

Dated: April 4, 2008        SHERNOFF, BIDART & DARRAS

By: /s/ Michael J. Bidart, Esq.
     MICHAEL J. BIDART,
     Attorneys for Plaintiffs above named

Dated: April 4, 2008        LAW OFFICE OF JACK SILVER

By: /s/ Jack Silver, Esq.
     JACK SILVER,
     Attorneys for Plaintiffs above named

| | |
|---|---|
| 1  Dated: March _____, 2008. | JACOBSON, HANSEN, NAJARIAN & McQUILLAN |

Dated: March _____, 2008.                    JACOBSON, HANSEN, NAJARIAN
                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                        

1  Dated: March _____, 2008.                    JACOBSON, HANSEN, NAJARIAN
2                                                                                                                                 & McQUILLAN

3

4                                                                                   By: /s/ Leith B. Hansen
5                                                                                          LEITH B. HANSEN
                                                                                                              Attorneys for Defendant, AA&A
6                                                                                         ASSOCIATES

7                                                                    **ORDER**

8  IT IS SO ORDERED.

9  **Dated:  April 4, 2008**                        **/s/ Oliver W. Wanger**
                                                                       UNITED STATES DISTRICT JUDGE

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

3