1  Michael G. Marderosian, No. 77296
   Brett L. Runyon, No. 133501
2  Michael E. Lehman, No. 133523
   MARDEROSIAN, RUNYON, CERCONE,
3   LEHMAN & ARMO
   1260 Fulton Mall
4  Fresno, CA 93721
   Telephone: (559) 441-7991
5  Facsimile: (559) 441-8170

6  Michael J. Bidart, No. 60582
   Ricardo Echeverria, No. 166049
7  Gregory L. Bentley, No. 151147
   SHERNOFF, BIDART & DARRAS
8  600 South Indian Hill Boulevard
   Claremont, CA 91711-5498
9  Telephone: (909) 621-4935
   Facsimile: (909) 625-6915

10
   Jack Silver, No. 160575
11 LAW OFFICE OF JACK SILVER
   Post Office Box 5469
12 Santa Rosa, CA 95402
   Telephone: (707) 829-0934
13 Facsimile: (707) 528-8675

14        Attorneys for: Plaintiffs

15
                    UNITED STATES DISTRICT COURT
16
                    EASTERN DISTRICT OF CALIFORNIA
17

18 EDNA AFFHOLTER, ET AL.,              )  Case No. 1:07-CV-0388 OWW DLB
                                        )
19       Plaintiffs,                    )  **STIPULATION TO MODIFY**
                                        )  **SUPPLEMENTAL SCHEDULING**
20       vs.                            )  **CONFERENCE ORDER REGARDING**
                                        )  **PLAINTIFF QUESTIONNAIRE**
21 FRANKLIN COUNTY WATER DISTRICT,      )  **PROCESS; ORDER THEREON**
   et al.,                              )
22                                      )
         Defendants.                    )
23 _____ )

24       IT IS HEREBY STIPULATED by and between the parties named herein, through their

25 respective counsel, that the supplemental scheduling conference order filed December 12, 2007, be

26 modified as follows:

27 ///

28 ///

1.  Only those clients of plaintiffs' counsel, whether previously identified or not, who have returned questionnaires ("Responses") to plaintiffs' counsel by June 3, 2008, will proceed as named plaintiffs in this action ("Defined Plaintiffs").

2.  By close of business June 3, 2008, all Responses not previously overnighted to Barg, Coffin, Lewis & Trapp, LLP ("BCLT"), will be copied and overnighted to BCLT for distribution by BCLT to the other defendants as requested. Prior to June 3, 2008, plaintiffs' counsel will follow the practice of copying and overnighting to BCLT (100 at a time) all Responses as plaintiffs' counsel receives them.

3.  By close of business June 6, 2008, plaintiffs' counsel will serve all defendants with a list containing the names of all persons and entities that plaintiffs' counsel have determined are Defined Plaintiffs.

4.  The Defined Plaintiffs will be listed in the third amended complaint filed by June 12, 2008. That list of Defined Plaintiffs will supersede any prior lists of plaintiffs attached to any complaint, amended complaint, and/or addenda previously served in this case by plaintiffs' counsel. The total number of Defined Plaintiffs identified in the June 3, 2008, list and listed in the third amended complaint will not exceed the total number of plaintiffs previously identified in the complaint, the first amended complaint, the second amended complaint, and addenda Nos. 1 and 2 filed and served by plaintiffs' counsel. Plaintiffs' counsel estimate that this total number is 2,370.

5.  If through inadvertence or excusable neglect, and despite plaintiffs' counsel's best efforts, a client has not returned a Response by the June 3, 2008 deadline, plaintiffs' counsel will be permitted to overnight such Response(s) to BCLT by the close of business June 11, 2008, and to include the name of such client(s) in the third amended complaint and on a supplemental list to be faxed to defendants on June 11, 2008. Such client(s) shall be deemed one of the Defined Plaintiffs in this action.

