```
 1
 2
 3
 4
 5
 6                    UNITED STATES DISTRICT COURT
 7                   EASTERN DISTRICT OF CALIFORNIA
 8
 9  EDNA AFFHOLTER, et al.,           )   1:07-cv-0388 OWW DLB
                                      )
10            Plaintiffs,             )   ORDER RE DISMISSAL OF
                                      )   MINOR PLAINTIFFS,
11                                    )   MERIAH APODACA, ALONDRA
       v.                             )   APODACA, ALANA BARRAZA,
12                                    )   MEGAN LYNN BLACK, REBECCA
    FRANKLIN COUNTY WATER DISTRICT,   )   BOYER, ELIZABETH BOYER,
13  et al.,                           )   JONIE (JOHNNY) BOYER,
                                      )   PATRICIA BOYER, JO HANNAH
14            Defendants.             )   BRIGGS, TAYLOR SAMANTHA
                                      )   BRIGGS, SYDNEY AARON
15  _____ )   BRIGGS, JASMINE
                                          BUNGCAYAO, NATHAN
16                                        BUNGCAYAO, BRANDON
                                          BUNGCAYAO, JESUS BUTLER,
17                                        JR., JORDAN BUTLER, KAO
                                          CHA, KUE CHA, ROSIE CHA,
18                                        REBAKA CHA, LENA CHA,
                                          CASSIE CHRISTIANSEN,
19                                        JULIA CORCHADO, CHRISTIAN
                                          CRUELDAD, SAVANNAH DAY,
20                                        ISABELLA LYNNE DE LA
                                          FUENTE, JONATHAN DE LA
21                                        FUENTE DIAZ, AMANDA
                                          DORIGHI, ERICA DORIGHI,
22                                        DESIREE DURFLINGER, ERNIE
                                          DURFLINGER, CRISTINA
23                                        ENCHILL, ARASELI ENCHILL,
                                          NATASHA ENGLISH, ISAIAH
24                                        ESPARZA, ANGELIQUE EVENS,
                                          MATTHEW FARIAS, KYLE
25                                        FRANKS, GERMAN GARCIA,
                                          MANUEL A. GARCIA, SANDYRA
26                                        BELEN GARCIA, ALFREDO
                                          GARCIA, ZOEY GATES,
27                                        SYRINITY GATES, ALISHA
                                          HENRY, DAMIAN HENRY,
28                                        JOSEPH HERNANDEZ, DAVID
```

```
 1                                      HERNANDEZ, SAMANTHA
                                        HERNANDEZ, LYDIA
 2                                      HINOJOZA, MALACHI JONES,
                                        KRISTEL JONES, PAUL
 3                                      ANTHONY JONES, IRIS KONG,
                                        ANGIE LAWRENCE, TEE YEE
 4                                      LEE, SHOUA LEE, ISAIAH A.
                                        LEWIS, SHAYLENE LYNCH,
 5                                      YCELA MARTINEZ, NICO
                                        MARTINEZ, HARLEY
 6                                      MARTINEZ, SIERRA
                                        MARTINEZ, MARC-ANTHONY
 7                                      MARTINEZ, JASMINE MEDINA,
                                        TRINIDAD MEDINA, JR.,
 8                                      ANDRES P. MENDOZA, ELI M.
                                        MENDOZA, MARIA MENDOZA,
 9                                      CONNER MOORE, TANNER
                                        MOORE, ISSAC RUELAS
10                                      MUNOZ, ALEX MUNOZ, ASHLEY
                                        MURPHY, LAURIANA NAJERA,
11                                      JUAN NAJERA, ETHAN F.
                                        ORTEGA, SAMANTHA ORTIZ,
12                                      JASMINE PERALTA, ANTONIO
                                        I. PERALTA, DEMARIO
13                                      PORTER, SOU LINH SAECHAO,
                                        ARKILIE SAELEE, JACKIE
14                                      SAELEE, BRIDGET GISSEL
                                        SALAZAR, ISAIAS SALAZAR,
15                                      MELISSA SCHINDLER,
                                        JESSICA SCHINDLER-
16                                      WASHMAN, CHARLES SHIMKUS,
                                        XAVIER SNELL, ZOE
17                                      STAFFORD, BRYANNA TURNER,
                                        TRAVIS TURNER, DYLAN
18                                      TYLER, ISAIAH URIETA,
                                        NOELLE VILORIA, VILY
19                                      XIONG, BOON MEE XIONG,
                                        CHOU XIONG, DAVID XIONG,
20                                      BREANNA ZENOR, WITHOUT
                                        PREJUDICE, PURSUANT TO
21                                      PRIOR STIPULATION OF THE
                                        PARTIES AND ORDER OF THE
22                                      COURT
```

23

24      **Pursuant to the prior Stipulation of the parties and prior**

25  **Order of the Court dated April 30, 2008, the claims of the minor**

26  **Plaintiffs listed above in the title of this Order, are DISMISSED**

27  *///*

28  *///*

WITHOUT PREJUDICE.

SO ORDERED.

DATED:   June 13, 2008.

                                             /s/ Oliver W. Wanger
                                              Oliver W. Wanger
                                      **UNITED STATES DISTRICT JUDGE**