UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDNA AFFHOLTER, et al., | ) | 1:07-cv-0388 OWW DLB |
| | ) | |
| Plaintiffs, | ) | ORDER RE DISMISSAL OF |
| | ) | ADULT PLAINTIFFS, |
| v. | ) | JOSEPH ABARRA, ADRIANA |
| | ) | ABARRA, EDNA AFFHOLTER, |
| FRANKLIN COUNTY WATER DISTRICT | ) | JERRY AFFHOLTER, |
| et al., | ) | CARLOS ALCARAZ, ROBERTO |
| | ) | ALCARAZ, MARCO ALEGRIA, |
| Defendants | ) | NATHAN ALLEN, CALEB |
| | ) | ALLEN, DANA C. ALLEN, |
| _____ | ) | ROBERT LEROY ALLEN, MARCO |
| | | ANTONIO ALVAREZ, SHAWN |
| | | LEE ANACLETO, JENNIFER |
| | | LEE ANACLETO, ELIZABETH |
| | | APODACA, TISHA APODACA, |
| | | ARMIDA ARROYO, JULIETA |
| | | ARUJO, GRACE M. ARUJO, |
| | | GREGORIO ARUJO, RENE |
| | | AVILES, JUAN ARNOLFO |
| | | BARAJAS, PHILLIP |
| | | BARDELMEIER, PENNI |
| | | BARDELMEIER, FRANK T. |
| | | BARRAZA, JUANITA BARRAZA, |
| | | FRANK BARRAZA, JACQUELIN |
| | | BARRAZA, SAMUEL BARRAZA, |
| | | GILBERT M. BARRERA, SEAN |
| | | P. BERRY, MICHAEL |
| | | BETTENCOURT, ELISA A. |
| | | BLACK, DENNIS BLACK, ELLA |
| | | ELNORA BLACK, SARA BLACK, |
| | | JOSEPH G. BRIGGS, BRANDON |
| | | BROADNAX, JUMMONG BROWN, |
| | | JACKIE D. BROWN, PATRICK |
| | | BROWN, HEATHER BUCHANAN, |
| | | JENNIFER BUNGCAYAO, RICK |
| | | BUNGCAYAO, JESUS D. |
| | | BUTLER, CORINA BUTLER, |
| | | PRUDENCIO B. CADIENTE, |

| | |
|---|---|
| 1 | **MAXIMA B. CADIENTE, RODRIGO CALDERON, EDGAR** |
| 2 | **CALDERON, ALAN CALLAHAN, GUADALUPE G. CARDOZA,** |
| 3 | **CHARLES CARTER, GRACIELA CASTRO, PATRICIA ANN** |
| 4 | **CAUIAN, MARIA CERNA, MANUEL L. CERVANTES,** |
| 5 | **SOCORRO A. CERVANTES, PAO CHA, LICINDA CHA, PHANG** |
| 6 | **CHA, STELLA CHAVEZ, RAEHEL (RACHEL) CHEN,** |
| 7 | **AMELIA CORONADO, JULIE COWELL, MONIQUE CRAIG,** |
| 8 | **DIANE DAY CRAIN, CHRISTOPHER CRUELDAD,** |
| 9 | **KRISTINE CRUELDAD, AMELIA S. CURIEL, VICTOR M.** |
| 10 | **CURIEL, TRAVIS DAVIS, GEORGE H. DAY, DEBRA DAY,** |
| 11 | **WILLIAM DAY, MELINA LYNNE DE LA FUENTE, ARMANDO** |
| 12 | **DIAZ, DONALD DINKINS, SHIRLEY DOOROS, JOHN** |
| 13 | **DRENNEN, LUTHER DUNN, JR., LYDIA M. FARIAS,** |
| 14 | **JESUS FARIAS, JR., MICHAEL FIELDS, MARIA** |
| 15 | **FLORES, JOSE FLORES, VICTORIA FLORES, DAVID** |
| 16 | **FONG, LINDA FOWLER, LA'CHE FRAZIER, DEBRA** |
| 17 | **FRAZIER, MARIA FUENTES, DONALD GATES, AMANDA** |
| 18 | **GATES, DAVID GONZALES, JR., DAISY GONZALES,** |
| 19 | **KEITH GOZA, SOUA HANG, CHAO HANG, RANDY HAYWARD,** |
| 20 | **MEGAN HAZELTINE, RYAN SPENCER HEISLEY, DIMITRIS** |
| 21 | **HENRY, PERON HENRY, JANE HINMAN, FERNANDO** |
| 22 | **HINOJOZA, ROSA HINOJOZA, LE HUONG, STEVEN JACOT,** |
| 23 | **KRISTINA JAMES, JONI JENKINS, JANELL JOHNSTON,** |
| 24 | **ERICA KATELEY, JIM KAYSER, ESTHER KAYSER,** |
| 25 | **JEREMY KEMPS, DEBBIE KING, GNA KONG, VANG SUE** |
| 26 | **KONG, ISAIAH KONG, CHUE KONG, NPIBTHAO KONG, IVO** |
| 27 | **KOSTAN, JAMES J. KOSTECKY, JEFFREY** |
| 28 | **KOSTECKY, RICHARD** |

