UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDNA AFFHOLTER, ET AL.,  )<br>  )<br>    Plaintiffs,  )<br>  )<br>             vs.  )<br>  )<br>FRANKLIN COUNTY WATER  )<br>DISTRICT, et al.,  )<br>  )<br>    Defendants.  )<br>_____ ) | Case No. 1:07-CV-0388 OWW DLB<br><br><u>AMENDED</u> ORDER RE DISMISSAL OF MINOR PLAINTIFFS, LYNDSEY ALLEN, MERIAH APODACA, ALONDRA AQUINO, ALANA BARRAZA, MEGAN LYNN BLACK, REBECCA BOYER, ELIZABETH BOYER, JONIE (JOHNNY) BOYER, PATRICIA BOYER, JO HANNAH BRIGGS, TAYLOR SAMANTHA BRIGGS, SYDNEY ARRON BRIGGS, JASMINE BUNGCAYAO, NATHAN BUNGCAYAO, BRANDON BUNGCAYAO, JESUS BUTLER JR., JORDAN BUTLER KAO CHA, KUE CHA, ROSIE CHA, REBAKA CHA, LENA CHA, VESENCIA CHAVEZ-CIJA, CASSIE CHRISTENSEN, JULIA CORCHADO, CHRISTIAN CRUELDAD, SAVANNAH DAY, ISABELLA LYNNE DE LA FUENTE, JONATHAN DE LA FUENTE DIAZ, DESIREE DURFLINGER, ERNIE DURFLINGER, CRISTINA ENCHILL, ARASELI ENCHILL, NATASHA ENGLISH, ISAIAH ESPARZA, ANGELIQUE EVENS, MATTHEW FARIAS, KYLE FRANKS, GERMAN GARCIA, MANUEL A. GARCIA, SANDYRA BELEN GARCIA, ALFREDO GARCIA, ZOEY GATES, SYRINITY GATES, ALISHA HENRY, DAMIAN HENRY, JOSEPH HERNANDEZ, DAVID HERNANDEZ, SAMANTHA HERNANDEZ, LYDIA HINOJOZA, MALACHI JONES, KRISTEL JONES, PAUL ANTHONY JONES, IRIS KONG, ANGIE LAWRENCE, TEE YEE LEE, SHOUA LEE, ISAIAH A. LEWIS, SHAYLENE LYNCH, YCELA MARTINEZ, NICO MARTINEZ, HARLEY MARTINEZ, SIERRA |

| | |
|---|---|
| 1 | MARTINEZ, MARC-ANTHONY MARTINEZ, JASMINE MEDINA, TRINIDAD MEDINA JR., ANDRES P. MENDOZA, ELI M. MENDOZA, MARIA MENDOZA, CONNER MOORE, TANNER MOORE, ISSAC RUELAS MUNOZ, ALEX MUNOZ, ASHLEY MURPHY, LAURIANA NAJERA, JUAN NAJERA, ALEXZANDER OATS, ETHAN F. ORTEGA, SAMANTHA ORTIZ, KALEB OWENS, JASMINE PERALTA, ANTONIO I. PERALTA, DEMARIO PORTER, SOU LINH SAECHAO, ARKILIE SAELEE, JACKIE SAELEE, BRIDGET GISSEL SALAZAR, ISAIAS SALAZAR, MELISSA SCHINDLER, JESSICA SCHINDLER-WASHMAN, CHARLES SHIMKUS, XAVIER SNELL, ZOE STAFFORD, BRYANNA TURNER, TRAVIS TURNER, DYLAN TYLER, ISAIAH URIETA, NOELLE VILORIA, VILY XIONG, BOON MEE XIONG, CHOU XIONG, DAVID XIONG, BREANNA ZENOR, WITHOUT PREJUDICE, PURSUANT TO PRIOR STIPULATION OF THE PARTIES AND ORDER OF THE COURT |

Pursuant to the prior Stipulation of the parties and prior Order of this Court dated April 30, 2008, the claims of the minor Plaintiffs listed in the title of this Order, are DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

DATED: July 1, 2008

/s/ OLIVER W. WANGER
Oliver W. Wanger
UNITED STATES DISTRICT JUDGE