```
 1
 2
 3
 4
 5
 6                      UNITED STATES DISTRICT COURT
 7                     EASTERN DISTRICT OF CALIFORNIA
 8
   EDNA AFFHOLTER, ET AL.,           )   Case No. 1:07-CV-0388 OWW DLB
 9                                   )
        Plaintiffs,                  )   AMENDED ORDER RE DISMISSAL OF
10                                   )   ADULT PLAINTIFFS, JOSEPH
                        vs.          )   ABARRA, ADRIANNA ABARRA, EDNA
11                                   )   AFFHOLTER, JERRY AFFHOLTER,
   FRANKLIN COUNTY WATER             )   CARLOS ALCARAZ, ROBERTO
12 DISTRICT, et al.,                 )   ALCARAZ, MARCO ALEGRIA,
                                     )   NATHAN ALLEN, CALEB ALLEN,
13      Defendants.                  )   DANA C. ALLEN, ROBERT LEROY
   _____ )   ALLEN, MARCO ANTONIO ALVAREZ,
14                                       SHAWN LEE ANACLETO, JENNIFER
                                         LEE ANACLETO, ELIZABETH
15                                       APODACA, TISHA APODACA, RUTH
                                         ARNOLD, ARMIDA ARROYO,
16                                       JULIETA ARUJO, GRACE M.
                                         ARUJO, GREGORIO ARUJO, RENE
17                                       AVILES, JUAN ARNOLFO BARAJAS,
                                         PHILLIP BARDELMEIER, PENNI
18                                       BARDELMEIER, FRANK T.
                                         BARRAZA, JUANITA BARRAZA,
19                                       FRANK BARRAZA, JACQUELIN
                                         BARRAZA, JOHN H. BARRAZA,
20                                       SAMUEL BARRERA, GILBERT M.
                                         BARRERA, SEAN P. BERRY,
21                                       MICHAEL BETTENCOURT, ELIZA A.
                                         BLACK, DENNIS BLACK, ELLA
22                                       ELNORA BLACK, SARA BLACK,
                                         JOSEPH G. BRIGGS, BRANDON
23                                       BROADNAX, JUMNONG BROWN,
                                         JACKIE D. BROWN, PATRICK
24                                       BROWN, HEATHER BUCHANAN,
                                         JENNIFER BUNGCAYAO, RICK
25                                       BUNGCAYAO, JESUS D. BUTLER,
                                         CORINA BUTLER, PRUDENCIO B.
26                                       CADIENTE, MAXIMA B. CADIENTE,
                                         RODRIGO CALDERON, EDGAR
27                                       CALDERON, ALAN CALLAHAN,
                                         GUADALUPE G. CARDOZA, CHARLES
28                                       CARTER, GRACIELA CASTRO,
                                         PATRICIA ANN CAUIAN, MARIA
                                         CERNA, MANUEL L. CERVANTES,
                                         SOCORRO A. CERVANTES, PAO
```

