Michael G. Marderosian, No. 77296
Brett L. Runyon, No. 133501
Michael E. Lehman, No. 133523
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, California 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Michael J. Bidart, No. 60582
Ricardo Echeverria, No. 166049
Gregory L. Bentley, No. 151147
SHERNOFF, BIDART, DARRAS & ECHEVERRIA
600 South Indian Hill Boulevard
Claremont, CA 91711-5498
Telephone: (909) 621-4935
Facsimile: (909) 625-6915

Thomas V. Girardi, Esq.
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Jack Silver, No. 160575
LAW OFFICE OF JACK SILVER
Post Office Box 5469
Santa Rosa, California 95402
Telephone: (707) 829-0934
Facsimile: (707) 528-8675

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDNA AFFHOLTER, ET AL., <br><br>  Plaintiffs, <br><br>  vs. <br><br> FRANKLIN COUNTY WATER DISTRICT, et al., <br><br>  Defendants. | Case No. 1:07-CV-0388 OWW DLB <br><br> **STIPULATED ADDENDUM TO PLAINTIFFS' FOURTH AMENDED COMPLAINT RE: ADDITION OF PLAINTIFF ALLEN LUMLEY** |

1    IT IS HEREBY STIPULATED, by and between counsel for all parties that Allen Lumley be
2 named as a plaintiff and added to the list of plaintiffs on the Fourth Amended Complaint. An
3 administrative error occurred and the name of Allen Lumley was inadvertently not typed into the
4 caption on the Fourth Amended Complaint.

5 Dated: August 8, 2008                MARDEROSIAN, RUNYON, CERCONE
                                        LEHMAN & ARMO
6

7
                                        By: /s/ Michael G. Marderosian, Esq.
8                                           MICHAEL G. MARDEROSIAN,
                                            Attorney for Plaintiffs above named
9
   Dated: August 8, 2008                SHERNOFF, BIDART, DARRAS & ECHEVERRIA
10

11

12                                      By: /s/ Michael J. Bidart, Esq.
                                            MICHAEL J. BIDART,
13                                          Attorneys for Plaintiffs above named

14 Dated: August 8, 2008                LAW OFFICE OF JACK SILVER

15

16
                                        By: /s/ Jack Silver, Esq.
17                                          JACK SILVER,
                                            Attorneys for Plaintiffs above named
18
   Dated: August 8, 2008.               GIRARDI & KEESE
19

20

21                                      By: /s/ Thomas V. Girardi, Esq.
                                            THOMAS V. GIRARDI
22                                          Attorneys for Plaintiffs above named

23 Dated: August 8, 2008.               LEWIS, BRISBOIS, BISGAARD & SMITH

24

25
                                        By: /s/ Joseph Salazar, Esq.
26                                          JOSEPH SALAZAR
                                            Attorneys for Defendant FRANKLIN COUNTY
27                                              WATER DISTRICT

28

| | | |
|---|---|---|
| 1 | Dated: August 8, 2008. | GREENFIELD-HARDY |
| 2 | | |
| 3 | | By: /s/ Robert H. Greenfield, Esq. |
| 4 | | ROBERT H. GREENFIELD<br>Attorneys for Defendants MERCED |
| 5 | | IRRIGATION DISTRICT and MERCED<br>DRAINAGE DISTRICT NO. 1 |
| 6 | Dated: August 8, 2008. | ALLEN, PROIETTI & FAGALDE |
| 8 | | By: /s/ Terry L. Allen, Esq. |
| 9 | | TERRY L. ALLEN<br>Attorneys for Defendant COUNTY OF MERCED |
| 10 | Dated: August 8, 2008. | GREBEN & ASSOCIATES |
| 12 | | By: /s/ Jan A. Greben, Esq. |
| 13 | | JAN A. GREBEN<br>Attorneys for Defendant COUNTY OF MERCED |
| 14 | Dated: August 8, 2008. | BEST, BEST & KRIEGER, LLP |
| 17 | | By: /s/ Gene Tanaka, Esq. |
| | | GENE TANAKA<br>Attorneys for Defendant CITY OF MERCED |
| 18 | Dated: August 8, 2008. | McCORMICK, BARSTOW, SHEPPARD, |
| 19 | | WAYTE & CARRUTH |
| 21 | | By: /s/ Stephen E. Carroll, Esq. |
| 22 | | STEPHEN E. CARROLL<br>Attorneys for Defendant RANCHWOOD<br>HOMES CORP. |
| 23 | Dated: August 8, 2008. | BARG, COFFIN, LEWIS & TRAPP |
| 26 | | By: /s/ Stephen C. Lewis, Esq. |
| 27 | | STEPHEN C. LEWIS<br>Attorneys for Defendants MERCK & CO., INC.; |
| 28 | | AMSTED INDUSTRIES, INC.; and<br>BALTIMORE AIRCOIL COMPANY, INC. |

1 | Dated: August 8, 2008.  STEVENS, DRUMMOND & GIFFORD

By: /s/ Gary Drummond, Esq.
GARY DRUMMOND
Attorneys for Defendant MEADOWBROOK
WATER COMPANY OF MERCED, INC.

**ORDER**

IT IS SO ORDERED.

**Dated:   August 8, 2008**         /s/ **Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721