**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH A. SALAZAR, JR., SB# 169551
E-Mail: jsalazar@lbbslaw.com
YAMIN T. MAUNG, SB# 253538
E-Mail: maung@lbbslaw.com
2850 Gateway Oaks, Suite 450
Sacramento, California 95833
Telephone: (916) 564-5400
Facsimile:  (916) 564-5444

Attorneys for Franklin County Water District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edna Affholter; Jerry Affholter; et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>Franklin County Water District, et al.,<br><br>           Defendants. | CASE NO. 1:07-CV-00388-OWW-DLB<br><br>**ORDER** |

Upon review of the papers filed by Defendant Franklin County Water District's Motion for Permission to Submit Paper Filings in Support of its Rule 12 Motion to Dismiss pursuant to Rule 5-133,

IT IS HEREBY ORDERED that:

Permission is granted for Franklin County Water District to file paper copies of the Government Tort Claims in Support of its Rule 12 Motion to Dismiss as follows:

1. One copy shall be filed with the Clerk's Office;

2. One copy shall be submitted to the Chambers in Courtroom 3; and

3. One copy shall be served on Plaintiffs' counsel.

The documents will be maintained in paper in the clerks office and will not be scanned or filed.

Dated: September 4, 2008                    /s/ OLIVER W. WANGER

                                            Judge of the United States District Court