1   Michael G. Marderosian, No. 77296
    Brett L. Runyon, No. 133501
2   Michael E. Lehman, No. 133523
    MARDEROSIAN, RUNYON, CERCONE,
3    LEHMAN & ARMO
    1260 Fulton Mall
4   Fresno, California 93721
    Telephone:  (559) 441-7991
5   Facsimile: (559) 441-8170

6   Michael J. Bidart, No. 60582
    Ricardo Echeverria, No. 166049
7   Gregory L. Bentley, No. 151147
    SHERNOFF, BIDART, DARRAS & ECHEVERRIA
8   600 South Indian Hill Boulevard
    Claremont, CA  91711-5498
9   Telephone:  (909) 621-4935
    Facsimile:  (909) 625-6915

10

11  Thomas V. Girardi, No. 36603
    GIRARDI & KEESE
12  1126 Wilshire Boulevard
    Los Angeles, CA  90017
13  Telephone:  (213) 977-0211
    Facsimile:  (213) 481-1554

14  Jack Silver, No. 160575
    LAW OFFICE OF JACK SILVER
15  Post Office Box 5469
    Santa Rosa, California 95402
16  Telephone:  (707) 829-0934
    Facsimile:  (707) 528-8675

17

18          Attorneys for:  Plaintiffs

19

20                  UNITED STATES DISTRICT COURT

21                  EASTERN DISTRICT OF CALIFORNIA

22  ABARCA, RAUL VALENCIA, et al.,      )    Case No. 1:07-CV-0388 OWW DLB
                                        )
23          Plaintiffs,                 )    **PETITION AND ORDER FOR**
                                        )    **APPOINTMENT OF GUARDIAN'S AD**
24          v.                          )    **LITEM (FOR MINORS 14 YEARS AND**
                                        )    **OLDER)**
25  MERCK & CO., INC., et al.,          )
                                        )
26          Defendants.                 )
                                        )
27                                      )
                                        )
28  _____ )

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

PETITION AND ORDER FOR APPOINTMENT OF
GUARDIAN'S AD LITEM  (FOR MINORS 14 YEARS AND OLDER)

1    Petitioners state as follows:

2    1.    This Petition is submitted pursuant to Federal Rules of Civil Procedure 17(c) and

3    Eastern Local Rule 17-202, for purposes of establishing a Guardian ad Litem for the minor plaintiffs

4    (over 14 years of age) identified in the attachments to this Petition.

5    2.    The minors identified in the attachments to this Petition are named plaintiffs in the

6    above-captioned matter arising out of Clean Water Act and RCRA violations; soil and water

7    contamination; and flooding events in April of 2006.  The damages sought in this action by plaintiffs

8    in this action, including the minor plaintiffs, include, but are not limited to personal injuries and

9    emotional distress damages arising out of the flooding event in April of 2006, as identified in

10    plaintiffs' Fourth Amended Complaint.  Further, damages will be sought for past and continuing

11    exposure to soil, groundwater and airborne contaminants from the April 2006 flooding event and from

12    the past and continuing exposure to contaminants as a result of defendants' conduct.

13    3.    Each of the minors identified in the documents attached to this Petition have no general

14    guardian and no previous Petition for appointment of Guardian ad Litem has been filed in this matter

15    as to those minors.

16    4.    Petitioners as identified in the attachments to this Petition are competent and

17    responsible persons, fully competent to act as Guardian ad Litems, for each of the minor persons

18    identified in the attached documents.

19    5.    Petitioners are willing to act as Guardian ad Litems for the minors, as demonstrated

20    by their consent attached hereto.

21    WHEREFORE, Petitioners move this court for an order appointing them as Guardian ad

22    Litems of the minor plaintiffs for the purpose of prosecuting the above-captioned action on their

23    behalf.

24    Dated:  October 6, 2008                    MARDEROSIAN, RUNYON, CERCONE
                                                LEHMAN & ARMO
25

26

27                                              By: /s/ Michael G. Marderosian, Esq.
                                                MICHAEL G. MARDEROSIAN,
                                                Attorney for Petitioners and Minors
28

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

2    PETITION AND ORDER FOR APPOINTMENT OF
GUARDIAN'S AD LITEM (FOR MINORS 14 YEARS AND OLDER)

1

## <u>ORDER</u>

2

      The Petition for an order appointing Petitioners as Guardian ad Litems for the minors (over

3

14 years of age) identified in the attached Consent to Act as Guardian ad Litem is GRANTED.

4

      This order appointing the Guardian ad Litems as identified in the attached documents, is

5

hereby deemed an amendment to plaintiffs' Fourth Amended Complaint for purposes of

6

identifying minor plaintiffs and their Guardian ad Litem.  No further amendment of the Complaint

7

is required.

8

      IT IS SO ORDERED.

9

10

Dated: October 6, 2008 _____          _____ /s/ OLIVER W. WANGER _____

11

                                   OLIVER WANGER
                                   United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

3

PETITION AND ORDER FOR APPOINTMENT OF
GUARDIAN'S AD LITEM  (FOR MINORS 14 YEARS AND OLDER)