Stephen E. Carroll, # 116333
Christopher S. Hall, #203901
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants, RANCHWOOD HOMES CORP., RANCHWOOD PROPERTIES, RANCHWOOD CONTRACTORS, INC., HOSTETLER INVESTMENTS, LLC, EL CAPITAN ESTATES, LLC, HOLLYWOOD PARK ESTATES, LLC, EL CAPITAN MEADOWS, LLC AND RANCHWOOD RESIDENTIAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| EDNA AFFHOLTER, ET AL.,<br><br>          Plaintiffs,<br><br>v.<br><br>FRANKLIN COUNTY WATER DISTRICT, ET AL.,<br><br>          Defendants. | Case No.  1:07-CV-0388 OWW DLB<br><br>**ORDER RE RANCHWOOD DEFENDANTS MOTION FOR PERMISSION TO SUBMIT PAPER FILINGS IN SUPPORT OF THEIR PETITIONS TO COMPEL ARBITRATION AND STAY LITIGATION** |

Upon review of the papers filed by the Ranchwood Defendants in connection with their Motion for Permission to Submit Paper Filings in Support of their Petitions to Compel Arbitration and Stay litigation,

IT IS HEREBY ORDERED that:

Permission is granted for the Ranchwood Defendants to file a paper copy of the Declaration of Rhett Salha.  The Declaration so submitted will be identical to the Declaration previously submitted, except that the actual size of the Exhibits will be attached thereto.  Counsel for the Ranchwood Defendants shall provide one copy to the Clerk's Office, deliver a courtesy copy to Chambers in Courtroom 3, and provide one copy to counsel for the Ranchwood Plaintiffs.

1

2   IT IS SO ORDERED.

3

4   DATE: December 10, 2008                    /s/ OLIVER W. WANGER
                                               Judge of the United States District Court

5   1333048.v1

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

[PROPOSED] ORDER RE RANCHWOOD DEFENDANTS' MOTION TO SUBMIT
PAPER FILINGS 1:07-CV-0388 OWW DLB