GENE TANAKA, Bar No. 101423
BEST BEST & KRIEGER LLP
2001 N. Main Street, Suite 390
Walnut Creek, California  94596
gene.tanaka@bbklaw.com
Telephone:  (925) 977-3300
Telecopier:  (925) 977-1870

CARISSA BEECHAM, Bar No. 254625
BEST BEST & KRIEGER LLP
400 Capitol Mall, Suite 1650
Sacramento, California  95814
carissa.beecham@bbklaw.com
Telephone:  (916) 325-4000
Telecopier:  (916) 325-4010

Attorneys for Defendant
City of Merced

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDNA AFFHOLTER, et al., | Case No.  1:07-CV-00388 OWW DLB |
| Plaintiffs, | STIPULATION TO DISMISS CERTAIN NAMED PLAINTIFFS FROM PLAINTIFFS' CLAIMS FOR NEGLIGENT MAINTENANCE, DANGEROUS CONDITION OF PUBLIC PROPERTY AND NUISANCE AS TO THE CITY OF MERCED; ORDER |
| v. | |
| FRANKLIN COUNTY WATER DISTRICT, et al., | |
| Defendants. | |

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
WALNUT CREEK

PDF created with pdfFactory trial version www.pdffactory.com

## STIPULATION

This Stipulation is entered into between Plaintiffs and Defendant City of Merced ("City"), through their attorneys of record.

1.      On August 29, 2008, the City filed Defendant City of Merced's Notice of Motion and Motion to Dismiss, etc., Doc. No. 135 ("Motion").  In the Motion, the City sought dismissal of certain Plaintiffs listed on Ex. 2 to the Motion from the Thirteenth Claim for Negligence Per Se, Fourteenth Claim for Negligent Maintenance, Fifteenth Claim for Dangerous Condition of Public Property and Nineteenth Claim for Nuisance of the Fourth Amended Complaint, dated July 7, 2008, Doc. No. 128, for failure to file a claim under the California Tort Claims Act ("CTCA").  Plaintiffs dismissed the Thirteenth Claim for Negligence Per Se on October 30, 2008, Doc. No. 205.

2.      On October 24, 2008, Plaintiffs filed Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motions to Dismiss, Doc. No. 203 ("Opposition").  In the Opposition, Plaintiffs did not oppose the Motion regarding the dismissal of Plaintiffs who failed to file claims under the CTCA. However, Plaintiffs disputed the inclusion of 14 Plaintiffs in the CTCA part of the Motion.

3.      On October 31, 2008, the City filed Defendants' Joint Reply Memorandum of Points and Authorities for Motions to Dismiss, Doc. No. 207 ("Reply").  In the Reply, the City agreed that the 14 Plaintiffs should not be included in the CTCA part of the Motion.

/ / /

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
WALNUT CREEK

STIPULATION TO DISMISS CERTAIN PLAINTIFFS;
[PROPOSED] ORDER
1:07-CV-00388 OWW DLB

PDF created with pdfFactory trial version www.pdffactory.com

4.      Based on the above, Plaintiffs listed on the attached Exhibit A shall be dismissed from the Fourteenth Claim for Negligent Maintenance, Fifteenth Claim for Dangerous Condition of Public Property and Nineteenth Claim for Nuisance of the Fourth Amended Complaint as to the City of Merced with prejudice.

Dated:  December 16, 2008                BEST BEST & KRIEGER LLP


By:   /s/
      GENE TANAKA
      CARISSA BEECHAM
      Attorneys for Defendant
      City of Merced

Dated:  December 16, 2008                MARDEROSIAN, RUNYON, ET AL.


By:   /s/
      MICHAEL G. MARDEROSIAN
      BRETT RUNYON
      Attorneys for Plaintiffs

Dated:  December 16, 2008                SHERNOFF, BIDART & DARRAS


By:   /s/
      MICHAEL J. BIDART
      RICARDO ECHEVERRIA
      Attorneys for Plaintiffs

Dated:  December 16, 2008


By:   /s/
      JACK SILVER
      Attorneys for Plaintiffs

Dated:  December 16, 2008                GIRARDI & KEESE


By:   /s/
      THOMAS V. GIRARDI
      THOMAS J. JOHNSTON
      Attorneys for Plaintiffs

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
WALNUT CREEK

- 3 -

STIPULATION TO DISMISS CERTAIN PLAINTIFFS;
[PROPOSED] ORDER
1:07-CV-00388 OWW DLB

1

## ORDER

2

3          Based on the above Stipulation, Plaintiffs listed on the attached Exhibit A

4  shall be dismissed from the Fourteenth Claim for Negligent Maintenance, Fifteenth

5  Claim for Dangerous Condition of Public Property and Nineteenth Claim for

6  Nuisance of the Fourth Amended Complaint as to the City of Merced with

7  prejudice.

8          IT IS SO ORDERED.

9

10  Dated:  December 18, 2008                    /s/ OLIVER W. WANGER

11                                               U.S. District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER
1:07-CV-00388 OWW DLB

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
WALNUT CREEK

PDF created with pdfFactory trial version www.pdffactory.com

**PROOF OF SERVICE**

I, Monica Brozowski, declare:

I am a citizen of the United States and employed in Contra Costa County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2001 North Main Street, Suite 390, Walnut Creek, California 94596. On December 16, 2008, I served a copy of the within document(s):

> **STIPULATION TO DISMISS CERTAIN NAMED PLAINTIFFS FROM PLAINTIFFS' CLAIMS FOR NEGLIGENT MAINTENANCE, DANGEROUS CONDITION OF PUBLIC PROPERTY AND NUISANCE AS TO THE CITY OF MERCED; [PROPOSED] ORDER**

·· by transmitting via electronic mail (e-mail) the document(s) listed above to the e-mail address(es) set forth below on this date before 5:00 p.m.

