Michael G. Marderosian, No. 77296
Brett L. Runyon, No. 133501
Michael E. Lehman, No. 133523
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721
Telephone:  (559) 441-7991
Facsimile: (559) 441-8170

Michael J. Bidart, No. 60582
Ricardo Echeverria, No. 166049
Gregory L. Bentley, No. 151147
SHERNOFF, BIDART, DARRAS & ECHEVERRIA
600 South Indian Hill Boulevard
Claremont, CA  91711-5498
Telephone:  (909) 621-4935
Facsimile:  (909) 625-6915

Thomas V. Girardi, No. 36603
Thomas J. Johnston, No. 210506
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA  90017
Telephone:  (213) 977-0211
Facsimile: (213) 481-1554

Jack Silver, No. 160575
LAW OFFICE OF JACK SILVER
Post Office Box 5469
Santa Rosa, CA 95402
Telephone:  (707) 829-0934
Facsimile:  (707) 528-8675

Attorneys for:  Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al. | Case No. 1:07-CV-0388 OWW DLB |
| Plaintiffs, | **PETITION AND ORDER FOR APPOINTMENT OF GUARDIANS AD LITEM (FOR MINORS 14 YEARS AND OLDER)** |
| v. | |
| MERCK & CO., INC., et al., | |
| Defendants. | |

Petitioners state as follows:

1. This Petition is submitted pursuant to Federal Rules of Civil Procedure 17(c) and Eastern Local Rule 17-202, for purposes of establishing a Guardian ad Litem for the minor plaintiffs (over 14 years of age) identified in the attachments to this Petition.

2. The minors identified in the attachments to this Petition are named plaintiffs in the above-captioned matter arising out of Clean Water Act and RCRA violations; soil and water contamination; and flooding events in April of 2006. The damages sought in this action by plaintiffs in this action, including the minor plaintiffs, include, but are not limited to personal injuries and emotional distress damages arising out of the flooding event in April of 2006, as identified in plaintiffs' Fifth Amended Complaint. Further, damages will be sought for past and continuing exposure to soil, groundwater and airborne contaminants from the April 2006 flooding event and from the past and continuing exposure to contaminants as a result of defendants' conduct.

3. Each of the minors identified in the documents attached to this Petition have no general guardian and no previous Petition for appointment of Guardian ad Litem has been filed in this matter as to those minors.

4. Petitioners as identified in the attachments to this Petition are competent and responsible persons, fully competent to act as Guardians ad Litem, for each of the minor persons identified in the attached documents.

5. Petitioners are willing to act as Guardians ad Litem for the minors, as demonstrated by their consent attached hereto.

WHEREFORE, Petitioners move this court for an order appointing them as Guardian ad Litems of the minor plaintiffs for the purpose of prosecuting the above-captioned action on their behalf.

Dated:  February 2, 2009                     MARDEROSIAN, RUNYON, CERCONE
                                                                  LEHMAN & ARMO


By: /s/ Michael G. Marderosian, Esq.
    MICHAEL G. MARDEROSIAN,
    Attorney for Petitioners and Minors

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

2

PETITION AND ORDER FOR APPOINTMENT OF
GUARDIANS AD LITEM (FOR MINORS 14 YEARS AND OLDER)

# **ORDER**

The Petition for an order appointing Petitioners as Guardian ad Litems for the minors (over 14 years of age) identified in the attached Consent to Act as Guardian ad Litem is GRANTED.

This order appointing the Guardians ad Litem as identified in the attached documents, is hereby deemed an amendment to plaintiffs' Fifth Amended Complaint for purposes of identifying minor plaintiffs and their Guardian ad Litem. No further amendment of the Complaint is required.

IT IS SO ORDERED.


Dated: January 30, 2009                              /s/ OLIVER W. WANGER
                                                     OLIVER WANGER
                                                     United States District Judge