| | |
|---|---|
| 1 | Michael G. Marderosian, No. 77296 |
| | Brett L. Runyon, No. 133501 |
| 2 | Michael E. Lehman, No. 133523 |
| | MARDEROSIAN, RUNYON, CERCONE, |
| 3 |  LEHMAN & ARMO |
| | 1260 Fulton Mall |
| 4 | Fresno, CA 93721 |
| | Telephone:  (559) 441-7991 |
| 5 | Facsimile: (559) 441-8170 |
| 6 | Michael J. Bidart, No. 60582 |
| | Ricardo Echeverria, No. 166049 |
| 7 | Gregory L. Bentley, No. 151147 |
| | SHERNOFF, BIDART, DARRAS & ECHEVERRIA |
| 8 | 600 South Indian Hill Boulevard |
| | Claremont, CA  91711-5498 |
| 9 | Telephone:  (909) 621-4935 |
| | Facsimile:  (909) 625-6915 |
| 10 | |
| | Thomas V. Girardi, No. 36603 |
| 11 | Thomas J. Johnston, No. 210506 |
| | GIRARDI & KEESE |
| 12 | 1126 Wilshire Boulevard |
| | Los Angeles, CA  90017 |
| 13 | Telephone:  (213) 977-0211 |
| | Facsimile:  (213) 481-1554 |
| 14 | |
| | Jack Silver, No. 160575 |
| 15 | LAW OFFICE OF JACK SILVER |
| | Post Office Box 5469 |
| 16 | Santa Rosa, CA 95402 |
| | Telephone:  (707) 829-0934 |
| 17 | Facsimile:  (707) 528-8675 |
| 18 | Attorneys for:  Plaintiffs |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al. | Case No. 1:07-CV-0388 OWW DLB |
| Plaintiffs, | **PETITION AND ORDER FOR APPOINTMENT OF GUARDIANS AD LITEM (FOR MINORS UNDER 14)** |
| v. | |
| MERCK & CO., INC., et al., | |
| Defendants. | |

Petitioners state as follows:

1. This Petition is submitted pursuant to Federal Rules of Civil Procedure 17(c) and Eastern Local Rule 17-202, for purposes of establishing a Guardian ad Litem for the minor plaintiffs (under 14 years of age) identified in the attachments to this Petition.

2. The minors identified in the attachments to this Petition are named plaintiffs in the above-captioned matter arising out of Clean Water Act and RCRA violations; soil and water contamination; and flooding events in April of 2006. The damages sought by plaintiffs in this action, including the minor plaintiffs, include, but are not limited to personal injuries and emotional distress damages arising out of the flooding event in April of 2006, as identified in plaintiffs' Fifth Amended Complaint. Further, personal injury damages will be sought for past and continuing exposure to soil, groundwater and airborne contaminants from the April 2006 flooding event and from the past and continuing exposure to contaminants as a result of defendants' conduct.

3. Each of the minors identified in the documents attached to this Petition have no general guardian and no previous Petition for appointment of Guardian ad Litem has been filed in this matter as to those minors.

4. Petitioners identified in the attachments to this Petition are competent and responsible persons, fully competent to act as Guardians ad Litem, for each of the minor persons identified in the attached documents.

5. Petitioners are willing to act as Guardians ad Litem for the minors and/or incompetent persons, as demonstrated by their consent attached hereto.

WHEREFORE, Petitioners move this court for an order appointing them as Guardians ad Litem of the minor plaintiffs for the purpose of prosecuting the above-captioned action on their behalf.

Dated: February 2, 2009

          MARDEROSIAN, RUNYON, CERCONE
                  LEHMAN & ARMO

          By: /s/ Michael G. Marderosian, Esq.
              MICHAEL G. MARDEROSIAN,
              Attorney for Petitioners and Minors

**ORDER**

The Petition for an order appointing Petitioners as Guardians ad Litem for the minor persons (under the age of 14) identified in the attached Consent to Act as Guardian ad Litem is GRANTED.

This order appointing the Guardians ad Litem as identified in the attached documents, is hereby deemed an amendment to plaintiffs' Fifth Amended Complaint for purposes of identifying minor plaintiffs and their Guardian ad Litem. No further amendment of the Complaint is required.

IT IS SO ORDERED.

Dated: January 30, 2008                    /s/ OLIVER W. WANGER
                                           OLIVER WANGER
                                           United States District Judge