1  Michael G. Marderosian, No. 77296
   Brett L. Runyon, No. 133501
2  Michael E. Lehman, No. 133523
   MARDEROSIAN, RUNYON, CERCONE,
3   LEHMAN & ARMO
   1260 Fulton Mall
4  Fresno, CA 93721
   Telephone: (559) 441-7991
5  Facsimile: (559) 441-8170

6  Michael J. Bidart, No. 60582
   Ricardo Echeverria, No. 166049
7  Gregory L. Bentley, No. 151147
   SHERNOFF, BIDART, DARRAS & ECHEVERRIA
8  600 South Indian Hill Boulevard
   Claremont, CA 91711-5498
9  Telephone: (909) 621-4935
   Facsimile: (909) 625-6915
10
   Thomas V. Girardi, No. 36603
11 Thomas J. Johnston, No. 210506
   GIRARDI & KEESE
12 1126 Wilshire Boulevard
   Los Angeles, CA 90017
13 Telephone: (213) 977-0211
   Facsimile: (213) 481-1554
14
   Jack Silver, No. 160575
15 LAW OFFICE OF JACK SILVER
   Post Office Box 5469
16 Santa Rosa, CA 95402
   Telephone: (707) 829-0934
17 Facsimile: (707) 528-8675

18         Attorneys for: Plaintiffs

19
                 UNITED STATES DISTRICT COURT
20
          EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION
21

22  ABARCA, RAUL VALENCIA, et al.   )   Case No. 1:07-CV-0388 OWW DLB
                                    )
23         Plaintiffs,              )   **DISMISSAL OF ROBERTO RAMIREZ**
                                    )   **WITH PREJUDICE FROM ALL CLAIMS**
24         v.                       )   **IN THE FIFTH AMENDED COMPLAINT**
                                    )   **AS TO ALL DEFENDANTS**
25  MERCK & CO., INC., et al.,      )
                                    )
26         Defendants.              )
                                    )
27  _____

28

                                                          DISMISSAL OF ROBERTO RAMIREZ

1  Plaintiffs hereby dismiss Roberto Ramirez with prejudice from all claims in the Fifth
2  Amended Complaint as to all defendants.

3  Dated: February 5, 2009  MARDEROSIAN, RUNYON, CERCONE
4  LEHMAN & ARMO

5
6  By: /s/ Michael G. Marderosian, Esq.
   MICHAEL G. MARDEROSIAN,
   Attorney for Plaintiffs above named
7

8  Dated: February 5, 2009  SHERNOFF, BIDART, DARRAS & ECHEVERRIA
9
10
11  By: /s/ Michael J. Bidart, Esq.
    MICHAEL J. BIDART,
    Attorneys for Plaintiffs above named
12

13  Dated:  February 5, 2009  **GIRARDI & KEESE**
14
15  By: /s/ Thomas V. Girardi, Esq.
    **THOMAS V. GIRARDI**
16  **Attorneys for Plaintiffs above named**

17
18  Dated:  February 5, 2009  **LAW OFFICE OF JACK SILVER**
19
20  By: /s/ Jack Silver, Esq.
    **JACK SILVER,**
21  **Attorneys for Plaintiffs above named**

22  ORDER
23  Roberto Ramirez is hereby dismissed with prejudice from all claims in the Fifth Amended
24  Complaint as to all defendants.
25  IT IS SO ORDERED.
26  Dated:   February 5, 2009  /s/ Oliver W. Wanger
    UNITED STATES DISTRICT JUDGE
27
28

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

2                           DISMISSAL OF ROBERTO RAMIREZ