**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH A. SALAZAR, JR., SB# 169551
E-Mail: jsalazar@lbbslaw.com
YAMIN T. MAUNG, SB# 253538
E-Mail: maung@lbbslaw.com
2850 Gateway Oaks Drive, Suite 450
Sacramento, California 95833
Telephone: (916) 564-5400
Facsimile:  (916) 564-5444

Attorneys for Defendant FRANKLIN COUNTY WATER DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al., | CASE NO. 1:07-CV-00388-OWW-DLB |
| Plaintiffs, | **STIPULATION TO DISMISS CERTAIN NAMED PLAINTIFFS FROM PLAINTIFFS' CLAIMS FOR NEGLIGENT MAINTENANCE, DANGEROUS CONDITION OF PUBLIC PROPERTY, AND NUISANCE AS TO FRANKLIN COUNTY WATER DISTRICT; PROPOSED ORDER** |
| v. | |
| MERCK & CO., INC., et al., | |
| Defendants. | |

This Stipulation is entered into between Plaintiffs and Defendant FRANKLIN COUNTY WATER DISTRICT ("FCWD"), through their attorneys of record.

1.     On August 29, 2008, FCWD filed Defendant Franklin County Water District's Notice of Motion and Motion to Dismiss, etc. ("Motion"). In the Motion, FCWD sought dismissal of certain Plaintiffs listed on Exhibit 2 to the Motion from the Thirteenth Claim for Negligence Per Se, Fourteenth Claim for Negligent Maintenance, Fifteenth Claim for Dangerous Condition of Public Property and Nineteenth Claim for Nuisance of the Fourth Amended Complaint, dated July 7, 2008, Doc. No. 128, for failure to file a claim under the California Tort Claims Act ("CTCA") from the Fourth Amended Complaint. Plaintiffs dismissed the Thirteenth Claim for Negligence Per Se on October 30, 2008, Doc. No. 205.

/ / /

-1-

2.      On October 24, 2008, Plaintiffs filed Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motions to Dismiss, Doc. No. 203 ("Opposition"). In the Opposition, Plaintiffs did not oppose the Motion regarding the dismissal of Plaintiffs who failed to file claims under the CTCA.  However, Plaintiffs disputed the inclusion of 15 Plaintiffs in the CTCA part of the Motion.

3.      On October 31, 2008, FCWD joined the City of Merced's Defendants' Joint Reply Memorandum of Points and Authorities for Motions to Dismiss, Doc. No. 207 ("Reply"). In the Reply, FCWD agreed that the 15 Plaintiffs should not be included in the CTCA part of the Motion.

4.      A Fifth Amended Complaint has since been filed on December 30, 2008, changing the numbers of the causes of action for Negligent Maintenance from the Fourteenth to the Thirteenth, Dangerous Condition of Public Property from the Fifteenth to the Fourteenth, and Nuisance from the Nineteenth to the Eighteenth.

5.      Based on the above, Plaintiffs listed on the attached Exhibit "A" shall be dismissed from the Thirteenth Claim for Negligent Maintenance, Fourteenth Claim for Dangerous Condition of Public Property and Eighteenth Claim for Nuisance of the Fifth Amended Complaint as to FCWD with prejudice.

Dated: January 30, 2009                    LEWIS, BRISBOIS, BISGAARD, & SMITH, LLC


                                           By: _____/s/ Joseph A. Salazar, Jr._____
                                                JOSEPH A. SALAZAR, JR.
                                                YAMIN T. MAUNG
                                                Attorneys for Defendant
                                                Franklin County Water District


Dated: January  30, 2009                   MARDEROSIAN, RUNYON, ET AL.


                                           By: _____/s/ Michael G. Marderosian_____
                                                MICHAEL G. MARDEROSIAN
                                                BRETT RUNYON
                                                Attorneys for Plaintiffs

/ / /

/ / /

Dated: January 30, 2009                SHERNOFF, BIDART & DARRAS


                                       By:  _____/s/ Michael J. Bidart_____
                                            MICHAEL J. BIDART
                                            RICARDO ECHEVERRIA
                                            Attorneys for Plaintiffs


Dated: January 30, 2009


                                       By:  _____/s/ Jack Silver_____
                                            JACK SILVER
                                            Attorneys for Plaintiffs



Dated: January 30, 2009                GIRARDI & KEESE


                                       By:  _____/s/ Thomas V. Girardi_____
                                            THOMAS V. GIRARDI
                                            THOMAS J. JOHNSTON
                                            Attorneys for Plaintiffs



                                    **ORDER**

       Based on the above Stipulation, Plaintiffs listed on the attached Exhibit A shall be dismissed

from the causes of action for Negligent Maintenance, for Dangerous Condition of Public Property and

for Nuisance of the Fifth Amended Complaint as to FCWD with prejudice.

Dated: February 3, 2009


                                       By:  ___/s/ OLIVER W. WANGER_____
                                            U.S. District Court Judge

# EXHIBIT A

| | |
|---|---|
| 1 | Abarca, Martha |
| 2 | Abarca, Raul V. |
| 3 | Adame, Christopher P. |
| 4 | Adame, Frank Lee Jr. |
| 5 | Adame, Ray A. |
| 6 | Adame, Rico A. |
| 7 | Adame, Yolanda |

-4-

| | |
|---|---|
| 8 | Aguayo, Andy |
| 9 | Aguayo, Ausencio |
| 10 | Aguayo, Celeste |
| 11 | Aguayo, Christian |
| 12 | Aguayo, Edgar |
| 13 | Aguayo, Kasandra |
| 14 | Aguilar, Flor |
| 15 | Aguilar, Jonathan |
| 16 | Aguirre, Maria D. |
| 17 | Aguirre, Martha V. |
| 18 | Aguirre-Yanez, Alisa R. |
| 19 | Aikens, Michael |
| 20 | Alamillo, Aurora |
| 21 | Alcaraz, Alondra |
| 22 | Alcaraz, Antonio |
| 23 | Alcaraz, Liliana |
| 24 | Alcaraz, Maria |
| 25 | Allen, Ronald |
| 26 | Alvarez, Ana K. |
| 27 | Alvarez, Christina |
| 28 | Alvarez, Jesse |
| 29 | Alvarez, Jesse Jr. |
| 30 | Alvarez, Juliana S. |
| 31 | Alvarez, Nayeli |
| 32 | Alvarez, Sandra |
| 33 | Alvarez, Vivianna |
| 34 | Alvarez-Chavez, Maria G. |
| 35 | Anacleto, Maria Cassia |
| 36 | Anderson Concrete, Inc. |
| 37 | Anderson, Andy |
| 38 | Anderson, Christopher |
| 39 | Ange, Edwin |
| 40 | Ange, Sheila |
| 41 | Apodaca, Desiree |
| 42 | Apodaca, Joseph |
| 43 | Apodaca, Matthew |
| 44 | Araica, Susan |
| 45 | Arce, Sylvia |
| 46 | Arciniega, Leticia |
| 47 | Armstrong, Jimmie Lois |
| 48 | Armstrong, William |
| 49 | Arroyo, Elizabeth Garza |
| 50 | Arteaga, Esther |
| 51 | Arteaga, Rosa |

