| | |
|---|---|
| 1 | Michael G. Marderosian, No. 77296 |
|   | Brett L. Runyon, No. 133501 |
| 2 | Michael E. Lehman, No. 133523 |
|   | MARDEROSIAN, RUNYON, CERCONE, |
| 3 |  LEHMAN & ARMO |
|   | 1260 Fulton Mall |
| 4 | Fresno, CA 93721 |
|   | Telephone:  (559) 441-7991 |
| 5 | Facsimile: (559) 441-8170 |
| 6 | Michael J. Bidart, No. 60582 |
|   | Ricardo Echeverria, No. 166049 |
| 7 | Gregory L. Bentley, No. 151147 |
|   | SHERNOFF, BIDART, DARRAS & ECHEVERRIA |
| 8 | 600 South Indian Hill Boulevard |
|   | Claremont, CA  91711-5498 |
| 9 | Telephone:  (909) 621-4935 |
|   | Facsimile:  (909) 625-6915 |
| 10 | |
|    | Thomas V. Girardi, No. 36603 |
| 11 | Thomas J. Johnston, No. 210506 |
|    | GIRARDI & KEESE |
| 12 | 1126 Wilshire Boulevard |
|    | Los Angeles, CA  90017 |
| 13 | Telephone:  (213) 977-0211 |
|    | Facsimile:  (213) 481-1554 |
| 14 | |
|    | Jack Silver, No. 160575 |
| 15 | LAW OFFICE OF JACK SILVER |
|    | Post Office Box 5469 |
| 16 | Santa Rosa, CA 95402 |
|    | Telephone:  (707) 829-0934 |
| 17 | Facsimile:  (707) 528-8675 |
| 18 |       Attorneys for:  Plaintiffs |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | | |
|---|---|---|
| ABARCA, RAUL VALENCIA, et al. | ) | Case No. 1:07-CV-0388 OWW DLB |
|   | ) | |
| Plaintiffs, | ) | **DISMISSAL OF VICTOR J. AZEVEDO** |
|   | ) | **AND VICTOR JOSEPH AZEVEDO WITH** |
| v. | ) | **PREJUDICE FROM ALL CLAIMS IN** |
|   | ) | **THE FIFTH AMENDED COMPLAINT AS** |
| MERCK & CO., INC., et al., | ) | **TO ALL DEFENDANTS AND ORDER** |
|   | ) | |
| Defendants. | ) | |
|   | ) | |

DISMISSAL OF ROBERTO RAMIREZ

1  Plaintiffs hereby dismiss VICTOR J. AZEVEDO and VICTOR JOSEPH AZEVEDO with
2  prejudice from all claims in the Fifth Amended Complaint as to all defendants.

3  Dated: February 6, 2009                           MARDEROSIAN, RUNYON, CERCONE
                                                     LEHMAN & ARMO
4

5
                                                     By: /s/ Michael G. Marderosian, Esq.
6                                                        MICHAEL G. MARDEROSIAN,
                                                         Attorney for Plaintiffs above named
7

8  Dated: February 6, 2009                           SHERNOFF, BIDART, DARRAS & ECHEVERRIA

9

10
                                                     By: /s/ Michael J. Bidart, Esq.
11                                                       MICHAEL J. BIDART,
                                                         Attorneys for Plaintiffs above named
12

13 Dated: February 6, 2009                           GIRARDI & KEESE

14

15                                                   By: /s/ Thomas V. Girardi, Esq.
                                                         THOMAS V. GIRARDI
16                                                       Attorneys for Plaintiffs above named

17
   Dated: February 6, 2009                           LAW OFFICE OF JACK SILVER
18

19

20                                                   By: /s/ Jack Silver, Esq.
                                                         JACK SILVER,
21                                                       Attorneys for Plaintiffs above named

22                                          **ORDER**

23     IT IS SO ORDERED.

24 **Dated:   February 6, 2009**                     /s/ Oliver W. Wanger
                                                     UNITED STATES DISTRICT JUDGE
25

26

27

28