1

**ALLEN PROIETTI & FAGALDE**

2
1640 "N" STREET, SUITE 200
MERCED, CA 95344
TELEPHONE: (209) 723-4372

3
FACSIMILE: (209) 723-7397

4
Terry L. Allen, State Bar No. 34527
terry@mercedlaw.com

5

**GREBEN & ASSOCIATES**

6
1332 ANACAPA, SUITE 110
SANTA BARBARA, CA 93101

7
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

8

9
Jan A. Greben, State Bar No. 103464
jan@grebenlaw.com
Jenna L. Motola, State Bar No. 246738

10
jenna@grebenlaw.com

11
Attorneys for Defendant County of Merced

12

UNITED STATES DISTRICT COURT

13
EASTERN DISTRICT OF CALIFORNIA

14

15
ABARCA, RAUL VALENCIA, et al.,                    Case No. 1:07-cv-00388-OWW-DLB

16
                                    Plaintiffs,

17
       v.                                         **STIPULATION AND ORDER AMENDING**
                                                  **SCHEDULING CONFERENCE ORDER**

18
MERCK & CO., INC., et al.,

19
                                                  Action Filed:  March 8, 2007
                                    Defendants.   Trial Date:    November 23, 2010

20

21

22
       The parties make this stipulation to amend the Scheduling Conference Order at the request

23
of the Defendants as they find it necessary to complete more plaintiff depositions prior to the

24
designation of trial plaintiffs  The Parties agree that good cause exists for modifying the

25
Scheduling Conference Order.  This stipulation does not affect any dispositive dates in the current

26
scheduling conference order, including trial.

27
       Plaintiffs and Defendants stipulate that the Scheduling Conference Order, filed on January

28
28, 2009, shall be amended as follows:

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

1
- Plaintiffs will designate ten test Plaintiffs for trial by April 30, 2009 rather than by
2
  February 28, 2009.
3
- Defendants will designate ten test Plaintiffs for trial by June 30, 2009 rather than
4
  by April 30, 2009.
5

6

7   Dated:  February ___ , 2009
8

9

10

11

12

13

14   Dated:  February ___ , 2009              BARG COFFIN LEWIS & TRAPP LLP
15

16                                           _____
17                                           STEPHEN C. LEWIS
                                             MORGAN GILHULY
18                                           Attorneys for Defendants, MERCK & CO.,
                                             INC.; AMSTED INDUSTRIES, INC.;
19                                           BALTIMORE AIRCOIL COMPANY INC.;
                                             and TRACK FOUR, INC.
20

21

22   Dated:  February ___ , 2009              GREBEN & ASSOCIATES
23

24                                           _____
25                                           JAN A. GREBEN
                                             JENNA L. MOTOLA
26                                           Attorneys for Defendant, COUNTY OF
                                             MERCED
27

28

STIPULATION AND ORDER AMENDING SCHEDULING CONFERENCE ORDER
Case No. 1:07-cv-00388-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com

1

2

3          MARDEROSIAN RUNYON CERCONE
           LEHMAN & ARMO

4

5          _____

6          MICHAEL G. MARDEROSIAN
           MICHAEL E. LEHMAN
7          Attorneys for Plaintiffs

8

9
Dated:  February ___ , 2009          GREENFIELD-HARDY
10

11

12         _____
           ROBERT H. GREENFIELD
13         WAZHMA A. MOJADDIDI
           Attorneys for Defendant, MERCED
14         IRRIGATION DISTRICT

15

16
Dated:  February ___ , 2009          LEWIS BRISBOIS BISGAARD & SMITH
17

18

19         _____
           JOSEPH A. SALAZAR
20         YAMIN MAUNG
           Attorneys for Defendant, FRANKLIN
21         COUNTY WATER DISTRICT

22

23

24

25

26

27

28

STIPULATION AND ORDER AMENDING SCHEDULING CONFERENCE ORDER
Case No. 1:07-cv-00388-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com

1

2

3     Dated:  February ___ , 2009              MCCORMICK BARSTOW SHEPPARD
                                              WAYTE & CARRUTH LLP

4

5                                             _____
                                              STEPHEN E. CARROLL
6                                             Attorneys for Defendant, RANCHWOOD
                                              HOMES CORP.
7

8

9

10

11    Dated:  February ___ , 2009              LAMORE BRAZIER RIDDLE &
                                              GIAMPAOLI
12

13                                            _____
                                              THOMAS S. BRAZIER
14                                            JEFFERY F. ONEAL
                                              Attorneys for Defendant, MERCED
15                                            IRRIGATION DISTRICT

16

17

18    Dated:  February ___ , 2009              STEVENS DRUMMOND & GIFFORD

19

20                                            _____
                                              GARY T. DRUMMOND
21                                            Attorneys for Defendant, MEADOWBROOK
                                              WATER COMPANY OF MERCED, INC.
22

23

24

25

26

27

28

- 4 -

PDF created with pdfFactory trial version www.pdffactory.com

1

2

3  Dated:  February  ___ , 2009        BEST BEST & KRIEGER LLP

4

5                                   _____
                                     EUGENE TANAKA

6                                    Attorneys for Defendant, CITY OF MERCED

7

8

9        IT IS SO ORDERED.

10

11  Dated: February 26, 2009

12                                   /s/ OLIVER W. WANGER
                                      JUDGE OF THE UNITED STATES
13                                    DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com