**ALLEN PROIETTI & FAGALDE**
1640 "N" STREET, SUITE 200
MERCED, CA 95344
TELEPHONE: (209) 723-4372
FACSIMILE: (209) 723-7397

Terry L. Allen, State Bar No. 34527
terry@mercedlaw.com

**GREBEN & ASSOCIATES**
1332 ANACAPA, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, State Bar No. 103464
jan@grebenlaw.com
Jenna L. Motola, State Bar No. 246738
jenna@grebenlaw.com

Attorneys for Defendant County of Merced

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., et al.,<br><br>Defendants. | Case No. 1:07-cv-00388-OWW-DLB<br><br>**STIPULATION AND ORDER CONTINUING MERCED IRRIGATION DISTRICT'S MOTION TO COMPEL HEARING**<br><br>Date:  March 13, 2009<br>Time:  9:00 a.m.<br>Dept.:  9<br><br>Action Filed:  March 8, 2007<br>Trial Date:    November 23, 2010 |

///

///

///

- 1 -

Plaintiffs and Defendants, through their respective counsel, stipulate that due to a conflict on the part of defense counsel, that the hearing on Merced Irrigation District's Motion to Compel, currently scheduled for March 13, 2009, shall be continued to April 3, 2009 at 9:00 am.

Dated: February 26, 2009

Dated: February 27 , 2009  BARG COFFIN LEWIS & TRAPP LLP

/s/ Stephen C. Lewis
STEPHEN C. LEWIS
MORGAN GILHULY
Attorneys for Defendants, MERCK & CO., INC.; AMSTED INDUSTRIES, INC.; BALTIMORE AIRCOIL COMPANY INC.; and TRACK FOUR, INC.

Dated: February 27 , 2009  GREBEN & ASSOCIATES

/s/ Jan A. Greben
JAN A. GREBEN
JENNA L. MOTOLA
Attorneys for Defendant, COUNTY OF MERCED

```
 1
 2                                            MARDEROSIAN RUNYON CERCONE
 3                                            LEHMAN & ARMO
 4
 5                                             /s/ Michael G. Marderosian
                                              MICHAEL G. MARDEROSIAN
 6                                            MICHAEL E. LEHMAN
                                              Attorneys for Plaintiffs
 7
 8
 9
     Dated: February 27 , 2009               GREENFIELD-HARDY
10
11
                                              /s/ Robert H. Greenfield
12                                            ROBERT H. GREENFIELD
                                              WAZHMA A. MOJADDIDI
13                                            Attorneys for Defendant, MERCED
                                              IRRIGATION DISTRICT
14
15
16
     Dated: February 27 , 2009               LEWIS BRISBOIS BISGAARD & SMITH
17
18
                                              /s/ Joseph A. Salazar
19                                            JOSEPH A. SALAZAR
                                              YAMIN MAUNG
20                                            Attorneys for Defendant, FRANKLIN
                                              COUNTY WATER DISTRICT
21
22
23
24
25
26
27
28
```

- 3 -

Dated: February 27, 2009                MCCORMICK BARSTOW SHEPPARD
                                        WAYTE & CARRUTH LLP


                                         /s/ Stephen E. Carroll
                                        STEPHEN E. CARROLL
                                        Attorneys for Defendant, RANCHWOOD
                                        HOMES CORP.


Dated: February 27, 2009                LAMORE BRAZIER RIDDLE &
                                        GIAMPAOLI


                                         /s/ Thomas S. Brazier
                                        THOMAS S. BRAZIER
                                        JEFFERY F. ONEAL
                                        Attorneys for Defendant, MERCED
                                        IRRIGATION DISTRICT


Dated: February 27, 2009                STEVENS DRUMMOND & GIFFORD


                                         /s/ Gary T. Drummond
                                        GARY T. DRUMMOND
                                        Attorneys for Defendant, MEADOWBROOK
                                        WATER COMPANY OF MERCED, INC.

1

2
Dated: February 27 , 2009                                   BEST BEST & KRIEGER LLP
3

4
 /s/ Eugene Tanaka
5
EUGENE TANAKA
Attorneys for Defendant, CITY OF MERCED
6

7  ///

8  ///

9  ///

10  ///

11  ///

12  ///

13  ///

14  ///

15
Dated: February 27 , 2009                                   CHAPMAN GLUCKSMAN DEAN ROEB &
16                                                                                         BARGER

17

18                                                                                        /s/ Glen T. Barger
GLEN T. BARGER
19                                                                                        HEATHER M. PATRICK
Attorneys for Defendant, RANCHWOOD
20                                                                                        HOMES CORP.; RANCHWOOD
PROPERTIES; RANCHWOOD
21                                                                                        CONTRACTORS, INC.; HOSTETLER
INVESTMENTS, LLC; EL CAPITAN
22                                                                                        ESTATES, LLC; and RANCHWOOD
RESIDENTIAL INC.

23

24          IT IS SO ORDERED.

25    Dated: 5 March 2009

                                                                                                 /s/ *Dennis L. Beck*
26                                                                                        HONORABLE DENNIS L. BECK
UNITED STATES MAGISTRATE JUDGE
27

28

- 5 -

STIPULATION AND ORDER AMENDING SCHEDULING CONFERENCE ORDER
Case No. 1:07-cv-00388-OWW-DLB