1 Michael G. Marderosian, No. 77296
Brett L. Runyon, No. 133501
2 Michael E. Lehman, No. 133523
MARDEROSIAN, RUNYON, CERCONE,
3  LEHMAN & ARMO
1260 Fulton Mall
4 Fresno, CA 93721
Telephone: (559) 441-7991
5 Facsimile: (559) 441-8170

6 Michael J. Bidart, No. 60582
Ricardo Echeverria, No. 166049
7 Gregory L. Bentley, No. 151147
SHERNOFF, BIDART, DARRAS & ECHEVERRIA
8 600 South Indian Hill Boulevard
Claremont, CA 91711-5498
9 Telephone: (909) 621-4935
Facsimile: (909) 625-6915

10
Thomas V. Girardi, No. 36603
11 Thomas J. Johnston, No. 210506
GIRARDI & KEESE
12 1126 Wilshire Boulevard
Los Angeles, CA 90017
13 Telephone: (213) 977-0211
Facsimile: (213) 481-1554
14
Jack Silver, No. 160575
15 LAW OFFICE OF JACK SILVER
Post Office Box 5469
16 Santa Rosa, CA 95402
Telephone: (707) 829-0934
17 Facsimile: (707) 528-8675

18     Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al. | Case No. 1:07-CV-0388 OWW DLB |
| Plaintiffs, | **DISMISSAL OF PLAINTIFFS MARCO TULIO GOMEZ; MICHAEL DEAN MILLER; VICTORIA JEANNE MILLER; ANGELINA MARIE BRYANT; JAMES DEBOLDER BROWN; JUDITH ARLENE BROWN; AND ALFONSO A. MERCADO WITH PREJUDICE FROM ALL CLAIMS IN THE FIFTH AMENDED COMPLAINT AS TO ALL DEFENDANTS** |
| v. | |
| MERCK & CO., INC., et al., | |
| Defendants. | |

| | |
|---|---|
| 1 | |
| 2 | Plaintiffs hereby dismiss Marco Tulio Gomez; Michael Dean Miller; Victoria Jeanne Miller; Angelina Marie Bryant; James Debolder Brown; Judith Arlene Brown; and Alfonso A. Mercado with prejudice from all claims in the Fifth Amended Complaint as to all defendants. |

Plaintiffs hereby dismiss Marco Tulio Gomez; Michael Dean Miller; Victoria Jeanne Miller; Angelina Marie Bryant; James Debolder Brown; Judith Arlene Brown; and Alfonso A. Mercado with prejudice from all claims in the Fifth Amended Complaint as to all defendants.

Dated: March 11, 2009      MARDEROSIAN, RUNYON, CERCONE LEHMAN & ARMO

By: /s/ Michael G. Marderosian, Esq.
MICHAEL G. MARDEROSIAN,
Attorney for Plaintiffs above named

Dated: March 11, 2009      SHERNOFF, BIDART, DARRAS & ECHEVERRIA

By: /s/ Michael J. Bidart, Esq.
MICHAEL J. BIDART,
Attorneys for Plaintiffs above named

Dated: March 11, 2009      GIRARDI & KEESE

By: /s/ Thomas V. Girardi, Esq.
THOMAS V. GIRARDI
Attorneys for Plaintiffs above named

Dated: March 11, 2009      LAW OFFICE OF JACK SILVER

By: /s/ Jack Silver, Esq.
JACK SILVER,
Attorneys for Plaintiffs above named

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

2      **DISMISSAL OF PLAINTIFFS**

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

## ORDER

Marco Tulio Gomez; Michael Dean Miller; Victoria Jeanne Miller; Angelina Marie Bryant; James Debolder Brown; Judith Arlene Brown; and Alfonso A. Mercado are hereby dismissed with prejudice from all claims in the Fifth Amended Complaint as to all defendants.

Dated: March 11, 2009

/s/ OLIVER W. WANGER
OLIVER W. WANGER
Judge of the District Court
Eastern District of California