Michael G. Marderosian, No. 77296
Brett L. Runyon, No. 133501
Michael E. Lehman, No. 133523
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Michael J. Bidart, No. 60582
Ricardo Echeverria, No. 166049
Gregory L. Bentley, No. 151147
SHERNOFF, BIDART, DARRAS & ECHEVERRIA
600 South Indian Hill Boulevard
Claremont, CA 91711-5498
Telephone: (909) 621-4935
Facsimile: (909) 625-6915

Thomas V. Girardi, No. 36603
Thomas J. Johnston, No. 210506
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Jack Silver, No. 160575
LAW OFFICE OF JACK SILVER
Post Office Box 5469
Santa Rosa, CA 95402
Telephone: (707) 829-0934
Facsimile: (707) 528-8675

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al. | Case No. 1:07-CV-0388 OWW DLB |
| Plaintiffs, | **DISMISSAL OF PLAINTIFFS MARIA MAGDALENA CAMACHO; JULIE ANNA FERRARIO; CHRISTOPHER TERRENCE HOPE; ALLAN REED; TAI LEI SALDIVAR; AND MICHAEL WALSTAD WITH PREJUDICE FROM ALL CLAIMS IN THE FIFTH AMENDED COMPLAINT AS TO ALL DEFENDANTS** |
| v. | |
| MERCK & CO., INC., et al., | |
| Defendants. | |

| | |
|---|---|
| 1 | Plaintiffs hereby dismiss Maria Magdalena Camacho; Julie Anna Ferrario; Christopher |
| 2 | Terrence Hope; Allan Reed; Tai Lei Saldivar; and Michael Walstad with prejudice from all claims |
| 3 | in the Fifth Amended Complaint as to all defendants. |

Dated: March 26, 2009  MARDEROSIAN, RUNYON, CERCONE
 LEHMAN & ARMO


By: /s/ Michael G. Marderosian, Esq.
 MICHAEL G. MARDEROSIAN,
 Attorney for Plaintiffs above named

Dated: March 26, 2009  SHERNOFF, BIDART, DARRAS & ECHEVERRIA


By: /s/ Michael J. Bidart, Esq.
 MICHAEL J. BIDART,
 Attorneys for Plaintiffs above named

Dated: March 26, 2009  GIRARDI & KEESE


By: /s/ Thomas V. Girardi, Esq.
 THOMAS V. GIRARDI
 Attorneys for Plaintiffs above named

Dated: March 26, 2009  LAW OFFICE OF JACK SILVER


By: /s/ Jack Silver, Esq.
 JACK SILVER,
 Attorneys for Plaintiffs above named

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

2  DISMISSAL OF PLAINTIFFS

## ORDER

Plaintiffs Maria Magdalena Camacho; Julie Anna Ferrario; Christopher Terrence Hope; Allan Reed; Tai Lei Saldivar; and Michael Walstad are hereby dismissed with prejudice from all claims in the Fifth Amended Complaint as to all defendants.

IT IS SO ORDERED.

**Dated: March 26, 2009**          **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

3

**DISMISSAL OF PLAINTIFFS**