Michael G. Marderosian, No. 77296
Brett L. Runyon, No. 133501
Michael E. Lehman, No. 133523
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Michael J. Bidart, No. 60582
Ricardo Echeverria, No. 166049
Gregory L. Bentley, No. 151147
SHERNOFF, BIDART, DARRAS & ECHEVERRIA
600 South Indian Hill Boulevard
Claremont, CA 91711-5498
Telephone: (909) 621-4935
Facsimile: (909) 625-6915

Thomas V. Girardi, No. 36603
Thomas J. Johnston, No. 210506
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Jack Silver, No. 160575
LAW OFFICE OF JACK SILVER
Post Office Box 5469
Santa Rosa, CA 95402
Telephone: (707) 829-0934
Facsimile: (707) 528-8675

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al. | Case No. 1:07-CV-0388 OWW DLB |
| Plaintiffs, | **DISMISSAL OF PLAINTIFF PHILIP GAUTHIER, A MINOR, WITHOUT PREJUDICE FROM ALL CLAIMS IN THE FIFTH AMENDED COMPLAINT AS TO ALL DEFENDANTS AND ORDER** |
| v. | |
| MERCK & CO., INC., et al., | |
| Defendants. | |

Plaintiffs hereby dismiss PHILIP GAUTHIER, a minor, without prejudice from all claims in the Fifth Amended Complaint as to all defendants.

Dated: March 26, 2009        MARDEROSIAN, RUNYON, CERCONE
LEHMAN & ARMO

By: /s/ Michael G. Marderosian, Esq.
MICHAEL G. MARDEROSIAN,
Attorney for Plaintiffs above named

Dated: March 26, 2009        SHERNOFF, BIDART, DARRAS & ECHEVERRIA

By: /s/ Michael J. Bidart, Esq.
MICHAEL J. BIDART,
Attorneys for Plaintiffs above named

Dated: March 26, 2009        GIRARDI & KEESE

By: /s/ Thomas V. Girardi, Esq.
THOMAS V. GIRARDI
Attorneys for Plaintiffs above named

Dated: March 26, 2009        LAW OFFICE OF JACK SILVER

By: /s/ Jack Silver, Esq.
JACK SILVER,
Attorneys for Plaintiffs above named

## ORDER

IT IS SO ORDERED.

**Dated: March 26, 2009**        **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

2        DISMISSAL OF PHILIP GAUTHIER