Robert H. Greenfield, SBN 114500
GREENFIELD•HARDY
4790 Golden Foothill Parkway, Suite 210
El Dorado Hills, CA 95762
Telephone: (916)939-1070
Facsimile:   (916)939-1075

Thomas S. Brazier SBN  55484
Jeffrey F. O'Neal SBN  129072
LAMORE, BRAZIER, RIDDLE & GIAMPAOLI
1570 The Alameda, Suite 150
San Jose, CA 95126
Telephone:  408-280-6800
Facsimile: 408-275-6284

Attorneys for Defendant
Merced Irrigation District and
Merced Drainage District No. 1
erroneously served as Merced
Irrigation District No. 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., et al.,<br><br>Defendants. | Case No. 1:07-cv-00388-OWW-DLB<br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that all interrogatory responses served by or on behalf of plaintiffs from inception of the case up to March 31, 2009 are hereby deemed verified under penalty of perjury and have the same force and effect as if verified by each and every plaintiff and guardian ad litem in accordance with FRCP 33(b)(5).

///
///

///
///
///

Dated: April 9, 2009                  MARDEROSIAN, RUNYON, CERCONE
                                                 LEHMAN & ARMO

                                                    /s/

                                       By:
                                         MICHAEL G. MARDEROSIAN,
                                     Attorney for Plaintiffs above named

Dated: April 9, 2009                            SHERNOFF, BIDART,
                                     DARRAS & ECHEVERRIA

                                                  /s/

By:
     MICHAEL J. BIDART,
     Attorneys for Plaintiffs above named

Dated: April 9, 2009                                 GIRARDI & KEESE

                                              /s/

By:
    THOMAS V. GIRARDI
    Attorneys for Plaintiffs above named

///
Dated: April 9, 2009                          LAW OFFICE OF JACK SILVER

                                             /s/

By:
    JACK SILVER,
      Attorneys for Plaintiffs above named

Dated: April 9, 2009                         LEWIS, BRISBOIS, BISGAARD & SMITH



By:      /s/

|   |   |   |
|---|---|---|
| | | JOSEPH A. SALAZAR
Attorneys for Defendant, FRANKLIN COUNTY WATER DISTRICT |

Dated: April 9, 2009                              GREENFIELD-HARDY

/ s /

By:
    ROBERT H. GREENFIELD
Attorneys for Defendant, MERCED IRRIGATION DISTRICT

Dated:  April 9, 2009                              LaMORE, BRAZIER, RIDDLE & GIAMPAOLI

/ s /

By:
    JEFFREY F. O'NEAL
Attorneys for Defendant, MERCED IRRIGATION DISTRICT

Dated:  April 9, 2009                              ALLEN, FAGALDE, ALBERTONI & FLORES LLP

/ s /

By:
TERRY L. ALLEN
Attorneys for Defendant, COUNTY OF MERCED

Dated: April 9, 2009                              GREBEN & ASSOCIATES

/ s /

By:
    JAN ADAM GREBEN
Attorneys for Defendant, COUNTY OF MERCED

///

Dated: April 9, 2009                        BEST, BEST & KRIEGER

/ s /

By:
    GENE TANAKA
    Attorneys for Defendant, CITY OF MERCED

Dated: April 9, 2009                        STEVENS. DRUMMOND & GIFFORD

/ s /

By:
    GARY DRUMMOND
    Attorneys for MEADOWBROOK WATER COMPANY OF MERCED, INC.

Dated:                                        BARG, COFFIN, LEWIS & TRAPP

/ s /

By: STEPHEN C. LEWIS,
    Attorneys for MERCK & CO., INC.;
    AMSTED INDUSTRIES, INC.;
    BALTIMORE AIRCOIL COMPANY, INC.
    and TRACK FOUR, INC.

## **ORDER**

IT IS SO ORDERED.

Dated: 9 April 2009

                         /s/ *Dennis L. Beck*
                         DENNIS L. BECK
                         U.S. Magistrate Judge
                         Eastern District of California