1  Michael G. Marderosian, No. 77296
   Brett L. Runyon, No. 133501
2  Michael E. Lehman, No. 133523
   MARDEROSIAN, RUNYON, CERCONE,
3   LEHMAN & ARMO
   1260 Fulton Mall
4  Fresno, CA 93721
   Telephone: (559) 441-7991
5  Facsimile: (559) 441-8170

6  Michael J. Bidart, No. 60582
   Ricardo Echeverria, No. 166049
7  Gregory L. Bentley, No. 151147
   SHERNOFF, BIDART, DARRAS & ECHEVERRIA
8  600 South Indian Hill Boulevard
   Claremont, CA 91711-5498
9  Telephone: (909) 621-4935
   Facsimile: (909) 625-6915

10
   Thomas V. Girardi, No. 36603
11 Thomas J. Johnston, No. 210506
   GIRARDI & KEESE
12 1126 Wilshire Boulevard
   Los Angeles, CA 90017
13 Telephone: (213) 977-0211
   Facsimile: (213) 481-1554

14
   Jack Silver, No. 160575
15 LAW OFFICE OF JACK SILVER
   Post Office Box 5469
16 Santa Rosa, CA 95402
   Telephone: (707) 829-0934
17 Facsimile: (707) 528-8675

18     Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al. ) | Case No. 1:07-CV-0388 OWW DLB |
| ) | |
| Plaintiffs, ) | **STIPULATION AND ORDER REGARDING DISMISSAL OF FIRST,** |
| ) | **SECOND, THIRD, FOURTH, FIFTH AND** |
| v. ) | **SIXTH CLAIMS** |
| ) | |
| MERCK & CO., INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The parties hereto enter into this stipulation for the purpose of allowing them to focus on issues that may enhance their ability to settle all remaining claims presented by plaintiffs against the stipulating defendants. By entering into this stipulation, the parties acknowledge that they are significantly changing and modifying their discovery effort necessary to prepare for trial and therefore all agree that this stipulation will be binding and cannot be revoked.

All plaintiffs by and through their attorneys, Michael G. Marderosian of Marderosian, Runyon, Cercone, Lehman & Armo, Michael J. Bidart of Shernoff, Bidart, Darras & Echeverria, Thomas V. Girardi of Girardi & Keese, and Jack Silver of the Law Offices of Jack Silver (hereinafter referred to as "plaintiffs") and defendants County of Merced by and through its attorneys Terry L. Allen of Allen, Proietti & Fagalde and Jan A. Greben of Greben & Associates (hereinafter referred to as "County"), City of Merced by and through its attorneys Gene Tanaka of Best, Best & Krieger, LLP (hereinafter referred to as "City"), Merced Irrigation District and Merced Irrigation District Drainage District No. 1 by and through their attorneys Robert H. Greenfield of Greenfield-Hardy and Jeffrey F. Oneal of LaMore, Brazier, Riddle & Giampaoli (hereinafter referred to as "MID and MIDDD No. 1"), Franklin County Water District by and through its attorneys Joseph Salazar, Jr. of Lewis, Brisbois, Bisgaard & Smith (hereinafter referred to as "FCWD") and Meadowbrook Water Company by and through its attorneys Gary Drummond of Stevens, Drummond & Gifford (hereinafter referred to as "MWC") collectively referred to as "stipulating defendants" HEREBY STIPULATE:

1. That plaintiffs' First, Second, Third, Fourth, Fifth and Sixth claims set forth in their Fifth Amended Complaint on file herein are dismissed with prejudice with each side bearing their own attorney's fees and costs including expert fees that pertain to the claims to be dismissed;

2. The parties enter into this stipulation to allow them to focus their attention on resolving the remaining claims in this case;

3. The stipulating defendants will withdraw the following motions related to the claims to be dismissed currently pending before the court: City of Merced's Motion to Dismiss CWA and RCRA Claims; County of Merced's Motion to Dismiss CWA and RCRA Claims; MID and MIDD No. 1's Motion to Dismiss CWA and RCRA Claims; and FCWD's Motion to Dismiss CWA and

