UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., et al.,<br><br>Defendants. | CASE NO. 1:07-CV-00388-OWW-DLB<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO SUBMIT REPLY BRIEF TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR CASE MANAGEMENT ORDER IN EXCESS OF 10 PAGE LIMIT**<br><br>Hearing Date: May 18, 2009<br>Time:  10:00 a.m.<br>Courtroom:  3<br><br>Action filed: March 8, 2007<br>Trial Date:  November 23, 2010 |

The Motion of Defendants Merck & Co., Inc., Amsted Industries, Inc., Baltimore Aircoil Company, Inc., and Track Four, Inc., City of Merced, County of Merced, Merced Irrigation District, and Franklin County Water District (collectively "the Defendants") for leave to submit their Reply brief to Plaintiffs' Opposition to Defendants' Motion for Case Management Order in excess of the 10 page limit set forth in this Court's standing orders is GRANTED.

**IT IS HEREBY ORDERED THAT:**

The Defendants may file their Reply brief to Plaintiffs' Opposition to Defendants' Motion

/ / /

/ / /

4826-2569-8307.1  -1-
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO SUBMIT REPLY BRIEF TO PLAINTIFFS' OPPOSITION TO MOTION FOR CMO IN EXCESS OF 10 PAGE LIMIT

for Case Management Order in excess of the 10 page limit set forth in my standing orders, not to exceed 15 pages.

**IT IS SO ORDERED.**

DATED: May 11, 2009

                              /s/ OLIVER W. WANGER
                              HONORABLE OLIVER W. WANGER
                              UNITED STATES DISTRICT COURT JUDGE