GENE TANAKA, Bar No. 101423
JOHN H. HOLLOWAY, Bar No. 181190
BEST BEST & KRIEGER LLP
2001 N. Main Street, Suite 390
Walnut Creek, California 94596
gene.tanaka@bbklaw.com
john.holloway@bbklaw.com
Telephone: (925) 977-3300
Telecopier: (925) 977-1870

CARISSA BEECHAM, Bar No. 254625
BEST BEST & KRIEGER LLP
400 Capitol Mall, Suite 1650
Sacramento, California 95814
carissa.beecham@bbklaw.com
Telephone: (916) 325-4000
Telecopier: (916) 325-4010

Attorneys for Defendant
City of Merced

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FRANKLIN COUNTY WATER DISTRICT, et al.,<br><br>Defendants. | Case No. 1:07-CV-00388 OWW DLB<br><br>STIPULATION TO CLARIFY DISMISSAL OF CERTAIN NAMED PLAINTIFFS FROM CLAIMS FOR NEGLIGENT MAINTENANCE, DANGEROUS CONDITION OF PUBLIC PROPERTY AND NUISANCE AS TO DEFENDANT CITY OF MERCED; ORDER |

# STIPULATION

This Stipulation is entered into between Plaintiffs and Defendant City of Merced ("City"), through their attorneys of record:

1. On August 29, 2008, the City filed its Notice of Motion and Motion to Dismiss, etc., Doc. No. 135 ("Motion"). In the Motion, the City sought dismissal of certain Plaintiffs from the Thirteenth Claim for Negligence Per Se, Fourteenth Claim for Negligent Maintenance, Fifteenth Claim for Dangerous Condition of Public Property and Nineteenth Claim for Nuisance of the Fourth Amended Complaint, dated July 7, 2008, Doc. No. 128 ("4th Am. Comp."), for failure to file a claim under the California Tort Claims Act ("CTCA"). Plaintiffs dismissed the Thirteenth Claim for Negligence Per Se on October 30, 2008, Doc. No. 205.

2. On October 24, 2008, Plaintiffs filed their Memorandum of Points and Authorities in Opposition to Defendants' Motions to Dismiss, Doc. No. 203 ("Opposition"). In the Opposition, Plaintiffs did not oppose the Motion regarding the dismissal of Plaintiffs who failed to file claims under the CTCA. However, Plaintiffs disputed the inclusion of 14 Plaintiffs in the CTCA part of the Motion.

3. On December 16, 2008, the City filed the Stipulation to Dismiss Certain Named Plaintiffs From Plaintiffs' Claims for Negligent Maintenance, Dangerous Conditions of Public Property and Nuisance as to the City of Merced; [Proposed] Order, Doc. No. 224 ("Stipulation"), to dismiss with prejudice the Plaintiffs listed on the attached Exhibit A from the Fourteenth Claim for Negligent Maintenance, Fifteenth Claim for Dangerous Condition of Public Property and Nineteenth Claim for Nuisance of the 4th Am. Comp. as to the City.

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
2001 NORTH MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
2001 NORTH MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596

4.　On December 18, 2008, the Court filed the Order approving the Stipulation, Doc. No. 225 ("Court Order").

5.　On December 30, 2008, Plaintiffs filed a Fifth Amended Complaint, Doc. No. 228-232 ("5th Am. Comp."), which alleged a Thirteenth Claim for Negligent Maintenance, Fourteenth Claim for Dangerous Condition of Public Property, and Eighteenth Claim for Nuisance against, among others, the City.

6.　Based on the above Court Order, this will clarify that the Plaintiffs listed on the attached Exhibit A are not parties to the Thirteenth Claim for Negligent Maintenance, Fourteenth Claim for Dangerous Condition of Public Property and Eighteenth Claim for Nuisance of the 5th Am. Comp., or any such claim in a subsequent complaint, as to the City.

Dated:  May 14, 2009                    BEST BEST & KRIEGER LLP


By:  /s/ _____
　　GENE TANAKA
　　JOHN H. HOLLOWAY
　　CARISSA BEECHAM
　　Attorneys for Defendant
　　City of Merced

Dated:  May 14, 2009                    MARDEROSIAN, RUNYON, CERCONE, LEHMAN & ARMO


By:  /s/ _____
　　MICHAEL G. MARDEROSIAN
　　BRETT RUNYON
　　Attorneys for Plaintiffs

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
2001 NORTH MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596

Dated: May 14, 2009 SHERNOFF, BIDART & DARRAS

By: /s/
MICHAEL J. BIDART
RICARDO ECHEVERRIA
Attorneys for Plaintiffs

Dated: May 14, 2009

By: /s/
JACK SILVER
Attorneys for Plaintiffs

Dated: May 14, 2009 GIRARDI & KEESE

By: /s/
THOMAS V. GIRARDI
THOMAS J. JOHNSTON
Attorneys for Plaintiffs

## ORDER

Based on the above Stipulation, and good cause appearing, IT IS ORDERED THAT:

Plaintiffs listed on the attached Exhibit A are not parties to the Thirteenth Claim for Negligent Maintenance, Fourteenth Claim for Dangerous Condition of Public Property and Eighteenth Claim for Nuisance of the Fifth Amended Complaint, Doc. No. 228-232 or any such claim in a subsequent complaint as to Defendant City of Merced.

Dated: May 19, 2009 /s/ OLIVER W. WANGER
Oliver W. Wanger
United States District Court Judge