GENE TANAKA, Bar No. 101423
JOHN H. HOLLOWAY, Bar No. 181190
BEST BEST & KRIEGER LLP
2001 N. Main Street, Suite 390
Walnut Creek, California 94596
gene.tanaka@bbklaw.com
john.holloway@bbklaw.com
Telephone: (925) 977-3300
Telecopier: (925) 977-1870

CARISSA BEECHAM, Bar No. 254625
BEST BEST & KRIEGER LLP
400 Capitol Mall, Suite 1650
Sacramento, California 95814
carissa.beecham@bbklaw.com
Telephone: (916) 325-4000
Telecopier: (916) 325-4010

Attorneys for Defendant
City of Merced

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FRANKLIN COUNTY WATER DISTRICT, et al.,<br><br>Defendants. | Case No. 1:07-CV-00388 OWW DLB<br><br>STIPULATION TO DISMISS CERTAIN NAMED PLAINTIFFS' CLAIMS FOR NEGLIGENT MAINTENANCE, DANGEROUS CONDITION OF PUBLIC PROPERTY AND NUISANCE AS TO DEFENDANT CITY OF MERCED; ORDER |

# STIPULATION

This Stipulation is entered into between Plaintiffs and Defendant City of Merced ("City"), through their attorneys of record:

1. On May 1, 2009, the Motions to Dismiss State Law Claim for Failure to Comply With the California Tort Claims Act of Defendant City of Merced (Doc. No. 263) ("Motion to Dismiss") was heard before the Honorable Oliver W. Wanger in Courtroom 3 of the above-entitled Court. The Court converted the Motion to Dismiss to a Motion for Summary Judgment.

2. Plaintiffs only oppose the City's Motion for Summary Judgment to the extent it includes certain Plaintiffs in the Motion. City agrees that those certain Plaintiffs should not be subject to the Motion for Summary Judgment.

3. Therefore, the Plaintiffs listed in the attached Exhibit A dismiss with prejudice all claims arising from the April 2006 Flood alleged in the Thirteenth Claim for Negligent Maintenance, Fourteenth Claim for Dangerous Condition of Public Property and Eighteenth Claim for Nuisance of the Fifth Amended Complaint, Doc. No. 228-232 ("5th Am. Comp."), and any such claim in a subsequent complaint, as to the City.

4. Furthermore, the Plaintiffs listed in the attached Exhibit B dismiss with prejudice all claims for personal injuries arising from the contamination at the BAC Facility alleged in the Thirteenth Claim for Negligent Maintenance, Fourteenth Claim for Dangerous Condition of Public Property and Eighteenth Claim for Nuisance of the 5th Am. Comp., or any such claim in a subsequent complaint, as to the City.

5. Furthermore, the Plaintiffs listed in the attached Exhibit C shall dismiss with prejudice all claims arising from the contamination at the BAC Facility alleged in the Thirteenth Claim for Negligent Maintenance, Fourteenth Claim for Dangerous Condition of Public Property and Eighteenth Claim for Nuisance of the 5th Am. Comp., or any such claim in a subsequent complaint, as to the City.

6. Furthermore, Plaintiffs dismiss with prejudice the Thirteenth Claim for Negligent Maintenance of the 5th Am. Comp., or any such claim in a subsequent complaint, as to the City.

7. Furthermore, the City withdraws its Motion for Summary Judgment.

Dated: May 14, 2009    BEST BEST & KRIEGER LLP

By: /s/
GENE TANAKA
JOHN HOLLOWAY
CARISSA BEECHAM
Attorneys for Defendant
City of Merced

Dated: May 14, 2009    MARDEROSIAN, RUNYON, ET AL.

By: /s/
MICHAEL G. MARDEROSIAN
BRETT RUNYON
Attorneys for Plaintiffs

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
2001 NORTH MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596

| | |
|---|---|
| Dated: May 14, 2009 | SHERNOFF, BIDART & DARRAS |

By: /s/
MICHAEL J. BIDART
RICARDO ECHEVERRIA
Attorneys for Plaintiffs

Dated: May 14, 2009          JACK SILVER, Attorney at Law

By: /s/
JACK SILVER
Attorneys for Plaintiffs

Dated: May 14, 2009          GIRARDI & KEESE

By: /s/
THOMAS V. GIRARDI
THOMAS J. JOHNSTON
Attorneys for Plaintiffs

## ORDER

Based on the above Stipulation and good cause appearing, IT IS ORDERED THAT:

1. All claims arising from the April 2006 Flood alleged in the Thirteenth Claim for Negligent Maintenance, Fourteenth Claim for Dangerous Condition of Public Property and Eighteenth Claim for Nuisance of the Fifth Amended Complaint, Doc. No. 228-232 ("5th Am. Comp."), and any such claim in a subsequent complaint, for the Plaintiffs listed in the attached Exhibit A are dismissed with prejudice as to the City.

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
2001 NORTH MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
2001 NORTH MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596

2.  All claims for personal injuries arising from the contamination at the BAC Facility alleged in the Thirteenth Claim for Negligent Maintenance, Fourteenth Claim for Dangerous Condition of Public Property and Eighteenth Claim for Nuisance of the 5th Am. Comp., or any such claim in a subsequent complaint, for the Plaintiffs listed in the attached Exhibit B are dismissed with prejudice as to the City.

3.  All claims arising from the contamination at the BAC Facility alleged in the Thirteenth Claim for Negligent Maintenance, Fourteenth Claim for Dangerous Condition of Public Property and Eighteenth Claim for Nuisance of the 5th Am. Comp., or any such claim in a subsequent complaint, for the Plaintiffs listed in the attached Exhibit C are dismissed with prejudice as to the City.

4.  The Thirteenth Claim for Negligent Maintenance of the 5th Am. Comp., or any such claim in a subsequent complaint, is dismissed with prejudice as to the City.

5.  The City's Motion for Summary Judgment regarding failure to comply with the California Tort Claims Act is withdrawn.

Dated: May 19, 2009        /s/ OLIVER W. WANGER
                           OLIVER W. WANGER
                           United States District Court Judge