**TERRY L. ALLEN, SBN 34527**
**KIMBERLY G. FLORES, SBN227131**
**ALLEN, FAGALDE,**
**ALBERTONI & FLORES, LLP**
1640 "N" Street, Suite 200
Post Office Box 2184
Merced, California 95344-0184
(209) 723-4372
(209) 723-7397

**JAN A. GREBEN SBN 103464**
**GREBEN & ASSOCIATES**
1332 Anacapa Street, Suite 110
Santa Barbara, CA 93101
(805) 963-9090
(805)-963-9095

Attorneys for Defendant County of Merced

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ABARCA VALENCIA, et. al.,<br><br>Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC., et. al.,<br><br>Defendants. | Case No.: 1:07-CV-00388-OWW-DLB<br><br>**STIPULATION TO DISMISS CERTAIN NAMED PLAINTIFFS' CLAIMS FOR NEGLIGENT MAINTENANCE, DANGEROUS CONDITION OF PUBLIC PROPERTY AND NUISANCE AS TO DEFENDANT COUNTY OF MERCED; ORDER** |

THE UNDERSIGNED PARTIES STIPULATE THAT:

This Stipulation is entered into between Plaintiffs and Defendant County of Merced ("County"), through their attorneys of record:

1. On May 1, 2009, the Motions to Dismiss State Law Claim for Failure to Comply with the California Tort Claims Act of Defendant County of Merced (Doc. 283) ("Motion to Dismiss") was heard before the Honorable Oliver W. Wanger in Courtroom 3 of the above-entitled Court. The Court converted the Motion to Dismiss to a Motion for Summary Judgment.

2. Plaintiffs only oppose the County's Motion for Summary Judgment to the extent it includes certain Plaintiffs in the Motion. County agrees that those certain Plaintiffs should not be subject to the Motion for Summary Judgment.

3. Therefore, the Plaintiffs listed in the attached Exhibit A dismiss with prejudice all claims arising from the April 2006 Flood alleged in the Thirteenth Claim for Negligent Maintenance, Fourteenth Claim for Dangerous Condition of Public Property and Eighteenth Claim for Nuisance of the Fifth Amended Complaint, Doc. No. 228-232 ("5th Am. Comp."), and any such claim in a subsequent complaint, as to the County.

4. Furthermore, the Plaintiffs listed in the attached Exhibit B dismiss with prejudice all claims for personal injuries arising from the contamination at the BAC Facility alleged in the Thirteenth Claim for Negligent Maintenance, Fourteenth Claim for Dangerous Condition of Public Property and Eighteenth Claim for Nuisance of the 5th Am. Comp., or if any such claim in a subsequent complaint, as to the County.

5. Furthermore, the Plaintiffs listed in the attached Exhibit C shall dismiss with prejudice all claims arising from the contamination at the BAC Facility alleged in the Thirteenth Claim for Negligent Maintenance, Fourteenth Claim for Dangerous Condition of Public Property and Eighteenth Claim for Nuisance of the 5th Am. Comp., or any such claim in a subsequent complaint, as to the County.

6. Furthermore, Plaintiffs dismiss with prejudice the Thirteenth Claim for Negligent Maintenance of the 5th Am. Comp., or any such claim in a subsequent complaint as to the County.

7. Furthermore, the County withdraws its Motion for Summary Judgment.

Dated: May 21, 2009　　　　　　　　　　ALLEN, FAGALDE, ALBERTONI  
　　　　　　　　　　　　　　　　　　　　　& FLORES, LLP.

　　　　　　　　　　　　　　　　　　By: ＿/s/ Terry L. Allen＿＿＿＿＿＿＿＿  
　　　　　　　　　　　　　　　　　　　　TERRY L. ALLEN  
　　　　　　　　　　　　　　　　　　　　JAN A. GREBEN  
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant  
　　　　　　　　　　　　　　　　　　　　County of Merced

Dated: May 21, 2009　　　　　　　　　　MARDEROSIAN, RUNYON, ET AL.

　　　　　　　　　　　　　　　　　　By: ＿/s/ Michael G. Marderosian＿＿＿＿＿  
　　　　　　　　　　　　　　　　　　　　MICHAEL G. MARDEROSIAN  
　　　　　　　　　　　　　　　　　　　　BRETT RUNYON  
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

Dated: May 21, 2009　　　　　　　　　　SHERNOFF, BIDART & DARRAS

　　　　　　　　　　　　　　　　　　By:＿/s/ Michael J. Bidardt＿＿＿＿＿＿＿  
　　　　　　　　　　　　　　　　　　　　MICHAEL J. BIDART  
　　　　　　　　　　　　　　　　　　　　RICARDO ECHEVERRIA  
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs



Dated: May 21, 2009                    LAW OFFICES OF JACK SILVER


By: /s/ Jack Silver_____
    JACK SILVER
    Attorney for Plaintiffs


Dated: May 21, 2009                    GIRDARDI & KEESE


By: /s/ Thomas V. Girardi_____
    THOMAS V. GIRARDI
    THOMAS J. JOHNSTON
    Attorneys for Plaintiffs



# ORDER

Based on the above Stipulation and good cause appearing. IT IS SO ORDERED THAT:

1. All claims arising from the April 2006 Flood alleged in the Thirteenth Claim for Negligent Maintenance, Fourteenth Claim for Dangerous Condition of Public Property and Eighteenth Claim for Nuisance of the Fifth Amended Complaint, Doc. No. 228-232 ("5th Am. Comp."), and any such claim in a subsequent complaint, for the Plaintiffs listed in the attached Exhibit A are dismissed with prejudice as to the County.

2. All claims for personal injuries arising from the contamination at the BAC Facility alleged in the Thirteenth Claim for Negligent Maintenance, Fourteenth Claim for Dangerous Condition of Public Property and Eighteenth Claim for Nuisance of the 5th Am. Comp., or any such claim in a subsequent complaint, for the Plaintiffs listed in the attached Exhibit B are dismissed with prejudice as to the County.

3. All claims arising from the contamination at the BAC Facility alleged in the Thirteenth Claim for Negligent Maintenance, Fourteenth Claim for Dangerous Condition of Public Property and Eighteenth Claim for Nuisance of the 5th Am. Comp., or any such claim in a subsequent complaint, for the Plaintiffs listed in the attached Exhibit C are dismissed with prejudice as to the County.

4. The Thirteenth Claim for Negligent Maintenance of the 5th Am. Comp., or any such claim in a subsequent complaint, is dismissed with prejudice as to the County.

5. The County's Motion for Summary Judgment regarding failure to comply with the California Tort Claims Act is withdrawn.

Dated: May 22, 2009 /s/ OLIVER W. WANGER
U.S. District Court Judge