| | |
|---|---|
| 1 | Michael G. Marderosian, No. 77296 |
| | Brett L. Runyon, No. 133501 |
| 2 | Michael E. Lehman, No. 133523 |
| | MARDEROSIAN, RUNYON, CERCONE, |
| 3 | LEHMAN & ARMO |
| | 1260 Fulton Mall |
| 4 | Fresno, CA 93721 |
| | Telephone: (559) 441-7991 |
| 5 | Facsimile: (559) 441-8170 |
| 6 | Michael J. Bidart, No. 60582 |
| | Ricardo Echeverria, No. 166049 |
| 7 | Gregory L. Bentley, No. 151147 |
| | SHERNOFF, BIDART, DARRAS & ECHEVERRIA |
| 8 | 600 South Indian Hill Boulevard |
| | Claremont, CA 91711-5498 |
| 9 | Telephone: (909) 621-4935 |
| | Facsimile: (909) 625-6915 |
| 10 | |
| | Thomas V. Girardi, No. 36603 |
| 11 | Thomas J. Johnston, No. 210506 |
| | GIRARDI & KEESE |
| 12 | 1126 Wilshire Boulevard |
| | Los Angeles, CA 90017 |
| 13 | Telephone: (213) 977-0211 |
| | Facsimile: (213) 481-1554 |
| 14 | |
| | Jack Silver, No. 160575 |
| 15 | LAW OFFICE OF JACK SILVER |
| | Post Office Box 5469 |
| 16 | Santa Rosa, CA 95402 |
| | Telephone: (707) 829-0934 |
| 17 | Facsimile: (707) 528-8675 |
| 18 | Attorneys for: Plaintiffs |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | | |
|---|---|---|
| ABARCA, RAUL VALENCIA, et al. | ) | Case No. 1:07-CV-0388 OWW DLB |
| | ) | |
| Plaintiffs, | ) | **DISMISSAL OF PLAINTIFFS**: |
| | ) | **MAXIMILLIANO MALDANADO** |
| v. | ) | **GERARDO HIGAREDA** |
| | ) | **DEANNA COSBY** |
| MERCK & CO., INC., et al., | ) | **DOUG ALLEN CRAFT** |
| | ) | **LUZ MARIA GARCIA** |
| Defendants. | ) | **AMANDA SPEAR** |
| | ) | **ERIC REYES** |
| | | **PEDRO ALVAREZ, JR.** |
| | | **NATHAN GARCIA** |

DISMISSAL OF PLAINTIFFS

| | |
|---|---|
| 1 | SHANE T. VANG |
| 2 | JOSE ALCANTARA |
|   | HELEN ALCANTARA |
| 3 | ALANA VACA |
|   | CYNTHIA SANDOVAL STUBBS |
| 4 | STEPHANIE RODGERS |
|   | JENI MARIE LOUGHTON |
| 5 | NEIL HUYNH |
|   | OMAR CERNA |
| 6 | MARIA AQUINO |
|   | MONICA SERNA PERRY |
| 7 | HENRIETTA WHITAKER |
|   | MARCUS WHITAKER |
| 8 | GHOWZHONG JOSEPHINE YANG |
|   | GEORGE TYRELL |
| 9 | STEPHANIE BELDEN |
|   | DENISE CHANDLER |
| 10 | CARRIE COBERLEY |
|    | BETTY SCACCO |
| 11 | GERARDO CONTRERAS |
|    | LEONOR PINA |
| 12 | EDUARDO VALENCIA |
|    | BLAS LEYVA |
| 13 | PALENTE HENRY |
|    | JIMMY RUIZ |
| 14 | BRYAN AVILA |
|    | ANDRES RESENDES |
| 15 | SARITA ESCOBEDO BENAVIDES |
|    | JOE FLORES |
| 16 | CODY BEARD |
|    | AJA YORUBA BROUSSARD-BROWN |
| 17 | GARY GRIFFIN |
|    | MARCELLE GRIFFIN |
| 18 | TAWANA LEE |
|    | ROGER STEVEN JANZ |
| 19 | BRUCE TRINDADE |
|    | OMAR GUTIERREZ |
| 20 | CIERRA SHELTON |
|    | WILLIAM YOVANNI MARROQUIN |
| 21 | CARMEN CARDENAS MARROQUIN |
|    | JASON JACK STONE |
| 22 | ODESSA MELISSA STEELMAN |
|    | JESSE ALVAREZ, SR. |
| 23 | VANESSA CRESPO |
|    | MARIAN KAPPIA |
| 24 | MELISSA RILEY |
|    | ALFRED JAMES COUNTS |
| 25 | ERNEST JAMES COUNTS |
|    | WITH PREJUDICE FROM ALL CLAIMS |
| 26 | IN THE SIXTH AMENDED COMPLAINT |
|    | AS TO ALL DEFENDANTS |
| 27 | |
|    | / / / |
| 28 | |

