| | |
|---|---|
| 1 | Michael G. Marderosian, No. 77296 |
| | Brett L. Runyon, No. 133501 |
| 2 | Michael E. Lehman, No. 133523 |
| | MARDEROSIAN, RUNYON, CERCONE, |
| 3 |  LEHMAN & ARMO |
| | 1260 Fulton Mall |
| 4 | Fresno, CA 93721 |
| | Telephone:  (559) 441-7991 |
| 5 | Facsimile: (559) 441-8170 |
| 6 | Michael J. Bidart, No. 60582 |
| | Ricardo Echeverria, No. 166049 |
| 7 | Gregory L. Bentley, No. 151147 |
| | SHERNOFF, BIDART, DARRAS & ECHEVERRIA |
| 8 | 600 South Indian Hill Boulevard |
| | Claremont, CA  91711-5498 |
| 9 | Telephone:  (909) 621-4935 |
| | Facsimile:  (909) 625-6915 |
| 10 | |
| | Thomas V. Girardi, No. 36603 |
| 11 | Thomas J. Johnston, No. 210506 |
| | GIRARDI & KEESE |
| 12 | 1126 Wilshire Boulevard |
| | Los Angeles, CA  90017 |
| 13 | Telephone:  (213) 977-0211 |
| | Facsimile:  (213) 481-1554 |
| 14 | |
| | Jack Silver, No. 160575 |
| 15 | LAW OFFICE OF JACK SILVER |
| | Post Office Box 5469 |
| 16 | Santa Rosa, CA 95402 |
| | Telephone:  (707) 829-0934 |
| 17 | Facsimile:  (707) 528-8675 |
| 18 |     Attorneys for:  Plaintiffs |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | | |
|---|---|---|
| ABARCA, RAUL VALENCIA, et al. | ) | Case No. 1:07-CV-0388 OWW DLB |
| | ) | |
| Plaintiffs, | ) | **DISMISSAL OF MINOR PLAINTIFFS** |
| | ) | **MARJAAN DEMONTE GRIFFIN** |
| v. | ) | **MARKELL GRIFFIN** |
| | ) | **TYRESE LEE-GRIFFIN** |
| MERCK & CO., INC., et al., | ) | **LIYAH MYRESE GRIFFIN** |
| | ) | **JUAN EDUARDO ESPINOZA** |
| Defendants. | ) | **ZULEMA ESPINOZA** |
| | ) | **YULIANNA ESPINOZA** |
| | ) | **KARINA ESPINOZA** |
| | ) |  **WITHOUT  PREJUDICE FROM ALL** |

DISMISSAL OF MINOR PLAINTIFFS

|  |  |
|---|---|
| ) | **CLAIMS IN THE SIXTH AMENDED** |
| ) | **COMPLAINT AS TO ALL DEFENDANTS** |
| ) | **AND ORDER** |

Plaintiffs hereby dismiss MARJAAN DEMONTE GRIFFIN; MARKELL GRIFFIN; TYRESE LEE-GRIFFIN; LIYAH MYRESE GRIFFIN; JUAN EDUARDO ESPINOZA, ZULEMA ESPINOZA, YULIANNA ESPINOZA, and KARINA ESPINOZA, minors, without prejudice from all claims in the Sixth Amended Complaint as to all defendants.

Dated: June 3, 2009      MARDEROSIAN, RUNYON, CERCONE
                         LEHMAN & ARMO


                         By: /s/ Michael G. Marderosian, Esq.
                             MICHAEL G. MARDEROSIAN,
                             Attorney for Plaintiffs above named

Dated: June 3, 2009      SHERNOFF, BIDART, DARRAS & ECHEVERRIA


                         By: /s/ Michael J. Bidart, Esq.
                             MICHAEL J. BIDART,
                             Attorneys for Plaintiffs above named

Dated: June 3, 2009      GIRARDI & KEESE


                         By: /s/ Thomas V. Girardi, Esq.
                             THOMAS V. GIRARDI
                             Attorneys for Plaintiffs above named

Dated: June 3, 2009      LAW OFFICE OF JACK SILVER


                         By: /s/ Jack Silver, Esq.
                             JACK SILVER,
                             Attorneys for Plaintiffs above named

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

2                                       DISMISSAL OF MINOR PLAINTIFFS

# ORDER

Plaintiffs MARJAAN DEMONTE GRIFFIN; MARKELL GRIFFIN; TYRESE LEE-GRIFFIN; LIYAH MYRESE GRIFFIN; JUAN EDUARDO ESPINOZA, ZULEMA ESPINOZA; YULIANNA ESPINOZA; and KARINA ESPINOZA, minors, are hereby dismissed without prejudice from all claims in the Sixth Amended Complaint as to all defendants.

Dated: 6/2/2009.

/s/ OLIVER W. WANGER
OLIVER W. WANGER
Judge of the District Court
Eastern District of California

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

3   **DISMISSAL OF MINOR PLAINTIFFS**