**ALLEN FAGALDE**
**ALBERTONI & FLORES**
1640 "N" STREET, SUITE 200
MERCED, CA 95344
TELEPHONE: (209) 723-4372
FACSIMILE: (209) 723-7397

Terry L. Allen, State Bar No. 34527
terry@mercedlaw.com

**GREBEN & ASSOCIATES**
1332 ANACAPA, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, State Bar No. 103464
jan@grebenlaw.com

Attorneys for Defendant
County of Merced

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.<br><br>Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC., et al.,<br><br>Defendants. | CASE NO. 1:07-cv-00388-OWW-DLB<br><br>**STIPULATION AND ORDER REGARDING ELECTION OF PERMANENT VERSUS CONTINUING NUISANCE** |

Plaintiffs have pled several different events or conditions that give rise to their nuisance claims. It is hereby Stipulated by and between Defendant County of Merced, on behalf of all Defendants, and Plaintiffs, through their respective counsel, that by May 10, 2010, Plaintiffs

1

shall specify each nuisance claim being alleged against the County of Merced, the City of Merced, the Merced Irrigation District, the Merced Irrigation Drainage Improvement District No.1, the Franklin County Water District Sewage Collection and Treatment Facilities, and Meadowbrook Water Company of Merced, Inc. and designate whether such nuisance is permanent or continuing as to that claim. Such an election shall determine the continued viability of stigma damage allegations related to those claims as stigma damages may only be sought under a permanent nuisance theory.

Dated: June 3, 2009　　　　　　　　　　MARDEROSIAN, RUNYON, CERCONE,
　　　　　　　　　　　　　　　　　　　　LEHMAN & ARMO

　　　　　　　　　　　　　　　　　　By:　/s/ Brett L. Runyon, Esq.

　　　　　　　　　　　　　　　　　　　　Brett L. Runyon
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

Dated: June 3, 2009　　　　　　　　　　GREBEN & ASSOCIATES

　　　　　　　　　　　　　　　　　　By:　/s/ Jan A. Greben, Esq.

　　　　　　　　　　　　　　　　　　　　Jan A. Greben
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　　COUNTY OF MERCED

IT IS SO ORDERED.

**Dated:　June 3, 2009**　　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE