1  Michael G. Marderosian, No. 77296
   Brett L. Runyon, No. 133501
2  Michael E. Lehman, No. 133523
   MARDEROSIAN, RUNYON, CERCONE,
3   LEHMAN & ARMO
   1260 Fulton Mall
4  Fresno, CA 93721
   Telephone: (559) 441-7991
5  Facsimile: (559) 441-8170

6  Michael J. Bidart, No. 60582
   Ricardo Echeverria, No. 166049
7  Gregory L. Bentley, No. 151147
   SHERNOFF, BIDART, DARRAS & ECHEVERRIA
8  600 South Indian Hill Boulevard
   Claremont, CA 91711-5498
9  Telephone: (909) 621-4935
   Facsimile: (909) 625-6915
10
   Thomas V. Girardi, No. 36603
11 Thomas J. Johnston, No. 210506
   GIRARDI & KEESE
12 1126 Wilshire Boulevard
   Los Angeles, CA 90017
13 Telephone: (213) 977-0211
   Facsimile: (213) 481-1554
14
   Jack Silver, No. 160575
15 LAW OFFICE OF JACK SILVER
   Post Office Box 5469
16 Santa Rosa, CA 95402
   Telephone: (707) 829-0934
17 Facsimile: (707) 528-8675

18         Attorneys for: Plaintiffs

19
                    UNITED STATES DISTRICT COURT
20
           EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION
21

22  ABARCA, RAUL VALENCIA, et al.    )   Case No. 1:07-CV-0388 OWW DLB
                                     )
23         Plaintiffs,                )   **DISMISSAL OF PLAINTIFFS**
                                     )   **DEANZA METRECE COOK, QUATISHA**
24         v.                         )   **DEFRIECE LUCKETT, ERNESTO**
                                     )   **AGUIRRE, JR., JACOB MATTHEW**
25  MERCK & CO., INC., et al.,        )   **VEGA, MARTIN CERVANTES**
                                     )   **MELCHOR, NESTOR CONTRERAS**
26         Defendants.                )   **RAUL MARTINEZ, JR., HECTOR**
                                     )   **TORRES, JR., BUELAH MARIE**
27                                    )   **COELHO, CARRIE HIGGINS**
                                     )   **ROBERT APODACA, JR., WILLIAM**
28

|   |   |
|---|---|
| 1 | ) **MIESOWITZ III, RON GRAY, JOSE S.** |
| 2 | ) **AGUIRRE, WILLIAM DONALD LEACH,** |
|   | ) **MARIA YANETTE CUEVAS MORENO** |
| 3 | ) **WITH PREJUDICE FROM ALL CLAIMS** |
|   | ) **IN THE SIXTH AMENDED COMPLAINT** |
| 4 | ) **AS TO ALL DEFENDANTS** |

Plaintiffs hereby dismiss **DEANZA METRECE COOK; QUATISHA DEFRIECE LUCKETT; ERNESTO AGUIRRE, JR.; JACOB MATTHEW VEGA; MARTIN CERVANTES MELCHOR; NESTOR CONTRERAS; RAUL MARTINEZ, JR.; HECTOR TORRES, JR.; BUELAH MARIE COELHO; CARRIE HIGGINS; ROBERT APODACA, JR.; WILLIAM MIESOWITZ III; RON GRAY; JOSE S. AGUIRRE; WILLIAM DONALD LEACH; and MARIA YANETTE CUEVAS MORENO** with prejudice from all claims in the Sixth Amended Complaint as to all defendants.

Dated:  June 30, 2009         MARDEROSIAN, RUNYON, CERCONE
                                              LEHMAN & ARMO


                                         By: /s/ Michael G. Marderosian, Esq.
                                              MICHAEL G. MARDEROSIAN,
                                              Attorney for Plaintiffs above named

Dated:  June 30, 2009         SHERNOFF, BIDART, DARRAS & ECHEVERRIA


                                         By: /s/ Michael J. Bidart, Esq.
                                              MICHAEL J. BIDART,
                                              Attorneys for Plaintiffs above named

Dated:  June 30, 2009         GIRARDI & KEESE


                                         By: /s/ Thomas V. Girardi, Esq.
                                              THOMAS V. GIRARDI
                                              Attorneys for Plaintiffs above named

Dated:  June 30, 2009         LAW OFFICE OF JACK SILVER


                                         By: /s/ Jack Silver, Esq.
                                              JACK SILVER,
                                              Attorneys for Plaintiffs above named

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

2                                           **DISMISSAL OF PLAINTIFFS**

ORDER

Plaintiffs **DEANZA METRECE COOK; QUATISHA DEFRIECE LUCKETT; ERNESTO AGUIRRE, JR.; JACOB MATTHEW VEGA; MARTIN CERVANTES MELCHOR; NESTOR CONTRERAS; RAUL MARTINEZ, JR.; HECTOR TORRES, JR.; BUELAH MARIE COELHO; CARRIE HIGGINS; ROBERT APODACA, JR.; WILLIAM MIESOWITZ III; RON GRAY; JOSE S. AGUIRRE; WILLIAM DONALD LEACH; and MARIA YANETTE CUEVAS MORENO** are hereby dismissed with prejudice from all claims in the Sixth Amended Complaint as to all defendants.

IT IS SO ORDERED.

**Dated:   June 30, 2009**          /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

3                                                                DISMISSAL OF PLAINTIFFS