Michael G. Marderosian, No. 77296
Brett L. Runyon, No. 133501
Michael E. Lehman, No. 133523
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721
Telephone:  (559) 441-7991
Facsimile: (559) 441-8170

Michael J. Bidart, No. 60582
Ricardo Echeverria, No. 166049
Gregory L. Bentley, No. 151147
SHERNOFF, BIDART, DARRAS & ECHEVERRIA
600 South Indian Hill Boulevard
Claremont, CA  91711-5498
Telephone:  (909) 621-4935
Facsimile:  (909) 625-6915

Thomas V. Girardi, No. 36603
Thomas J. Johnston, No. 210506
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA  90017
Telephone:  (213) 977-0211
Facsimile:  (213) 481-1554

Jack Silver, No. 160575
LAW OFFICE OF JACK SILVER
Post Office Box 5469
Santa Rosa, CA 95402
Telephone:  (707) 829-0934
Facsimile:  (707) 528-8675

Attorneys for:  Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al. | Case No. 1:07-CV-0388 OWW DLB |
| Plaintiffs, | **DISMISSAL OF MINOR PLAINTIFFS QUANRYCE MALCOLM COOK,** |
| v. | **SHAQUELL BRIANNA-MARIA COOK, ELIZABETH CONTRERAS-PINA,** |
| MERCK & CO., INC., et al., | **GERARDO CONTRERAS-PINA, JR., AND ARIANA AGUIRRE, WITHOUT** |
| Defendants. | **PREJUDICE FROM ALL CLAIMS IN THE SIXTH AMENDED COMPLAINT AS TO ALL DEFENDANTS AND ORDER** |

DISMISSAL OF MINOR PLAINTIFFS

Plaintiffs hereby dismiss **QUANRYCE MALCOLM COOK; SHAQUELL BRIANNA-MARIA COOK; ELIZABETH CONTRERAS-PINA; GERARDO CONTRERAS-PINA, JR.; and ARIANA AGUIRRE**, minors, without prejudice from all claims in the Sixth Amended Complaint as to all defendants.

Dated:  June 30, 2009    MARDEROSIAN, RUNYON, CERCONE
    LEHMAN & ARMO


By:  /s/ Michael G. Marderosian, Esq.
    MICHAEL G. MARDEROSIAN,
    Attorney for Plaintiffs above named

Dated:  June 30, 2009    SHERNOFF, BIDART, DARRAS & ECHEVERRIA


By:  /s/ Michael J. Bidart, Esq.
    MICHAEL J. BIDART,
    Attorneys for Plaintiffs above named

Dated:  June 30, 2009    GIRARDI & KEESE


By: /s/ Thomas V. Girardi, Esq.
    THOMAS V. GIRARDI
    Attorneys for Plaintiffs above named

Dated:  June 30, 2009    LAW OFFICE OF JACK SILVER


By: /s/ Jack Silver, Esq.
    JACK SILVER,
    Attorneys for Plaintiffs above named

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

2                              **DISMISSAL OF MINOR PLAINTIFFS**

**ORDER**

Plaintiffs **QUANRYCE MALCOLM COOK; SHAQUELL BRIANNA-MARIA COOK; ELIZABETH CONTRERAS-PINA; GERARDO CONTRERAS-PINA, JR.; and ARIANA AGUIRRE**, minors, are hereby dismissed without prejudice from all claims in the Sixth Amended Complaint as to all defendants.

IT IS SO ORDERED.

Dated:   June 30, 2009                              /s/ Oliver W. Wanger
                                                            UNITED STATES DISTRICT JUDGE