**BARG COFFIN LEWIS & TRAPP, LLP**
350 California St., 22nd Floor
San Francisco, California 94104-1435
Telephone: (415) 228-5400
Fax: (415) 228-5450

Stephen C. Lewis #66590
R. Morgan Gilhuly #133659

**SAGASER, JONES & HELSLEY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California 93717-1632
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Timothy Jones #119841
John P. Kinsey #215916

Attorneys for: Defendants Merck & Co., Inc., Amsted Industries, Inc., Baltimore Aircoil Company, Inc., and Track Four, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO, INC., et al.,<br><br>Defendants. | Case No. 1:07-CV-0388 OWW DLB<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON MOTION FOR PROTECTIVE ORDER AND/OR ORDER VACATING PLAINTIFFS' NOTICE OF DEPOSITION OF MERCK CHAIRMAN, PRESIDENT AND CEO RICHARD T. CLARK**<br><br>Date:   July 10, 2009<br>Time:   9:00 a.m.<br>Dept.:   9 |

**WHEREAS** on May 15, 2009, Merck filed its Notice of Motion and Motion for Protective Order and/or Order Vacating Plaintiffs' Notice of Deposition of Merck Chairman, President and CEO Richard T. Clark ("Motion for Protective Order");

**WHEREAS** on June 4, 2009, Merck filed an Amended Notice of Motion for Protective Order,

**WHEREAS** on July 6, 2009, Merck and Plaintiffs filed their Joint Statement Re: Motion for Protective Order and their respective related papers in support of and in opposition to the Motion for Protective Order;

**WHEREAS** the hearing on the Motion for Protective Order is presently scheduled for Friday, July 10, 2009, in Courtroom 9 at 9:00 a.m.; and

**WHEREAS** due to the unavailability of counsel for Merck for health reasons, counsel for the Plaintiffs and counsel for Merck have agreed to continue the hearing on the Motion for Protective Order from Friday, July 10, 2009, in Courtroom 9 at 9:00 a.m., to Wednesday, July 22, 2009, in Courtroom 9 at 10:00 a.m.

**IT IS HEREBY STIPULATED**, by and between Plaintiffs and Merck, by and through their respective counsel, that:

1. The hearing on the Motion for Protective Order filed by Merck shall be continued from Friday, July 10, 2009, in Courtroom 9 at 9:00 a.m., to Wednesday, July 22, 2009, in Courtroom 9 at 10:00 a.m.

DATED: July 9, 2009                    **MARDEROSIAN, RUNYON, CERCONE LEHMAN & ARMO**

By   /s/  Michael G. Marderosian

Michael G. Marderosian
Attorney for Plaintiffs

DATED: July 9, 2009                    **BARG COFFIN LEWIS & TRAPP, LLP**

By   /s/  Stephen C. Lewis

Stephen C. Lewis
Attorneys for Defendants
Merck & Co., Inc.
Amsted Industries, Inc.
Baltimore Aircoil Company, Inc.
Track Four, Inc.

## ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the hearing on the Motion for Protective Order filed by Merck & Co., Inc. shall be continued from Friday, July 10, 2009, in Courtroom 9 at 9:00 a.m., to Wednesday, July 22, 2009, in Courtroom 9 at 10:00 a.m.

IT IS SO ORDERED.

**Dated:   2009**                    /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE