1  Michael G. Marderosian, No. 77296
   Brett L. Runyon, No. 133501
2  Michael E. Lehman, No. 133523
   Heather S. Cohen, WSB No. 34400
3  MARDEROSIAN, RUNYON, CERCONE,
    LEHMAN & ARMO
4  1260 Fulton Mall
   Fresno, CA 93721
5  Telephone: (559) 441-7991
   Facsimile: (559) 441-8170
6
   Michael J. Bidart, No. 60582
7  Ricardo Echeverria, No. 166049
   Gregory L. Bentley, No. 151147
8  SHERNOFF, BIDART, DARRAS & ECHEVERRIA
   600 South Indian Hill Boulevard
9  Claremont, CA 91711-5498
   Telephone: (909) 621-4935
10 Facsimile: (909) 625-6915

11 Thomas V. Girardi, No. 36603
   Thomas J. Johnston, No. 210506
12 GIRARDI & KEESE
   1126 Wilshire Boulevard
13 Los Angeles, CA 90017
   Telephone: (213) 977-0211
14 Facsimile: (213) 481-1554

15 Jack Silver, No. 160575
   LAW OFFICE OF JACK SILVER
16 Post Office Box 5469
   Santa Rosa, CA 95402
17 Telephone: (707) 829-0934
   Facsimile: (707) 528-8675
18

19         Attorneys for: Plaintiffs

20                    UNITED STATES DISTRICT COURT

21             EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

22  ABARCA, RAUL VALENCIA, et al.    )   Case No. 1:07-CV-0388 OWW DLB
                                     )
23         Plaintiffs,                )   **PETITION AND ORDER FOR**
                                     )   **APPOINTMENT OF GUARDIANS AD**
24           v.                       )   **LITEM (FOR MINORS UNDER 14)**
                                     )
25  MERCK & CO., INC., et al.,       )
                                     )
26         Defendants.                )
                                     )
27  _____  )

28

Petitioners state as follows:

1. This Petition is submitted pursuant to Federal Rules of Civil Procedure 17(c) and Eastern Local Rule 17-202, for purposes of establishing a Guardian ad Litem for the minor plaintiffs (under 14 years of age) identified in the attachments to this Petition.

2. The minors identified in the attachments to this Petition are named plaintiffs in the above-captioned matter arising out of Clean Water Act and RCRA violations; soil and water contamination; and flooding events in April of 2006. The damages sought by plaintiffs in this action, including the minor plaintiffs, include, but are not limited to personal injuries and emotional distress damages arising out of the flooding event in April of 2006, as identified in plaintiffs' Sixth Amended Complaint. Further, personal injury damages will be sought for past and continuing exposure to soil, groundwater and airborne contaminants from the April 2006 flooding event and from the past and continuing exposure to contaminants as a result of defendants' conduct.

3. Each of the minors identified in the documents attached to this Petition have no general guardian and no previous Petition for appointment of Guardian ad Litem has been filed in this matter as to those minors.

4. Petitioners identified in the attachments to this Petition are competent and responsible persons, fully competent to act as Guardians ad Litem, for each of the minor persons identified in the attached documents.

5. Petitioners are willing to act as Guardians ad Litem for the minors and/or incompetent persons, as demonstrated by their consent attached hereto.

WHEREFORE, Petitioners move this court for an order appointing them as Guardians ad Litem of the minor plaintiffs for the purpose of prosecuting the above-captioned action on their behalf.

Dated: July 17, 2009                    MARDEROSIAN, RUNYON, CERCONE
                                        LEHMAN & ARMO


                                        By: /s/ Michael G. Marderosian, Esq.
                                        MICHAEL G. MARDEROSIAN,
                                        Attorney for Petitioners and Minors

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

PETITION AND ORDER FOR APPOINTMENT OF
GUARDIANS AD LITEM (FOR MINORS UNDER 14)

2

**ORDER**

The Petition for an order appointing Petitioners as Guardians ad Litem for the minor persons (under the age of 14) identified in the attached Consent to Act as Guardian ad Litem is GRANTED.

This order appointing the Guardians ad Litem as identified in the attached documents, is hereby deemed an amendment to plaintiffs' Sixth Amended Complaint for purposes of identifying minor plaintiffs and their Guardian ad Litem. No further amendment of the Complaint is required.

IT IS SO ORDERED.

**Dated:   July 17, 2009**              /s/ Oliver W. Wanger
                              UNITED STATES DISTRICT JUDGE

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

PETITION AND ORDER FOR APPOINTMENT OF
GUARDIANS AD LITEM (FOR MINORS UNDER 14)

3