

1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

10    ABARCA, RAUL VALENCIA, et al.    )    Case No. 1:07-cv-00388-OWW-DLB
                                       )
11        Plaintiffs,                  )
                                       )
12            v.                       )    [PROPOSED] ORDER RE:
                                       )    INSPECTIONS, SAMPLING
13    MERCK & CO., INC., et al.,       )    AND TESTING
                                       )
14        Defendants.                  )
                                       )
15  _____  )

16

17        Following the hearing conducted before the Honorable Oliver W. Wanger on Friday, July

18  17, 2009, the court hereby orders the following protocol for all inspections, sampling and testing to

19  be conducted in this case.

                              **DEFINITIONS**

20    1.   The term "Parties" refers to all parties in this action and their counsel of record,

21         including all plaintiffs and all defendants who have made an appearance in this action,

22         and each of their agents, representatives, consultants and experts.

23    2.   The term "Plaintiffs" refers to all of those individuals who have been identified to the

24         Court as plaintiffs in this action and have not been dismissed.

25    3.   The term "Defendants" refers to all defendants named in the Sixth Amended

26         Complaint in the Action who have not been dismissed.

27

28

1    4.    The term "MWC" refers to defendant Meadowbrook Water Company of Merced, Inc.

2    5.    The term "BAC" refers to defendant Baltimore Aircoil Company, Inc.

3    6.    The term "BAC Site" refers to the former BAC facility at 3058 Beachwood Avenue

4          in Merced, California.

5    7.    The term "Facilities" refers to any and all property and equipment owned, occupied,

6          operated or maintained by any of the Parties in the County of Merced, California.

7    8.    The term "Contaminants" means the substances that are the subject of the Action,

8          including without limitation chromium, hexavalent chromium, arsenic, copper and

9          pentachlorophenol ("PCP").

10   9.    The term "Environmental Media" means soil, water, air, biota (plants and animals),

11         or any other environmental medium that may contain Contaminants.

12   10.   The terms "Test" and "Testing" mean any effort to detect the presence of any

13         Contaminant in any Environmental Media or in any man-made structure, equipment

14         or property.

15   **PROTOCOL REGARDING ACCESS TO AND INSPECTION OF FACILITIES;**

16   **SAMPLING AND TESTING OF ENVIRONMENTAL MEDIA FOR CONTAMINANTS**

17   11.   Any Party desiring to conduct any inspection or Testing of any Facility must initiate

18         that process by transmitting a written work plan to all other Parties.  No request

19         pursuant to Federal Rule of Civil Procedure 34 shall be required.  The work plan

20         shall outline specifically the nature of the activity to be conducted, when and where

21         it will take place, and who will be involved.  The work plan shall also contain a

22         statement by the initiating Party's consultant that the proposed inspection and/or

23         Testing will not cause damage or injury to any person or property, will not cause

24         any environmental harm, and will not exacerbate any contamination allegedly

25         associated with the Facility.  Plaintiffs' work plans dated July 31, 2009, regarding

26         the inspections, sampling and testing of MWC wells and former Baltimore Aircoil

27         Facility monitoring and extraction wells are attached hereto as Exhibits "A"

28         "B" and are incorporated into and made part of this order. *The work plan has not been agreed to by Meadowbrook, however the court has determined it is reasonable and testing must* [our] *be conducted forthwith.*

2

12. The individuals or entities submitting the work plan and conducting the Testing at a Facility for a Party, as described in an approved work plan, shall be qualified by background and experience to conduct such Testing. All such individuals shall have any licenses or registrations that are required by law for such work. The contractor performing the work shall provide proof of comprehensive general liability insurance, in the amount of at least $1 million per occurrence, and shall provide a certificate naming the Party owning the Facility as an additional insured.

13. With respect to Plaintiffs' proposed inspection of MWC's wells:

   a. All other Parties will have three (3) business days after receipt of Plaintiffs' work plan to submit any written objections to the proposed work plan. The Parties will then meet and confer in an effort to resolve the objections. If no objections are received within the three (3) day period the work plan will be deemed approved as to the non-objecting Party.

   b. After Plaintiffs' work plan is approved, either because no Party objects, the Parties approve the work plan after meet-and-confer discussions, or Plaintiffs obtain an order approving the work plan, Plaintiff shall give at least three (3) business days' notice to all other Parties of the commencement of the work under the work plan.

   c. Plaintiffs shall compensate MWC for the reasonable cost based on an agreed hourly rate of one MWC personnel's time associated with the actual time involved in monitoring Plaintiffs Testing.

14. With respect to Plaintiffs' proposed inspection of the BAC Site or related wells:

   a. Plaintiffs have obtained permission from the property owner, by and through his counsel regarding entry upon the former BAC Site in order to conduct the inspection, sampling and/or testing of any of the wells existing on the property. Defendants Merck, Amsted, BAC and Track Four hereby consent to such entry and inspection, but do not own the property on which the BAC Site and associated wells are located.

3

b.    Plaintiffs have made arrangements with ARCADIS U.S., Inc. ("ARCADIS") in order to obtain access to BAC Site wells by specifically indicating in the work plan the date, time and wells to be sampled, as well as the meeting location with the ARCADIS representative for the commencement of each weekly sampling effort.  Plaintiffs will pay for the reasonable cost based on an agreed hourly rate  for one ARCADIS personnel's time associated with the actual time involved in inspecting and/or testing of each well associated with such inspection, sampling and/or testing.  Defendants Merck, Amsted, BAC and Track Four hereby consent to such access, inspection and/or Testing, provided that Plaintiffs comply with the terms of this Order.

15.    Any Party may be present during any inspection of any Facility or during any sampling of any Environmental Media pursuant to this Order, provided that no Party shall interfere with any Testing.  In regard to Plaintiffs inspection, sampling and/or testing of the MWC wells and BAC site or related wells, Defendants Merck, Amsted, BAC and Track Four shall be allowed to collectively take one "split sample" of the same media and at the same time that the sample is taken in accordance with the work plan, and MWC shall be allowed to take one "split sample" of the same media and at the same time that the sample is taken in accordance with the work plan.  No other parties shall be allowed a "split sample".

16.    All data, test results and reports including without limitation all videotapes and gamma data, prepared as a result of any inspection, sampling or Testing described in an approved work plan shall be provided to all other Parties by the requesting ~~our~~ Party within ~~fifteen (15)~~ _five (5)_ days of its receipt of such data, Test results or reports.

**IT IS SO ORDERED.**

Dated:  _8-5 -09_

_[signature]_

OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

EXHIBIT "A"



# ENVIRONMENTAL
## ENGINEERING & CONTRACTING, INC.
501 Parkcenter Drive, Santa Ana, CA 92705
Phone (714) 667-2300 Fax (714) 667-2310

# WELL INSPECTION AND
# GROUNDWATER SAMPLING WORK PLAN

## Meadowbrook Water Company Wells

**July 31, 2009**

*EEC # S2026.01*

*Prepared by:*

Environmental Engineering & Contracting, Inc.
501 Parkcenter Drive
Santa Ana, California 92705

