1  Thomas S. Brazier, Esq./SBN 055484
   Jeffrey F. Oneal, Esq./SBN 129072
2  LaMORE, BRAZIER, RIDDLE & GIAMPAOLI
   1570 The Alameda, Suite 150
3  San Jose, California 95126-2305
   Telephone: (408) 280-6800
4  Facsimile: (408) 275-6284

**FILED**

AUG 11 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorneys for Defendants
MERCED IRRIGATION DISTRICT and
MERCED IRRIGATION DISTRICT DRAINAGE DISTRICT NO. 1,
erroneously served as Merced Irrigation District No. 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDNA AFFHOLTER; JERRY AFFHOLTER; et al,<br><br>Plaintiffs,<br><br>v.<br><br>FRANKLIN COUNTY WATER DISTRICT; AA&A ASSOCIATES, INC.; MERCED IRRIGATION DISTRICT, et al, and DOES 1 to 75,<br><br>Defendants. | Case No.: 1:07-CV-388-OWW-DLB<br><br>**STIPULATION TO DISMISS CERTAIN NAMED PLAINTIFFS' CLAIMS FOR NEGLIGENT MAINTENANCE, DANGEROUS CONDITION OF PUBLIC PROPERTY AND NUISANCE AS TO DEFENDANTS MERCED IRRIGATION DISTRICT AND MERCED IRRIGATION DISTRICT DRAINAGE DISTRICT NO. 1; [PROPOSED] ORDER** |

This Stipulation is entered into between Plaintiffs and Defendants MERCED IRRIGATION DISTRICT and MERCED IRRIGATION DISTRICT DRAINAGE DISTRICT NO. 1 ("MID") through their attorneys of record:

1.  On May 1, 2009, the Motions to Dismiss State Law Claim for Failure to Comply With the California Tort Claims Act of Defendants MERCED IRRIGATION DISTRICT and MERCED IRRIGATION DISTRICT DRAINAGE DISTRICT NO. 1 (Doc. No. 273) ("Motion to Dismiss") was heard before the Honorable Oliver W. Wanger in Courtroom 3 of the above-entitled Court. The Court converted the Motion to Dismiss to a Motion for Summary Judgment.

2.  Plaintiffs only oppose MID's Motion for Summary Judgment to the extent it includes certain Plaintiffs in the Motion. MID agrees that those certain Plaintiffs should not be subject to the

1

1  Motion for Summary Judgment.

2      3.    Therefore, the Plaintiffs listed in the attached Exhibit 1 dismiss with prejudice all claims arising from the April 2006 Flood alleged in the Thirteenth Claim for Negligent Maintenance, Fourteenth Claim for Dangerous Condition of Public Property and Eighteenth Claim for Nuisance of the Fifth Amended Complaint, Doc. No. 228-232 ("5th Am. Comp."), and any such claim in a subsequent complaint, as to MID and MIDD #1.

    4.    Furthermore, the Plaintiffs listed in the attached Exhibit 2 dismiss with prejudice all claims for personal injuries arising from the contamination at the BAC Facility alleged in the Thirteenth Claim for Negligent Maintenance, Fourteenth Claim for Dangerous Condition of Public Property and Eighteenth Claim for Nuisance of the 5th Am. Comp., or any such claim in a subsequent complaint, as to MID and MIDD #1.

    5.    Furthermore, the Plaintiffs listed in the attached Exhibit 3 shall dismiss with prejudice all claims arising from the contamination at the BAC Facility alleged in the Thirteenth Claim for Negligent Maintenance, Fourteenth Claim for Dangerous Condition of Public Property and Eighteenth Claim for Nuisance of the 5th Am. Comp., or any such claim in a subsequent complaint, as to MID and MIDD #1.

    6.    Furthermore, Plaintiffs dismiss with prejudice the Thirteenth Clam for Negligent Maintenance of the 5th Am. Comp. or any such claim in a subsequent complaint, as to MID and MIDD #1.

    7.    Furthermore, MID withdraws its Motion for Summary Judgment.

Dated: May 26, 2009        LaMORE, BRAZIER, RIDDLE & GIAMPAOLI

By:   /s/ Jeffrey Oneal, Esq.
        Jeffrey F. Oneal
        Attorneys for Defendants
        MERCED IRRIGATION DISTRICT and
        MERCED IRRIGATION DISTRICT DRAINAGE
        DISTRICT NO. 1

1  Dated: May 26, 2009                MARDEROSIAN, RUNYON, et al.

2                                     By:  /s/ Michael Marderosian, Esq.
3                                          Michael G. Marderosian
                                           Brett Runyon
4                                          Attorneys for Plaintiffs

5

6  Dated: May 26, 2009                SHERNOFF, BIDART & DARRAS

7
                                      By:  /s/ Michael Bidart, esq.
8                                          Michael J. Bidart
                                           Ricardo Echeverria
9                                          Attorneys for Plaintiffs

10

11 Dated: May 26, 2009                JACK SILVER, Attorney at Law
12

13                                    By:  /s/ Jack Silver, Esq.
                                           Jack Silver
14                                         Attorneys for Plaintiffs

15

16 Dated: May 26, 2009                GIRARDI & KEESE
17

18                                    By:  /s/ Thomas Girardi, Esq.
                                           Thomas V. Girardi
19                                         Thomas J. Johnston
20                                         Attorneys for Plaintiffs

21
22
23
24
25
26
27
28

Case No. 1:07-cv-388-OWW-DLB – STIP. TO DISMISS CERTAIN NAMED PLAINTIFFS' CLAIMS FOR NEGLIGENT MAINTENANCE, et al. AS TO DEFS. MERCED IRR. DIST. AND MERCED IRR. DISTRICT DRAINAGE DIST. NO. 1

1  Based on the above Stipulation, IT IS SO ORDERED.

2

3  ~~May 26, 2009~~ 8/11/09

4  _____
   U.S. District Court Judge

Case No. 1:07-cv-388-OWW-DLB – STIP. TO DISMISS CERTAIN NAMED PLAINTIFFS' CLAIMS FOR NEGLIGENT MAINTENANCE, et al. AS TO DEFS. MERCED IRR. DIST. AND MERCED IRR. DISTRICT DRAINAGE DIST. NO. 1