FILED

AUG 28 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, ET AL.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>MERCK & CO., ET AL.,<br><br>　　　　　　　　　Defendants. | 1:07-CV-0388 OWW DLB<br><br>[PROPOSED] ORDER REGARDING DISCLOSURE OF RECORDS BY THE CALIFORNIA DEPARTMENT OF WATER RESOURCES |

1

1  Following the hearing conducted before the Honorable Oliver W. Wanger on Friday,
2  August 14, 2009, and good cause appearing therefor, the Court orders as follows regarding the
3  inspection of documents subpoenaed from the California Department of Water Resources:

4  Within five court days of the entry of this Order, an authorized representative of
5  Meadowbrook Water Company is directed to execute the Authorization attached hereto as Exhibit
6  "A" allowing Plaintiffs access to records maintained by the California Department of Water
7  Resources pertaining to Meadowbrook Water Company wells. Documents obtained from the
8  Department of Water Resources shall be subject to the Protective Order entered in this matter on
9  July 31, 2009 (Doc. 530) and shall be treated as Confidential Information within the meaning of
10 that Protective Order and shall be so marked. Any such documents obtained by Plaintiffs shall be
11 produced to any other Party upon request, subject to the terms of the Protective Order.

12 IT IS SO ORDERED.

It is so Ordered. Dated: 8-27-09

_____
United States District Judge

2

(Proposed) Order re Disclosure of Records by the California Department of Water Resources
(Case No. 1:07-CV-0388 OWW DLB)

# **EXHIBIT A**

AUTHORIZATION BY MEADOWBROOK WATER COMPANY FOR DISCLOSURE OF DOCUMENTS RETAINED BY CALIFORNIA DEPARTMENT OF WATER RESOURCES PURSUANT TO CALIFORNIA WATER CODE SECTION 13752

I, David Walker, am the _____ of Meadowbrook Water Company, and have the authority to grant the permission described in the paragraph below.

I hereby authorize disclosure, pursuant to California Water Code sections 13751 and 13752, by the California Department of Water Resources (Department) of all records that are in the Department's possession, custody, or control and that pertain to the water wells identified in Exhibit "1" attached hereto.

_____
DAVID WALKER



Meadowbrook Water Company
System No. 2410008
Merced County



CONFIDENTIAL/PUBLIC SAFETY INFORMATION



FIGURE 1

AREA MAP SHOWING
KNOWN OFF-SITE WELL LOCATIONS
PREPARED FOR
BAC FACILITY
MERCED, CALIFORNIA

INTERNATIONAL TECHNOLOGY CORPORATION