Michael G. Marderosian, No. 77296
Brett L. Runyon, No. 133501
Michael E. Lehman, No. 133523
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Michael J. Bidart, No. 60582
Ricardo Echeverria, No. 166049
Gregory L. Bentley, No. 151147
SHERNOFF, BIDART, DARRAS & ECHEVERRIA
600 South Indian Hill Boulevard
Claremont, CA 91711-5498
Telephone: (909) 621-4935
Facsimile: (909) 625-6915

Thomas V. Girardi, No. 36603
Thomas J. Johnston, No. 210506
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Jack Silver, No. 160575
LAW OFFICE OF JACK SILVER
Post Office Box 5469
Santa Rosa, CA 95402
Telephone: (707) 829-0934
Facsimile: (707) 528-8675

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., et al.,<br><br>Defendants. | Case No. 1:07-CV-0388 OWW DLB<br><br>**STIPULATION AND ORDER MODIFYING SCHEDULING CONFERENCE ORDER RE: DEADLINES FOR DESIGNATION OF EXERTS AND PRODUCTION OF EXPERT REPORTS** |

///

IT IS HEREBY STIPULATED by and between the Parties, through their respective attorneys, as follows:

That the Court's August 11, 2009 Order Modifying Scheduling Conference Order section "III. EXPERT DISCLOSURES AND DISCOVERY" be modified as follows:

> "6.    On or before December 7, 2009, plaintiffs will designate expert witnesses and submit expert reports, pursuant to Federal Rule of Civil Procedure 26(a)(2), related to exposure.  No other expert opinions or reports will be required at that time.
>
> 7.    On or before February 5, 2010, defendants will designate expert witnesses and submit expert reports pursuant to Federal Rule of Civil Procedure 26(a)(2), related to exposure.  No other expert opinions or reports will be required at that time."

All other items in the August 11, 2009 Order Modifying Scheduling Conference Order shall remain as written.

IT IS SO STIPULATED.

Dated: October 20, 2009.                    MARDEROSIAN, RUNYON, CERCONE
                                                               LEHMAN & ARMO


                                                         By: /s/ Michael G. Marderosian
                                                               MICHAEL G. MARDEROSIAN,
                                                               Attorney for Plaintiffs above named.


Dated: October 20, 2009.                    BARG, COFFIN, LEWIS & TRAPP


                                                         By: /s/ Stephen C. Lewis
                                                               STEPHEN C. LEWIS,
                                                               Attorneys for Defendants
                                                               MERCK & CO., INC., AMSTED
                                                               INDUSTRIES, INC., BALTIMORE
                                                               AIRCOIL COMPANY, INC., and
                                                               TRACK FOUR, INC.

| | | |
|---|---|---|
| 1 | Dated: October 20, 2009. | STEVENS, DRUMMOND & GIFFORD |
| 3 | | By: /s/ Gary Drummond |
| 4 | | GARY DRUMMOND, Attorneys for Defendant MEADOWBROOK WATER |
| 5 | | COMPANY OF MERCED, INC. |
| 6 | Dated: October 20, 2009. | GREENFIELD -HARDY |
| 8 | | By: /s/ Robert H. Greenfield |
| 9 | | ROBERT H. GREENFIELD Attorneys for Defendants MERCED IRRIGATION DISTRICT and |
| 10 | | MERCED DRAINAGE DISTRICT NO. 1 |
| 12 | Dated: October 20, 2009. | ALLEN, FAGALDE, ALBERTONI & FLORES, LLP |
| 15 | | By: /s/ Terry L. Allen |
| | | TERRY L. ALLEN, Attorneys for Defendant |
| 16 | | COUNTY OF MERCED |
| 17 | Dated: October 20, 2009. | LEWIS, BRISBOIS, BISGAARD & SMITH |
| 20 | | By: /s/ Joseph A Salazar |
| | | JOSEPH A. SALAZAR Attorneys for Defendant FRANKLIN |
| 21 | | COUNTY WATER DISTRICT |
| 22 | Dated: October 20, 2009. | BEST, BEST & KRIEGER, LLP |
| 25 | | By: /s/ Gene Tanaka |
| | | GENE TANAKA, Attorneys for Defendant |
| 26 | | CITY OF MERCED |

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

1  Dated: October 20, 2009.                    CHAPMAN, GLUCKSMAN, DEAN,
                                                ROEB & BARGER
2

3
                                                By:  /s/ Glenn T. Barger
4                                                   GLENN T. BARGER,
                                                    Attorneys for Defendants
5                                                   RANCHWOOD HOMES CORP.,
                                                    RANCHWOOD PROPERTIES,
6                                                   RANCHWOOD CONTRACTORS, INC.,
                                                    HOSTETLER INVESTMENTS, LLC, EL
7                                                   CAPITAN ESTATES, LLC, HOLLYWOOD
                                                    PARK ESTATES, LLC, and RANCHWOOD
8                                                   RESIDENTIAL, INC.

9
                                        **ORDER**
10
       IT IS SO ORDERED.
11

12
   Dated: _October 21, 2009.                    /s/ OLIVER W. WANGER
13                                              OLIVER W. WANGER,
                                                JUDGE OF THE UNITED STATES
14                                              DISTRICT COURT

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721