JOHN F. BARG (SBN 60230; jfb@bcltlaw.com)
STEPHEN C. LEWIS (SBN 66590; scl@bcltlaw.com)
R. MORGAN GILHULY (SBN 133659; rmg@bcltlaw.com)
DONALD E. SOBELMAN (SBN 184028; des@bcltlaw.com)
KATHRYN L. OEHLSCHLAGER (SBN 226817; klo@bcltlaw.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California St., 22nd Floor
San Francisco, California 94104-1435
Telephone:  (415) 228-5400
Fax:  (415) 228-5450

TIMOTHY JONES (SBN 119841; tjones@sjhattorneys.com)
SAGASER, JONES & HELSLEY
2445 Capitol Street, Second Floor
Fresno, California 93721
Telephone:  (559) 233-4800
Fax:  (559) 233-9330

Attorneys for Defendants Merck & Co., Inc.,
Amsted Industries, Inc., Baltimore Aircoil
Company, Inc., and Track Four, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al., <br><br>Plaintiffs, <br><br>v. <br><br>MERCK & CO., INC., et al., <br><br>Defendants. | Case No. 1:07-cv-00388-OWW-DLB <br><br>**[PROPOSED] ORDER GRANTING THE BAC DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' EIGHTEENTH CLAIM FOR FRAUD AND TO DISMISS AND STRIKE CONSPIRACY TO COMMIT FRAUD ALLEGATIONS OF PLAINTIFFS' SIXTH AMENDED COMPLAINT** <br><br>Hearing <br><br>Date:  October 13, 2009 <br>Time:  10:00 a.m. <br>Courtroom:  3 <br>Judge:  Hon. Oliver W. Wanger |

---

ORDER GRANTING THE BAC DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' EIGHTEENTH CLAIM FOR FRAUD AND
TO DISMISS AND STRIKE CONSPIRACY TO COMMIT FRAUD ALLEGATIONS OF PLAINTIFFS' SIXTH AMENDED COMPLAINT;
*Abarca v. Merck & Co., Inc.,* Case No. 1:07-cv-00388-OWW-DLB

660498.1

PDF created with pdfFactory trial version www.pdffactory.com

On October 13, 2009, the Motion To Dismiss Plaintiffs' Eighteenth Claim For Fraud And To Dismiss And Strike Conspiracy To Commit Fraud Allegations Of Plaintiffs' Sixth Amended Complaint filed by Defendants Merck & Co., Inc., Amsted Industries, Inc., Baltimore Aircoil Company, Inc. and Track Four, Inc. (collectively "the BAC Defendants") came on for hearing before the Honorable Oliver W. Wanger at 10:00 a.m., in Courtroom 3 of the United States District Court, Eastern District of California, with counsel for the BAC Defendants, plaintiffs and other defendants appearing in person or by telephone conference call.

After consideration of the papers filed in support of and in opposition to the Motion, and the arguments of counsel,

IT IS HEREBY ORDERED that:

1. The BAC Defendants' motion to dismiss plaintiffs' eighteenth claim for fraud and to dismiss and strike conspiracy to commit fraud allegations of plaintiffs' sixth amended complaint is granted with leave to amend pursuant to Federal Rule of Civil Procedure 12(b)(6) for the reasons set forth in the Court's "Memorandum Decision and Order…" issued and filed on October 16, 2009 (Document 562).

2. Plaintiffs shall have until October 26, 2009 to file and serve a seventh amended complaint. The caption of the seventh amended complaint shall set forth the names of all plaintiffs currently parties in this case.

3. Defendants shall have thirty (30) days from the date of electronic service of Plaintiffs' amended complaint to file and serve their response(s).

IT IS SO ORDERED.

Dated: October 29, 2009                              /s/ OLIVER W. WANGER
                                                     UNITED STATES DISTRICT JUDGE

ORDER GRANTING THE BAC DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' EIGHTEENTH CLAIM FOR FRAUD AND TO DISMISS AND STRIKE CONSPIRACY TO COMMIT FRAUD ALLEGATIONS OF PLAINTIFFS' SIXTH AMENDED COMPLAINT; *Abarca v. Merck & Co., Inc.*, Case No. 1:07-cv-00388-OWW-DLB

1

660498.1

PDF created with pdfFactory trial version www.pdffactory.com