1  Thomas S. Brazier, Esq./SBN 055484
   Jeffrey F. Oneal, Esq./SBN 129072
2  LaMORE, BRAZIER, RIDDLE & GIAMPAOLI
   1570 The Alameda, Suite 150
3  San Jose, California  95126-2305
   Telephone:  (408) 280-6800
4  Facsimile:  (408) 275-6284

5

   Attorneys for Defendants
6  MERCED IRRIGATION DISTRICT and
   MERCED DRAINAGE DISTRICT NO. 1,
7  erroneously served as Merced Irrigation District No. 1

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  ABARCA, RAUL VALENCIA, et al.;          Case No.: 1:07-CV-388-OWW-DLB

12                   Plaintiffs,

13        v.                                **STIPULATED PROTECTIVE
                                            ORDER**
14  MERCK & CO., INC., et al.

15                   Defendants.

16

17        WHEREAS Defendant, Merced Irrigation District, has in its possession maps, diagrams, plans,

18  and logs of its production wells within the vicinity of the BAC Site ("confidential documents") which

19  describe and depict information concerning the details of critical equipment and facilities necessary to

20  create and distribute irrigation water to its customers within the Merced County area;

21        WHEREAS the confidential documents have been classified by the Department of Water

22  Resources as confidential under Water Code § 13752;

23        WHEREAS Plaintiffs, as part of discovery, have requested confidential documents including

24  diagrams, plans, maps and logs of Merced Irrigations District's wells;

25        WHEREAS Defendant wishes to comply with the discovery requests but would not want the

26  documents to be distributed to the general public, through physical distribution or published on the

27  internet or on any database;

28        THEREFORE, the parties to this case, and all experts or consultants hired by the parties, through

                                            1

their respective attorneys, agree to the following stipulation, subject to Court approval ("Order"):

1.    All documents, as identified by defendant as confidential shall be considered by the parties, their attorneys, consultants and experts as confidential;

2.    The parties, through their counsel, are free to use the confidential documents for purposes of the litigation between the parties subject to the following conditions:

(a)    The confidential documents shall be used only for the purpose of the prosecution or defense of this litigation and for no other purpose;

(b)    The confidential documents shall not be disclosed by counsel to whom the documents are provided, except as follows:

(i)    The Court and court personnel, *in camera* or under seal;

(ii)    Court reporters and videographers in connection with depositions and hearings in this litigation;

(iii)    Outside and in-house counsel for the parties and office staff of such counsel;

(iv)    Experts retained by the parties and employees of the parties to whom, in the good judgment of counsel, it is necessary to disclose such documents, provided that counsel advises each such person that the subject information is confidential and is to be used only for the purpose of this litigation, and provided each such person signs an agreement in the form attached hereto as Exhibit 1 prior to the disclosure of any such documents to any such person;

(v)    Insurance carriers for any of the parties, including counsel for the insurance carriers, provided that counsel obtain from each such insurance carrier a signed agreement in the form attached hereto as Exhibit 1 prior to the disclosure of any such documents to any such entity;

(vi)    Any other persons provided that each party to this Order provides written consent to such disclosure through their counsel.

3.    All pleadings, motions, briefs and other papers that are filed with the Court and that

2

contain confidential documents shall be filed under seal, in a sealed envelope that bears the following conspicuous legend on the outside of the envelope, along with the title of the court paper being filed, the date of filing, and the identity of counsel filing the document:

- CONFIDENTIAL –

Subject to Court Order
-- Filed Under Seal –
-- Not to be opened except pursuant to order of Court --

4.    Subject to the following limitations, confidential documents may be disclosed to witnesses during oral depositions, and such witnesses may be questioned with respect to such confidential documents during oral depositions.  Before disclosing the confidential documents at oral depositions to any witness, counsel shall obtain on the record an agreement that the witness agrees to be bound by the terms of this Order and the witness executes the agreement in the form attached hereto as Exhibit 1.  The court reporter receiving such documents as exhibits shall maintain the exhibits within a sealed envelope as identified in paragraph 3 above.  Upon the conclusion of the case, the court reporter shall either destroy or return the documents as hereinafter described.  It shall be the obligation of counsel employing the court reporter to ensure compliance with the return or destruction of the confidential documents.

5.    Upon the final termination of this action by trial, settlement, or other disposition (including appeal), this Order shall continue to be binding on all parties, counsel, or other persons to whom confidential documents have been disclosed.  All documents produced in discovery in this action shall be used only for the purpose of this litigation and for no other purpose.  At the conclusion of this action, all confidential documents provided by the parties and / or non-parties shall either be destroyed or returned to LaMore, Brazier, Riddle & Giampaoli, counsel of record for Merced Irrigation District.

