1   Michael G. Marderosian, No. 77296
    Brett L. Runyon, No. 133501
2   Michael E. Lehman, No. 133523
    Heather S. Cohen, No. 263093
3   MARDEROSIAN, RUNYON, CERCONE,
      LEHMAN & ARMO
4   1260 Fulton Mall
    Fresno, CA 93721
5   Telephone:  (559) 441-7991
    Facsimile: (559) 441-8170
6
    Michael J. Bidart, No. 60582
7   Ricardo Echeverria, No. 166049
    Gregory L. Bentley, No. 151147
8   SHERNOFF, BIDART, DARRAS & ECHEVERRIA
    600 South Indian Hill Boulevard
9   Claremont, CA  91711-5498
    Telephone:  (909) 621-4935
10  Facsimile:  (909) 625-6915

11  Thomas V. Girardi, No. 36603
    Thomas J. Johnston, No. 210506
12  GIRARDI & KEESE
    1126 Wilshire Boulevard
13  Los Angeles, CA  90017
    Telephone:  (213) 977-0211
14  Facsimile:  (213) 481-1554

15  Jack Silver, No. 160575
    LAW OFFICE OF JACK SILVER
16  Post Office Box 5469
    Santa Rosa, CA 95402
17  Telephone:  (707) 829-0934
    Facsimile:  (707) 528-8675
18

19          Attorneys for:  Plaintiffs

20              UNITED STATES DISTRICT COURT

21          EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

22  ABARCA, RAUL VALENCIA, et al.,    )   Case No. 1:07-CV-0388 OWW DLB
                                      )
23      Plaintiffs,                   )   **STIPULATION REGARDING TESTING**
                                      )   **AND SURVEYING PERFORMED BY**
24          v.                        )   **THE CITY OF MERCED, COUNTY OF**
                                      )   **MERCED, AND FRANKLIN COUNTY**
25  MERCK & CO., INC., et al.,        )   **WATER DISTRICT; ORDER THEREON**
                                      )
26      Defendants.                   )
27  _____)

28

1  IT IS HEREBY STIPULATED between plaintiffs, the City of Merced (City), the County of Merced (County), and Franklin County Water District (Franklin), that joint testing and surveying was performed by City, County, and Franklin after August 5, 2009 as identified in correspondence dated October 30, 2009 prepared by Gene Tanaka, counsel for City, and is attached hereto and incorporated by reference to this Stipulation as Exhibit "A."

IT IS HEREBY STIPULATED between plaintiffs, City, County, and Franklin, that the testing and surveying identified in Exhibit A was subject to and an inadvertent violation of the Court's Order of August 5, 2009 attached hereto and incorporated herein as Exhibit "B."

IT IS HEREBY STIPULATED between plaintiffs, City, County, and Franklin, that City, County, and Franklin will not use, refer to, consider or rely upon any of the testing and surveying identified in Exhibit A for any purpose in this lawsuit including use by experts, consultants, counsel, or representatives of City, County or Franklin.

IT IS FURTHER STIPULATED that City, County, and Franklin, through its respective counsel, expert consultants, or any other representative, have not and will not share or disseminate in any manner any aspect of the testing and surveying identified in Exhibit A with any other party to this lawsuit including counsel, experts, consultants, and representatives of any other party to this lawsuit.

IT IS SO STIPULATED.

Dated: November 12, 2009                          MARDEROSIAN, RUNYON, CERCONE
                                                                         LEHMAN & ARMO


                                                               By:   /s/ Brett L. Runyon
                                                                         BRETT L. RUNYON
                                                                         Attorney for Plaintiffs above named.


Dated: November 12, 2009                          BEST, BEST & KRIEGER


                                                               By:   /s/ Gene Tanaka
                                                                         GENE TANAKA
                                                                         Attorneys for Defendant, CITY OF
                                                                         MERCED

| | |
|---|---|
| Dated: November 12, 2009 | ALLEN, PROIETTI & FAGALDE |
| | By: /s/ Terry L. Allen<br>TERRY L. ALLEN<br>Attorneys for Defendant, COUNTY OF MERCED |
| Dated: November 12, 2009 | GREBEN & ASSOCIATES |
| | By: /s/ Jan A. Greben<br>JAN A. GREBEN<br>Attorneys for Defendant<br>COUNTY OF MERCED |
| Dated: November 12, 2009 | LEWIS, BRISBOIS, BISGAARD & SMITH |
| | By: /s/ Joseph A. Salazar<br>JOSEPH A. SALAZAR<br>Attorneys for Defendant FRANKLIN COUNTY WATER DISTRICT |

## **ORDER**

IT IS SO ORDERED.

Dated: November 13, 2009

/s/ OLIVER W. WANGER
Judge of the U. S. District Court
Eastern District of California