**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH A. SALAZAR, JR., SB# 169551
E-Mail: jsalazar@lbbslaw.com
YAMIN T. SCARDIGLI, SB# 253538
E-Mail: scardigli@lbbslaw.com
2850 Gateway Oaks Drive, Suite 450
Sacramento, California 95833
Telephone: (916) 564-5400
Facsimile: (916) 564-5444

Attorneys for Defendant FRANKLIN COUNTY WATER DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., et al.,<br><br>Defendants. | CASE NO. 1:07-CV-00388-OWW-DLB<br><br>**STIPULATION RE PROTECTIVE ORDER; ORDER**<br><br>Action filed: March 8, 2007<br>Trial Date: November 23, 2010 |

WHEREAS Defendant, Franklin County Water District ("FCWD"), has in its possession maps, diagrams, plans, and logs of production wells within the vicinity of the BAC Site ("confidential documents") which describe and depict information concerning the details of equipment and facilities that have been classified by the Department of Water Resources as confidential under Water Code § 13752;

WHEREAS Defendant FCWD is required to disclose these confidential documents to the parties to this case pursuant to Federal Rules of Civil Procedure 26, but would not want the documents to be distributed to the general public, through physical distribution or published on the internet or on any database;

/ / /

/ / /

THEREFORE, the parties to this case, and all experts or consultants hired by the parties, through their respective attorneys, agree to the following stipulation, subject to Court approval ("Order"):

1. All documents, as identified by defendant FCWD as confidential shall be considered by the parties, their attorneys, consultants and experts as confidential;

2. The parties, through their counsel, are free to use the confidential documents for purposes of the litigation between the parties subject to the following conditions:

(a) The confidential documents shall be used only for the purpose of the prosecution or defense of this litigation and for no other purpose;

(b) The confidential documents shall not be disclosed by counsel to whom the documents are provided, except as follows:

(i) The Court and court personnel, in camera or under seal;

(ii) Court reporters and videographers in connection with depositions and hearings in this litigation;

(iii) Outside and in-house counsel for the parties and office staff of such counsel;

(iv) Experts retained by the parties and employees of the parties to whom, in the good judgment of counsel, it is necessary to disclose such documents, provided that counsel advises each such person that the subject information is confidential and is to be used only for the purpose of this litigation, and provided each such person signs an agreement in the form attached hereto as Exhibit 1 prior to the disclosure of any such documents to any such person;

(v) Insurance carriers for any of the parties, including counsel for the insurance carriers, provided that counsel obtain from each such insurance carrier a signed agreement in the form attached hereto as Exhibit 1 prior to the disclosure of any such documents to any such entity;

/ / /

(vi) Any other persons provided that each party to this Order provides written consent to such disclosure through their counsel.

3. All pleadings, motions, briefs and other papers that are filed with the Court and that contain confidential documents shall be filed under seal, in a sealed envelope that bears the following conspicuous legend on the outside of the envelope, along with the title of the court paper being filed, the date of filing, and the identity of counsel filing the document:

- CONFIDENTIAL -

Subject to Court Order

-- Filed Under Seal --

-- Not to be opened except pursuant to order of Court --

4. Subject to the following limitations, confidential documents may be disclosed to witnesses during oral depositions, and such witnesses may be questioned with respect to such confidential documents during oral depositions. Before disclosing the confidential documents at oral depositions to any witness, counsel shall obtain on the record an agreement that the witness agrees to be bound by the terms of this Order and the witness executes the agreement in the form attached hereto as Exhibit 1. The court reporter receiving such documents as exhibits shall maintain the exhibits within a sealed envelope as identified in paragraph 3 above. Upon the conclusion of the case, the court reporter shall either destroy or return the documents as hereinafter described. It shall be the obligation of counsel employing the court reporter to ensure compliance with the return or destruction of the confidential documents.

