TERRY L. ALLEN, Bar No. 34527
ALLEN, FAGALDE, ALBERTONI & FLORES, LLP
1640 'N' Street, Suite 200
P.O. Box 2184
Merced, CA  95344
terry@mercedlaw.com
(209) 723-4372 Phone
(209) 723-7397 Fax


JAN A. GREBEN, Bar No. 103464
CHRISTIAN BLASBICHLER, Bar No. 243799
GREBEN & ASSOCIATES
1332 Anacapa Street, Suite 110
Santa Barbara, CA  93101
jan@grebenlaw.com
Christian@grebenlaw.com
(805) 963-9090 Phone
(805) 963-9098 Fax

Attorneys for Defendant
County of Merced

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., et al.,<br><br>Defendants. | Case No.  1:07-CV-00388 OWW DLB<br><br>STIPULATION RE PROTECTIVE ORDER; ORDER |

STIPULATION RE PROTECTIVE ORDER;
ORDER
1:07-CV-00388 OWW DLB

PDF created with pdfFactory trial version www.pdffactory.com

## STIPULATION RE PROTECTIVE ORDER

This Stipulation is entered into among Plaintiffs and Defendants (collectively "Parties"), through their attorneys of record:

1.  Defendant County of Merced ("County") possesses maps, diagrams, plans, well logs, reports and other data of its production wells ("Confidential Documents") which describe and depict information concerning the details of critical equipment and facilities necessary to create and distribute water to its customers within the County.

2.  The California Department of Water Resources has classified the Confidential Documents as confidential pursuant to California Water Code Section 13752.

3.  The County is obligated to supplement its disclosures under Federal Rule of Civil Procedure 26(e) and may be subject to future discovery that includes the Confidential Documents.

4.  The County wishes to comply with its disclosure and discovery obligations, but also, protect any Confidential Documents from improper disclosure.

5.  Therefore, the Parties, subject to Court approval, agree:

   A.  All documents identified as confidential by the County shall be considered by all Parties to be confidential.

  B. The Parties are free to use the Confidential Documents for purposes of litigation between the Parties subject to the following conditions:

  (1) The Confidential Documents shall be used only for the purposes of the prosecution or defense of this litigation and for no other purpose.

  (2) The Confidential Documents shall not be disclosed by counsel to whom the documents are provided, except as follows:

   (a) The Court and court personnel, in camera or under seal.

   (b) Court reporters and videographers in connection with depositions and hearings in this litigation.

   (c) Outside and in-house counsel for the Parties and office staff of such counsel.

   (d) Experts retained by the Parties and employees of the Parties to whom, in the good judgment of counsel, it is necessary to disclose such documents, provided that counsel advises each such person that the subject information is confidential and to be used only for this litigation, and provided that each such person signs an agreement in the form attached as Exhibit 1.

   (e) Insurance carriers for any of the Parties, including counsel for the insurance carriers, provided that counsel obtain from each insurance carrier a signed agreement in the form attached as Exhibit 1.



PDF created with pdfFactory trial version www.pdffactory.com

(f) Any other person provided that each party to this Order provides written consent to such disclosure through their counsel.

3. All pleadings, motions, briefs, and other papers that are filed with the Court and that contain Confidential Documents shall be filed under seal, in a sealed envelope that bears the following conspicuous legend on the outside of the envelope, along with the title of the court paper being filed, the date of filing, and the identity of counsel filing the document:

CONFIDENTIAL

Subject to Court Order
Filed Under Seal
Not to be opened except pursuant to order of Court

4. Subject to following limitations, Confidential Documents may be disclosed to witnesses during oral depositions, and such witnesses may be questioned with respect to such Confidential Documents during oral depositions. Before disclosing the Confidential Documents at oral depositions to any witness, counsel shall obtain on the record and agreement that the witness agrees to be bound by the terms of this Order and the witness executes the agreement in the form attached as Exhibit 1. The court reporter receiving such documents as exhibits shall maintain the exhibits within a sealed envelope as identified in Section 5.B(3) above. Upon the conclusion of the case, the court reporter shall either destroy or return the documents as described below. It shall be the obligation of counsel employing the court reporter to ensure compliance with return or destruction of the Confidential Documents.

