UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.<br><br>        Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., et al.<br><br>        Defendants. | Case No. 1:07-cv-00388-OWW-DLB<br><br>**ORDER MODIFYING SCHEDULING CONFERENCE ORDER** |

Pursuant to the discussions between the Court and counsel at the Status Conference requested by counsel on December 22, 2009, the Court hereby further amends the January 28, 2009 Scheduling Conference Order (previously amended on August 11 and October 21, 2009) as follows:

"**III.    EXPERT DISCLOSURES AND DISCOVERY**

7.      On or before February 26, 2010, defendants will designate expert witnesses and submit expert reports, pursuant to Federal Rule of Civil Procedure 26(a)(2), related to exposure.  No other expert opinions or reports will be required at that time.

8.      On or before March 11, 2010, plaintiffs will designate any rebuttal experts and submit expert reports in response to defendants' expert reports, pursuant to Federal Rule of Civil Procedure 26(a)(2), related to exposure.

9.      All expert and other discovery related to Phase 1 shall be completed by May 6, 2010.

ORDER MODIFYING SCHEDULING CONFERENCE ORDER
*Abarca, Raul Valencia  v. Merck & Co., Inc. et al.*, Case No. 1:07-cv-00388-OWW-DLB

1

679943.1

PDF created with pdfFactory trial version www.pdffactory.com

"**IV.** **MOTIONS**

        10.    Any dispositive motions based on the Phase 1 discovery and expert testimony shall be filed by June 1, 2010.  Oppositions to these motions will be due by July 2, 2010, and replies will be due by July 16, 2010.  The hearing on dispositive motions based on the Phase 1 discovery will be held on August 16, 2010 at 10:00 a.m."

        All other items in the August 11, 2009 Order Modifying Scheduling Conference Order shall remain as written.

APPROVED AS TO FORM:

Dated:  December 23, 2009

                             MARDEROSIAN, RUNYON, CERCONE, LEHMAN & ARMO

                             By:  s/Michael Marderosian (as authorized 12/23/09)
                                MICHAEL MARDEROSIAN

                             Attorneys for Plaintiffs

Dated:  December 22, 2009

                             LEWIS, BRISBOIS, BISGAARD & SMITH

                             By:  s/Joseph A. Salazar (as authorized 12/22/09)
                                JOSEPH A. SALAZAR

                             Attorneys for Defendant FRANKLIN COUNTY WATER DISTRICT

ORDER MODIFYING SCHEDULING CONFERENCE ORDER
*Abarca, Raul Valencia  v. Merck & Co., Inc. et al., Case* No. 1:07-cv-00388-OWW-DLB

2

679943.1

PDF created with pdfFactory trial version www.pdffactory.com

1   Dated:  December 22, 2009               GREENFIELD-HARDY

2

3                                            By:  s/Robert Greenfield (as authorized 12/22/09)
                                                  ROBERT H. GREENFIELD
4

5                                            Attorneys for Defendant MERCED IRRIGATION
                                             DISTRICT
6

7   Dated:  December 22, 2009               ALLEN, PROIETTI & FAGALDE

8

9                                            By:  s/Terry L. Allen (as authorized 12/22/09)
                                                  TERRY L. ALLEN
10

11                                           Attorneys for Defendant COUNTY OF MERCED

12  Dated:  December 22, 2009               GREBEN & ASSOCIATES

13

14                                           By:  s/Jan Adam Greben (as authorized 12/22/09)
                                                  JAN ADAM GREBEN
15

16                                           Attorneys for Defendant COUNTY OF MERCED

17  Dated:  December 22, 2009               BEST, BEST & KRIEGER

18

19                                           By:  s/Gene Tanaka (as authorized 12/22/09)
                                                  GENE TANAKA
20

21                                           Attorneys for Defendant CITY OF MERCED

22
    Dated:  December 22, 2009               BARG COFFIN LEWIS & TRAPP, LLP
23

24                                           By:  s/R. Morgan Gilhuly
                                                  R. MORGAN GILHULY
25

26                                           Attorneys for Defendants MERCK & CO., INC.;
                                             AMSTED INDUSTRIES, INC.; BALTIMORE
27                                           AIRCOIL COMPANY, INC.; and TRACK FOUR,
                                             INC.
28

---

PDF created with pdfFactory trial version www.pdffactory.com

1    Dated:  December 22, 2009                    STEVENS, DRUMMOND & GIFFORD

2

3                                                 By:  s/Gary Drummond (as authorized 12/22/09)
                                                      GARY DRUMMOND
4

5                                                 Attorneys for Defendants MEADOWBROOK
                                                  WATER COMPANY OF MERCED, INC.
6

7    IT IS SO ORDERED.

8

9    Dated: December 23, 2009                     /s/ OLIVER W. WANGER
                                                  UNITED STATES SENIOR DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER MODIFYING SCHEDULING CONFERENCE ORDER
*Abarca, Raul Valencia  v. Merck & Co., Inc. et al., Case* No. 1:07-cv-00388-OWW-DLB                      4

679943.1

PDF created with pdfFactory trial version www.pdffactory.com