1  Michael G. Marderosian, No. 77296
   Brett L. Runyon, No. 133501
2  Michael E. Lehman, No. 133523
   Heather S. Cohen, No. 263093
3  MARDEROSIAN, RUNYON, CERCONE,
     LEHMAN & ARMO
4  1260 Fulton Mall
   Fresno, CA 93721
5  Telephone:  (559) 441-7991
   Facsimile: (559) 441-8170
6
   Michael J. Bidart, No. 60582
7  Ricardo Echeverria, No. 166049
   Gregory L. Bentley, No. 151147
8  SHERNOFF, BIDART, DARRAS & ECHEVERRIA
   600 South Indian Hill Boulevard
9  Claremont, CA  91711-5498
   Telephone:  (909) 621-4935
10 Facsimile:  (909) 625-6915

11 Thomas V. Girardi, No. 36603
   Thomas J. Johnston, No. 210506
12 GIRARDI & KEESE
   1126 Wilshire Boulevard
13 Los Angeles, CA  90017
   Telephone:  (213) 977-0211
14 Facsimile:  (213) 481-1554

15 Jack Silver, No. 160575
   LAW OFFICE OF JACK SILVER
16 Post Office Box 5469
   Santa Rosa, CA 95402
17 Telephone:  (707) 829-0934
   Facsimile:  (707) 528-8675

18

19        Attorneys for:  Plaintiffs

20             UNITED STATES DISTRICT COURT

21        EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

22 ABARCA, RAUL VALENCIA, et al.        )   Case No. 1:07-CV-0388 OWW DLB
                                        )
23        Plaintiffs,                   )   **PETITION AND ORDER FOR**
                                        )   **APPOINTMENT OF GUARDIANS AD**
24        v.                            )   **LITEM (FOR MINORS 14 YEARS AND**
                                        )   **OLDER)**
25 MERCK & CO., INC., et al.,           )
                                        )
26        Defendants.                   )
                                        )
27 _____     )

28

1    Petitioners state as follows:

2    1.    This Petition is submitted pursuant to Federal Rules of Civil Procedure 17(c) and

3    Eastern Local Rule 17-202, for purposes of establishing a Guardian ad Litem for the minor plaintiffs

4    (over 14 years of age) identified in the attachments to this Petition.

5    2.    The minors identified in the attachments to this Petition are named plaintiffs in the

6    above-captioned matter arising out of Clean Water Act and RCRA violations; soil and water

7    contamination; and flooding events in April of 2006.  The damages sought in this action by plaintiffs

8    in this action, including the minor plaintiffs, include, but are not limited to personal injuries and

9    emotional distress damages arising out of the flooding event in April of 2006, as identified in

10   plaintiffs' Sixth Amended Complaint.  Further, damages will be sought for past and continuing

11   exposure to soil, groundwater and airborne contaminants from the April 2006 flooding event and from

12   the past and continuing exposure to contaminants as a result of defendants' conduct.

13   3.    Each of the minors identified in the documents attached to this Petition have no general

14   guardian and no previous Petition for appointment of Guardian ad Litem has been filed in this matter

15   as to those minors.

16   4.    Petitioners as identified in the attachments to this Petition are competent and

17   responsible persons, fully competent to act as Guardians ad Litem, for each of the minor persons

18   identified in the attached documents.

19   5.    Petitioners are willing to act as Guardians ad Litem for the minors, as demonstrated

20   by their consent attached hereto.

21   WHEREFORE, Petitioners move this court for an order appointing them as Guardian ad

22   Litems of the minor plaintiffs for the purpose of prosecuting the above-captioned action on their

23   behalf.

24   Dated: October 15, 2009          MARDEROSIAN, RUNYON, CERCONE
                                      LEHMAN & ARMO
25

26

27                                   By: /s/ Michael G. Marderosian, Esq.
                                     MICHAEL G. MARDEROSIAN,
28                                   Attorney for Petitioners and Minors

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

PETITION AND ORDER FOR APPOINTMENT OF
GUARDIANS AD LITEM (FOR MINORS 14 YEARS AND OLDER)

2

1

**<u>ORDER</u>**

2          The Petition for an order appointing Petitioners as Guardian ad Litems for the minors (over

3   14 years of age) identified in the attached Consent to Act as Guardian ad Litem is GRANTED.

4          This order appointing the Guardians ad Litem as identified in the attached documents, is

5   hereby deemed an amendment to plaintiffs' Sixth Amended Complaint for purposes of identifying

6   minor plaintiffs and their Guardian ad Litem.  No further amendment of the Complaint is required.

7          IT IS SO ORDERED.

8

9   Dated:    January 12, 2010            /s/ OLIVER W. WANGER
                                          OLIVER WANGER
10                                        United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

3

PETITION AND ORDER FOR APPOINTMENT OF
GUARDIANS AD LITEM (FOR MINORS 14 YEARS AND OLDER)