1  Michael G. Marderosian, No. 77296
   Brett L. Runyon, No. 133501
2  Michael E. Lehman, No. 133523
   Heather S. Cohen, No. 263093
3  MARDEROSIAN, RUNYON, CERCONE & LEHMAN
   1260 Fulton Mall
4  Fresno, CA 93721
   Telephone: (559) 441-7991
5  Facsimile: (559) 441-8170

6  Michael J. Bidart, No. 60582
   Ricardo Echeverria, No. 166049
7  Gregory L. Bentley, No. 151147
   SHERNOFF, BIDART, DARRAS & ECHEVERRIA
8  600 South Indian Hill Boulevard
   Claremont, CA 91711-5498
9  Telephone: (909) 621-4935
   Facsimile: (909) 625-6915
10
   Thomas V. Girardi, No. 36603
11 Stephen G. Larson, No. 145225
   Shawn J. McCann, No. 227553
12 GIRARDI & KEESE
   1126 Wilshire Boulevard
13 Los Angeles, CA 90017
   Telephone: (213) 977-0211
14 Facsimile: (213) 481-1554

15 Jack Silver, No. 160575
   LAW OFFICE OF JACK SILVER
16 Post Office Box 5469
   Santa Rosa, CA 95402
17 Telephone: (707) 829-0934
   Facsimile: (707) 528-8675
18
            Attorneys for: Plaintiffs
19
                        UNITED STATES DISTRICT COURT
20
              EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION
21

22 ABARCA, RAUL VALENCIA, et al.,    )   Case No. 1:07-CV-0388 OWW DLB
                                     )
23         Plaintiffs,                )  **STIPULATION MOVING HEARING**
                                     )   **DATE FOR BAC DEFENDANTS'**
24         v.                         )  **MOTION TO DISMISS AND**
                                     )   **PLAINTIFFS' MOTION TO**
25 MERCK & CO., INC., et al.,         )  **CONSOLIDATE REMAINING PHASES**
                                     )   **OF LITIGATION TO MARCH 15, 2010;**
26         Defendants.                )  **ORDER THEREON**
                                     )
27

28

1   IT IS HEREBY STIPULATED by and between the Parties, through their respective attorneys,
2   as follows:
3   1.   The hearing of the BAC Defendants' Motion to Dismiss (DOC. 588 *et seq*.) currently
4   scheduled for February 8, 2010, and the hearing of Plaintiffs' Motion to Consolidate Remaining Phases
5   of Litigation (not yet filed, but with a previously reserved date of February 8, 2010) will now be heard
6   on March 15, 2010, at 10 a.m. in Courtroom 3.
7   2.   It is further agreed that plaintiffs will file and serve (including by email) their
8   opposition to the Motion to Dismiss on or before February 10, 2010, and will file and serve (including
9   by email) their Motion to Consolidate on or before February 5, 2010.
10   IT IS SO STIPULATED.
11   Dated: January 12, 2010.                    MARDEROSIAN, RUNYON,
                                                  CERCONE & LEHMAN

14                                               By: /s/ Michael G. Marderosian
                                                     MICHAEL G. MARDEROSIAN,
15                                                   Attorney for Plaintiffs above named.

17   Dated: January 12, 2010.                    BARG COFFIN LEWIS & TRAPP, LLP

19                                               By: /s/ Stephen C. Lewis
20                                                   STEPHEN C. LEWIS,
                                                     Attorneys for Defendants
21                                                   MERCK & CO., INC., AMSTED
                                                     INDUSTRIES, INC., BALTIMORE
22                                                   AIRCOIL COMPANY, INC., and
                                                     TRACK FOUR, INC.

24   /////
25   ////
26   ///
27   //
28   /

| | |
|---|---|
| Dated: January 12, 2010. | STEVENS, DRUMMOND & GIFFORD |
| | |
| | By: /s/ Gary Drummond |
| | GARY DRUMMOND, |
| | Attorneys for Defendant |
| | MEADOWBROOK WATER COMPANY OF MERCED, INC. |
| | |
| Dated: January 12, 2010. | GREENFIELD-HARDY |
| | |
| | By: /s/ Robert H. Greenfield |
| | ROBERT H. GREENFIELD |
| | Attorneys for Defendants MERCED IRRIGATION DISTRICT and MERCED DRAINAGE DISTRICT NO. 1 |
| | |
| Dated: January 12, 2010. | ALLEN, FAGALDE, ALBERTONI & FLORES, LLP |
| | |
| | By: /s/ Terry L. Allen |
| | TERRY L. ALLEN, |
| | Attorneys for Defendant |
| | COUNTY OF MERCED |
| | |
| Dated: January 12, 2010. | LEWIS, BRISBOIS, BISGAARD & SMITH |
| | |
| | By: /s/ Joseph A. Salazar |
| | JOSEPH A. SALAZAR |
| | Attorneys for Defendant FRANKLIN COUNTY WATER DISTRICT |

////
///
//
/

Dated: January 12, 2010.                    BEST, BEST & KRIEGER, LLP


                                            By: /s/ Gene Tanaka
                                                GENE TANAKA,
                                                Attorneys for Defendant
                                                CITY OF MERCED


Dated: January 12, 2010.                    LaMORE, BRAZIER,
                                              RIDDLE & GIAMPAOLI


                                            By: /s/ Jeffrey F. Oneal
                                                JEFFREY F. ONEAL,
                                                Attorneys for Defendant
                                                MERCED IRRIGATION DISTRICT
                                                and MERCED DRAINAGE DISTRICT
                                                NO. 1 (*erroneously sued herein as
                                                MERCED IRRIGATION DISTRICT
                                                NO. 1*)


Dated: January 12, 2010.                    GREBEN & ASSOCIATES


                                            By: /s/ Jan Adam Greben
                                                JAN ADAM GREBEN,
                                                Attorneys for Defendant
                                                COUNTY OF MERCED


**ORDER**

IT IS SO ORDERED.

Dated: _January 13, 2010.                   _/s/ OLIVER W. WANGER_____
                                            OLIVER W. WANGER,
                                            JUDGE OF THE UNITED STATES
                                            DISTRICT COURT