1  Michael G. Marderosian, No. 77296
   Brett L. Runyon, No. 133501
2  Michael E. Lehman, No. 133523
   Heather S. Cohen, No. 263093
3  MARDEROSIAN, RUNYON, CERCONE & LEHMAN
   1260 Fulton Mall
4  Fresno, CA 93721
   Telephone:  (559) 441-7991
5  Facsimile: (559) 441-8170

6  Michael J. Bidart, No. 60582
   Ricardo Echeverria, No. 166049
7  Gregory L. Bentley, No. 151147
   SHERNOFF, BIDART, DARRAS & ECHEVERRIA
8  600 South Indian Hill Boulevard
   Claremont, CA  91711-5498
9  Telephone:  (909) 621-4935
   Facsimile:  (909) 625-6915
10
   Thomas V. Girardi, No. 36603
11 Stephen G. Larson, No. 145225
   Shawn J. McCann, No. 227553
12 GIRARDI & KEESE
   1126 Wilshire Boulevard
13 Los Angeles, CA  90017
   Telephone:  (213) 977-0211
14 Facsimile:  (213) 481-1554

15 Jack Silver, No. 160575
   LAW OFFICE OF JACK SILVER
16 Post Office Box 5469
   Santa Rosa, CA 95402
17 Telephone:  (707) 829-0934
   Facsimile:  (707) 528-8675
18
           Attorneys for:   Plaintiffs
19
                   UNITED STATES DISTRICT COURT
20
          EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION
21

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al., | Case No. 1:07-CV-0388 OWW DLB |
| Plaintiffs, | **PETITION AND ORDER FOR APPOINTMENT OF GUARDIANS AD LITEM (FOR MINORS UNDER 14)** |
| v. | |
| MERCK & CO., INC., et al., | |
| Defendants. | |

MARDEROSIAN,
RUNYON, CERCONE
& LEHMAN
1260 Fulton Mall
Fresno, CA 93721

PETITION AND ORDER FOR APPOINTMENT OF
GUARDIANS AD LITEM (FOR MINORS UNDER 14)

Petitioners state as follows:

1. This Petition is submitted pursuant to Federal Rules of Civil Procedure 17(c) and Eastern Local Rule 17-202, for purposes of establishing a Guardian ad Litem for the minor plaintiffs (under 14 years of age) identified in the attachments to this Petition.

2. The minors identified in the attachments to this Petition are named plaintiffs in the above-captioned matter arising out of Clean Water Act and RCRA violations; soil and water contamination; and flooding events in April of 2006. The damages sought by plaintiffs in this action, including the minor plaintiffs, include, but are not limited to personal injuries and emotional distress damages arising out of the flooding event in April of 2006, as identified in plaintiffs' Eighth Amended Complaint. Further, personal injury damages will be sought for past and continuing exposure to soil, groundwater and airborne contaminants from the April 2006 flooding event and from the past and continuing exposure to contaminants as a result of defendants' conduct.

3. Each of the minors identified in the documents attached to this Petition have no general guardian and no previous Petition for appointment of Guardian ad Litem has been filed in this matter as to those minors.

4. Petitioners identified in the attachments to this Petition are competent and responsible persons, fully competent to act as Guardians ad Litem, for each of the minor persons identified in the attached documents.

5. Petitioners are willing to act as Guardians ad Litem for the minors and/or incompetent persons, as demonstrated by their consent attached hereto.

WHEREFORE, Petitioners move this court for an order appointing them as Guardians ad Litem of the minor plaintiffs for the purpose of prosecuting the above-captioned action on their behalf.

Dated: March 30, 2010                MARDEROSIAN, RUNYON,
                                     CERCONE & LEHMAN


By: /s/ Michael G. Marderosian, Esq.
    MICHAEL G. MARDEROSIAN,
    Attorney for Petitioners and Minors

MARDEROSIAN,
RUNYON, CERCONE
& LEHMAN
1260 Fulton Mall
Fresno, CA 93721

2

PETITION AND ORDER FOR APPOINTMENT OF
GUARDIANS AD LITEM (FOR MINORS UNDER 14)

# ORDER

The Petition for an order appointing Petitioners as Guardians ad Litem for the minor persons (under the age of 14) identified in the attached Consent to Act as Guardian ad Litem is GRANTED.

This order appointing the Guardians ad Litem as identified in the attached documents, is hereby deemed an amendment to plaintiffs' Eighth Amended Complaint for purposes of identifying minor plaintiffs and their Guardian ad Litem. No further amendment of the Complaint is required.

IT IS SO ORDERED.

**Dated:   April 2, 2010**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

# *ATTACHMENTS TO PETITION*
## *(For Minors Under 14)*

# CONSENT TO ACT AS GUARDIAN AD LITEM
(For Minors Under 14)

Pursuant to the attached Petition filed in the matter of *Abarca, et al. v. Merck & Co., et al.,* United States Eastern District Case No. 1:07-CV-00388-OWW-DLB, I consent to the appointment of myself as Guardian ad Litem for the minor plaintiffs identified below.

Roger Lee Janz  
Name of Minor

10/11/96  
(Date of Birth) of Minor

Steven Roger Janz  
Name of Petitioner

Father/Parent  
Petitioner's Relationship to Minor

Dated: 10/22/09

X *[signature]*  
Signature of Petitioner

## CONSENT TO ACT AS GUARDIAN AD LITEM
### (For Minors Under 14)

Pursuant to the attached Petition filed in the matter of *Abarca, et al. v. Merck & Co., et al.*, United States Eastern District Case No. 1:07-CV-00388-OWW-DLB, I consent to the appointment of myself as Guardian ad Litem for the minor plaintiffs identified below.

Miguel Angel Rodriguez
Name of Minor

07/28/96
(Date of Birth) of Minor

Jose Rodriguez
Name of Minor

02/28/98    8-28-98
(Date of Birth) of Minor

Yesenia Rodriguez
Name of Minor

10/14/00
(Date of Birth) of Minor

Luis Rodriguez
Name of Minor

04/28/02    4-28-02
(Date of Birth) of Minor

Modesto ~~Maria~~ Rodriguez
Name of Proposed Guardian ad Litem

Father ~~Mother~~/Parent
Relationship to Minor of Proposed Guardian ad Litem

Dated: _10-30 09_

x/Modesto Rodriguez
Signature of Guardian ad Litem

## CONSENT TO ACT AS GUARDIAN AD LITEM
### (For Minors Under 14)

Pursuant to the attached Petition filed in the matter of *Abarca, et al., v. Merck & Co., et al.,* United States Eastern District Case No. 1:07-CV-00388-OWW-DLB, I consent to the appointment of myself as Guardian ad Litem for the minor plaintiffs identified below.

Robert Earl Williams, Jr.  
Name of Minor

05/29/98  
(Date of Birth) of Minor

Marian Oletha Kappia  
Name of Petitioner

Mother/Parent  
Petitioner's Relationship to Minor

Dated: 3-21-10

X *Marion Kappia*  
Signature of Petitioner