1  Michael G. Marderosian, No. 77296
   Brett L. Runyon, No. 133501
2  Michael E. Lehman, No. 133523
   Heather S. Cohen, No. 263093
3  MARDEROSIAN, RUNYON, CERCONE & LEHMAN
   1260 Fulton Mall
4  Fresno, CA 93721
   Telephone: (559) 441-7991
5  Facsimile: (559) 441-8170

6  Michael J. Bidart, No. 60582
   Ricardo Echeverria, No. 166049
7  Gregory L. Bentley, No. 151147
   SHERNOFF, BIDART, DARRAS & ECHEVERRIA
8  600 South Indian Hill Boulevard
   Claremont, CA 91711-5498
9  Telephone: (909) 621-4935
   Facsimile: (909) 625-6915

10
   Thomas V. Girardi, No. 36603
11 Stephen G. Larson, No. 145225
   Shawn J. McCann, No. 227553
12 GIRARDI & KEESE
   1126 Wilshire Boulevard
13 Los Angeles, CA 90017
   Telephone: (213) 977-0211
14 Facsimile: (213) 481-1554

15 Jack Silver, No. 160575
   LAW OFFICE OF JACK SILVER
16 Post Office Box 5469
   Santa Rosa, CA 95402
17 Telephone: (707) 829-0934
   Facsimile: (707) 528-8675

18
         Attorneys for: Plaintiffs

19
20                  UNITED STATES DISTRICT COURT

21            EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

22  ABARCA, RAUL VALENCIA, et al.,    )   Case No. 1:07-CV-0388 OWW DLB
                                       )
23         Plaintiffs,                 )   **PETITION AND ORDER FOR**
                                       )   **APPOINTMENT OF GUARDIANS AD**
24              v.                     )   **LITEM (FOR MINORS 14 YEARS AND**
                                       )   **OLDER)**
25  MERCK & CO., INC., et al.,         )
                                       )
26         Defendants.                 )
                                       )
27

28

MARDEROSIAN,
RUNYON, CERCONE
& LEHMAN
1260 Fulton Mall
Fresno, CA 93721

PETITION AND ORDER FOR APPOINTMENT OF
GUARDIANS AD LITEM (FOR MINORS 14 YEARS AND OLDER)

Petitioners state as follows:

1.  This Petition is submitted pursuant to Federal Rules of Civil Procedure 17(c) and Eastern Local Rule 17-202, for purposes of establishing a Guardian ad Litem for the minor plaintiffs (over 14 years of age) identified in the attachments to this Petition.

2.  The minors identified in the attachments to this Petition are named plaintiffs in the above-captioned matter arising out of Clean Water Act and RCRA violations; soil and water contamination; and flooding events in April of 2006. The damages sought in this action by plaintiffs in this action, including the minor plaintiffs, include, but are not limited to personal injuries and emotional distress damages arising out of the flooding event in April of 2006, as identified in plaintiffs' Eighth Amended Complaint. Further, damages will be sought for past and continuing exposure to soil, groundwater and airborne contaminants from the April 2006 flooding event and from the past and continuing exposure to contaminants as a result of defendants' conduct.

3.  Each of the minors identified in the documents attached to this Petition have no general guardian and no previous Petition for appointment of Guardian ad Litem has been filed in this matter as to those minors.

4.  Petitioners as identified in the attachments to this Petition are competent and responsible persons, fully competent to act as Guardians ad Litem, for each of the minor persons identified in the attached documents.

5.  Petitioners are willing to act as Guardians ad Litem for the minors, as demonstrated by their consent attached hereto.

WHEREFORE, Petitioners move this court for an order appointing them as Guardians ad Litem of the minor plaintiffs for the purpose of prosecuting the above-captioned action on their behalf.

Dated: March 30, 2010                MARDEROSIAN, RUNYON,
                                     CERCONE & LEHMAN


                                     By: /s/ Michael G. Marderosian, Esq.
                                         MICHAEL G. MARDEROSIAN,
                                         Attorney for Petitioners and Minors

**ORDER**

The Petition for an order appointing Petitioners as Guardians ad Litem for the minors (over 14 years of age) identified in the attached Consent to Act as Guardian ad Litem is GRANTED.

This order appointing the Guardians ad Litem as identified in the attached documents, is hereby deemed an amendment to plaintiffs' Eighth Amended Complaint for purposes of identifying minor plaintiffs and their Guardian ad Litem. No further amendment of the Complaint is required.

IT IS SO ORDERED.

Dated:   **April 2, 2010**                                **/s/ Oliver W. Wanger**
                                                                         UNITED STATES DISTRICT JUDGE

MARDEROSIAN,
RUNYON, CERCONE
& LEHMAN
1260 Fulton Mall
Fresno, CA 93721

PETITION AND ORDER FOR APPOINTMENT OF
GUARDIANS AD LITEM (FOR MINORS 14 YEARS AND OLDER)

3

# *ATTACHMENTS TO PETITION*
## *(For Minors 14 Years and Older)*

## CONSENT TO ACT AS GUARDIAN AD LITEM
### (For Minors 14 and Over)

Pursuant to the attached Petition filed in the matter of *Abarca, et al. v. Merck & Co., et al.,* United States Eastern District Case No. 1:07-CV-00388-OWW-DLB, I consent to the appointment of myself as Guardian ad Litem for the minor plaintiffs identified below.

| DeAngelo Jaquell Smith | 02/15/93 |
|---|---|
| Name of Minor | (Date of Birth) of Minor |

| DeMarco Latrell Smith | 02/15/93 |
|---|---|
| Name of Minor | (Date of Birth) of Minor |

| Aleta Monet Smith | 10/25/96 |
|---|---|
| Name of Minor | (Date of Birth) of Minor |

| Marian Oletha Kappia | Mother/Parent |
|---|---|
| Name of Proposed Guardian ad Litem | Relationship to Minor of Proposed Guardian ad Litem |

I, Marian Oletha Kappia, consent to the appointment as Guardian ad Litem for the minor(s) identified above.

Dated: 3-21-10

x /s/ Marian Kappia
Signature of Guardian ad Litem