**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH A. SALAZAR, JR., SB# 169551
 E-Mail: jsalazar@lbbslaw.com
2850 Gateway Oaks Drive, Suite 450
Sacramento, California 95833
Telephone: (916) 564-5400
Facsimile: (916) 564-5444

Attorneys for FRANKLIN COUNTY WATER DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| ABARCA, et. al. ,<br><br>       Plaintiff,<br><br>   v.<br><br>MERCK & CO., et. al.,<br><br>       Defendant. | CASE NO. 1:07-CV-00388-OWW-DLB<br><br>**STIPULATION AND ORDER THEREON DEEMING ANSWERS TO 8TH AMENDED COMPLAINT THE SAME AS ANSWERS TO THE 7TH AMENDED COMPLAINT** |

Plaintiffs' have filed an Eighth Amended Complaint wherein the amended sections to the complaint do not pertain to FRANKLIN COUNTY WATER DISTRICT, MERCED IRRIGATION DISTRICT, MERCED IRRIGATION DISTRICT #1, CITY OF MERCED or COUNTY OF MERCED (herein collectively referred to as "public entity defendants"). It is hereby stipulated by and between defendants, FRANKLIN COUNTY WATER DISTRICT, MERCED IRRIGATION DISTRICT, MERCED IRRIGATION DISTRICT #1, CITY OF MERCED and COUNTY OF MERCED and plaintiffs, through their respective counsel, that the public entity defendants' Answers to the Seventh Amended Complaint will remain the same and applicable to the Eighth Amended Complaint with no need by public entity defendants to file separate Answers to the Eighth Amended Complaint.

///

///



| | | |
|---|---|---|
| 1 | DATED: April 8, 2010 | JOSEPH A. SALAZAR, JR.<br>LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 2 | | |
| 3 | | /s/ Joseph A. Salazar, Jr. |
| 4 | | By _____ |
| 5 | | Joseph A. Salazar, Jr.<br>Attorney for FRANKLIN COUNTY WATER DISTRICT |
| 6 | | |
| 7 | DATED: April 8, 2010 | JEFFREY F. ONEAL<br>LAMORE, BRAZIER, RIDDLE & GIAMPAOLI |
| 8 | | |
| 9 | | /s/ Jeffrey F. Oneal |
| 10 | | By _____ |
| 11 | | Jeffrey F. Oneal<br>Attorney for MERCED IRRIGATION DISTRICT and MERCED IRRIGATION DISTRICT #1 |
| 12 | | |
| 13 | DATED: April 8, 2010 | GENE TANAKA<br>BEST, BEST & BRIEGER |
| 14 | | |
| 15 | | /s/ Gene Tanaka |
| 16 | | By _____ |
| 17 | | Gene Tanaka<br>Attorney for CITY OF MERCED |
| 18 | | |
| 19 | DATED: April 8, 2010 | TERRY L. ALLEN<br>ALLEN, PROIETTI & FAGALDE |
| 20 | | |
| 21 | | /s/ Terry L. Allen |
| 22 | | By _____ |
| 23 | | Terry L. Allen<br>Attorney for County of Merced |
| 24 | /// | |
| 25 | /// | |
| 26 | /// | |
| 27 | /// | |
| 28 | /// | |

LEWIS BRISBOIS

| | |
|---|---|
| DATED: April 8, 2010 | MICHAEL G. MARDEROSIAN<br>MARDEROSIAN, RUNYON, CERCONE,<br>LEHMAN & ARMO |

/s/ Michael G. Marderosian

By_____
   Michael G. Marderosian
   Attorney for Plaintiffs

**ORDER**

IT IS SO ORDERED.

**Dated:   April 9, 2010**          **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE