UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
In re:                          )    CV F _____
                                )
STANDING ORDER IN ALL CIVIL     )
CASES ASSIGNED TO U. S.         )
DISTRICT JUDGE OLIVER W.        )
WANGER                          )
_____  _)
```

1. Civil law and motion calendar is held on Mondays at 10:00 a.m. in Courtroom Three (dispositive motions only; non-dispositive motions are heard by the assigned Magistrate Judge). <u>Pursuant to Local Rule 78-230(h), counsel are to notify the courtroom deputy clerk (559-499-5652) if it is anticipated that oral argument of their motion will exceed 20 minutes</u>. Scheduling Conferences are held on Wednesdays, Thursdays and Fridays at 8:15 a.m.

2. Counsel are expected to consult and conform with all

1

1  provisions of the Local Rules relating to continuances,
2  motions, and all other matters.  A proposed form of order
3  shall be submitted with all motions and opposition
4  papers.

6  3.  Unless prior leave of court seven days before the filing
7      date is obtained, all briefs or legal memoranda in civil
8      cases shall not exceed 25 pages and briefs or legal
9      memoranda in criminal cases shall not exceed 10 pages.
10     Reply briefs filed by moving parties shall not exceed 10
11     pages.  Briefs that exceed this page limitation or sought
12     to be filed after the required filing date MAY NOT BE
13     CONSIDERED.

15 4.  <u>Joint</u> Scheduling Conference Statements and <u>Joint</u> Pre-
16     Trial Statements are required and must be filed seven
17     days before the hearing date. In addition, a copy of the
18     Statement shall be e-mailed in Word or WordPerfect format
19     to owworders@caed.uscourts.gov.

21 5.  Local Rule 7-130 is augmented by addition of the
22     requirement that type font or printing shall not be
23     smaller than CG Times 12 point or Courier 12 cpi, or
24     other comparable legible type, throughout the entire
25     document.

27 6.  All courtesy copies of documents mailed to the court are

2

to be addressed to the Office of the Clerk, Room 1501, 2500 Tulare Street, Fresno, CA 93721 and shall be clearly designated **"COURTESY COPY"**.  <u>No documents shall be mailed directly to the judges chambers.</u>

7. Telephonic appearances are limited to scheduling conferences.

8. All papers shall be electronically filed by the close of business (4:00 p.m.) on the day the filing is due.

9. In addition to electronic filing, a courtesy paper copy of all **MOTIONS FOR SUMMARY JUDGMENT** shall be submitted to the court.  This includes a copy of all moving papers, responses and replies.  All documents shall be properly fastened and tabbed.

**SO ORDERED**                              **OLIVER W. WANGER**
                                            **United States District Judge**

3