1  GARY T. DRUMMOND, ESQ., SBN 47709
   DAVID A. GIFFORD, ESQ., SBN 85909
2  M. ELISABETH GIFFORD, ESQ., SBN 117022
   STEVENS, DRUMMOND & GIFFORD
3  1910 OLYMPIC BOULEVARD, SUITE 250
   WALNUT CREEK, CALIFORNIA 94596
4  TEL: (925) 944-5550
   FAX: (925) 256-9669
5

6  Attorneys  for  Defendant  MEADOWBROOK
   WATER COMPANY OF MERCED, INC.
7

8

9              UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA

11

12 RAUL VALENCIA ABARCA,, et      )
   al.,                          )
13                               )
              Plaintiffs,        )
14                               )
         vs.                     )    CASE NO.  1:07-CV-0388-OWW DLB
15                               )
   MERCK & CO., INC., et al.,    )
16                               )
              Defendants.        )
17 _____)

18

19  ORDER GRANTING MEADOWBROOK WATER COMPANY OF MERCED,
    INC.'S *EX PARTE* APPLICATION FOR AN ORDER TO FILE UNDER SEAL
20  *DAUBERT* MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERT
                       R. DOUGLAS BARTLETT
21

22
                  Courtroom:   Three
23                Action Filed: March 8, 2007
                  Trial Date:   November 23, 2010
24

25

26

27

28

Order Granting Meadowbrook Water Company of Merced, Inc.'s *Ex Parte* Application for an Order
to File under Seal *Daubert* Motion to Exclude Testimony of Plaintiffs' Expert R. Douglas Bartlett
USDC Eastern Dist. Case #: 1:07-CV-0388-OWW DLB

1  GOOD CAUSE THEREOF APPEARING:

2      The Court hereby orders Meadowbrook Water Company of Merced, Inc.'s

3  ("MEADOWBROOK") *Daubert* Motion to Exclude Testimony of Plaintiffs' Expert

4  R. Douglas Bartlett which contains information marked "Confidential Information"

5  pursuant to the Protective Order Regarding the Production and the Inspection of

6  Records in Possession of the Department of Water Resources (Document 530) and the

7  Protective Order Regarding the California Department of Public Health Records

8  (Document 130) be filed under seal.

9      The Protective Orders (Document 130 and Document 530) set forth the statutory

10  authority for sealing, the requested duration, and all other relevant information.  In

11  pertinent part, the documents marked "Confidential Information" contain sensitive and

12  confidential public safety information under the Public Health Security and

13  Bioterrorism Preparedness and Response Act of 2002.  The Protective Orders provide

14  that within thirty (30) days following the final conclusion of the Action, all Parties

15  shall either return to the producing party or destroy all Confidential Information.

16      The Court further authorizes these exhibits to be submitted on CDs - one for the

17  Clerk of Court and one courtesy copy for Chambers.  No hard copies of the exhibits

18  are required to be filed or sent as courtesy copies to Chambers

19

20  IT IS SO ORDERED.

21

22  **Dated: May 26, 2010**                    **/s/ Oliver W. Wanger**
                                           UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

Order Granting Meadowbrook Water Company of Merced, Inc.'s *Ex Parte* Application for an Order
to File under Seal *Daubert* Motion to Exclude Testimony of Plaintiffs' Expert R. Douglas Bartlett
USDC Eastern Dist. Case #: 1:07-CV-0388-OWW DLB                                        2