1  GARY T. DRUMMOND, ESQ., SBN 47709
DAVID A. GIFFORD, ESQ., SBN 85909
2  M. ELISABETH GIFFORD, ESQ., SBN 117022
STEVENS, DRUMMOND & GIFFORD
3  1910 OLYMPIC BOULEVARD, SUITE 250
WALNUT CREEK, CALIFORNIA 94596
4  TEL: (925) 944-5550
FAX: (925) 256-9669
5

6  Attorneys for Defendant MEADOWBROOK
WATER COMPANY OF MERCED, INC.
7

8

9          UNITED STATES DISTRICT COURT

10          EASTERN DISTRICT OF CALIFORNIA

11

12  RAUL VALENCIA ABARCA,, et      )
al.,                           )
13                                 )
          Plaintiffs,          )
14                                 )
      vs.                      )      CASE NO.  1:07-CV-0388-OWW DLB
15                                 )
MERCK & CO., INC., et al.,     )
16                                 )
          Defendants.          )
17                                 )

18

19  ORDER GRANTING MEADOWBROOK WATER COMPANY OF MERCED,
INC.'S *EX PARTE* APPLICATION FOR AN ORDER TO FILE UNDER SEAL
20  EXHIBITS TO MOTION FOR SUMMARY JUDGMENT

21

22          Courtroom:   Three
          Action Filed: March 8, 2007
23          Trial Date:   November 23, 2010

24

25

26

27

28
_____
Order Granting Meadowbrook Water Company of Merced, Inc.'s *Ex Parte* Application for an Order
to File under Seal Exhibits to Motion for Summary Judgment
Meadowbrook Water Company of Merced, Inc.
USDC Eastern Dist. Case #: 1:07-CV-0388-OWW DLB

1   GOOD CAUSE THEREOF APPEARING:

2          The Court hereby orders those exhibits to Meadowbrook Water Company of

3   Merced, Inc.'s ("MEADOWBROOK") Motion for Summary Judgment which are

4   marked "Confidential Information" pursuant to the Protective Order Regarding the

5   Production and the Inspection of Records in Possession of the Department of Water

6   Resources (Document 530) and the Protective Order Regarding the California

7   Department of Public Health Records (Document 130) be filed under seal.

8          The Protective Orders (Document 530 and Document 130) set forth the statutory

9   authority for sealing, the requested duration, and all other relevant information.  In

10  pertinent part, the documents marked "Confidential Information" contain sensitive and

11  confidential public safety information under the Public Health Security and

12  Bioterrorism Preparedness and Response Act of 2002.  The Protective Orders provide

13  that within thirty (30) days following the final conclusion of the Action, all Parties

14  shall either return to the producing party or destroy all Confidential Information.

15         The Court further authorizes these exhibits to be submitted on CDs - one for the

16  Clerk of Court and one courtesy copy for Chambers.  No hard copies of the exhibits

17  are required to be filed or sent as courtesy copies to Chambers.

18

19

20  IT IS SO ORDERED.

21

22  **Dated: May 26, 2010**                              **/s/ Oliver W. Wanger**
                                                      UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28
    _____
    Order Granting Meadowbrook Water Company of Merced, Inc.'s *Ex Parte* Application for an Order
    to File under Seal Exhibits to Motion for Summary Judgment
    Meadowbrook Water Company of Merced, Inc.
    USDC Eastern Dist. Case #: 1:07-CV-0388-OWW DLB                                           2