1  Michael G. Marderosian, No. 77296
   Brett L. Runyon, No. 133501
2  Michael E. Lehman, No. 133523
   Heather S. Cohen, No. 263093
3  MARDEROSIAN, RUNYON, CERCONE & LEHMAN
   1260 Fulton Mall
4  Fresno, CA 93721
   Telephone:  (559) 441-7991
5  Facsimile: (559) 441-8170

6  Michael J. Bidart, No. 60582
   Ricardo Echeverria, No. 166049
7  Gregory L. Bentley, No. 151147
   SHERNOFF, BIDART, DARRAS & ECHEVERRIA
8  600 South Indian Hill Boulevard
   Claremont, CA  91711-5498
9  Telephone:  (909) 621-4935
   Facsimile:  (909) 625-6915

10

11 Thomas V. Girardi, No. 36603
   Thomas J. Johnston, No. 210506
   GIRARDI & KEESE
12 1126 Wilshire Boulevard
   Los Angeles, CA  90017
13 Telephone:  (213) 977-0211
   Facsimile:  (213) 481-1554

14

15 Jack Silver, No. 160575
   LAW OFFICE OF JACK SILVER
   Post Office Box 5469
16 Santa Rosa, CA 95402
   Telephone:  (707) 829-0934
17 Facsimile:  (707) 528-8675

18        Attorneys for:  Plaintiffs

19              UNITED STATES DISTRICT COURT

20        EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

21   ABARCA, RAUL VALENCIA, et al.,      )    Case No. 1:07-CV-0388 OWW DLB
                                         )
22         Plaintiffs,                   )    **ORDER FOR MISCELLANEOUS**
                                         )    **RELIEF TO FILE EXHIBITS TO THE**
23         v.                            )    **DECLARATION OF MICHAEL G.**
                                         )    **MARDEROSIAN IN SUPPORT OF**
24   MERCK & CO., INC., et al.,          )    **MOTION TO EXCLUDE EVIDENCE OF**
                                         )    **UNVERIFIED, UNRELIABLE AND**
25         Defendants.                   )    **UNREPRESENTATIVE SAMPLING**
                                         )    **FROM MEADOWBROOK WELL NO. 2**
26                                       )    **AND ALL OPINIONS BASED ON SUCH**
                                         )    **EVIDENCE UNDER SEAL**
27                                       )
                                         )
28   _____    )

MARDEROSIAN,
RUNYON, CERCONE
& LEHMAN
1260 Fulton Mall
Fresno, CA 93721

1    GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT the following

2    documents to be submitted as exhibits to the Declaration of Michael G. Marderosian in Support of

3    Motion to Exclude Evidence of Unverified and Unreliable and Unrepresentative Sampling Data from

4    Meadowbrook Well No. 2 and All Opinions Based on Such Evidence shall be filed under seal

5    pursuant to the Protective Orders  [Docket Nos. 130, 530] filed in this matter:

6        1.    State Department of Public Health Report of Chemical Analysis (MER 0408085);

7        2.    Merced County Health Department Water Quality Control Water System sheet and

8    Chemical & Bacteriological Analysis (MWC003184-MWC003185); and

9        3.    State Department of Health Water Sanitation Section Report of Chemical Analysis

10   (PL00014221).

11

12   **IT IS SO ORDERED.**

13

14   Dated: May 28, 2010.        /s/ OLIVER W. WANGER
                                  JUDGE OF THE U.S. DISTRICT COURT

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MARDEROSIAN,
RUNYON, CERCONE
& LEHMAN
1260 Fulton Mall
Fresno, CA 93721