1  JOHN F. BARG (State Bar No. 60230; jfb@bcltlaw.com)
   STEPHEN C. LEWIS (State Bar No. 66590; scl@bcltlaw.com)
2  R. MORGAN GILHULY (State Bar No. 133659; rmg@bcltlaw.com)
   BARG COFFIN LEWIS & TRAPP, LLP
3  350 California Street, 22nd Floor
   San Francisco, California 94104-1435
4  Telephone:   (415) 228-5400
   Facsimile:   (415) 228-5450
5

6  TIMOTHY JONES (SBN 119841; tjones@joneshelsley.com)
   JOHN P. KINSEY (SBN 215916; jkinsey@joneshelsley.com)
7  JONES HELSLEY PC
   8365 North Fresno Street, Third Floor
8  Post Office Box 28340
   Fresno, California  93720
9  Telephone: (559) 233-4800
   Facsimile: (559) 233-9330

10 Attorneys for Defendants Merck & Co., Inc.,
   Amsted Industries, Inc., Baltimore Aircoil Company, Inc.
11 and Track Four, Inc.

12

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al., | Case No. 1:07-CV-0388 OWW DLB |
| Plaintiffs, | **ORDER GRANTING THE BAC DEFENDANTS' APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO L.R. 39-141** |
| v. | |
| MERCK & CO, INC., et al., | |
| Defendants. | |

Pursuant to Eastern District Local Rule 39-141, the BAC Defendants' Application to File Documents Under Seal is **GRANTED**.  The Clerk of Court is directed to seal the following documents submitted in support of the BAC Defendants' Motion for Partial Summary Judgment (Phase 1):

///

///

///

///

{6957/002/00250897.DOC}                            1

PDF created with pdfFactory trial version www.pdffactory.com

1   (1)   Records of the California Department of Public Health, which shall
be attached as Exhibit "B" to the Declaration of Arnold Hatai.

**IT IS SO ORDERED.**

DATED:  May 28, 2010

/s/ OLIVER W. WANGER
Judge of the U.S. District Court
Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com