JOHN F. BARG (State Bar No. 60230; jfb@bcltlaw.com)
STEPHEN C. LEWIS (State Bar No. 66590; scl@bcltlaw.com)
R. MORGAN GILHULY (State Bar No. 133659; rmg@bcltlaw.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone:     (415) 228-5400
Facsimile:      (415) 228-5450

TIMOTHY JONES (SBN 119841; tjones@joneshelsley.com)
JOHN P. KINSEY (SBN 215916; jkinsey@joneshelsley.com)
JONES HELSLEY PC
8365 North Fresno Street, Third Floor
Post Office Box 28340
Fresno, California  93720
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

Attorneys for Defendants Merck & Co., Inc.,
Amsted Industries, Inc., Baltimore Aircoil Company, Inc.
and Track Four, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO, INC., et al.,<br><br>Defendants. | Case No. 1:07-CV-0388 OWW DLB<br><br>**ORDER GRANTING REQUEST FOR LEAVE TO ENLARGE PAGE LIMITS FOR** MEMORANDUM **OF POINTS AND AUTHORITIES IN SUPPORT OF THE BAC DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT (PHASE 1)** |

Pursuant to Paragraph 3 of this Court's Standing Order, the request of Defendants Merck & Co., Inc., Amsted Industries, Inc., Baltimore Aircoil Company, Inc. and Track Four, Inc. (collectively the "BAC Defendants") for leave to file an enlarged Memorandum of Points and Authorities in support of the BAC Defendants' Motion for Partial Summary Judgment (Phase 1) in the above-referenced matter of no more than 28 pages in length is **GRANTED**. The BAC Defendants' Memorandum of Points and Authorities in

{6957/002/00250938.DOC}                              1

ORDER GRANTING REQUEST FOR LEAVE TO ENLARGE PAGE LIMITS FOR MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF THE BAC DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT (PHASE 1)

PDF created with pdfFactory trial version www.pdffactory.com

support of the BAC Defendants' Motion for Partial Summary Judgment (Phase 1) shall not exceed 28 pages, and shall be filed using 13-point font.

**IT IS SO ORDERED**.

DATED:  June 2, 2010             /s/ OLIVER W. WANGER
                                             Hon. Oliver W. Wanger
                                             United States District Judge

{6957/002/00250938.DOC}   2

ORDER GRANTING REQUEST FOR LEAVE TO ENLARGE PAGE LIMITS FOR MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE BAC DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT (PHASE 1)

PDF created with pdfFactory trial version www.pdffactory.com