6.  After June 3, 2008, plaintiffs' counsel will not file any motion to show "good cause" why a plaintiff who is not one of the Defined Plaintiffs should be granted additional time to return a Response. Any adult person or entity identified as a plaintiff in any complaint, amended complaint, and/or addenda previously served in this case by plaintiffs' counsel but who is not one of the Defined

Plaintiffs as of June 11, 2008, shall be dismissed with prejudice from this action by June 12, 2008, each party to bear its own costs and attorneys' fees.  Any minor or disabled individual identified as a plaintiff in any complaint, amended complaint, and/or addenda previously served in this case by plaintiffs' counsel, but who is not one of the Defined Plaintiffs as of June 11, 2008, shall be dismissed without prejudice from this action by June 12, 2008, each party to bear its own costs and attorneys' fees.

7. Nothing in this stipulation and order is intended to limit or waive any defenses any of the defendants may have or assert to any of the claims alleged by any of the plaintiffs or Defined Plaintiffs (as that term is defined above) nor limit or waive any rights the parties may have to move the court to add parties to this litigation after June 12, 2008, if permitted or required by the Federal Rules of Civil Procedure.

8. This stipulation can be modified upon a showing of "good cause" pursuant to Federal Rules of Civil Procedure, Rule 37.

Dated:  April 29, 2008.                    MARDEROSIAN, RUNYON, CERCONE
                                           LEHMAN & ARMO


                                           By: /s/ Michael G. Marderosian
                                               MICHAEL G. MARDEROSIAN,
                                               Attorney for Plaintiffs above-named.

Dated:  April 29, 2008.                    SHERNOFF, BIDART & DARRAS


                                           By: /s/ Michael J. Bidart
                                               MICHAEL J. BIDART,
                                               Attorneys for Plaintiffs above-named.

Dated:  April 29, 2008.                    LAW OFFICE OF JACK SILVER


                                           By: /s/ Jack Silver
                                               JACK SILVER,
                                               Attorneys for Plaintiffs above-named.

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: April 29, 2008. | LEWIS, BRISBOIS, BISGAARD & SMITH |
| 2 | | |
| 3 | | By: /s/ Joseph A. Salazar |
| 4 | | JOSEPH A. SALAZAR<br>Attorneys for Defendant, FRANKLIN COUNTY WATER DISTRICT |
| 5 | | |
| | Dated:  April 29, 2008. | GREENFIELD-HARDY |
| 6 | | |
| 7 | | |
| 8 | | By:  /s/ Robert H. Greenfield<br>ROBERT H. GREENFIELD |
| 9 | | Attorneys for Defendant, MERCED   IRRIGATION DISTRICT |
| 10 | Dated:  April 29, 2008. | LaMORE, BRAZIER, RIDDLE  & GIAMPAOLI |
| 11 | | |
| 12 | | By:  /s/ Thomas S. Brazier |
| 13 | | THOMAS S. BRAZIER<br>Attorneys for Defendant, MERCED IRRIGATION DISTRICT |
| 14 | | |
| 15 | Dated:  April 29, 2008. | ALLEN, PROIETTI & FAGALDE |
| 16 | | |
| 17 | | By: /s/ Terry L. Allen<br>TERRY L. ALLEN |
| 18 | | Attorneys for Defendant, COUNTY OF MERCED |
| 19 | Dated:  April 29, 2008. | GREBEN & ASSOCIATES |
| 20 | | |
| 21 | | By:  /s/ Jan Adam Greben |
| 22 | | JAN ADAM GREBEN<br>Attorneys for Defendant, COUNTY OF MERCED |
| 23 | | |
| | Dated:  April 29, 2008. | BEST, BEST & KRIEGER |
| 24 | | |
| 25 | | |
| 26 | | By: /s/ Gene Tanaka<br>GENE TANAKA |
| 27 | / / / | Attorneys for Defendant, CITY OF MERCED |
| 28 | / / / | |

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

| | | |
|---|---|---|
| 1 | Dated: April 29, 2008. | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH |

By: /s/ Stephen E. Carroll
    STEPHEN E. CARROLL
    Attorneys for Defendant,
    RANCHWOOD HOMES CORP.