LACOUNT, VIRGIL LANE, LINDA LAWLER, MISTY LAWRENCE, ROBERT LEBARD, FILOMENA VILORIA LEBARD, TA LEE, ROSA LEMUS, MIRANDA E. LEWIS, DORIAN A. LEWIS, MONIQUE LEWIS, LINDA LEWIS, CHIO LINH, LO LINH, TERRI LIU, WILLIAM E. LLANOS, IRMA LOPEZ, DIANE LUCZEK, JANET LUCZEK, LAURA LUCZEK, FRANK LUNA, JON LYNCH, JR., KATHLEEN A. MACKIE, SHAWN R. MACKIE, DENNIS MALLARI, FELICIA MARTIN, YVONNE MARTINEZ, ROSENDO MARTINEZ, JR., CANDIDO MARTINEZ, FABIAN MARTINEZ, ANDREA JOANN MARTINEZ, GLORIA MARTINEZ, RICHARD D. MATA, LETICIA O. MATA, ROBERT MCGINNIS, ANNETTE M. MCGINNIS, KEVIN MEDEIROS, ROSE MEDINA, JOSE TRINIDAD MEDINA, LAURELYN MEEUSEN, NELSON MEJIA, JOSE MENA, ANA MENA, ARTURO MENDEZ, JUAN M. MENDOZA, JOSE G. MENDOZA, JOSE M. MENDOZA, GUADALUPE MENDOZA, BONNIE MEYERS, ANDREW MEYERS, SHAWN D. MIESOWITZ, NICHOLAS MILLER, CHRIS MILLER, YEVETTE MOJICA, BETTY MOJICA, ANIQUE MOJICA, DALLAS MOJICA, MIKE MOJICA, GERALD MOJICA, JAMIE MOJICA, TRAVIS MOORE, STACIE MOORE, KATHY MORENO, ALICIA MORENO, HENRY G. MORENO, AMANDA MORENO, CHRISTINA MORENO, JOSE D. MORENO, ISIDORA MUNOZ, CHRISTEN MURPHEY, MARIA C. NAJERA, CIRILO NAJERA, KEITH NELSON, INSUK NELSON, JESSE NELSON, PETER NELSON, GARY NEY, ROXANNE NEY, ATAZN NIZAM, SUSANNE M. NOA, JUAN M. NUNEZ, MIRIAM NUTT,

```
 1                                    ALEXZANDER OATS, ANGELITA
                                      ORTEGA, MANUEL JESUS
 2                                    ORTEGA, MARIO ORTEGA,
                                      CHRISTOPHER ORTIZ, KALEB
 3                                    OWENS, LORENA PARDES,
                                      ESMERELDA PATINO, JUAN R.
 4                                    PATINO, MARGARITA PATINO,
                                      MARY L. PATINO, ANDREA
 5                                    PATINO, RICHARD PATINO,
                                      SR., RICHARD PATINO, JR.,
 6                                    STEVE PATTISON, MARIA
                                      PERALTA, OSCAR PERALTA,
 7                                    LAURA E. PERALTA, JOSE
                                      PEREZ, DIANA PEREZ, JUAN
 8                                    PEREZ, HUONG PHAN, SEAN
                                      M. PICHE, PRESTON PORTER,
 9                                    MIKE PORTLOCK, RICHARD
                                      POSADA, STEVEN POSLOFF,
10                                    ERICA LEAH POWELL,
                                      RICHARD PREDMORE, PHONG
11                                    QUACH, MARINA QUINONEZ,
                                      EVANGELINA QUINONEZ,
12                                    JENNIFER QUINONEZ,
                                      FRANCISCO J. QUINONEZ,
13                                    ALLEN F. QUINONEZ, MARTA
                                      ELENA QUINTERO, GUS
14                                    RAMIREZ, MARIA I.
                                      RAMIREZ, NEANCHAN
15                                    RAMIREZ, KELLY RAMIREZ,
                                      FABIAN C. RAYAS, RALPH
16                                    REYES, ALBERT C. REYES,
                                      JANA REYES, LAURENMARIE
17                                    REYES, MELISSA RIVAS,
                                      ELIA RIVAS, JERIST
18                                    ROBERTS, AMBAR RODRIGUEZ,
                                      ISRAEL RODRIGUEZ, JR.,
19                                    OLIVIA RODRIGUEZ DE
                                      FIGUEROA, JACKIE ROGERS,
20                                    NICOLE DIANE ROMERO,
                                      ARTHUR ROMERO, ALICIA
21                                    ROMERO, ANDREA ROMERO,
                                      NORA ROMERO, KAE KUANG
22                                    SAECHAO, TODD SAECHAO,
                                      CHAI LINH SAECHAO,
23                                    RUSSELL K. SAELEE, MANUEL
                                      R. SALAZAR, GERARDO
24                                    SALAZAR, DELFINO SANCHEZ,
                                      MARIA SANCHEZ, MARY
25                                    SANCHEZ, CARLOS SANCHEZ,
                                      ALEJANDRO SANDOVAL,
26                                    ALBERTO SANDOVAL,
                                      VIRGINIA SANTILLAN, JOSE
27                                    SANTILLAN, STEVEN SANTOS,
                                      LUIS SANTOS, JR., OPAL
28                                    SCHINDLER, RONNIE
```

|   |   |
|---|---|
| 1 | SCHINDLER, DAVID SCHINDLER, MICHAEL |
| 2 | SCHREIBER, JANIE SCHROPP, AL SCHROPP, CURTIS SCOTT, |
| 3 | GEORGE SEIBERT, GEORGE SEIBERT, II, RONALDO |
| 4 | SERNA, JR., RAMIRO SERNA, JR., AMERICA SERNA, MARK |
| 5 | A. SERNA, RONALD SHELBY, NENG SIHAPANYA, ART |
| 6 | SIHAPANYA, RICHARD SILVEIRA, GORDON SMART, |
| 7 | YVONNA SMART, ROBERT SMITH, JASON L. SMITH, |
| 8 | AMANDA K. NOLEN SMITH, COLLEEN SNELL, RANDALL A. |
| 9 | SORENSEN, CARL STARKS, JR., DON SURDICH, ODURO |
| 10 | TAKYI, KRISTINA TATRO, MARTIN TELLEZ, ANTONIO |
| 11 | TERRA, OLGA VEGA TERRY, PAUL DAVID TORREZ, |
| 12 | CHRISTINA TORREZ, BRADLEY D. TOURTLOTTE, MARTHA |
| 13 | TOVAR, JAVIER TOVAR, BRUCE W. TREAT, DONALD |
| 14 | TURNER, DENISE TURNER, KAREN TYLER, BECKIE |
| 15 | VEILLEUX, MATT VILLA, MINA VILLARREAL, ANDREW |
| 16 | VILORIA, TONY VINCENT, JR., JOHN VOEGELE, |
| 17 | NGOCDIAM VUE, CAROL E. WALLACE, DAN J. WALLACE, |
| 18 | REBECCA WASHMAN, BRENDA WHITMAN, KATIE WILLIAMS, |
| 19 | ROBERT WILLIAMSON, JOELLA WILLIAMSON, CHE WILSON, |
| 20 | LAMONT (ANDREWS) WINZER, KA PE XIONG, CHUE WANG |
| 21 | XIONG, SHAISTA YASMIN, WITHOUT PREJUDICE, |
| 22 | PURSUANT TO PRIOR STIPULATION OF THE |
| 23 | PARTIES AND ORDER OF THE COURT |
| 24 |   |

25  Pursuant to the prior Stipulation of the parties and prior
26 Order of this Court dated April 30, 2008, the claims of adult
27 Plaintiffs listed in the title of this Order, are DISMISSED
28 ///

5

1  WITHOUT PREJUDICE.

3  SO ORDERED.

5  DATED:   June 13, 2008.

7                                          /s/ Oliver W. Wanger
                                          Oliver W. Wanger
8                                    UNITED STATES DISTRICT JUDGE