| | |
|---|---|
| 1 | |
| 2 | CHA, LUCINDA CHA, PHANG CHA, STELLA CHAVEZ, RAEHEL (RACHEL) CHEN, AMELIA CORONADO, JULIE COWELL, MONIQUE CRAIG, DIANE DAY CRAIN, CHRISTOPHER CRUELDAD, KRISTINE CRUELDAD, AMELIA S. CURIEL, VICTOR M. CURIEL, TRAVIS DAVIS, GEORGE H. DAY, DEBRA DAY, WILLIAM DAY, MELINA LYNNE DE LA FUENTE, ARMANDO DIAZ, DONALD DINKINS, SHIRLEY DOOROS, AMANDA DORIGHI, ERICA DORIGHI, JOHN DRENNEN, LUTHER DUNN JR., LYDIA M. FARIAS, JESUS FARIAS JR., MICHAEL FIELDS, MARIA FLORES, JOSE FLORES, VICTORIA FLORES, DAVID FONG, LINDA FOWLER, LA'CHE FRAZIER, DEBRA FRAZIER, MARIA FUENTES, DONALD GATES, AMANDA GATES, DAVID GONZALES JR., DAISY GONZALES, KEITH GOZA, SOUA HANG, CHAO HANG, RANDY HAYWARD, MEGAN HAZELTINE, RYAN SPENCER HEISLEY, DIMITRIS HENRY, PERON HENRY, JANE HINMAN, FERNANDO HINOJOZA, ROSA HINOJOZA, STEVEN JACOT, KRISTINA JAMES, JONI JENKINS, JANELL JOHNSTON, ERICA KATELEY, JIM KAYSER, ESTHER KAYSER, JEREMY KEMPS, DEBBIE KING, GNA KONG, VANG SUE KONG, ISAIAH KONG, CHUE KONG, NPIBTHAO KONG, IVO KOSTAN, JAMES J. KOSTECKY, JEFFREY KOSTECKY, RICHARD LACOUNT, VIRGIL LANE, LINDA LAWLER, MISTY LAWRENCE, HUONG LE, MIA D. LU LEE, TA LEE, ROBERT LEBARD, FILOMENA VILORIA LEBARD, ROSA LEMUS, MIRANDA E. LEWIS, DORIAN A. LEWIS, MONIQUE LEWIS, LINDA LEWIS, CHIO LINH, LO LINH, TERRI LIU, WILLIAM E. LLANOS, IRMA LOPEZ, DIANE LUCZEK, JANET LUCZEK, LAURA LUCZEK, FRANK LUNA, JON LYNCH JR., KATHLEEN A. MACKIE, SHAWN R. MACKIE, DENNIS MALLARI, FELICIA MARTIN, YVONNE MARTINEZ, ROSENDO MARTINEZ JR., CANDIDO MARTINEZ, FABIAN |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | |
| 2 | MARTINEZ, ANDREA JOANN MARTINEZ, GLORIA MARTINEZ, RICHARD D. MATA, LETICIA O. MATA, ROBERT MCGINNIS, ANNETTE M. MCGINNIS, KEVIN MEDEIROS, ROSE MEDINA, JOSE TRINIDAD MEDINA, LAURELYN MEEUSEN, NELSON MEJIA, JOSE MENA, ANA MENA, ARTURO MENDEZ, JUAN M. MENDOZA, JOSE G. MENDOZA, JOSE M. MENDOZA, GUADALUPE MENDOZA, BONNIE MEYERS, ANDREW MEYERS, SHAWN D. MIESOWITZ, NICHOLAS MILLER, CHRIS MILLER, YEVETTE MOJICA BETTY MOJICA, ANIQUE MOJICA, DALLAS MOJICA, MIKE MOJICA, GERALD MOJICA, JAMIE MOJICA, TRAVIS MOORE, STACIE MOORE, KATHY MORENO, ALICIA MORENO, HENRY G. MORENO, AMANDA MORENO, CHRISTINA MORENO, JOSE D. MORENO, ISIDORA MUNOZ, CHRISTEN MURPHEY, MARIA C. NAJERA, CIRILO NAJERA, KEITH NELSON, INSUK NELSON, JESSE NELSON, PETER NELSON, GARY NEY, ROXANNE NEY, ATAZN NIZAM, SUSANNE M. NOA, JUAN M. NUNEZ, MIRIAM NUTT, ANGELITA ORTEGA, MANUEL JESUS ORTEGA, MARIO ORTEGA, CHRISTOPHER ORTIZ, LORENA PARDES, ESMERELDA PATINO, JUAN R. PATINO, MARGARITA PATINO, MARY L. PATINO, ANDREA PATINO, RICHARD PATINO SR., RICHARD PATINO JR., STEVE PATTISON, MARIA PERALTA, OSCAR PERALTA, OSCAR E. PERALTA, LAURA E. PERALTA, JOSE PEREZ, DIANA PEREZ, JUAN PEREZ, HUONG PHAN, SEAN M. PICHE, PRESTON PORTER, MIKE PORTLOCK, RICHARD POSADA, STEVEN POSLOFF, ERICA LEAH POWELL, RICHARD PREDMORE, PHONG QUACH, MARINA QUINONEZ, EVANGELINA QUINONEZ, JENNIFER QUINONEZ, FRANCISCO J. QUINONEZ, ALLEN F. QUINONEZ, MARTA ELENA QUINTERO, GUS RAMIREZ, MARIA I. RAMIREZ, NEANCHAN RAMIREZ, KELLY RAMIREZ, FABIAN C. RAYAS, |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

|   |   |
|---|---|
| 1 | RALPH REYES, ALBERT C. REYES, JANA REYES, LARENMARIE REYES, MELISSA RIVAS, ELIA RIVAS, JERIST ROBERTS, AMBAR RODRIGUEZ, ISRAEL RODRIGUEZ JR., OLIVIA RODRIGUEZ DE FIGUEROA, JACKIE ROGERS, NICOLE DIANE ROMERO, ARTHUR ROMERO, ARTHUR ROMERO, ALICIA ROMERO, ANDREA ROMERO, NORA ROMERO, KAE KUANG SAECHAO, TODD SAECHAO, CHAI LINH SAECHAO, RUSSELL K. SAELEE, MANUEL R. SALAZAR, GERARDO SALAZAR, DELFINO SANCHEZ, MARIA SANCHEZ, MARY SANCHEZ, CARLOS SANCHEZ, ALEJANDRO SANDOVAL, ALBERTO SANDOVAL, VIRGINIA SANTILLAN, JOSE SANTILLAN, STEVEN SANTOS, LUIS SANTOS JR., MARIA GUADALUPE SAUCEDO, OPAL SCHINDLER, RONNIE SCHINDLER, DAVID SCHINDLER, MICHAEL SCHREIBER, JANIE SCHROPP, CURTIS SCOTT, GEORGE SEIBERT, GEORGE SEIBERT II, ROLANDO SERNA JR., RAMIRO SERNA JR., AMERICA SERNA, MARK A. SERNA, RONALD SHELBY, NENG SIHAPANYA, ART SIHAPANYA, RICHARD SILVEIRA, GORDON SMART, YVONNA SMART, ROBERT SMITH, JASON L. SMITH, AMANDA K. NOLEN SMITH, COLLEEN SNELL, RANDALL A. SORENSEN, CARL STARKS JR., DON SURDICH, ODURO TAKYI, KRISTINA TATRO, MARTIN TELLEZ, ANTONIO TERRA, OLGA VEGA TERRY, PAUL DAVID TORREZ, CHRISTINA TORREZ, BRADLEY D. TOURTLOTTE, MARTHA TOVAR, JAVIER TOVAR, BRUCE W. TREAT, DONALD TURNER, DENISE TURNER, KAREN TYLER, BECKIE VEILLEUX, MATT VILLA, MINA VILLAREAL, ANDREW VILORIA, TONY VINCENT JR., JOHN VOEGELE, NGOCDIEM VUE, CAROL E. WALLACE, DAN J. WALLACE, REBECCA WASHMAN, BRENDA WHITMAN, KATIE WILLIAMS, ROBERT WILLIAMSON, JOELLA WILLIAMSON, CHE WILSON, LAMONT (ANDREWS) WINZER, KA PE XIONG, KIA XIONG, CHUE |

4

**WANG XIONG, SHAISTA YASMIN, WITH PREJUDICE, PURSUANT TO PRIOR STIPULATION OF THE PARTIES AND ORDER OF THE COURT**

Pursuant to the prior Stipulation of the parties and prior Order of this Court dated April 30, 2008, the claims of adult Plaintiffs listed in the title of this Order, are DISMISSED WITH PREJUDICE.

SO ORDERED.

DATED: July 1, 2008

/s/ OLIVER W. WANGER
Oliver W. Wanger
UNITED STATES DISTRICT JUDGE