·· by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Walnut Creek, California addressed as set forth below.

·· by placing the document(s) listed above in a sealed UPS envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a UPS agent for delivery.

·· by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

ý by transmitting via electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below by way of filing the document(s) with the U.S. District Court, Eastern District of California. Federal Rule of Civil Procedure § 5(b)(2)(E)

SEE ATTACHED SERVICE LIST

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

- 1 -

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
2001 NORTH MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596

Executed on December 16, 2008, at Walnut Creek, California.

_____
/s/
Monica Brozowski

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
2001 NORTH MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596

PDF created with pdfFactory trial version www.pdffactory.com

*Affholter, et al. v. Franklin County Water District, et al.*
*United States District Court, Eastern District of California*
*Case No. 1:07 CV 00388 OWW DLB*

Michael G. Marderosian
Brett Runyon
Marderosian, Runyon, Cercone, Lehman
& Armo
1260 Fulton Mall
Fresno, CA  93721-1916
mlehman@mrcl-law.com
mick@mrcl-law.com
(559) 441-7991 Phone
(559) 441-8170 Fax

Michael J. Bidart
Ricardo Echeverria
Shernoff, Bidart & Darras
600 South Indian Hill Boulevard
Claremont, CA  91711-5498
mbidart@sbd-law.com
recheverria@sbd-law.com
(909) 621-4935 Phone
(909) 625-6915 Fax

Jack Silver, Attorney at Law
11220 Occidental Road
P.O. Box 5469
Santa Rosa, CA  95402
lhm28843@sbcglobal.net
(707) 829-0934 Phone
(707) 528-8675 Fax

Thomas V. Girardi
Thomas J. Johnston
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA  90017
tgirardi@girardikeese.com
tjohnston@girardikeese.com
(213) 977-0211 Phone
(213) 481-1554 Fax

*Attorneys for Plaintiffs*

Joseph A. Salazar
Yamin Maung
Lewis Brisbois Bisgaard & Smith LLP
2850 Gateway Oaks Drive, Suite 450
Sacramento, CA  95833-3500
jsalazar@lbbslaw.com
maung@lbbslaw.com
(916) 564-5400 Phone
(916) 564-5444 Fax

*Attorneys for Defendant Franklin
County Water District*

John F. Barg
Stephen C. Lewis
R. Morgan Gilhuly
Donald Evan Sobelman
Kathryn L. Oehlschlager
Barg Coffin Lewis & Trapp LLP
350 California Street, 22nd Floor
San Francisco, CA  94104-1435
jfb@bcltlaw.com
scl@bcltlaw.com
rmg@bcltlaw.com
des@bcltlaw.com
klo@bcltlaw.com
(415) 228-5400 Phone
(415) 228-5450 Fax

*Attorneys for Defendants Merck & Co.,
Inc., Amsted Industries, Inc. and
Baltimore Aircoil Company, Inc.*

Gary T. Drummond
Stevens Drummond & Gifford
1910 Olympic Boulevard, Suite 250
Walnut Creek, CA  94596
garydrummond@sdglaw.com
(925) 944-5550 Phone ex. 203
(925) 256-9969 Fax

*Attorneys for Defendant Meadowbrook
Water Company of Merced*

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
2001 NORTH MAIN STREET, SUITE 390
WALNUT CREEK, CA  94596

PDF created with pdfFactory trial version www.pdffactory.com

Robert H. Greenfield
Alexander Handy
Green-Hardy
4790 Golden Foothill Pkwy., Suite 210
El Dorado Hills, CA 95762
rob@edclaw.com
ahandy@edclaw.com
(916) 939-1070 Phone
(916) 939-1075 Fax

Thomas S. Brazier
Jeffrey F. Oneal
LaMore, Brazier, Riddle & Giampaoli
1570 The Alameda, Suite 150
San Jose, CA  95126
tom_brazer@lbrg.com
joneal@lbrg.com
(408) 280-6800 Phone
(408) 275-6284 Fax

*Attorneys for Defendants Merced*
*Irrigation District and Merced*
*Irrigation District Drainage District*
*No. 1*

Terry L. Allen
Allen, Proietti & Fagalde, LLP
1640 'N' Street, Suite 200
P.O. Box 2184
Merced, CA  95344
terry@mercedlaw.com
(209) 723-4372 Phone
(209) 723-7397 Fax

Jan A. Greben
Greben & Associates
1332 Anacapa Street, Suite 110
Santa Barbara, CA  93101
jan@grebenlaw.com
(805) 963-9090 Phone
(805) 963-9098 Fax

*Attorneys for Defendant County of*
*Merced*

Stephen E. Carroll
McCormick, Barstow, Sheppard
Wayte & Carruth
5 River Park Place East
P.O. Box 28912
Fresno, CA  93720-1501
steve.carroll@mccormickbarstow.com
(559) 433-1300 Phone
(559) 433-2300 Fax

Glenn T. Barger
Chapman, Glucksman, Dean, Roeb &
Barger
11900 W. Olympic Blvd., Suite 800
Los Angeles, CA  90064
gbarger@cgdlaw.com
(310) 207-7722 Phone
(310) 207-6550 Fax

*Attorneys for Defendant Ranchwood*
*Homes Corporation, Ranchwood*
*Properties, Ranchwood Contractors,*
*Inc., Hostetler Investments, LLC, El*
*Capitan Estates LLC, Hollywood Park*
*Estates LLC, El Capitan Meadows LLC,*
*Ranchwood Residential, Inc.*

*Revised 12/15/08

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
2001 NORTH MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596

PDF created with pdfFactory trial version www.pdffactory.com