| 52 | Arujo, Aljandra |
| 53 | Arujo, Luis A. |
| 54 | Arujo, Rene |
| 55 | Arujo, Rodolfo |
| 56 | Arujo, Vanesa |
| 57 | Arujo, Victor |
| 58 | Avila, Bryan |
| 59 | Avila, Laura |
| 60 | Avila, Rosemary |
| 61 | Avila, Yolanda |
| 62 | Ayala, Maria |
| 63 | Balleza, Brian |
| 64 | Barcenas, Maria Caridad Alarkon |
| 65 | Barcenas, Thuy Quack |
| 66 | Barela, Beverly |
| 67 | Barela, Thomas J. |
| 68 | Barker, Michael Ryan |
| 69 | Barragan, Ramiro G. |
| 70 | Bates, Angel L. |
| 71 | Bates, Demetrius L. |
| 72 | Bates, Denae L. |
| 73 | Bates, Denise L. |
| 74 | Bautista, Misty R. |
| 75 | Beard, Cody |
| 76 | Beard, Shawn P. |
| 77 | Beard-Olguin, Debora |
| 78 | Beccerra, Coney |
| 79 | Beccerra, Lucia |
| 80 | Belton, Codie |
| 81 | Belton, Jason W., Jr. |
| 82 | Belton, Jason W., Sr. |
| 83 | Belton, Kabrena |
| 84 | Benavides, Sarita Escobedo |
| 85 | Benavidez, Eliodora |
| 86 | Benitez, Jorge |
| 87 | Benitez, Karolina |
| 88 | Benitez, Natalia |
| 89 | Bernard, Vera |
| 90 | Bernardo, Christine |
| 91 | Bernardo, Filomena |
| 92 | Bernardo, Jose D. Jr. |
| 93 | Bernardo, Jose D. Sr. |
| 94 | Berry, Jacqueline |
| 95 | Berry, Michael |

-6-

| | |
|---|---|
| 96 | Biagtan, Analiza |
| 97 | Bishop, Arielle |
| 98 | Black, Selena |
| 99 | Blakey, Vernon |
| 100 | Booth, William Bradley |
| 101 | Borges, Carrie |
| 102 | Borges, Roland Jr. |
| 103 | Borges, Roland Sr. |
| 104 | Borges, Tiphanie |
| 105 | Boyd, Pearlie Elizabeth Womack |
| 106 | Broussard, Joslyn |
| 107 | Broussard-Brown, Aja Yoruba |
| 108 | Brown, Dave |
| 109 | Brown, Kathleen |
| 110 | Brown, Kody Alan |
| 111 | Brown, Kristal P. |
| 112 | Buenrostroh, Arturo |
| 113 | Buenrostroh, Julie |
| 114 | Bugay, Margie |
| 115 | Bugay, Ronaldo |
| 116 | Burguette, Jessica |
| 117 | Burguette, Selena |
| 118 | Burns, Naomi F. |
| 119 | Burns, Peter D. |
| 120 | Burrows, Patricia A. |
| 121 | Butrym, Joyce E. |
| 122 | Cabello, Bianca |
| 123 | Cabello, Monica L. |
| 124 | Cabello, Noemi |
| 125 | Cabral, Beatrice A. |
| 126 | Cabral, Beatriz |
| 127 | Cagle-Lane, Babette |
| 128 | Calderon, Marlene |
| 129 | Calderon, Rafael |
| 130 | Calhoun, Maria Guadalupe |
| 131 | Camacho, Maria M. |
| 132 | Canaday, John J. |
| 133 | Cardenas, Alejandro |
| 134 | Cardenas, Idania Alexis |
| 135 | Cardoso, Eulalia Maria |
| 136 | Cardoza, Alma E. |
| 137 | Cardoza, Gissella |
| 138 | Carmona, Brenda |
| 139 | Carmona, Evelyn L. |
| 140 | Carmona, Isabel |

| | |
|---|---|
| 141 | Carmona, Jocelyn |
| 142 | Carmona, Rosa |
| 143 | Castillo, Lolita |
| 144 | Castillo, Teofilo |
| 145 | Castro, Rafael R. |
| 146 | Castro, Ramona R. |
| 147 | Castro, Simon Jay |
| 148 | Celedon, David |
| 149 | Cerna, Omar |
| 150 | Cervantes, Martin Melchor |
| 151 | Chandler, Denise A. |
| 152 | Chavarria, Diana M. |
| 153 | Chavez, Carmen |
| 154 | Chavez, Maria Rita |
| 155 | Chavez-Diaz, Jose Luis |
| 156 | Chesser, Glen |
| 157 | Chew, Robert Lee |
| 158 | Clark, Ernest |
| 159 | Clark, Judy |
| 160 | Clotman, Latrel M. |
| 161 | Codd, Patricia Cladis |
| 162 | Codd, Susan |
| 163 | Coelho, Beulah |
| 164 | Coggin, Aidan A. |
| 165 | Coggin, Brian P. |
| 166 | Coggin, Daniel |
| 167 | Coggin, Lucy F. |
| 168 | Coggin, Michael D. |
| 169 | Concepcion, Cynthia |
| 170 | Concepcion, Rey |
| 171 | Coronado, Cipriano Jr. |
| 172 | Coronado, Eric |
| 173 | Coronado, Juan Jose |
| 174 | Correa, Francisca T. |
| 175 | Correa, Jesus S. |
| 176 | Cortes, Alejandro |
| 177 | Cortes, Giselle |
| 178 | Cortes, Osvaldo |
| 179 | Counts, Alfred J. |
| 180 | Counts, Angela R. |
| 181 | Counts, Clarice A. |
| 182 | Counts, Ernest J. |
| 183 | Counts, Heather A. |
| 184 | Counts, Jeremy M. |

| | |
|---|---|
| 185 | Counts, Kenneth A. |
| 186 | Cox, April D. |
| 187 | Cox, Mattox |
| 188 | Craft, Doug A. |
| 189 | Craft, Jo Ann |
| 190 | Craft, Katelyn Paige |
| 191 | Crespo, Monica |
| 192 | Crespo, Vanessa |
| 193 | Crider, Michelle |
| 194 | Cropper, Isaac |
| 195 | Cruz, Gus F. |
| 196 | Cruz, Ruben A. |
| 197 | Daniel, Brad |
| 198 | Daniel, Brian |
| 199 | Daniel, Jennifer |
| 200 | Daniel, Kaitlyn |
| 201 | Davidson, Jahleel |
| 202 | Davis, Dionte |
| 203 | Davis, Jarrell |
| 204 | Davis, Michael Scott, Jr. |
| 205 | Davis, Michael Scott, Sr. |
| 206 | De Kose, Maria Bejar |
| 207 | De La Cueva, Antonia |
| 208 | De La Rosa, Jessenya Beatris |
| 209 | De La Rosa, Paulina E. |
| 210 | De La Rosa, Robert |
| 211 | De Leon, Grisel Olga |
| 212 | De Leon, Joseph L. |
| 213 | De Leon, Lorenzo |
| 214 | De Leon, Lucia |
| 215 | De Leon, Manuel |
| 216 | De Leon, Rosario |
| 217 | Dean, Rebecca A. |
| 218 | Dean, Ronald R. |
| 219 | Del Rio, Benjamin A. |
| 220 | Del Rio, Olivia Jo |
| 221 | Del Rio, Sophia A. |
| 222 | Delugan, Robin Maria |
| 223 | Demartini, Kyle E. |
| 224 | Dematteo, Amanda M. |
| 225 | Depina, Chrisopher R. |
| 226 | Diaz, Belinda Reyes |
| 227 | Diaz, Carlos Jr. |
| 228 | Diaz, Carlos Sr. |
| 229 | Diaz, Ernie |

| | |
|---|---|
| 230 | Diaz, Gisela |
| 231 | Diaz, Jose Alberto |
| 232 | Diaz, Manuel |
| 233 | Diaz, Maria Dolores |
| 234 | Diaz, Maria E. |
| 235 | Diaz, Maricela |
| 236 | Diaz, Marissa |
| 237 | Diaz, Nancy |
| 238 | Diaz, Oscar Alejandro |
| 239 | Diaz, Pedro |
| 240 | Diaz, Richard C. |
| 241 | Diaz, Richard C. (Ricardo) Jr. |
| 242 | Diaz, Richard Reyes Jr. |
| 243 | Diaz, Sandy |
| 244 | Diaz, Sofia |
| 245 | Diaz-Suarez, Angel |
| 246 | Dickey, Elizabeth A. |
| 247 | Dickey, Stephanie F. |
| 248 | Dobbins, Talcia |
| 249 | Dobbins-Storey, Deborah |
| 250 | Downey, David John |
| 251 | Dugger, David |
| 252 | Elias, Robert A. |
| 253 | Elias, Robert C. |
| 254 | Enciso, Jessica |
| 255 | Enciso, Julian |
| 256 | Encizo, Carmen |
| 257 | Espinosa, William Jr. |
| 258 | Espinoza, Juan |
| 259 | Espinoza, Karina |
| 260 | Espinoza, Manuel De La Cueva |
| 261 | Espinoza, Yulianna |
| 262 | Espinoza, Zulema |
| 263 | Evans, Nicole |
| 264 | Fagundes, Isabel |
| 265 | Fail, Susan |
| 266 | Fairbank, Devin E. |
| 267 | Fairbank, Kandace R. |
| 268 | Farias, Jaime |
| 269 | Fausone, Angelo E. |
| 270 | Ferrario, Julie Anna |
| 271 | Ferrer, Roselle |
| 272 | Fierros, Alondra |
| 273 | Fierros, Angel |

| | |
|---|---|
| 274 | Fierros, Diana |
| 275 | Fierros, Julia |
| 276 | Fierros, Miguel |
| 277 | Fitzgerald (Reyes), Breanna |
| 278 | Flores, Angelica Michelle |
| 279 | Flores, Carlos N. |
| 280 | Flores, Casandra M. |
| 281 | Flores, Heather |
| 282 | Flores, Jeannette M. |
| 283 | Flores, Jesse Ray |
| 284 | Flores, Joe |
| 285 | Flores, Myrna P. |
| 286 | Flores, Paul Anthony |
| 287 | Florez, Gabriela |
| 288 | Fontes, Tony |
| 289 | Foote, Louise |
| 290 | Ford, Kirk D. |
| 291 | Franco, Adriana |
| 292 | Franco, Maria De Los Angelos |
| 293 | Franco, Omar R. |
| 294 | Franco, Rafael |
| 295 | Franco, Rogelio |
| 296 | Franks, Steven |
| 297 | Frazier, Daniel |
| 298 | Fregoso, Deanna L. |
| 299 | Fregoso, Krista C. |
| 300 | Freitas, Danny |
| 301 | Friesen, Kimberly A. |
| 302 | Fuentes, Alejandro |
| 303 | Gallashaw, Luther |
| 304 | Gallashaw, Tiarra |
| 305 | Garcia, Alma |
| 306 | Garcia, Ana Lilia |
| 307 | Garcia, Araceli |
| 308 | Garcia, Arcelia |
| 309 | Garcia, Connie F. |
| 310 | Garcia, Dianette Cristina |
| 311 | Garcia, Estefanie |
| 312 | Garcia, Jaime |
| 313 | Garcia, Jesse F. |
| 314 | Garcia, Jesse P. |
| 315 | Garcia, Jesus |
| 316 | Garcia, Jonathon |
| 317 | Garcia, Jose M. |

| | |
|---|---|
| 318 | Garcia, Joseph A. |
| 319 | Garcia, Kaytie |
| 320 | Garcia, Marica C. |
| 321 | Garcia, Maria R. |
| 322 | Garcia, Michelle J. |
| 323 | Garcia, Monica |
| 324 | Garcia, Nathan F. |
| 325 | Garcia, Shannon L. |
| 326 | Garcia, Vanessa |
| 327 | Garibay, Bianca C. |
| 328 | Garibay, Damien I. |
| 329 | Garibay, Lexi D. |
| 330 | Gauthier, Philip |
| 331 | Gentry, Willie Mae |
| 332 | Gomes, Cynthia |
| 333 | Gomez, Marco Julio |
| 334 | Gonzales, Benito |
| 335 | Gonzales, Mary |
| 336 | Gonzalez, Christopher |
| 337 | Gonzalez, Erica |
| 338 | Gonzalez, Francisco |
| 339 | Gonzalez, Francisco |
| 340 | Gonzalez, Gabriella |
| 341 | Gonzalez, Gabriella A. |
| 342 | Gonzalez, Gerardo |
| 343 | Gonzalez, Guillermo Jr. |
| 344 | Gonzalez, Jessica |
| 345 | Gonzalez, Jovany |
| 346 | Gonzalez, Restituto |
| 347 | Gonzalez, Viridiana |
| 348 | Gonzalez-Amaya, Zechariah |
| 349 | Goza, Julie |
| 350 | Gracia, Jose A. |
| 351 | Gracia, Sylvia J. |
| 352 | Gracia, Teresa M. |
| 353 | Graciano, Maria Del Carmen |
| 354 | Griffin, Gary M. |
| 355 | Griffin, Marcelle |
| 356 | Griffin, Marjaan |
| 357 | Griffin, Markell |
| 358 | Griggs, Jamie |
| 359 | Grissom, Thomas P. Sr. |
| 360 | Guerra, Joel |
| 361 | Guevara, Evelyn D. |

| | |
|---|---|
| 362 | Guevara, Gerardo |
| 363 | Gunnin, Erika |
| 364 | Gunnin, Kyle D. |
| 365 | Gunnin, Shane B. |
| 366 | Gutierrez, Omar |
| 367 | Hall, Eva |
| 368 | Hamilton, Christopher |
| 369 | Hamilton, Riley |
| 370 | Hamilton, Sean |
| 371 | Hanshew, Gregory |
| 372 | Harris, Marquez |
| 373 | Hartman, Jeremy J. |
| 374 | Hartman, Tonie F. |
| 375 | Hazeltine, Clifford |
| 376 | Hazeltine, Karen |
| 377 | Henderson, Mandy M. |
| 378 | Hernandez, Daniel |
| 379 | Hernandez, Ed |
| 380 | Hernandez, Gonzalo |
| 381 | Hernandez, Juan Jr. |
| 382 | Hernandez, Karina |
| 383 | Hernandez, Luis J. |
| 384 | Hernandez, Ofilia |
| 385 | Hernandez, Rafael |
| 386 | Hernandez, Sylvia |
| 387 | Hernandez, Tania |
| 388 | Hern-Moss, Marla |
| 389 | Higgins, Carrie |
| 390 | Higgins, Linda K. |
| 391 | Higgins, Rodney |
| 392 | Higgins, Shelly |
| 393 | Hoffman, Eleanor R. |
| 394 | Hopkins, Cameron |
| 395 | Hopper, Johnny |
| 396 | Huerta, Gilbert |
| 397 | Huerta, Johnny |
| 398 | Huerta, Joseph |
| 399 | Huerta, Nancy |
| 400 | Huerta, Richard |
| 401 | Huerta, Rita |
| 402 | Huerta, Tammy |
| 403 | Huff, Kathi |
| 404 | Hunter, Aimee Ellen |
| 405 | Hurtado, Erlinda |

| | |
|---|---|
| 406 | Ingram, Judy |
| 407 | Ingram, Thomas |
| 408 | Jaramillo, Guadalupe |
| 409 | Jewell, Chris |
| 410 | Jimenez, Cristian |
| 411 | Jimenez, Gerardo |
| 412 | Jimenez, Gerardo A. |
| 413 | Jimenez, Jairo |
| 414 | Johnson, Marjahne |
| 415 | Jones, Anna Mae |
| 416 | Jones, Bobby Jean |
| 417 | Jones, Colton |
| 418 | Jones, Denae M. |
| 419 | Jones, Gregory R. |
| 420 | Jones, Juanita |
| 421 | Jones, Mette L. |
| 422 | Jones, Riley |
| 423 | Jue, Victor |
| 424 | Karsner, Makayla |
| 425 | Kateley, Lesli |
| 426 | Kateley, Lynn |
| 427 | Ketchum, Jaime |
| 428 | Ketchum, James D. |
| 429 | Ketchum, Lily D. |
| 430 | King, Cheryl |
| 431 | King, William (Bill) |
| 432 | Kniess, Robert |
| 433 | Knight, Christian |
| 434 | Kris, Madhu |
| 435 | Kris-Tangella, Vijaya |
| 436 | Kyser, Demetria |
| 437 | Lacount, Kathryn |
| 438 | Lambert, Breanna |
| 439 | Landrum, Sandra L. |
| 440 | Landrum, Verlin D. |
| 441 | Lara, Angel M. |
| 442 | Lara, Clara R. |
| 443 | Lara, Deyana |
| 444 | Lara, Diana |
| 445 | Lara, Lizet |
| 446 | Lara, Patrick M. |
| 447 | Lara, Robert A. |
| 448 | Lara, Stanley |
| 449 | Lara, Stanley III |

| | |
|---|---|
| 450 | Lara, Tito R. |
| 451 | Larios, Bryant |
| 452 | Larios, Enrique M. |
| 453 | Larios, Jaquelin |
| 454 | Lazaro, Agustine |
| 455 | Lazaro, Anthony Joseph |
| 456 | Lazaro, Jesus |
| 457 | Lazaro, Maria |
| 458 | Lazaro, Monica |
| 459 | Lazaro, Roxanna |
| 460 | Lazaro-Torres, Madison |
| 461 | Leach, William |
| 462 | Lee, Belinda |
| 463 | Lee, Cha Mee |
| 464 | Lee, John |
| 465 | Lee, Norma |
| 466 | Lee, Tawana |
| 467 | Lee-Griffin, Ttyrese Ali |
| 468 | Lee-Griffin, Liyah M. |
| 469 | Lemus, Orlando |
| 470 | Lillard, Dean |
| 471 | Lillard, Joshua |
| 472 | Lillard, Roshell |
| 473 | Lillard, Valerie |
| 474 | Liu, Angela |
| 475 | Liu, Holden |
| 476 | Liu, Jonathan |
| 477 | Liu, Liam |
| 478 | Liu, Liam |
| 479 | Loeffers, Dianna |
| 480 | Loeffers, Gerald |
| 481 | Loeffers, Steven |
| 482 | Lomeli, Allynah |
| 483 | Lomeli, Joe |
| 484 | Lomeli, Joseph |
| 485 | Lomeli, Manual |
| 486 | Lomeli, Mary E. |
| 487 | Lomeli, Wendy |
| 488 | Lopez, Angelica |
| 489 | Lopez, Becky V. |
| 490 | Lopez, Deborah S. |
| 491 | Lopez, Donna Alejo |
| 492 | Lopez, Edward D. |
| 493 | Lopez, Eulalio |

| | |
|---|---|
| 494 | Lopez, Gregory P. |
| 495 | Lopez, Guadalupe A. |
| 496 | Lopez, Jared A. |
| 497 | Lopez, Jesus A. |
| 498 | Lopez, Joan A. |
| 499 | Lopez, Juan C. |
| 500 | Lopez, Juana |
| 501 | Lopez, Julian P. |
| 502 | Lopez, Maria Del Rosario |
| 503 | Lopez, Maria P. |
| 504 | Lopez, Stephanie |
| 505 | Lopez, Vionny C. |
| 506 | Loughton, Alexi M. |
| 507 | Loughton, Jason O. |
| 508 | Loughton, Jeni M. |
| 509 | Lozano, Alejandro |
| 510 | Lozano, Bianca |
| 511 | Lozano, Carlos |
| 512 | Lozano, Guadalupe |
| 513 | Lozano, Ismael |
| 514 | Lujan, Nick I. |
| 515 | Lumley, Sharon |
| 516 | Luna, Santiago |
| 517 | Lunda, Marc |
| 518 | Lunda, Ricky |
| 519 | Lupian, Laura |
| 520 | Macias, Amy |
| 521 | Macias, Carmen |
| 522 | Macias, Daisy |
| 523 | Macias, Leonor |
| 524 | Macias, Luis |
| 525 | Macias, Luis Jr. |
| 526 | Macias, Melody |
| 527 | Mackie, Kenneth R. |
| 528 | Madrid, Isidro |
| 529 | Madrigal, Monica M. |
| 530 | Madrigal, Ramona |
| 531 | Magana, Flor Icela |
| 532 | Mallari, Dominick D. |
| 533 | Mann, James |
| 534 | Mann, Jamieanna |
| 535 | Maple, Ian |
| 536 | Marquez, Ramiro |
| 537 | Marquez, Rigoberto Jr. |

-16-

| | |
|---|---|
| 538 | Marquez, Roxanna |
| 539 | Marroquin, Carmen |
| 540 | Marroquin, William |
| 541 | Martin, Frank |
| 542 | Martin, Sara |
| 543 | Martin, Scott |
| 544 | Martinez, Ernie |
| 545 | Martinez, Isabella S. |
| 546 | Martinez, Lorena |
| 547 | Martinez, Raul Jr. |
| 548 | Mays, Bessie Robinson |
| 549 | Mays, Daniel Jr. |
| 550 | Mays, Dion Anthony |
| 551 | Mays, Donnell |
| 552 | Mays, Raymond |
| 553 | Mays, Sandra |
| 554 | Mays-Johnson, Dana |
| 555 | McCrady, Ruby |
| 556 | McDonald, Tina |
| 557 | McGary Property Management |
| 558 | McHenry, Perlena |
| 559 | Medrano, Maria G. |
| 560 | Mee, Her |
| 561 | Meeusen, Andrew S. |
| 562 | Mejia, Lorence E. |
| 563 | Mejia, Lorenza |
| 564 | Mejia, Marcella M. |
| 565 | Mejia, Valerie L. |
| 566 | Melchor, Guadalupe |
| 567 | Melchor, Jose A. |
| 568 | Melchor, Martin |
| 569 | Melchor, Martin C. |
| 570 | Melchor, Natalie |
| 571 | Melchor, Ramon |
| 572 | Melchor, Ramona |
| 573 | Melgoza, Elisa |
| 574 | Melgoza, Jesus |
| 575 | Mendez, Rachelle |
| 576 | Mendoza, Adaliz |
| 577 | Mendoza, Alma |
| 578 | Mendoza, Daisy L. |
| 579 | Mendoza, Daygoro |
| 580 | Mendoza, Deyci |
| 581 | Mendoza, Ivan |

| | |
|---|---|
| 582 | Mendoza, Jeremy M. |
| 583 | Mendoza, Kamila |
| 584 | Mendoza, Leslie |
| 585 | Mendoza, Maria Cconsuelo |
| 586 | Mendoza, Maria Christina |
| 587 | Mendoza, Miguel Jr. |
| 588 | Mendoza, Taylor N. |
| 589 | Mendoza, Victor |
| 590 | Mercado, Abraham |
| 591 | Mercado, Apolinar |
| 592 | Mercado, Brenda |
| 593 | Mercado, Fernando |
| 594 | Mercado, Francisca |
| 595 | Mercado, Humberto |
| 596 | Mercado, Humberto Diego |
| 597 | Millan, Blanca Stephanie |
| 598 | Milnik, Danny |
| 599 | Milnik, Erin |
| 600 | Milnik, Kimberly |
| 601 | Miranda, Louis |
| 602 | Miranda, Randi |
| 603 | Mitchell, Diane Sue |
| 604 | Mitchell, George William |
| 605 | Molina, Luis |
| 606 | Molina, Yvette |
| 607 | Morales, Miguel A. |
| 608 | Moreno, Annette |
| 609 | Moreno, Gabriel H. |
| 610 | Moreno, Jorge L. |
| 611 | Moreno, Jorge Mendez |
| 612 | Moreno, Manuel |
| 613 | Moreno, Maria Yanette Cuevas |
| 614 | Moreno, Oscar |
| 615 | Moreno, Patricia L. |
| 616 | Morriera, Tiffany |
| 617 | Morrow, Lisa D. |
| 618 | Moultire, Tamar |
| 619 | Moultrie, Trevon |
| 620 | Mua, Ku |
| 621 | Muniz, Rigoberto |
| 622 | Muniz, Silvia E. |
| 623 | Muniz, Victor |
| 624 | Munoz, Guillermina |
| 625 | Munoz, Ignacia |
| 626 | Muraira, Amy C. |

| | |
|---|---|
| 627 | Muraira, Jeff |
| 628 | Muraira, Justin S. |
| 629 | Muraira, Liane |
| 630 | Murakami, Kjori |
| 631 | Murakami, Sage |
| 632 | Muratalla, Juan C. |
| 633 | Murrieta, Henry |
| 634 | Murrieta, Roswita |
| 635 | Navarro, Jennifer |
| 636 | Navarro, Miguel |
| 637 | Navarro, Sergio |
| 638 | Navarro, Victor |
| 639 | Negrete, Celeste |
| 640 | Negrete, Maria G. |
| 641 | Negrete, Marieu |
| 642 | Ney, Kenneth |
| 643 | Nickel, Linda G. |
| 644 | Nickel, Thomas E. |
| 645 | Nishihama, Lorraine |
| 646 | Ochoa, Catalina |
| 647 | Ochoa, Francisco O. |
| 648 | Ochoa, Francisco Reynaga |
| 649 | Ochoa, Hope Lara |
| 650 | Ochoa, Lucia Reynaga |
| 651 | Ochoa, Margarita |
| 652 | Ochoa, Narcisso R. |
| 653 | Olivares, Jorge A. |
| 654 | Olivares, Joslyn M. |
| 655 | Orellana, Ashley |
| 656 | Ornelas, Aiko |
| 657 | Ornelas, Anita A. |
| 658 | Ornelas, Claudia |
| 659 | Ornelas, Kathy |
| 660 | Ornelas, Isaias L. |
| 661 | Orozco, Andres |
| 662 | Orozco, Delfia G. |
| 663 | Orozco, Erica |
| 664 | Orozco, Graciela |
| 665 | Orozco, Jacqueline |
| 666 | Orozco, Rigoberto A. |
| 667 | Orozco, Rigoberto G. |
| 668 | Orozco, Tereza |
| 669 | Ortega, Sara |
| 670 | Ortega, Saraita E. |

| | |
|---|---|
| 671 | Ortiz, Abigail |
| 672 | Ortiz, Vanessa Y. |
| 673 | Osborn, Barbara |
| 674 | Ottend-Penrod, Donna L. |
| 675 | Pacheco, Connie |
| 676 | Pacheco, Rodolfo V. |
| 677 | Pacheco-Busko, Veronica |
| 678 | Pantoja, Dezirey |
| 679 | Pantoja, Salvador |
| 680 | Pedrelli, Austine |
| 681 | Pedrelli, Dominic |
| 682 | Pedrelli, Morgan |
| 683 | Pena, Gabriela L. |
| 684 | Pena, Maryln L. |
| 685 | Penrod, Annette |
| 686 | Penrod, Joan |
| 687 | Penrod, Robert |
| 688 | Pereira, Daniel V. |
| 689 | Pereira, Grabrielle M. |
| 690 | Pereira, John A. |
| 691 | Pereira, Mary F. |
| 692 | Perez, Adrianna |
| 693 | Perez, Antionio G. |
| 694 | Perez, Cecelia |
| 695 | Perez, Erick A. |
| 696 | Perez, Jeannett |
| 697 | Perez, Maria G. |
| 698 | Perry, Monica Serna |
| 699 | Plantz, John |
| 700 | Plantz, Joji |
| 701 | Pleasant, Ieshia |
| 702 | Pollard, Raishawna |
| 703 | Pompa, Cynthia |
| 704 | Pompa, Mayra |
| 705 | Ponce, Diana L. |
| 706 | Ponce, Diego E. |
| 707 | Prado, Amelia |
| 708 | Prado, Brenda M. |
| 709 | Prado, Faviola Y. |
| 710 | Prado, Luis Lorenso |
| 711 | Prado, Luis Sr. |
| 712 | Prado, Maricela |
| 713 | Prado, Martin Sr. |
| 714 | Prado, Oscar |

| | |
|---|---|
| 715 | Prado, Rigoberto |
| 716 | Prado, Sophia |
| 717 | Prado, Veronica |
| 718 | Prado, Viviana |
| 719 | Prado-Diaz, Martin Jr. |
| 720 | Quilon, Maria A. |
| 721 | Ramirez, Carlos E. |
| 722 | Ramirez, Lourdes |
| 723 | Ramirez, Maria De Jesus |
| 724 | Ramirez, Roberto |
| 725 | Ramos, Brenda |
| 726 | Reed, Isaiah |
| 727 | Reinero, Eleanor |
| 728 | Reinero, Renee S. |
| 729 | Reinero, Sandra |
| 730 | Renteria, Amelia |
| 731 | Renteria, Andrew |
| 732 | Renteria, Christian |
| 733 | Renteria, Jose |
| 734 | Renteria, Juan |
| 735 | Reyes, Juan E. |
| 736 | Reyes-Petty, Leilani |
| 737 | Reynaga, Adam |
| 738 | Reynaga, Jose Guadalupe |
| 739 | Reynaga, Joseph |
| 740 | Reynaga, Salud Jaramillo |
| 741 | Roach, Stacy |
| 742 | Robbins, Francis Carol |
| 743 | Robbins, John A. |
| 744 | Rodarte, Juan L. |
| 745 | Rodgers, Stephanie J. |
| 746 | Rodriguez, Adriano E. |
| 747 | Rodriguez, Alma E. |
| 748 | Rodriguez, Andrameda |
| 749 | Rodriguez, Jose |
| 750 | Rodriguez, Luis |
| 751 | Rodriguez, Luz Maria |
| 752 | Rodriguez, Maria |
| 753 | Rodriguez, Mary |
| 754 | Rodriguez, Mateo Salinas Jr. |
| 755 | Rodriguez, Matthew Salinas Sr. |
| 756 | Rodriguez, Mercedes Cruz |
| 757 | Rodriguez, Miguel A. |
| 758 | Rodriguez, Norma |

| | |
|---|---|
| 759 | Rodriguez, Yesenia |
| 760 | Rojas, Manuel L. |
| 761 | Rojas, Maria Del Carmen |
| 762 | Rojas, Norman E. |
| 763 | Romero, Isaak |
| 764 | Romo, Hosanna |
| 765 | Romo, Sarah |
| 766 | Romo-Medina, Mary J. |
| 767 | Rosales, Angel |
| 768 | Rosales, Armando |
| 769 | Rosales, Lupe |
| 770 | Rosales, Maria Guadalupe |
| 771 | Rosales, Maria O. |
| 772 | Rubio-Macias, Leonor |
| 773 | Ruelan, Asela |
| 774 | Ruiz, Elia |
| 775 | Ruiz, Holegario |
| 776 | Ruiz, Jasmine |
| 777 | Ruiz, Jimmy |
| 778 | Ruiz, Mary Lou |
| 779 | Salazar, Criselva V. |
| 780 | Salazar, Eduardo |
| 781 | Salazar, Eduardo Y. III |
| 782 | Salazar, Lucia Y. |
| 783 | Salazar-Jiminez, Maria |
| 784 | Salcedo De Prado, Rosa |
| 785 | Saldivar, Ernesto |
| 786 | Saldivar, Juan F. |
| 787 | Saldivar, Raul M. |
| 788 | Saldivar, Robert |
| 789 | Saldivar, Tai |
| 790 | Sales, Anna Ida |
| 791 | Sanchez, Adam |
| 792 | Sanchez, Alexis |
| 793 | Sanchez, Amanda |
| 794 | Sanchez, Angel Gabriel |
| 795 | Sanchez, David |
| 796 | Sanchez, Ellery |
| 797 | Sanchez, Imelda |
| 798 | Sanchez, Isaac |
| 799 | Sanchez, Jimmy F. Jr. |
| 800 | Sanchez, Jimmy S. |
| 801 | Sanchez, Karen P. |
| 802 | Sanchez, Kevin Y. |

| | |
|---|---|
| 803 | Sanchez, Lilly |
| 804 | Sanchez, Lucas |
| 805 | Sanchez, Rowan |
| 806 | Sanchez-Barker, Leticia |
| 807 | Sanders, Sharmaine |
| 808 | Sandoval, Juan C. Jr. |
| 809 | Sandoval, Juan C. Sr. |
| 810 | Sandoval, Miguel A. |
| 811 | Sansoni, Agri-Enterprises |
| 812 | Sansoni, Aldo J. |
| 813 | Sansoni, Eleanor |
| 814 | Sansoni, Ezio |
| 815 | Sansoni, Henry |
| 816 | Sansoni, Joseph |
| 817 | Segoviano, Concepcion Frances |
| 818 | Segura, Maria Delgadillo |
| 819 | Seibert, Jessica |
| 820 | Seibert, Michelle |
| 821 | Seibert-Lara, Sandy R. |
| 822 | Septien, Matthew |
| 823 | Septien, William |
| 824 | Sequeira Unlimited, Inc., |
| 825 | Sequiera, Amanda M. |
| 826 | Sequiera, Andrew |
| 827 | Sequiera, Brandon |
| 828 | Sequiera, Matthew |
| 829 | Serilla, Victor |
| 830 | Serna, Jody M. |
| 831 | Serna, Judy M. |
| 832 | Shepherd, Kenneth |
| 833 | Shepherd, Marie |
| 834 | Sierra, Claudia |
| 835 | Sierra, Jessica |
| 836 | Silva, Espiridios |
| 837 | Silva, Jose A. |
| 838 | Silva, Martha A. |
| 839 | Silva, Martha E. |
| 840 | Silva, Martha L. |
| 841 | Silva, Stephanie A. |
| 842 | Smith, Jacqueline S. |
| 843 | Smith, Kerstin |
| 844 | Smith, Troy |
| 845 | Speed, Mariah |
| 846 | Speed, Miranda |

| | |
|---|---|
| 847 | Spence, Loretta |
| 848 | Stanley, Esther B. |
| 849 | Steelman, Joseph |
| 850 | Steelman, Odessa |
| 851 | Stoker, Brittany |
| 852 | Stoker, Michelle |
| 853 | Stoker, Robert |
| 854 | Stoker, Sarah |
| 855 | Stone, Angela N. |
| 856 | Stone, Jason J. |
| 857 | Storey, Deborah |
| 858 | Storey, Marlon Sr. |
| 859 | Storey, TY |
| 860 | Stubbs, Connee |
| 861 | Stubbs, Cynthia Sandoval |
| 862 | Suarez, Julia |
| 863 | Talbert, Evelyn |
| 864 | Talbert, Jimmy Wayne |
| 865 | Tejeda, Antonio |
| 866 | Tejeda, Brenda |
| 867 | Tejeda, Eduardo |
| 868 | Tejeda, Monique |
| 869 | Tejeda, Shayndel |
| 870 | Terry, Chase C. |
| 871 | Terry, Drew M. |
| 872 | Terry, E. Lehua |
| 873 | Terry, Edward E. |
| 874 | Thomas, Robert Kelly |
| 875 | Tito, Godofreda |
| 876 | Torres, Bertha |
| 877 | Torres, Hector Jr. |
| 878 | Torres, Hector Sr. |
| 879 | Torres, Maria J. |
| 880 | Torres, Robert |
| 881 | Towell, Angie |
| 882 | Towell, William |
| 883 | Tulare, Marie Bertha |
| 884 | Tyrell, George |
| 885 | Valencia, Arcelia |
| 886 | Valencia, Daniel |
| 887 | Valencia, Eduardo |
| 888 | Valencia, Elvia |
| 889 | Valencia, Mauricio |
| 890 | Valencia, Petra (Betty) |

| | |
|---|---|
| 891 | Valencia-Alvarez, Clarissa |
| 892 | Valencia-Alvarez, Monzerrat |
| 893 | Valencia-Alvarez, Obdulia |
| 894 | Valencia-Benavidez, Isis |
| 895 | Vallier, Charles |
| 896 | Vallier, Patricia A. |
| 897 | Vallier, Renesisha |
| 898 | Vang, Ashly Hnub-Ci |
| 899 | Vang, Austin |
| 900 | Vang, Cherpao P. Jr. |
| 901 | Vang, Cherpao P. Sr. |
| 902 | Vang, Elizabeth |
| 903 | Vang, Martha |
| 904 | Vang, Megan |
| 905 | Vang, Shane T. |
| 906 | Vang, Shawn |
| 907 | Vann, Adelina |
| 908 | Vargas, Angel Jr. |
| 909 | Vasquez, Emerald |
| 910 | Vega, Cesar |
| 911 | Vega, Cesar Jr. |
| 912 | Vega, Daniel |
| 913 | Vega, Estivalis |
| 914 | Vega, Evelyn J. |
| 915 | Vega, Gabriela |
| 916 | Vega, Gilberto |
| 917 | Vega, Jacob M. |
| 918 | Vega, Jesus Jr. |
| 919 | Vegas, Jesus T. |
| 920 | Vegas, Luis E. |
| 921 | Vega, Margarita |
| 922 | Vega, Miriam |
| 923 | Vega, Nelson |
| 924 | Vega, Norma G. |
| 925 | Vega, Rosa M. |
| 926 | Vega, Sylvia |
| 927 | Veloz, Holly A. |
| 928 | Venegas, Cassandra |
| 929 | Venegas, Cheyeanne |
| 930 | Venegas, Noah E, |
| 931 | Venegas, River Frank |
| 932 | Verrinder, Michael K. |
| 933 | Virgen, Julio |
| 934 | Vojta, Sherri N. |

| | |
|---|---|
| 935 | Vue, Soua |
| 936 | Wahlberg, Mark |
| 937 | Wahlberg, Rebecca |
| 938 | Walsh, John |
| 939 | Walstad, Alicia |
| 940 | Walstad, Victor |
| 941 | Walstad, Victoria |
| 942 | Walts, Tina |
| 943 | Wario, Margarita |
| 944 | Wario, Maria |
| 945 | Waterstraat, Joseph |
| 946 | Waterstraat, Melissa |
| 947 | Webster, Amber |
| 948 | Webster, Lloyd Dean |
| 949 | Webster, Joshua |
| 950 | Webster, Stephanie |
| 951 | Weger, Anita |
| 952 | Weger, Dennis W. |
| 953 | Whitaker, Marcus |
| 954 | White, Keishauna |
| 955 | Whitford, Kathleen M. |
| 956 | Whitford, Robert A. |
| 957 | Whitford, Victoria M. |
| 958 | Williams, Brittany |
| 959 | Williams, Charles Bradley |
| 960 | Williams, Chase |
| 961 | Williams, Florine |
| 962 | Williams, Nathaniel |
| 963 | Williams, Wendy |
| 964 | Winder, Donna Louise |
| 965 | Winder, Jeffrey Jay |
| 966 | Winton (Davis), Charlotte |
| 967 | Womack, Gary |
| 968 | Woods-Pederson, Sherry |
| 969 | Xiong, Lee |
| 970 | Yanez, Adrian |
| 971 | Yanez, Adrian R. |
| 972 | Yanez, Ana |
| 973 | Yanez, Anet |
| 974 | Yanez, Gerardo |
| 975 | Yanez, Isaac |
| 976 | Yanez, J. Socorro |
| 977 | Yanez, Jose |
| 978 | Yanez, Olivia |

| | | |
|---|---|---|
| 1 | 979 | Yanez, Pedro |
| | 980 | Yanez, Raul C. |
| 2 | 981 | Yang, Angela |
| 3 | 982 | Yang, Chia |
| | 983 | Yang, Ghowlie |
| 4 | 984 | Yang, Ghowntxi |
| 5 | 985 | Yang, Ghowzhong |
| | 986 | Yang, Ghowzhoua |
| 6 | 987 | Yang, Lee |
| | 988 | Yang, Long |
| 7 | 989 | Yang, Sean |
| 8 | 990 | Yang, Soua |
| | 991 | Yapit, Felipe |
| 9 | 992 | Ybarra, Joanne |
| | 993 | Ybarra, Rudy Jr. |
| 10 | 994 | Ybarra,Rudy Sr. |
| 11 | 995 | Ybarra, Trisha |
| | 996 | Zamarripa, Cynthia Renee |
| 12 | 997 | Zamarripa, Stephen |
| | 998 | Zaragoza, Gloribella |
| 13 | 999 | Zarate, Alejandra |
| 14 | 1000 | Zarate, Andrea |
| | 1001 | Zarate, Armando |
| 15 | 1002 | Zarata, Athina |
| | 1003 | Zarate, Destinee |
| 16 | 1004 | Zarate, Diego |
| 17 | 1005 | Zarate, Monique |

18

19

20

21

22

23

24

25

26

27

28

**FEDERAL COURT PROOF OF SERVICE**
**UNITED STATES EASTERN DISTRICT COURT**

4850-8447-4881.2                                    -27-

CASE NAME:        Abarca, et al. v. Merck & Co., Inc., et al.
CASE NUMBER:      U. S. Eastern District Court Case No. 1:07 CV 0388 OWW DLB

STATE OF CALIFORNIA, COUNT OF SACRAMENTO

     I am employed in the County of Sacramento, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 2850 Gateway Oaks, Suite 450, Sacramento, California 95833.

     On February 5, 2009, I served the following document described as **STIPULATION TO DISMISS CERTAIN NAMED PLAINTIFFS FROM PLAINTIFFS' CLAIMS FOR NEGLIGENT MAINTENANCE, DANGEROUS CONDITION OF PUBLIC PROPERTY, AND NUISANCE AS TO FRANKLIN COUNTY WATER DISTRICT; PROPOSED ORDER** on all interested parties in this action by placing [X] a true copy  [ ] the original thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

     The documents were served by the following means:

[ ]    (BY U.S. MAIL)  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and (specify one):

     [ ]    Deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

     [ ]    Placed the envelope or package for collection and mailing, following our ordinary business practices.  I am readily familiar with the firm's practice for collection and processing correspondence for mailing.  Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope of package with the postage fully prepaid.

[**X**]    (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed below.

     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

     Executed on February 5, 2009, at Sacramento, California.

_____
Peggy Laing

4850-8447-4881.2

-28-

1
2

**FEDERAL COURT PROOF OF SERVICE**
**UNITED STATES EASTERN DISTRICT COURT**

3

CASE NAME:       Abarca, et al. v. Merck & Co., Inc., et al.
CASE NUMBER:     U. S. Eastern District Court Case No. 1:07 CV 0388 OWW DLB

4

**SERVICE LIST**

5

6
7
8
9

| | |
|---|---|
| Michael E. Lehman<br>Michael G. Marderosian<br>MARDEROSIAN, RUNYON, CERCONE,<br>LEHMAN & ARMO<br>1260 Fulton Mall<br>Fresno, CA 93721-1916<br>**Fax: (559) 441-8170** | Michael J. Bidart<br>Ricardo Echeverria<br>SHERNOFF, BIDART & DARRAS<br>600 South Indian Hill Boulevard<br>Claremont, CA 91711-5498<br>**Fax: (909) 625-6915** |
| Jack Silver<br>LAW OFFICE OF JACK SILVER<br>P.O. Box 5469<br>Santa Rosa, CA 95402<br>**Fax: (707) 528-8675** | Robert H.Greenfield<br>GREENFIELD-HARDY<br>4790 Golden Foothill Parkway, Suite 210<br>El Dorado Hills, CA 95762<br>**Fax: (916) 939-1075** |
| Steve Lewis<br>BARG, COFFIN, LEWIS & TRAPP, LLC<br>350 California Street<br>22nd Floor<br>San Francisco, CA 9410-1435<br>**Fax: (415) 228-5450** | Thomas S. Brazier<br>Jeffery F. O'Neal<br>LaMORE, BRAZIER, RIDDLE &<br>GIAMPAOLI<br>1570 The Alameda, Suite 150<br>San Jose, CA 95126-2305<br>**Fax: (408) 275-6284** |
| Eugene Tanaka<br>BEST, BEST & KRIEGER LLP<br>2001 N. Main St., Suite 390<br>Walnut Creek, CA 94506<br>**Fax: (925) 977-3311** | Carissa Beecham<br>BEST, BEST & KRIEGER LLP<br>400 Capitol Mall, Suite 1650<br>Sacramento, CA 95814<br>**Fax: (916) 551-2842** |
| Jan Adam Greben<br>GREBEN & ASSOC.<br>1332 Anacapa Street, Suite 110<br>Santa Barbara, CA 93101<br>**Fax: (805) 963-9098** | Stephen E. Carroll<br>McCORMICK, BARSTOW, SHEPPARD,<br>WAYTE & CARRUTH, LLP<br>5 River Park Place East<br>P. O. Box 28912<br>Fresno, CA 93720-1501<br>**Fax: (559) 433-2300** |
| Terry L. Allen<br>ALLEN, PROIETTI & FAGALDE LLP<br>1640 "N" Street, Suite 200<br>P.O. Box 2184<br>Merced, CA 95344<br>**Fax: (209) 723-7397** | Gary T. Drummond<br>STEVENS DRUMMOND & GIFFORD<br>1910 Olympic Boulevard, Suite 250<br>Walnut Creek, CA 94596<br>Ph:: (925) 944-5550<br>**Fax: (925) 256-9669**<br>Email: garydrummond@sdglaw.com |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4850-8447-4881.2

-29-

1
2
3
4

| Thomas V. Girardi | |
|---|---|
| Thomas J. Johnston | |
| GIRARDI & KEESE | |
| 1126 Wilshire Boulevard | |
| Los Angeles, CA 90017 | |
| **Fax: (213) 481-1554** | |

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4850-8447-4881.2

-30-