///

RCRA Claims; and the Motion to Compel Answers to Interrogatories, Set One, filed by the MID and all joinders filed by the stipulating defendants;

    4.    The parties acknowledge that the remaining claims against these stipulating defendants are so related to the remaining federal claims against non-stipulating defendants, that the remaining claims form part of the same case or controversy under Article III of the United States Constitution and 29 U.S.C. § 1367(a). Therefore, the parties herein agree they will not contest this court's continued jurisdiction as to the remaining claims;

    5.    This stipulation shall be filed with the Court within five (5) days after execution by all parties hereto; and

    6.    This stipulation represents the entire, final agreement between the parties relating to the subject matters of the stipulation and this stipulation may only be amended by a writing executed by all parties. This stipulation may not be contradicted by evidence of prior, contemporaneous, or subsequent oral agreements of the parties; there are no unwritten oral agreements between the parties.

Dated: April 14, 2009                        MARDEROSIAN, RUNYON, CERCONE
                                                     LEHMAN & ARMO

By: /s/ Michael G. Marderosian
     MICHAEL G. MARDEROSIAN,
     Attorney for Plaintiffs above named

Dated: April 14, 2009                        SHERNOFF, BIDART,
                                                     DARRAS & ECHEVERRIA

By: /s/ Michael J. Bidart
     MICHAEL J. BIDART,
     Attorneys for Plaintiffs above named

Dated: April 14, 2009                        GIRARDI & KEESE

By: /s/ Thomas V. Girardi
     THOMAS V. GIRARDI
     Attorneys for Plaintiffs above named

///

| | | |
|---|---|---|
| 1 | Dated: April 14, 2009 | LAW OFFICE OF JACK SILVER |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Jack Silver |
| | | JACK SILVER, |
| 5 | | Attorneys for Plaintiffs above named |
| 6 | Dated: April 14, 2009 | LEWIS, BRISBOIS, BISGAARD & SMITH |
| 7 | | |
| 8 | | |
| 9 | | By: /s/ Joseph A. Salazar, Jr. |
| | | JOSEPH A. SALAZAR, JR. |
| 10 | | Attorneys for Defendant, FRANKLIN COUNTY WATER DISTRICT |
| 11 | | |
| 12 | Dated: April 14, 2009 | GREENFIELD-HARDY |
| 13 | | |
| 14 | | By: /s/ Robert H. Greenfield |
| | | ROBERT H. GREENFIELD |
| 15 | | Attorneys for Defendant, MERCED IRRIGATION DISTRICT |
| 16 | | |
| 17 | Dated: April 14, 2009 | LaMORE, BRAZIER, RIDDLE & GIAMPAOLI |
| 18 | | |
| 19 | | |
| 20 | | By: /s/ Jeffrey F. O'Neal |
| | | JEFFREY F. O'NEAL |
| 21 | | Attorneys for Defendant, MERCED IRRIGATION DISTRICT |
| 22 | | |
| 23 | Dated: April 14, 2009 | ALLEN, PROIETTI & FAGALDE |
| 24 | | |
| 25 | | |
| 26 | | By: /s/ Terry L. Allen |
| | | TERRY L. ALLEN |
| 27 | | Attorneys for Defendant, COUNTY OF MERCED |
| 28 | | |

| | |
|---|---|
| Dated: April 14, 2009 | GREBEN & ASSOCIATES |
| | By: /s/ Jan Adam Greben<br>JAN ADAM GREBEN<br>Attorneys for Defendant, COUNTY OF MERCED |
| Dated: April 14, 2009 | BEST, BEST & KRIEGER |
| | By: /s/ Gene Tanaka<br>GENE TANAKA<br>Attorneys for Defendant, CITY OF MERCED |
| Dated: April 14, 2009 | STEVENS. DRUMMOND & GIFFORD |
| | By: /s/ Gary Drumond<br>GARY DRUMMOND<br>Attorneys for MEADOWBROOK WATER COMPANY OF MERCED, INC. |

**ORDER**

IT IS SO ORDERED.

**Dated:   April 14, 2009**          /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721