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

2

DISMISSAL OF PLAINTIFFS

Plaintiffs hereby dismiss MAXIMILLIANO MALDANADO; GERARDO HIGAREDA; DEANNA COSBY; DOUG ALLEN CRAFT; LUZ MARIA GARCIA; AMANDA SPEAR; ERIC REYES; PEDRO ALVAREZ, JR.; SHANE T. VANG; NATHAN GARCIA; JOSE ALCANTARA; HELEN ALCANTARA; ALANA VACA; CYNTHIA SANDOVAL STUBBS; STEPHANIE RODGERS; JENI MARIE LOUGHTON; NEIL HUYNH; OMAR CERNA; MARIA AQUINO; MONICA SERNA PERRY; HENRIETTA WHITAKER; MARCUS WHITAKER; GHOWZHONG JOSEPHINE YANG; GEORGE TYRELL; STEPHANIE BELDEN; DENISE CHANDLER; CARRIE COBERLEY; BETTY SCACCO; GERARDO CONTRERAS; LEONOR PINA; EDUARDO VALENCIA; BLAS LEYVA; PALENTE HENRY; JIMMY RUIZ; BRYAN AVILA; ANDRES RESENDES; SARITA ESCOBEDO BENAVIDES; JOE FLORES; CODY BEARD; AJA YORUBA BROUSSARD-BROWN; GARY GRIFFIN; MARCELLE GRIFFIN; TAWANA LEE; ROGER STEVEN JANZ; BRUCE TRINDADE; OMAR GUTIERREZ; CIERRA SHELTON; WILLIAM YOVANNI MARROQUIN; CARMEN CARDENAS MARROQUIN; JASON JACK STONE; ODESSA MELISSA STEELMAN; JESSE ALVAREZ, SR.; VANESSA CRESPO; MARIAN KAPPIA; MELISSA RILEY; ALFRED JAMES COUNTS; and ERNEST JAMES COUNTS  with prejudice from all claims in the Sixth Amended Complaint as to all defendants.

Dated:  June 3, 2009            MARDEROSIAN, RUNYON, CERCONE
                                LEHMAN & ARMO


                                By:  /s/ Michael G. Marderosian, Esq.
                                     MICHAEL G. MARDEROSIAN,
                                     Attorney for Plaintiffs above named

Dated:  June 3, 2009            SHERNOFF, BIDART, DARRAS & ECHEVERRIA


                                By:  /s/ Michael J. Bidart, Esq.
                                     MICHAEL J. BIDART,
                                     Attorneys for Plaintiffs above named

/ / /

/ / /

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

3                           DISMISSAL OF PLAINTIFFS

1  Dated: June 3, 2009           GIRARDI & KEESE
2
3                                By: /s/ Thomas V. Girardi, Esq.
                                     THOMAS V. GIRARDI
4                                    Attorneys for Plaintiffs above named
5
   Dated: June 3, 2009           LAW OFFICE OF JACK SILVER
6
7
8                                By: /s/ Jack Silver, Esq.
                                     JACK SILVER,
9                                    Attorneys for Plaintiffs above named
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

4                                           **DISMISSAL OF PLAINTIFFS**

ORDER

Plaintiffs MAXIMILLIANO MALDANADO; GERARDO HIGAREDA; DEANNA COSBY; DOUG ALLEN CRAFT; LUZ MARIA GARCIA; AMANDA SPEAR; ERIC REYES; PEDRO ALVAREZ, JR.; SHANE T. VANG; NATHAN GARCIA; JOSE ALCANTARA; HELEN ALCANTARA; ALANA VACA; CYNTHIA SANDOVAL STUBBS; STEPHANIE RODGERS; JENI MARIE LOUGHTON; NEIL HUYNH; OMAR CERNA; MARIA AQUINO; MONICA SERNA PERRY; HENRIETTA WHITAKER; MARCUS WHITAKER; GHOWZHONG JOSEPHINE YANG; GEORGE TYRELL; STEPHANIE BELDEN; DENISE CHANDLER; CARRIE COBERLEY; BETTY SCACCO; GERARDO CONTRERAS; LEONOR PINA; EDUARDO VALENCIA; BLAS LEYVA; PALENTE HENRY; JIMMY RUIZ; BRYAN AVILA; ANDRES RESENDES; SARITA ESCOBEDO BENAVIDES; JOE FLORES; CODY BEARD; AJA YORUBA BROUSSARD-BROWN; GARY GRIFFIN; MARCELLE GRIFFIN; TAWANA LEE; ROGER STEVEN JANZ; BRUCE TRINDADE; OMAR GUTIERREZ; CIERRA SHELTON; WILLIAM YOVANNI MARROQUIN; CARMEN CARDENAS MARROQUIN; JASON JACK STONE; ODESSA MELISSA STEELMAN; JESSE ALVAREZ, SR.; VANESSA CRESPO; MARIAN KAPPIA; MELISSA RILEY; ALFRED JAMES COUNTS; and ERNEST JAMES COUNTS are hereby dismissed with prejudice from all claims in the Sixth Amended Complaint as to all defendants.

Dated: 6/2/2009.

/s/ OLIVER W. WANGER
OLIVER W. WANGER
Judge of the District Court
Eastern District of California