Jay O'Kain
Senior Staff Geologist

Mark Zeko PG, CHG
Principal Hydrogeologist

## TABLE OF CONTENTS

1.0  INTRODUCTION ................................................................................................................... 1
2.0  LOGISTICS AND SITE ACCESS ........................................................................................ 2
3.0  WELL INSPECTION – FIELD METHODS AND PROCEDURES ...................................... 2
   3.1  Downhole Video Survey .................................................................................................. 3
   3.2  Downhole Geophysical Survey ........................................................................................ 3
4.0  GROUNDWATER SAMPLING  - MEADOWBROOK #2 ................................................... 4
   4.1  Pump Installation ............................................................................................................. 4
   4.2  Well Purging .................................................................................................................... 4
   4.3  Sample Collection ............................................................................................................ 5
5.0  GROUNDWATER SAMPLING  - MEADOWBROOK WELLS #4, #5, AND #6 ................. 6
6.0  SAMPLE CONTAINERS, PRESERVATION, AND STORAGE ........................................ 7
   6.1  Sample Containers ........................................................................................................... 7
   6.2  Preservation ..................................................................................................................... 7
   6.3  Sample Storage ................................................................................................................ 7
7.0  SAMPLE DOCUMENTATION AND SHIPMENT .............................................................. 8
   7.1  Daily Field Records ......................................................................................................... 8
   7.2  Activity-Specific Forms .................................................................................................. 9
   7.3  Photographs ..................................................................................................................... 9
   7.4  Sample Identification ....................................................................................................... 9
   7.5  Packaging and Shipping ................................................................................................. 10
   7.6  Chain-of-Custody (COC) Procedures ............................................................................ 11
8.0  QUALITY CONTROL ......................................................................................................... 12
   8.1  Equipment Rinsate Blank Samples ................................................................................ 12
   8.2  Field Blanks ................................................................................................................... 12
   8.3  Trip Blanks .................................................................................................................... 13
   8.4  Duplicate Field Samples ................................................................................................ 13
   8.5  Temperature Blanks ....................................................................................................... 13
9.0  FIELD VARIANCES ........................................................................................................... 13

Attachment A – Protocol for Field Measurements Associated with Sampling of Groundwater
Monitoring Wells and Water Supply Wells.



**ENVIRONMENTAL**
**ENGINEERING & CONTRACTING, INC.**

501 Parkcenter Drive, Santa Ana, CA 92705
Phone (714) 667-2300 Fax (714) 667-2310

# WELL INSPECTION AND
# GROUNDWATER SAMPLING WORK PLAN
Meadowbrook Wells
July 31, 2009

## 1.0 INTRODUCTION

Plaintiffs retained Environmental Engineering and Contracting, Inc. (EEC) to prepare this Well Inspection and Groundwater Sampling Work Plan for the inspection of one non-operational Meadowbrook Water Company (Meadowbrook) municipal production well, Meadowbrook #2, and the collection and laboratory testing of groundwater from all existing municipal production wells (operational and non-operational) owned and operated by the Meadowbrook. The work is being performed on behalf of the plaintiffs in the lawsuit titled Abarca et al. v. Merck & Co. (Merck), et al (U.S. District Court Case No. 1:07-CV-0388 OWW DLB) and is subject to the Stipulation For Protective Order and Protocol For Inspection, Sampling, Testing, and For Production of Records.

All inspection, sampling, and testing activities performed pursuant to this work plan shall be non destructive in nature. Further, EEC agrees and confirms that any inspection, sampling, or testing which they propose and which is described in this work plan will not in any way cause any exacerbation of any contamination in any way cause any environmental harm that did not exist prior to the subject inspection, sampling, and testing described herein, or increase or expand any environmental harm that already exists. However, in the absence of evidence that the inspection, sampling or testing procedures implemented by EEC exacerbated, increased, or expanded existing environmental harm, or caused new environmental harm, the detection of increased levels of a contaminant shall be considered an indication of existing conditions that pre-existed the inspection, sampling or testing procedures by EEC as described herein, and not an exacerbation, increase, expansion or new environmental harm.

Inspection activities for Meadowbrook #2 are non-destructive in nature and are designed only to collect information pertaining to the well construction and an indication of the geologic materials that are present within the zone in which Meadowbrook #2 is completed.

The purpose of the groundwater sampling plan is to obtain time series information regarding the groundwater chemistry within the Meadowbrook production wells. Groundwater chemistry will focus primarily on general minerals, total dissolved solids, nitrates, arsenic, total chromium, and hexavalent chromium.

The following sections provide a general summary of the procedures to accomplish the sampling.

## 2.0  LOGISTICS AND SITE ACCESS

All activities described in this Work Plan will require coordination with Meadowbrook Water Company through their counsel. A minimum notice of three business days will be provided by plaintiffs' counsel to all other parties through their counsel prior to any inspections and/or sampling activity. The specific activity, date, time, location, and identity of the qualified representative present for each specific inspection and/or sampling event will be provided to all parties through their counsel within the three business days notice referenced herein. A tentative schedule for the work described in this proposal is shown below. Meadowbrook will provide access to each sample location and/or otherwise provide access to EEC for inspection, testing and sampling.    Each side will be responsible for their own expenses related to their own sampling. Each of the wells referenced in this work plan herein will be sampled on a weekly basis for a period of ninety (90) days.

For each sampling event, EEC proposes to meet the Meadowbrook representative at 7:00 am at Meadowbrook #2. Sampling will begin with Meadowbrook #2, then proceed to Meadowbrooks #4, #5, and #6. A single Meadowbrook representative will be paid at a rate of $90 per hour by the plaintiff to facilitate access to the subject wells and facilitate testing activities. Plaintiffs will pay all monitoring invoices within 20 days of receipt.

| Sampling Schedule | |
|---|---|
| **Scope of Services** | **Date/Frequency** |
| Downhole Video  & Geophysical Survey | Wednesday August 5, 2009 commending at 12 noon at the location of Meadowbrook Well #2. |
| Pump  Installation  and  Initial  Purging  and Sampling of Meadowbrook #2. | Thursday August 6, 2009 commending at 7 am at the location of Meadowbrook Well #2. |
| Reoccurring Sampling of Meadowbrook Wells | Tuesday  of  Every  Week  commencing  Tuesday August 11, 2009 at 7:00 am and continuing for a period of 90 days.* |

\* Tentative schedule based on availability of geophysical contractor, and pump installation contractor. Schedule subject to be changed with 7 days advanced notice.

## 3.0  WELL INSPECTION – FIELD METHODS AND PROCEDURES

This section describes the equipment, procedures, and field activities necessary to complete the work. These procedures include downhole video camera recording, and downhole geophysical testing.

### 3.1 Downhole Video Survey

The purpose of a downhole video survey is to provide real-time observation and video recording of the well casing integrity, construction, and depth.    Of particular interest during this survey is the depth and length of the well perforations (well screen).

The survey will be conducted by lowering a specially designed waterproof camera into the well using a tripod and reel system that allows for continuous on-screen evaluation of the camera depth as it is slowly lowered into the well.  The 3.5-inch diameter dual lens camera with side scan will provide color side-scan and axial views of the well casing.

Prior to introduction into the well casing, the camera, cable and any other equipment/fittings that are attached will be decontaminated prior to entry into the well.   Equipment decontamination procedures are intended to reduce the potential for introduction of contaminants into the well. The decontamination will include washing the equipment in Alconox™ - water solution (or similar detergent), then triple rinsing the equipment, with the last rinse being a de-ionized water rinse.

The downhole video survey should be accomplished in approximately one to four hours and is intended to be conducted on the same data as the geophysical survey described below.    Similarly, the geophysical survey should be accomplished in one to four hours, therefore the total survey time should be eight hours or less.

### 3.2 Downhole Geophysical Survey

The downhole geophysical survey is designed to evaluate the geologic material through which Meadowbrook #2 has been completed.  The geophysical survey will use natural gamma ray logging equipment, which is capable of collecting data through the well casing.  Similar to the video survey, the waterproof gamma ray logging equipment will be lowered into the well using a reel system that allows for continuous logging versus depth correlation as the instrument is slowly lowered into the well.    The gamma ray logging equipment is of a similar size and shape as the downhole geophysical camera described above.   The instrument will be decontaminated in a similar fashion as the downhole video camera.

Gamma logs record the amount of natural gamma radiation emitted by the rocks surrounding the borehole.   The most significant naturally occurring sources of gamma radiation are potassium-40 and daughter products of the uranium- and thorium-decay series.  Clay- and shale-bearing rocks commonly emit relatively high gamma radiation because they include weathering products of potassium feldspar and mica and tend to concentrate uranium and thorium by ion absorption and exchange.  Permeable sands and gravels tend to exhibit lower radioactive content.

As described above, the geophysical survey should be accomplished in approximately 1 to 4 hours and is intended to be conducted on the same data as the video survey described above.

## 4.0 GROUNDWATER SAMPLING - MEADOWBROOK #2

This section describes the equipment and procedures for collecting groundwater samples from Meadowbrook #2. Based on the representations of counsel for Meadowbrook Water Company, Meadowbrook #2 is the only non-abandoned non-operational well in existence within the Meadowbrook System. Based on counsel's representation that Meadowbrook Well Nos. 1 and 3 have been "abandoned", EEC reserves the right to inspect those wells for the purpose of confirming that these wells have in fact been "abandoned."

### 4.1 Pump Installation

EEC will retain a well driller/developer to install a downhole pump in Meadowbrook #2. The pump will remain in place throughout the duration of testing. The pump will consist of an approximately 5 horsepower, 4-inch diameter Grundfos™ pump or similar, connected to the surface with a steel cable, 2 to 4-inch diameter discharge pipe, waterproof wiring and a well seal. The pump will use single phase 230 volt power supply. Power will be supplied by a portable generator brought onsite for each sampling event.

### 4.2 Well Purging

Wells will be purged using the pump described above. Groundwater generated during purging and sampling will be placed in an approximately 6,500 gallon above-ground storage tank placed within the secured Meadowbrook #2 compound. Discharge water will be lawfully disposed, once laboratory results have been evaluated. The tank will be removed approximately 10 days after the conclusion of inspection and sampling process described herein. This section describes field procedures to be implemented for purging the wells and the collection of groundwater samples.

Prior to purging, water level measurements will be collected from the well. The measurement will be recorded to the nearest 0.01 foot. Plastic sheeting will be placed around the well beneath water-level monitoring and sampling equipment to prevent potential contamination of surficial soil and prevent contact between the equipment and the soil, pavement, or other structures during purging activities.

Prior to purging, the volume of standing water in the well casing will be calculated using well construction information and the depth to groundwater measurement. The equation used to calculate the volume of standing water in the well is:

$$V = 3.14 \times R^2 \times [D-T]/7.48$$

Where:
V = volume of water in casing (gallons)
R = radius of casing (feet)
D = total depth of well (feet)
T = depth to water (feet)

During purging, depth to water should be measured in each well to monitor drawdown, however, the presence of downhole equipment such as cables and pipe may preclude these measurements. The well will be purged using the installed downhole submersible pump and associated piping. The well will be purged at flow rates that minimize cascading water along the inside of the well casing. Pump rates will be measured with a flow meter and recorded on the Well Sampling and/or Development Record.

During purging operations, groundwater parameters, including specific conductance, pH, and temperature, will be measured approximately every one-half casing volume and recorded on a Well Sampling and/or Development Record form. Groundwater samples will be collected after three casing volumes have been purged and when specific conductance, pH, and temperature have stabilized. Stabilization criteria will be three consecutive measurements for which the specific conductance is within 10 %, pH is within 0.1 units, and temperature is within 1 degree Celcius (°C). At least seven measurements will be obtained during purging operations. If these parameters have stabilized after three or more well casing volumes have been purged, the well will be sampled. Turbidity will be monitored and results recorded on the Well Sampling and/or Development Record but will not be used as a stabilization parameter. Water quality parameters will also be measured at the beginning and conclusion of water sampling.

The conductivity and pH meters will be calibrated at a minimum of once per day. Results of calibrations and final calibration checks will be recorded on the Field Instrument Calibration Sheet and Well Sampling and/or Development Record. The turbidity meter also will be calibrated prior to use at each well. Additional information regarding the use of field instruments is included as Attachment A.

## 4.3 Sample Collection

A complete set of sampling containers will be prepared for each well in advance of the sampling event. Containers will be labeled with the project number, sample date and time, sample identification number, location number (including well name and/or number), preservatives, if any, sampler's name or initials, parameters for analyses (analysis method numbers where possible). During all purging and sampling activities, sampling personnel will wear clean nitrile gloves, and at a minimum, change those gloves between each well location.

After purging operations have been completed, groundwater samples will be collected directly from the discharge tubing. On occasion, time-series samples may be collected during a purging event, resulting in multiple samples being collected throughout the purge process. Samples will not be filtered prior to sampling.

Typically during each sampling event one sample and one duplicate sample will be collected from each location.  One sample from each well, and one randomly selected duplicate sample, will be utilized for analyses of the constituents listed below.  The remaining duplicate samples will be transported to the laboratory an placed on "hold", to be utilized only if the original samples containers are broken during transit, or if the original samples are otherwise compromised.  Therefore, during a routine sampling event, two samples will be collected from each of Meadowbrook #2, #4, #5, and #6.  One sample from each of the four wells, and a duplicate sample from one of the four wells will be submitted for analyses.  In addition, a trip blank will be submitted, as described in Section 8.3.

During the first sampling event, the plaintiffs may elect to extend the purge period of Meadowbrook #2 between one and four hours.  During this sampling event, plaintiffs may collect as many as ten samples from the well in order to evaluate time-series concentrations.  Plaintiffs reserve the right to request this procedure on a more frequent basis, by providing Meadowbrook and Merck a minimum notice of three business days.

**Proposed Laboratory Testing**

- Arsenic by EPA Method 200.8

- Total Chromium by EPA Method 200.8

- Hexavalent Chromium by EPA Method 218.6

- Nitrate by EPA Method 300.0

- Total Dissolved Solids (TDS) by Standard Method (SM 2540C)

- General Anions (EPA 300.0) and Cations (EPA 200.7)

Water for analyses of metals and cations (with the exception of hexavalent chromium) will be collected in a 500 milliliter polyethylene bottle preserved with nitric acid (HNO3).  Water for analyses of hexavalent chromium, TDS and anions will be collected in a 1 liter polyethylene bottle.

## 5.0 GROUNDWATER SAMPLING - MEADOWBROOK WELLS #4, #5, AND #6

This section describes the0 equipment and procedures for collecting groundwater samples from Meadowbrook wells #4, #5, and #6.  These wells are either full or part-time active municipal water production wells.  Therefore, it will not be necessary to install sampling pumps in these wells.  Sampling will be performed in a manner that will not disrupt well operation or compromise water quality.

For operational wells (wells that are operational within 1 hour of sampling), EEC will collect samples directly from existing sample ports and or valves at each wellhead without a need to purge the well. If such valves or ports do not exist, EEC will coordinate with Meadowbrook as to an appropriate sample collection location. At least initially, samples will be collected both pre- and post-chlorination sample ports. If results of pre- and post-chlorination testing are similar, this practice may be eliminated and samples collected from only one of the two sample ports.

For wells that have not been operational within the hour of sample collection, EEC will request that Meadowbrook operate the well for a short period (approximately 5 minutes) to allow the production of fresh water. Once operational, the well will be sampled from the appropriate sample ports or valves. Pre- and post chlorination samples will be collected in accordance with the guidelines stated above.

Sample collection and laboratory methods will be conducted in accordance with the methods described in Section 4.3, with the exception of modifications to the purging, described in this section.

## 6.0 SAMPLE CONTAINERS, PRESERVATION, AND STORAGE

This section describes the sample containers to be used and protocols for preservation and sample storage during the sampling event.

### 6.1 Sample Containers

Sample containers will be provided by a laboratory certified by the State of California to provide the necessary analyses. The containers used in sampling will be new and pre-cleaned.

### 6.2 Preservation

As described above, some of the analyses require preservatives. These preservatives will be added to sample bottles by the laboratory or container provider. Samples will be cooled prior to and during shipping. As described in Section 5.0, temperature blanks will be used for coolers containing samples requiring preservation at reduced temperatures of 4°C. Additionally, samples will not be allowed to freeze.

### 6.3 Sample Storage

Each sample will be stored in a shipping cooler immediately after the sample is taken, sealed, and labeled. If possible, samples will be shipped to the laboratory the same day that they are obtained. Samples for hexavalent chromium must be analyzed within 24 hours of sample collection. Shipping will be by hand delivery, courier, or overnight shipping. In the event a sample or samples cannot be shipped the same day, the samples will be stored in the shipping cooler overnight for courier delivery the following day. If the samples are stored overnight, additional ice will be added as appropriate to maintain the proper temperature in the shipping cooler.

## 7.0 SAMPLE DOCUMENTATION AND SHIPMENT

Various field records and procedures will be used to document the sampling event and the handling and shipping of samples. The following paragraphs describe the forms, records, and procedures used during the sampling event.

### 7.1 Daily Field Records

The field sampling team members will maintain field records to provide a daily record of significant events, observations, and measurements during sampling. All information pertinent to sampling will be recorded on a Daily Field Record form or on activity-specific data forms. Each day's field record entries will be signed and dated and will include:

- Date and time of entry, weather and environmental conditions during the field activity;
- Project name and number;
- Location of sampling activity;
- Names of field crew members;
- Names of site visitors;
- Sample media (e.g., groundwater);
- Sample collection method (e.g., portable pump); and
- Number of samples taken.

When activity-specific data forms are used, they will also include:

- Investigation location;
- Sampler's initials;
- Sampling medium; and
- Sampling method.

The following information will be recorded either on a Daily Field Record form or on activity-specific forms:

- Volume and number of samples taken;
- Date and time of collection;
- Sample depth;
- Sample identification number(s), including well name and/or number;
- Sample destination (for example, laboratory);
- Water-level measurement data;
- Field observations;
- Field measurements (e.g., pH, temperature, and conductivity); and
- Sample handling (preservation).

All entries will be made using ink; any entries requiring changes will be made by striking a line through the entry and entering the correct information. The person making the entry will initial and date the correction. Unused portions of pages will be crossed out, signed, and dated at the end of each workday.

## 7.2 Activity-Specific Forms

In addition to the Daily Field Record form, the following types of forms may be utilized to document field activities.

- **Well Sampling and/or Development Record** – Well purging and groundwater sampling notes and field measurements of water quality parameters will be summarized on this form. Water level data will also be recorded on this form.

- **Chain-of-Custody (COC) Record** – Sample collection information identifying sample identification, sample collector, date, time, requested analyses, preservation, container type and size, laboratory name and address, shipping method, special handling requirements, and the names of the persons relinquishing and receiving the samples will be recorded on this form.

- **Sample Control Log** – Contains a list of all samples collected and includes the date and time sampled, sample number, applicable COC form number, analyses requested, the date delivered to the laboratory, the date results are due, and the initials of the person completing the log.

- **Field Instrument Calibration Sheet**- Information regarding the calibration of field instruments will be recorded on this form, including the equipment type and manufacturer, model number, serial number, calibration standard, instrument reading, date and time calibrated, and the name of the person performing the calibration.

## 7.3 Photographs

Photographs should be taken to document representative field procedures. When a photograph is taken, the date, time, weather conditions (if applicable), subject, purpose for the photograph, and number of photograph should be recorded on a Daily Field Record form.

## 7.4 Sample Identification

Each sample collected will be labeled with the following information:

- Project number;
- Sampling date and time;
- Sample identification number;
- Location Number (including well name and/or number);
- Preservatives, if any;
- Sampler's initials; and
- Analyses to be conducted.

A unique identification number will be assigned to each sample. Specific sample identification procedures will follow the general strategy described below.

**Primary Samples:**   "date (year, month, day) + well I.D. + depth interval"

Example:              20090701-MWC2-90'

(Sample collected July 1, 2009 from Meadowbrook  Water Company #2 at approximately 90 feet below ground surface)

**Field QC Samples:**          "date (year, month, day) + (well I.D.+10) + false depth

Examples:             20090701-MWC12-90'

(Sample collected July 1, 2009 from Meadowbrook  Water Company #2 at approximately 90 feet below ground surface)

**Blind Duplicates:**          "date (year, month, day) + well I.D as 'MWD + depth interval'"
Example:              20090701-MWD5-90'
The sample time on the Chain-of-Custody would be written as one hour after the sample time of the original sample (20090701- MWC5).

All information pertaining to a particular sample is referenced by its identification number that is recorded on the sample container, on a Sample Control Log, and on the sample COC form. Following sample collection, the sample label is completed in waterproof ink and secured to the sample container.

## 7.5 Packaging and Shipping

The following procedures are to be used when packing and transporting samples to the laboratory:

- Use waterproof metal or equivalent strength plastic ice chests or coolers.
- Package samples in individual plastic bags and place in cooler.
- Place bubble wrap on bottom of cooler to help prevent breakage during shipment.
- Wrap glass containers with bubble wrap or other protective material to help prevent breakage.
- Package wet ice in individual plastic bags and place bags of ice around, among, and on top of the samples. Ice should be double bagged in zip-locked bags.
- Place paperwork (COC record, etc.) in a waterproof plastic bag and place it inside the cooler.
- Fill empty space in cooler with bubble wrap or styrofoam peanuts to reduce movement and breakage during shipping.
- Tape ice chest or cooler shut and if the cooler has a drain plug, tape it shut to prevent leakage, and
- Place custody seals on joint between lid and body of ice chest or cooler.

Samples will be transported within 24 hours after sample collection to the laboratory for analyses. Samples will be transported by EEC staff, courier, or overnight delivery. Where possible, the samples will be transported to the laboratory the same day they are collected.

### 7.6 Chain-of-Custody (COC) Procedures

Custody of samples must be maintained and documented from the time of sample collection to completion of analyses. Each sample will be considered to be in the sampler's custody, and the sampler will be personally responsible for the care and custody of the samples until they are personally delivered to the laboratory or to the courier service for delivery to the laboratory. A sample is considered to be in a person's custody if:

- The sample is in the person's physical possession;
- The sample is in view of the person after that person has taken possession;
- The sample is secured by that person so that no one can tamper with the sample; or
- The sample is secured by that person in an area that is restricted to authorized personnel.

All samples will be accompanied to the laboratory by a COC form. The form contains the following information:

- Project name and number;
- COC form serial number;
- Number of containers/samples;
- Sample numbers;
- Sampler/recorder's signature;
- Date and time of collection of each sample;
- Collection location;
- Sample type;
- Analyses requested;
- Inclusive dates of possession;
- Name of person receiving the sample;
- Laboratory sample number;
- Date of receipt of sample

The COC records will be filled out with waterproof ink. When the samples are transferred from one party to another, the individuals will sign, date, and note the time on the form. A separate form will accompany each delivery of samples to the laboratory. The COC form will be included in the cooler used for preservation and transport of samples. The sampling personnel will retain a copy of the form.

When samples are received at the laboratory, the condition of samples will be checked, and air temperature inside the cooler and temperature blank will be measured immediately after the cooler is opened, and results will be recorded on the laboratory's appropriate form.

## 8.0 QUALITY CONTROL

Quality Assurance/Quality Control (QA/QC) efforts are designed to check whether laboratory chemical data are of suitable quality for their intended purpose and are legally defensible. In general, QA/QC activities require the collection of additional samples and the comparison of duplicate sample results with the results of primary samples. The following sections describe the QA/QC samples that will be collected or used for the sampling event. The QA/QC samples will be preserved, packaged, and sealed in the same manner as described for the groundwater samples collected during the sampling event. The duplicate samples will be submitted blind to the analytical laboratory.

### 8.1 Equipment Rinsate Blank Samples

Equipment blanks typically consist of de-ionized water collected from non-dedicated equipment after decontamination procedures have been performed. Equipment blanks are intended to evaluate whether decontamination procedures are effective and to evaluate the potential for cross contamination during field procedures. Equipment blanks will be collected for samples from wells where the well is not equipped with an existing pump and where a portable pump is used. Equipment blanks will not be collected for samples from wells where dedicated pumps are used. Equipment blanks will be collected by running de-ionized water through the sampling pump and collecting the water in laboratory-supplied sampling containers at the pump discharge.  Equipment rinsate blank samples will be analyzed only for arsenic, total chromium and hexavalent chromium.

### 8.2 Field Blanks

Field blanks are samples of laboratory supplied deionized water used for quantifying airborne contaminants present in the field. At least one sample for each source of water or one field blank of analyte-free water for a specified event will be collected and analyzed for arsenic, total chromium and hexavalent chromium. If more than one source of water is used, or if potable water from more than one location is used, additional field blanks will be collected.

## 8.3 Trip Blanks

Trip blanks are intended to evaluate whether the groundwater samples to be analyzed for volatile organic compounds (VOCs) have been contaminated during sample shipping and handling. Trip blanks will consist of vials of laboratory-supplied organic-free water prepared by the laboratory and kept within the field coolers from the time the coolers leave the laboratory until the coolers are returned to the laboratory. Every cooler containing samples to be analyzed for VOCs will contain a trip blank. Trip blanks will be preserved in the same manner as the primary samples, identified as trip blanks on the sample label and COC form, and analyzed for VOCs using EPA Method 8260B.  Trip blanks will not be utilized during this project due to the type of contaminants being analyzed.

## 8.4 Duplicate Field Samples

Duplicate Field or "blind duplicate" samples will be collected for the purpose of assessing the precision of the laboratory. Field duplicate samples will be collected at an approximate rate of one duplicate sample per ten primary groundwater samples for each chemical analysis (i.e., 10% duplicate samples). Each field duplicate sample will be collected using the same sampling technique as the primary sample and will be transferred into identical sample containers as the primary sample.  Each field duplicate sample will be issued a unique sample identification number so that laboratory personnel are not informed of the identity of these samples prior to analyses. The identity of field duplicate samples will be recorded in the field notes for the associated primary sample.

## 8.5 Temperature Blanks

A laboratory-supplied temperature blank will be used in each sample cooler shipped to the laboratory. The temperature blank will be checked by the laboratory when the samples are received there.

## 9.0 FIELD VARIANCES

As conditions in the field may vary, it may become necessary to implement minor modifications to sampling procedures as presented in this Sampling and Analyses Plan. When appropriate, the EEC Project Manager will be notified and a verbal approval obtained before implementing the changes. Modifications to the procedures presented in this Sampling and Analyses Plan will be documented on the Daily Field Record form and on other task-specific forms as applicable. Significant modifications will be documented in the final report for the sampling event.

**ATTACHMENT A**

**Protocol for Field Measurements Associated
with Sampling of Groundwater Monitoring
Wells and Water Supply Wells**

## ATTACHMENT A
## PROTOCOL FOR FIELD MEASUREMENTS ASSOCIATED WITH
## SAMPLING OF GROUNDWATER MONITORING WELLS
## AND WATER SUPPLY WELLS

Field measurements of temperature, pH, and specific electronic conductance (SEC) will be performed on aliquots of groundwater that will not be submitted for laboratory analysis. Field water quality measurements and instrument calibration details will be recorded on the Well Sampling and/or Development Record.

### A.1 TEMPERATURE MEASUREMENTS
Temperature measurements will be made with a mercury-filled thermometer or an electronic thermometer, and all measurements will be recorded in degrees Fahrenheit.

### A.2 pH MEASUREMENT
The pH measurement will be made as soon as possible after collection of the sample, generally within a few minutes. The pH will be measured by immersing the pH probe into an aliquot of groundwater.

The pH meter will be calibrated at the beginning of and once during each sampling day and whenever appropriate, in accordance with the equipment manufacturer's specifications, as outlined in the instruction manual for the specific pH meter used. Two buffers (either pH-4 and pH-7, or pH-7 and pH-10, whichever most closely bracket the anticipated range of groundwater conditions) will be used for instrument calibration.

### A.3 SPECIFIC ELECTRICAL CONDUCTANCE MEASUREMENT
SEC will be measured by immersing the conductivity probe into an aliquot of groundwater. The probes used will automatically compensate for the temperature of the sample. Measurements will be reported in units of micro-Siemens ($\mu$S) per square centimeter (equivalent to micromhos or mhos) at 25°C.

The SEC meter will be calibrated at the beginning and once during each sampling day in accordance with the equipment manufacturer's specifications, as outlined in the instruction manual for the SEC meter used. The SEC meter will be calibrated with the available standardized potassium chloride (KCl) solution that is closest to the SEC expected in groundwater below the site.

# EXHIBIT "B"



## ENVIRONMENTAL
### ENGINEERING & CONTRACTING, INC.
501 Parkcenter Drive, Santa Ana, CA 92705
Phone (714) 667-2300 Fax (714) 667-2310

# GROUNDWATER SAMPLING WORK PLAN

## Former Baltimore Aircoil
## Facility Monitoring Wells

**July 31, 2009**

*EEC # S2026.01*

*Prepared by:*

Environmental Engineering & Contracting, Inc.
501 Parkcenter Drive
Santa Ana, California 92705

<u>Jamie O'Kain</u>
Jay O'Kain
Senior Staff Geologist

<u>Mark Zeko</u>
Mark Zeko PG, CHG
Principal Hydrogeologist

i

## TABLE OF CONTENTS

1.0 INTRODUCTION ................................................................................................................ 1
2.0 LOGISTICS AND SITE ACCESS ...................................................................................... 2
3.0 GROUNDWATER SAMPLING - BAC Wells ..................................................................... 3
  3.1 Well Purging .................................................................................................................... 3
  3.2 Sample Collection ........................................................................................................... 5
4.0 SAMPLE CONTAINERS, PRESERVATION, AND STORAGE ......................................... 6
  4.1 Sample Containers .......................................................................................................... 6
  4.2 Preservation .................................................................................................................... 6
  4.3 Sample Storage ............................................................................................................... 7
5.0 SAMPLE DOCUMENTATION AND SHIPMENT ............................................................... 7
  5.1 Daily Field Records ......................................................................................................... 7
  5.2 Activity-Specific Forms ................................................................................................... 8
  5.3 Photographs .................................................................................................................... 8
  5.4 Sample Identification ....................................................................................................... 8
  5.5 Packaging and Shipping .................................................................................................. 9
  5.6 Chain-of-Custody (COC) Procedures ........................................................................... 10
6.0 QUALITY CONTROL ....................................................................................................... 11
  6.1 Equipment Rinsate Blank Samples ............................................................................... 11
  6.2 Field Blanks ................................................................................................................... 11
  6.3 Trip Blanks .................................................................................................................... 12
  6.4 Duplicate Field Samples ............................................................................................... 12
  6.5 Temperature Blanks ...................................................................................................... 12
7.0 FIELD VARIANCES ........................................................................................................ 12

Attachment A – Protocol for Field Measurements Associated with Sampling of Groundwater Monitoring Wells and Water Supply Wells.



**ENVIRONMENTAL**
**ENGINEERING & CONTRACTING, INC.**
501 Parkcenter Drive, Santa Ana, CA 92705
Phone (714) 667-2300 Fax (714) 667-2310

# GROUNDWATER SAMPLING WORK PLAN
## Former BAC Facility

## 1.0 INTRODUCTION

The plaintiffs retained Environmental Engineering and Contracting, Inc. (EEC) to prepare this Groundwater Sampling Work Plan for the collection and laboratory testing of groundwater from all groundwater monitoring, extraction, and remediation wells associated with the former Baltimore Aircoil (BAC) facility located in Merced, California as specifically identified in Section 2.0 below.   The work is being performed on behalf of the plaintiffs in the lawsuit titled Abarca et al. v. Merck & Co. (Merck), et al (U.S. District Court Case No. 1:07-CV-0388 OWW DLB) and is subject to the Stipulation For Protective Order and Protocol For Inspection, Sampling, Testing, and For Production of Records.

All inspection, sampling, and testing activities performed pursuant to this work plan shall be non destructive in nature.   Further, EEC agrees and confirms that any inspection, sampling, or testing which they propose and which is described in this work plan will not in any way cause any exacerbation of any contamination or in any way cause any environmental harm that did not exist prior to the subject inspection, sampling, and testing described herein, or increase or expand any environmental harm that already exists.   However, in the absence of evidence that the inspection, sampling or testing procedures implemented by EEC exacerbated, increased, or expanded existing environmental harm, or caused new environmental harm, the detection of increased levels of a contaminant shall be considered an indication of existing conditions that pre-existed the inspection, sampling or testing procedures by EEC as described herein, and not an exacerbation, increase, expansion or new environmental harm.

The purpose of the groundwater sampling plan is to obtain time series information regarding the groundwater chemistry within the BAC wells.  Groundwater chemistry will focus primarily on general minerals, total dissolved solids, nitrates, arsenic, total chromium, and hexavalent chromium.

The following sections provide a general summary of the procedures to accomplish the sampling.

## 2.0 LOGISTICS AND SITE ACCESS

All activities described in this Sampling Work Plan will require coordination with Merck through their counsel. A minimum notice of three business days will be provided by plaintiffs' counsel to all other parties through their counsel prior to any sampling activity initiated by EEC in regard to the specific wells identified herein. Arcadis will provide access to each sample location and/or otherwise provide access to EEC for sampling. Each side will be responsible for their own expenses related to their own sampling. Additionally, the plaintiffs' will be allowed to collect duplicate samples during the semi-annual sampling event scheduled to be conducted by Arcadis on behalf of Merck in September 2009, and request a minimum notice of three business days prior to implementation of the sampling event. The specific activity, date, time, location, and identity of the qualified representative present for each specific sampling event will be provided by the party initiating the sampling through their counsel to all other parties through their counsel within the three business days notice referenced herein. With the exception of sample collection and laboratory services, costs associated with the sampling activities will be borne by the requesting party. Laboratory costs will be borne by the entity collecting the sample. For example, during the semi-annual sampling event required by the California Regional Water Quality Control Board (RWQCB), all costs associated with the purging, sampling, and disposal of groundwater will be borne by Arcardis, while costs associated with the split sampling (labor to obtain the sample and laboratory fees) will be borne by the plaintiff. On the other hand, costs associated with sampling conducted at intervals requested by the plaintiff (including purging, sampling, and disposal of groundwater) will be borne by the plaintiff, and Merck will only be responsible for their contractors labor, material, and laboratory fees associated with the collection of split samples. Each of the wells referenced in this work plan herein will be sampled on a weekly basis for a period of ninety (90) days.

The plaintiffs will collect split samples (a sample collected at the same time, and with the same equipment used by Arcadis) at any or all of the BAC wells during Arcadis' next semi-annual sampling event.

In addition, the plaintiffs are permitted access to certain wells on a regular basis (not to exceed once per week) for a period of ninety (90) days. These wells include: all wells located south and southwest of the Santa Fe Road, and wells 9, 9L, 9M, MW-26, MW-29, MW-45, MW-46, MW-47, MW-51, MW-56, and MW-72. The proposed sampling schedule is shown in the Table below.

| Sampling Schedule | |
| --- | --- |
| **Scope of Services** | **Date/Frequency** |
| Wells south of Santa Fe (MW-14, MW-15, MW-21, MW-22, MW-23, MW-24, MW-25, EW-4, EW-5, EW-6, and EW-7) | Wednesdays of every week commencing Wednesday August 12, 2009 at 7:00 am and continuing for a period of 90 days.* |
| Wells north of Santa Fe (9, 9L, 9M, MW-26, MW-29, MW-45, MW-46, MW-47, MW-51, MW-56, and MW-72) | Thursdays of every week commencing Thursday August 13, 2009 at 7:00 am and continuing for a period of 90 days.* |

* Tentative schedule subject to revision with a minimum of 7 days notice to Arcadis

For each sampling event, EEC will meet with the Arcadis representative at 7:00 am at the BAC onsite treatment system. Sampling will then proceed to the designated wells described above. A single Arcadis' representative will be paid at a rate of $90 per hour by the plaintiff to facilitate access to the subject wells and facilitate testing activities. Travel time at a rate $90 per hour will be paid by the plaintiffs for any required travel on days where Arcadis is not already scheduled to be onsite. Plaintiffs will pay all monitoring invoices within 20 days of receipt.

## 3.0 GROUNDWATER SAMPLING - BAC Wells

This section describes the equipment and procedures for collecting groundwater samples from on-site and off-site wells associated with the BAC facility. The procedures described in this section pertain to samples collected when the plaintiffs are conducting the purging and sampling event. The plaintiffs will defer to Arcadis' monitoring and purging methods during the semi-annual sampling event. In all instances, sample collection, handling, and laboratory analyses will proceed by the methods described in this document.

## 3.1 Well Purging

This section describes field procedures to be implemented for purging the wells and the collection of groundwater samples. Purge water generated during purging activities will be either stored in 55-gallon drums or pumped into a trailer mounted tank and transferred into a larger storage vessel (4,000-gallon capacity Baker tank or similar) pending disposal an appropriate facility permitted to accept the generated purge groundwater.

Water level measurements will be collected from each well prior to groundwater sampling. The measurement will be recorded to the nearest 0.01 foot. Plastic sheeting will be placed around the well beneath water-level monitoring and sampling equipment to prevent potential contamination of surficial soil and prevent contact between the equipment and the soil, pavement, or other structures during purging activities.

3

During the first sampling event conducted by EEC, the existing Arcadis low-flow sampling pumps and tubing will be used for purging and sampling activities. However, EEC reserves the right to remove Arcadis' low-flow sampling equipment and use  EEC's own downhole submersible pumps and purge procedures during future  sampling events.

If low-flow sampling methods are utilized, water will be purged through a flow-through cell and sampled when specific conductance, pH, and temperature have stabilized. Stabilization criteria will be three consecutive measurements for which the specific conductance is within 10 %, pH is within 0.1 units, and temperature is within 1 degree Celcius (°C).  At least four measurements at intervals between 1,000 and 2,000 milliliters will be obtained during purging operations.

Prior to purging, the volume of standing water in the well casing will be calculated using well construction information and the depth to groundwater measurement. The equation used to calculate the volume of standing water in the well is:

$V = 3.14 \times R^2 \times [D-T]/7.48$

Where:

$V$ = volume of water in casing (gallons)

$R$ = radius of casing (feet)

$D$ = total depth of well (feet)

$T$ = depth to water (feet)

If standard (non low-flow) purging and sampling is performed, the procedures described in the following paragraph will be used.

During purging, depth to water should be measured in each well to monitor drawdown, however, the presence of downhole equipment such as cables and pipe may preclude these measurements. Monitoring wells will be purged using a 2-inch-diamter Grunfos™ submersible pump (or equivalent) and discharge tubing.  Alternatively, the wells will be purged with a bailer.  Monitoring wells will be purged at flow rates that minimize drawdown between the interior of the well screen and the filter pack material to limit cascading water along the inside of the well casing. Pump rates will be measured with a graduated bucket or flow meter and recorded on the Well Sampling and/or Development Record.

During purging operations, groundwater parameters, including specific conductance, pH, and temperature, will be measured approximately every one-half casing volume and recorded on a Well Sampling and/or Development Record form. Groundwater samples will be collected after three casing volumes have been purged and when specific conductance, pH, and temperature have stabilized. Stabilization criteria will be three consecutive measurements for which the specific conductance is within 10 %, pH is within 0.1 units, and temperature is within 1 degree Celcius (°C). At least seven measurements will be obtained during purging operations. If these parameters have stabilized after three or more well casing volumes have been purged, the well will be sampled. Turbidity will be monitored and results recorded on the Well Sampling and/or Development Record but will not be used as a stabilization parameter. Water quality parameters will also be measured at the beginning and conclusion of water sampling. If a well is purged dry prior to obtaining three casing volumes, and/or before field measurements stabilize, the well will be allowed to recharge to a minimum of 80% of its static water level, prior to collecting a groundwater sample.

The conductivity and pH meters will be calibrated at a minimum of once per day. Results of calibrations and final calibration checks will be recorded on the Field Instrument Calibration Sheet and Well Sampling and/or Development Record. The turbidity meter also will be calibrated prior to use. Additional information regarding the use of field instruments is included as Attachment A.

Equipment used during the measurement of water levels, purging, sampling and any other activities that come in contact with the well and or groundwater will be properly decontaminated prior to work at each well.   Decontamination procedures are intended to reduce the potential for introduction of contaminants into the well.  The decontamination will include washing the equipment in Alconox™ - water solution (or similar detergent), then triple rinsing the equipment, with the last rinse being a de-ionized water rinse.

## 3.2  Sample Collection

A complete set of sampling containers will be prepared for each well in advance of the sampling event. Containers will be labeled with the project number, sample date and time, sample identification number, location number (including well name and/or number), preservatives, if any, sampler's name or initials, parameters for analyses (analysis method numbers where possible).   During all purging and sampling activities, sampling personnel will wear clean nitrile gloves, and at a minimum, change those gloves between each well location.

After purging operations have been completed at each well, water levels in the well will be allowed to recover to at least 80% of their pre-purge level.  Once the water levels have recovered, groundwater samples will be collected using either the Grundfos pump or a new disposable bailer.  If a bailer is used, the bailer will consist of a factory sealed new disposable bailer and new nylon string for each well location. On occasion, time-series samples may be collected during a purging event, resulting in multiple samples being collected throughout the purge process.  Samples will not be filtered prior to sampling.

Typically during each sampling event one sample and one duplicate sample will be collected from each location. One sample from each well, and one randomly selected duplicate sample collected each day, will be utilized for analyses of the constituents listed below. The remaining duplicate samples will be transported to the laboratory and placed on "hold", to be utilized only if the original samples containers are broken during transit, or if the original samples are otherwise compromised. Therefore, during a routine sampling event, two samples will be collected from each of Merck's wells. One sample from each well, and a duplicate sample from one of wells sampled during each day will be submitted for analyses. In addition, a trip blank will be submitted, as described in Section 6.3. EEC estimates that approximately 8 wells will be sampled each day.

#### Proposed Laboratory Testing

- Arsenic by EPA Method 200.8

- Total Chromium by EPA Method 200.8

- Hexavalent Chromium by EPA Method 218.6

- Nitrate by EPA Method 300.0

- Total Dissolved Solids (TDS) by Standard Method (SM 2540C)

- General Anions (EPA 300.0) and Cations (EPA 200.7)

Water for analyses of metals and cations (with the exception of hexavalent chromium) will be collected in a 500 milliliter polyethylene bottle preserved with nitric acid (HNO3). Water for analyses of hexavalent chromium, TDS and anions will be collected in a 1 liter polyethylene bottle.

## 4.0 SAMPLE CONTAINERS, PRESERVATION, AND STORAGE

This section describes the sample containers to be used and protocols for preservation and sample storage during the sampling event.

### 4.1 Sample Containers

Sample containers will be provided by a laboratory certified by the State of California to provide the necessary analyses. The containers used in sampling will be new and pre-cleaned.

### 4.2 Preservation

As described above, some of the analyses require preservatives. These preservatives will be added to sample bottles by the laboratory or container provider. Samples will be cooled prior to and during shipping. As described in Section 6.5, temperature blanks will be used for coolers containing samples requiring preservation at reduced temperatures of 4°C. Additionally, samples will not be allowed to freeze.

### 4.3 Sample Storage

Each sample will be stored in a shipping cooler immediately after the sample is taken, sealed, and labeled. If possible, samples will be shipped to the laboratory the same day that they are obtained. Samples for hexavalent chromium must be analyzed within 24 hours of sample collection. Shipping will be by hand delivery, courier, or overnight shipping. In the event a sample or samples cannot be shipped the same day, the samples will be stored in the shipping cooler overnight for courier delivery the following day. If the samples are stored overnight, additional ice will be added as appropriate to maintain the proper temperature in the shipping cooler.

## 5.0 SAMPLE DOCUMENTATION AND SHIPMENT

Various field records and procedures will be used to document the sampling event and the handling and shipping of samples. The following paragraphs describe the forms, records, and procedures used during the sampling event.

### 5.1 Daily Field Records

The field sampling team members will maintain field records to provide a daily record of significant events, observations, and measurements during sampling. All information pertinent to sampling will be recorded on a Daily Field Record form or on activity-specific data forms. Each day's field record entries will be signed and dated and will include:

- Date and time of entry, weather and environmental conditions during the field activity;
- Project name and number;
- Location of sampling activity;
- Names of field crew members;
- Names of site visitors;
- Sample media (e.g., groundwater);
- Sample collection method (e.g., portable pump); and
- Number of samples taken.

When activity-specific data forms are used, they will also include:

- Investigation location;
- Sampler's initials;
- Sampling medium; and
- Sampling method.

The following information will be recorded either on a Daily Field Record form or on activity-specific forms:

- Volume and number of samples taken;

7

- Date and time of collection;
- Sample depth;
- Sample identification number(s), including well name and/or number;
- Sample destination (for example, laboratory);
- Water-level measurement data;
- Field observations;
- Field measurements (e.g., pH, temperature, and conductivity); and
- Sample handling (preservation).

All entries will be made using ink; any entries requiring changes will be made by striking a line through the entry and entering the correct information. The person making the entry will initial and date the correction. Unused portions of pages will be crossed out, signed, and dated at the end of each workday.

## 5.2 Activity-Specific Forms

In addition to the Daily Field Record form, the following types of forms may be utilized to document field activities.

• **Well Sampling and/or Development Record** – Well purging and groundwater sampling notes and field measurements of water quality parameters will be summarized on this form. Water level data will also be recorded on this form.

• **Chain-of-Custody (COC) Record** – Sample collection information identifying sample identification, sample collector, date, time, requested analyses, preservation, container type and size, laboratory name and address, shipping method, special handling requirements, and the names of the persons relinquishing and receiving the samples will be recorded on this form.

• **Sample Control Log** – Contains a list of all samples collected and includes the date and time sampled, sample number, applicable COC form number, analyses requested, the date delivered to the laboratory, the date results are due, and the initials of the person completing the log.

• **Field Instrument Calibration Sheet-** Information regarding the calibration of field instruments will be recorded on this form, including the equipment type and manufacturer, model number, serial number, calibration standard, instrument reading, date and time calibrated, and the name of the person performing the calibration.

## 5.3 Photographs

Photographs should be taken to document representative field procedures. When a photograph is taken, the date, time, weather conditions (if applicable), subject, purpose for the photograph, and number of photograph should be recorded on a Daily Field Record form.

## 5.4 Sample Identification

Each sample collected will be labeled with the following information:

- Project number;
- Sampling date and time;
- Sample identification number;
- Location Number (including well name and/or number);
- Preservatives, if any;
- Sampler's initials; and
- Analyses to be conducted.

A unique identification number will be assigned to each sample. Specific sample identification procedures will follow the general strategy described below.

**Primary Samples:** "date (year, month, day) + well I.D. + depth interval"

Example: 20090701-MW22-50'

(Sample collected July 1, 2009 from BAC Monitoring Well #22 at approximately 50 feet below ground surface)

**Field QC Samples:** "date (year, month, day) + (well I.D.+50) + false depth

Examples: 20090701-MW72-50'

(Sample collected July 1, 2009 from BAC Monitoring Well #72 at approximately 50 feet below ground surface)

**Blind Duplicates:** "date (year, month, day) + well I.D as 'MWD + depth interval'"
Example: 20090701-MWD5-90'
The sample time on the Chain-of-Custody would be written as one hour after the sample time of the original sample (20090701- MWC5).

All information pertaining to a particular sample is referenced by its identification number that is recorded on the sample container, on a Sample Control Log, and on the sample COC form. Following sample collection, the sample label is completed in waterproof ink and secured to the sample container.

## 5.5 Packaging and Shipping

The following procedures are to be used when packing and transporting samples to the laboratory:

- Use waterproof metal or equivalent strength plastic ice chests or coolers.
- Package samples in individual plastic bags and place in cooler.
- Place bubble wrap on bottom of cooler to help prevent breakage during shipment.
- Wrap glass containers with bubble wrap or other protective material to help prevent breakage.
- Package wet ice in individual plastic bags and place bags of ice around, among, and on top of the samples. Ice should be double bagged in zip-locked bags.
- Place paperwork (COC record, etc.) in a waterproof plastic bag and place it inside the cooler.

- Fill empty space in cooler with bubble wrap or styrofoam peanuts to reduce movement and breakage during shipping.
- Tape ice chest or cooler shut and if the cooler has a drain plug, tape it shut to prevent leakage, and
- Place custody seals on joint between lid and body of ice chest or cooler.

Samples will be transported within 24 hours after sample collection to the laboratory for analyses. Samples will be transported by EEC staff, courier, or overnight delivery. Where possible, the samples will be transported to the laboratory the same day they are collected.

## 5.6 Chain-of-Custody (COC) Procedures

Custody of samples must be maintained and documented from the time of sample collection to completion of analyses. Each sample will be considered to be in the sampler's custody, and the sampler will be personally responsible for the care and custody of the samples until they are personally delivered to the laboratory or to the courier service for delivery to the laboratory. A sample is considered to be in a person's custody if:

- The sample is in the person's physical possession;
- The sample is in view of the person after that person has taken possession;
- The sample is secured by that person so that no one can tamper with the sample; or
- The sample is secured by that person in an area that is restricted to authorized personnel.

All samples will be accompanied to the laboratory by a COC form. The form contains the following information:

- Project name and number;
- COC form serial number;
- Number of containers/samples;
- Sample numbers;
- Sampler/recorder's signature;
- Date and time of collection of each sample;
- Collection location;
- Sample type;
- Analyses requested;
- Inclusive dates of possession;
- Name of person receiving the sample;

- Laboratory sample number;

- Date of receipt of sample

The COC records will be filled out with waterproof ink. When the samples are transferred from one party to another, the individuals will sign, date, and note the time on the form. A separate form will accompany each delivery of samples to the laboratory. The COC form will be included in the cooler used for preservation and transport of samples. The sampling personnel will retain a copy of the form.

When samples are received at the laboratory, the condition of samples will be checked, and air temperature inside the cooler and temperature blank will be measured immediately after the cooler is opened, and results will be recorded on the laboratory's appropriate form.

## 6.0 QUALITY CONTROL

Quality Assurance/Quality Control (QA/QC) efforts are designed to check whether laboratory chemical data are of suitable quality for their intended purpose and are legally defensible. In general, QA/QC activities require the collection of additional samples and the comparison of duplicate sample results with the results of primary samples. The following sections describe the QA/QC samples that will be collected or used for the sampling event. The QA/QC samples will be preserved, packaged, and sealed in the same manner as described for the groundwater samples collected during the sampling event. The duplicate samples will be submitted blind to the analytical laboratory.

### 6.1 Equipment Rinsate Blank Samples

Equipment blanks typically consist of de-ionized water collected from non-dedicated equipment after decontamination procedures have been performed. Equipment blanks are intended to evaluate whether decontamination procedures are effective and to evaluate the potential for cross contamination during field procedures. Equipment blanks will be collected for samples from wells where the well is not equipped with an existing pump and where a portable pump is used. Equipment blanks will not be collected for samples from wells where dedicated pumps are used. Equipment blanks will be collected by running de-ionized water through the sampling pump and collecting the water in laboratory-supplied sampling containers at the pump discharge.   Equipment rinsate blank samples will be analyzed only for arsenic, total chromium and hexavalent chromium.

### 6.2 Field Blanks

Field blanks are samples of laboratory supplied deionized water used for quantifying airborne contaminants present in the field. At least one sample for each source of water or one field blank of analyte-free water for arsenic, total chromium and hexavalent chromium.  If more than one source of water is used, or if potable water from more than one location is used, additional field blanks will be collected.

11

## 6.3 Trip Blanks

Trip blanks are intended to evaluate whether the groundwater samples to be analyzed for volatile organic compounds (VOCs) have been contaminated during sample shipping and handling. Trip blanks will consist of vials of laboratory-supplied organic-free water prepared by the laboratory and kept within the field coolers from the time the coolers leave the laboratory until the coolers are returned to the laboratory. Every cooler containing samples to be analyzed for VOCs will contain a trip blank. Trip blanks will be preserved in the same manner as the primary samples, identified as trip blanks on the sample label and COC form, and analyzed for VOCs using EPA Method 8260B.  Trip blanks will not be utilized during this project due to the type of contaminants being analyzed.

## 6.4 Duplicate Field Samples

Duplicate Field or "blind duplicate" samples will be collected for the purpose of assessing the precision of the laboratory. Field duplicate samples will be collected at an approximate rate of one duplicate sample per ten primary groundwater samples for each chemical analysis (i.e., 10% duplicate samples). Each field duplicate sample will be collected using the same sampling technique as the primary sample and will be transferred into identical sample containers as the primary sample.

Each field duplicate sample will be issued a unique sample identification number so that laboratory personnel are not informed of the identity of these samples prior to analyses. The identity of field duplicate samples will be recorded in the field notes for the associated primary sample.

## 6.5 Temperature Blanks

A laboratory-supplied temperature blank will be used in each sample cooler shipped to the laboratory. The temperature blank will be checked by the laboratory when the samples are received there.

## 7.0 FIELD VARIANCES

As conditions in the field may vary, it may become necessary to implement minor modifications to sampling procedures as presented in this Sampling and Analyses Plan. When appropriate, the EEC Project Manager will be notified and a verbal approval obtained before implementing the changes. Modifications to the procedures presented in this Sampling and Analyses Plan will be documented on the Daily Field Record form and on other task-specific forms as applicable. Significant modifications will be documented in the final report for the sampling event.

## ATTACHMENT A

**Protocol for Field Measurements Associated
with Sampling of Groundwater Monitoring
Wells and Water Supply Wells**

## ATTACHMENT A
## PROTOCOL FOR FIELD MEASUREMENTS ASSOCIATED WITH
## SAMPLING OF GROUNDWATER MONITORING WELLS
## AND WATER SUPPLY WELLS

Field measurements of temperature, pH, and specific electronic conductance (SEC) will be performed on aliquots of groundwater that will not be submitted for laboratory analysis. Field water quality measurements and instrument calibration details will be recorded on the Well Sampling and/or Development Record.

### A.1 TEMPERATURE MEASUREMENTS

Temperature measurements will be made with a mercury-filled thermometer or an electronic thermometer, and all measurements will be recorded in degrees Fahrenheit.

### A.2 pH MEASUREMENT

The pH measurement will be made as soon as possible after collection of the sample, generally within a few minutes. The pH will be measured by immersing the pH probe into an aliquot of groundwater.

The pH meter will be calibrated at the beginning of and once during each sampling day and whenever appropriate, in accordance with the equipment manufacturer's specifications, as outlined in the instruction manual for the specific pH meter used. Two buffers (either pH-4 and pH-7, or pH-7 and pH-10, whichever most closely bracket the anticipated range of groundwater conditions) will be used for instrument calibration.

### A.3 SPECIFIC ELECTRICAL CONDUCTANCE MEASUREMENT

SEC will be measured by immersing the conductivity probe into an aliquot of groundwater. The probes used will automatically compensate for the temperature of the sample. Measurements will be reported in units of micro-Siemens (µS) per square centimeter (equivalent to micromhos or mhos) at 25°C.

The SEC meter will be calibrated at the beginning and once during each sampling day in accordance with the equipment manufacturer's specifications, as outlined in the instruction manual for the SEC meter used. The SEC meter will be calibrated with the available standardized potassium chloride (KCl) solution that is closest to the SEC expected in groundwater below the site.