6.    This Order may be modified by written stipulation signed by counsel for all undersigned parties or by further order of the Court.  Any party may seek modification of the terms of this Order at any time by filing and serving a properly noticed motion with the Court.  The parties to this Order agree that the Court shall have jurisdiction over the parties and recipients of the confidential documentation to

3

enforce this Order.

Dated: _____ 11-3 ___, 2009          MARDEROSIAN, RUNYON, ET AL.


                                      By:   /s/ Michael G. Marderosian
                                            Michael G. Marderosian
                                            Attorneys for Plaintiffs

Dated: _____ 11-3 ___, 2009          LAW OFFICE OF JACK SILVER


                                      By:   /s/ by Michael G. Marderosian for
                                            Jack Silver
                                            Attorneys for Plaintiffs


Dated: _____ 11-3 ___, 2009          SHERNOFF, BIDART & DARRAS


                                      By:   /s/ by Michael G. Marderosian for
                                            Michael J. Bidart
                                            Attorneys for Plaintiffs


Dated: _____ 10/30 ___, 2009         GREBEN & ASSOCIATES


                                      By:   /s/ Jan Greben
                                            Jan Greben
                                            Attorneys for Defendant
                                            COUNTY OF MERCED

Dated: _____ 10-30-09                ALLEN, PROIETTI & FAGALDE


                                      By:   /s/ Terry Allen
                                            Terry L. Allen
                                            Attorneys for Defendant
                                            COUNTY OF MERCED

4

1   Dated: _____10/26___, 2009          BEST, BEST & KRIEGER, LLP

2

3                                        By:   /s/ Gene Tanaka
                                               Gene Tanaka
4                                              Attorneys for Defendant
                                               CITY OF MERCED

5

6   Dated: November 3__, 2009           CHAPMAN, GLUCKSMAN, DEAN, ROEB & BARGER

7

8                                        By:   /s/ Jeffrey Oneal for, per authority
                                               Glenn T. Barger
9                                              Attorneys for Defendant
                                               RANCHWOOD HOMES CORP.

10

11  Dated: November 3, 2009             LaMORE, BRAZIER, RIDDLE & GIAMPAOLI

12

13                                       By:   /s/ Jeffrey Oneal
                                               Jeffrey F. Oneal
14                                             Attorneys for Defendants
                                               MERCED IRRIGATION DISTRICT and
15                                             MERCED IRRIGATION DISTRICT NO. 1

16

17
    Dated: November 3, 2009             GREENFIELD-HARDY
18

19                                       By:   /s/ Robert Greenfield
                                               Robert H. Greenfield
20                                             Co-Counsel for Defendants
                                               MERCED IRRIGATION DISTRICT and
21                                             MERCED IRRIGATION DISTRICT NO. 1

22

23  Dated: October 30, 2009             BARG COFFIN LEWIS & TRAPP, LLP

24

25                                       By:   /s/ Stephen C. Lewis
                                               Stephen C. Lewis
26                                             Attorneys for Defendants
                                               MERCK & CO., INC., AMSTED INDUSTRIES,
27                                             INC., and BALTIMORE AIRCOIL COMPANY,
                                               INC.

28

                                         5

1  Dated: _____11/02___, 2009          LEWIS BRISBOIS BISGAARD & SMITH,LLP

2

3                                       By:   /s/ Joseph Salazar
                                              Joseph A. Salazar
                                              Attorneys for Defendant
4                                             FRANKLIN COUNTY WATER DISTRICT

5

6  Dated: _____11-3___, 2009           GIRARDI/KEESE

7

8                                       By:   /s/ by Michael Marderosian for
                                              Thomas V. Girardi
                                              Attorneys for Defendant
9                                             SANTA FE AERO VISTA, LLC

10

11 Dated: October 25, 2009              STEVENS, DRUMMOND & GIFFORD

12

13                                      By:   /s/ Gary Drummond
                                              Gary Drummond
                                              Attorneys for Defendant
14                                            MEADOWBROOK WATER COMPANY OF
                                              MERCED, INC.

15

16

17                                      **ORDER**

18 IT IS SO ORDERED.

19

20 Dated  November 3, 2009                  /s/ OLIVER W. WANGER
                                            Honorable Oliver Wanger
21                                          Judge of the U.S. District Court
                                            For the Eastern District of California
22

23

24

25

26

27

28

6

## **EXHIBIT 1**

I, _____, have read the Protective Order entered by the UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

Case No.: 1:07-CV-388-OWW-DLB, *EDNA AFFHOLTER; JERRY AFFHOLTER; et al, Plaintiffs v. FRANKLIN COUNTY WATER DISTRICT; AA&A ASSOCIATES, INC.; MERCED IRRIGATION DISTRICT, et al, and DOES 1 to 75, Defendants.*


By signing this document, I acknowledge that I understand all terms of that Order and agree to be bound by all terms of the Order.


Dated: _____, 2006          By: _____

7