5. Upon the final termination of this action by trial, settlement, or other disposition (including appeal), this Order shall continue to be binding on all parties, counsel, or other persons to whom confidential documents have been disclosed. All documents produced in discovery in this action shall be used only for the purpose of this litigation and for no other purpose. At the conclusion of this action, all confidential documents provided by the parties and/or non-parties shall either be destroyed or returned to Lewis Brisbois Bisgaard & Smith, LLC, counsel of record for FCWD.

/ / /

6. This Order may be modified by written stipulation signed by counsel for all undersigned parties or by further order of the Court. Any party may seek modification of the terms of this Order at any time by filing and serving a properly noticed motion with the Court. The parties to this Order agree that the Court shall have jurisdiction over the parties and recipients of the confidential documentation to enforce this Order.

MADEROSIAN, RUNYON, CERCONE, LEHMAN & ARMO

Dated: November 10, 2009

By: */ s / Michael G. Marderosian*
Michael G. Marderosian, Esq.
Attorneys for Plaintiffs

LEWIS BRISBOIS BISGAARD & SMITH LLP

Dated: November 16, 2009

By: */ s / Yamin T. Scardigli*
Joseph A. Salazar, Esq.
Yamin T. Scardigli, Esq.
Attorneys for Defendant FRANKLIN COUNTY WATER DISTRICT

GREENFIELD-HARDY

Dated: November 12, 2009

By: */ s / Robert H. Greenfield*
Robert H. Greenfield, Esq.
Attorneys for Defendants MERCED IRRIGATION DISTRICT and MERCED DRAINAGE DISTRICT NO. 1

LaMORE, BRAZIER, RIDDLE & GIAMPAOLI

Dated: November 10, 2009

By: */ s / Jeffrey F. Oneal*
Jeffrey F. Oneal, Esq.
Attorneys for Defendants MERCED IRRIGATION DISTRICT and MERCED DRAINAGE DISTRICT NO. 1

/ / /

/ / /

/ / /

ALLEN, FAGALDE, ALBERTONI & FLORES, LLP

Dated: November 10, 2009

By: */ s / Terry L. Allen*
Terry L. Allen, Esq.
Attorneys for Defendant COUNTY OF MERCED

GREBEN & ASSOCIATES

Dated: November 11, 2009

By: */ s / Jan Adam Greben*
Jan Adam Greben, Esq.
Attorneys for Defendant COUNTY OF MERCED

BEST, BEST & KRIEGER, LLP

Dated: November 10, 2009

By: */ s / Gene Tanaka*
Gene Tanaka, Esq.
Attorneys for Defendant CITY OF MERCED

BARG, COFFIN, LEWIS & TRAPP

Dated: November 12, 2009

By: */ s / Stephen C. Lewis*
Stephen C. Lewis, Esq.
Attorneys for Defendants MERCK & CO., INC.; AMSTED INDUSTRIES, INC.; BALTIMORE AIRCOIL COMPANY, INC., and TRACK FOUR, INC.

STEVENS, DRUMMOND & GIFFORD

Dated: November 16, 2009

By: */ s / Gary Drummond*
Gary Drummond, Esq.
Attorneys for Defendant MEADOWBROOK WATER COMPANY OF MERCED, INC.

**ORDER**

IT IS SO ORDERED.

Dated: November 17, 2009

/s/ OLIVER W. WANGER
Honorable Oliver Wanger
Judge of the U.S. District Court
For the Eastern District of California

**EXHIBIT 1**

I, ___________________________________, have read the Protective Order entered in *Abarca, et al. v. Merck & Co., Inc., et al.*, United States District Court, Eastern District of California, Case No. 1:07-CV-388-OWW-DLB.

By signing this document, I acknowledge that I understand all terms of that Order and agree to be bound by all terms of the Order.

Dated: _________________, 2009 By: ________________________________

LEWIS BRISBOIS

4848-7473-7413.3

-6-

STIPULATION RE PROTECTIVE ORDER; [PROPOSED] ORDER