5. Upon the final termination of this action by trial, settlement, or other disposition (including appeal), this Order shall continue to be binding on all Parties, counsel, or other persons to whom Confidential Documents have been

PDF created with pdfFactory trial version www.pdffactory.com

disclosed.  All documents produced in discovery in this action shall be used only for the purpose of this litigation and for no other purpose.  At the conclusion of this action, all Confidential Documents provided by the Parties and/or non-parties shall either be destroyed or returned to Allen, Fagalde, Albertoni & Flores, LLP or Greben & Associates, counsel of record for the County of Merced.

6. This Order may be modified by written stipulation signed by counsel for all undersigned Parties or by further order of the Court.  Any party may seek modification of the terms of this Order at any time by filing and serving a properly noticed motion with the Court.  The Parties to this Order agree that the Court shall jurisdiction over the parties and recipients of the Confidential Documentation to enforce this Order.

Dated:  November 10, 2009                MARDEROSIAN, RUNYON, ET AL.


By:  /S/ Michael G. Marderosian
MICHAEL G. MARDEROSIAN
BRETT RUNYON
Attorneys for Plaintiffs

Dated:  November 10, 2009                ALLEN, FAGALDE, ALBERTONI, & FLORES, LLP


By:  /s/ Terry L. Allen
TERRY L. ALLEN
Attorneys for County of Merced

Dated:  November 10, 2009                GREBEN & ASSOCIATES


By:  /s/ Jan A. Greben
JAN A. GREBEN
Attorneys for County of Merced



PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: November 10, 2009. | BEST BEST & KRIEGER LLP |
| 2 | | |
| 3 | | By: /s/ Gene Tanaka |
| 4 | | GENE TANAKA<br>JOHN HOLLOWAY |
| 5 | | CARISSA BEECHAM<br>Attorneys for Defendant<br>City of Merced |
| 6 | | |
| 7 | Dated: November 10, 2009 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 8 | | |
| 9 | | By: /s/ Joseph Salazar |
| 10 | | JOSEPH A. SALAZAR<br>YAMIN MAUNG |
| 11 | | Attorneys for Franklin County Water District |
| 12 | Dated: November 10, 2009 | LAMORE, BRAZIER, RIDDLE & GIAMPAOLI |
| 13 | | |
| 14 | | |
| 15 | | By: /s/ Jeffrey F. ONeal |
| 16 | | JEFFREY F. ONEAL<br>Attorneys for Merced Irrigation |
| 17 | | District and Merced Irrigation District Drainage District No. 1 |
| 18 | Dated: November 10, 2009 | GREENFIELD-HARDY |
| 19 | | |
| 20 | | By: /s/ Robert H. Greenfield |
| 21 | | ROBERT H. GREENFIELD<br>Attorneys for Merced Irrigation |
| 22 | | District and Merced Irrigation District Drainage District No. 1 |
| 23 | Dated: November 10, 2009 | STEVENS DRUMMOND & GIFFORD |
| 24 | | |
| 25 | | By: /s/ Gary T. Drummond |
| 26 | | GARY T. DRUMMOND<br>Attorneys for Meadowbrook Water Company of Merced |
| 27 | | |
| 28 | | |

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated:  November 10, 2009 | BARG COFFIN LEWIS & TRAPP LLP |

By:  /s/ R. Morgan Gilhuly
STEPHEN C. LEWIS
R. MORGAN GILHULY
Attorneys for Merck & Co., Inc.,
Amsted Industries, Inc. and
Baltimore Aircoil Company, Inc.

## [PROPOSED] ORDER

Based on the above Stipulation, the County's Confidential Documents shall be protected as set forth in Section 5 above.

Dated:  November 19, 2009        /s/ OLIVER W. WANGER
                                 U.S. District Court Judge

6   STIPULATION RE PROTECTIVE ORDER;
    ORDER
    1:07-CV-00388 OWW DLB

PDF created with pdfFactory trial version www.pdffactory.com

<u>EXHIBIT 1</u>

I, _____, have read the Protective Order entered in <u>Abarca, et al. v. Merck & Co., Inc., et al.</u>, United States District Court, Eastern District of California, Case No. 1:07-CV-388-OWW-DLB.

By signing this document, I acknowledge that I understand all terms of that Order and agree to be bound by all terms of the Order.

Dated: _____, 2009    By: _____

PDF created with pdfFactory trial version www.pdffactory.com