Dated: April 29, 2008.    BARG, COFFIN, LEWIS & TRAPP

By: /s/ Stephen C. Lewis
    STEPHEN C. LEWIS
    Attorneys for Defendants, MERCK & CO., INC.; AMSTED INDUSTRIES, INC.; and BALTIMORE AIRCOIL COMPANY, INC.

Dated: April 29, 2008.    CREECH, LIEBOW & KRAUS

By: /s/ Randall C. Creech
    RANDALL C. CREECH
    Attorneys for Defendant, SANTA FE AERO VISTA, LLC

Dated: April 29, 2008.    STEVENS. DRUMMOND & GIFFORD

By: /s/ Gary Drummond
    GARY DRUMMOND
    Attorneys for MEADOWBROOK WATER COMPANY OF MERCED, INC.

**ORDER**

IT IS HEREBY ORDERED that the supplemental scheduling conference order filed December 12, 2007, is modified as follows:

1.    Only those clients of plaintiffs' counsel, whether previously identified or not, who have returned questionnaires ("Responses") to plaintiffs' counsel by June 3, 2008, will proceed as named plaintiffs in this action ("Defined Plaintiffs").

2.    By close of business June 3, 2008, all Responses not yet overnighted to Barg, Coffin, Lewis & Trapp, LLP ("BCLT"), will be copied and overnighted to BCLT for distribution by BCLT

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

to the other defendants as requested. Prior to June 3, 2008, plaintiffs' counsel will follow the practice of copying and overnighting to BCLT (100 at a time) all Responses as plaintiffs' counsel receives them.

3.	By close of business June 6, 2008, plaintiffs' counsel will serve all defendants with a list containing the names of all persons and entities that plaintiffs' counsel have determined are Defined Plaintiffs.

4.	The Defined Plaintiffs will be listed in the third amended complaint filed by June 12, 2008. That list of Defined Plaintiffs will supersede any prior lists of plaintiffs attached to any complaint, amended complaint, and/or addenda previously served in this case by plaintiffs' counsel. The total number of Defined Plaintiffs identified in the June 3, 2008, list and listed in the third amended complaint will not exceed the total number of plaintiffs previously identified in the complaint, the first amended complaint, the second amended complaint, and addenda Nos. 1 and 2 filed and served by plaintiffs' counsel. Plaintiffs' counsel estimate that this total number is 2,370.

5.	If through inadvertence or excusable neglect, and despite plaintiffs' counsel's best efforts, a client has not returned a Response by the June 3, 2008 deadline, plaintiffs's counsel will be permitted to overnight such Response(s) to BCLT by the close of business June 11, 2008, and to include the name of such client in the third amended complaint and on a supplemental list to be faxed to defendants on June 11, 2008. Such client(s) shall be deemed one of the Defined Plaintiffs in this action.

6.	After June 3, 2008, plaintiffs' counsel will not file any motion to show "good cause" why a plaintiff who is not one of the Defined Plaintiffs should be granted additional time to return a Response. Any adult person or entity identified as a plaintiff in any complaint, amended complaint, and/or addenda previously served in this case by plaintiffs' counsel but who is not one of the Defined Plaintiffs as of June 11, 2008, shall be dismissed from this action by June 12, 2008, each party to bear its own costs and attorneys' fees. Any minor or disabled individual identified as a plaintiff in any complaint, amended complaint, and/or addenda previously served in this case by plaintiffs' counsel, but who is not one of the Defined Plaintiffs as of June 11, 2008, shall be dismissed without prejudice from this action by June 12, 2008, each party to bear its own costs and attorneys' fees.

7. Nothing in this order is intended to limit or waive any defenses any of the defendants may have or assert to any of the claims alleged by any of the plaintiffs or Defined Plaintiffs (as that term is defined above) nor limit or waive any rights the parties may have to move the court to add parties to this litigation after June 12, 2008, if permitted or required by the Federal Rules of Civil Procedure.

8. This order can be modified upon a showing of "good cause" pursuant to Federal Rules of Civil Procedure, Rule 37.

IT IS SO ORDERED.

**Dated:   April 29, 2008**            /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE