1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| ABARCA, RAUL VALENCIA, et al., | ) | Case No. 1:07-CV-0388 OWW DLB |
|---|---|---|
| Plaintiffs, | ) ) | **ORDER RESCHEDULING HEARING DATE OF CURRENTLY PENDING MOTIONS** |
| v. | ) ) | |
| MERCK & CO., INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

**ORDER**

Pursuant to the discussions of court and counsel on June 9, 2010, it is hereby ordered that the hearing date on all currently pending motions filed by defendants on May 28, 2010 and June 1, 2010, is rescheduled to **September 24, 2010**, at **10:00 a.m.** in **Courtroom 3**. Based upon the representations of counsel, the court will reserve three hours for oral argument on the motions.

The briefing schedule previously ordered by the court concerning opposition and reply briefs remains unchanged. Plaintiffs' oppositions are due July 2, 2010 and defendants' reply briefs are due July 16, 2010.

**APPROVED AS TO FORM**

Dated: June 14, 2010         MARDEROSIAN, RUNYON,
                               CERCONE & LEHMAN


By: /s/ Michael G. Marderosian
    MICHAEL G. MARDEROSIAN,
    Attorney for Plaintiffs

Dated: June 14, 2010         SHERNOFF, BIDART & DARRAS


By: /s/ Michael J. Bidart
    MICHAEL J. BIDART,
    Co-counsel for Plaintiffs

Dated: June 14, 2010         LAW OFFICES OF JACK SILVER


By: /s/ Jack Silver
    JACK SILVER,
    Co-counsel for Plaintiffs

Dated: June 14, 2010         GIRARDI & KEESE


By: /s/ Thomas V. Girardi
    THOMAS V. GIRARDI,
    Co-counsel for Plaintiffs

Dated: June 14, 2010         LEWIS, BRISBOIS, BISGAARD & SMITH


By: /s/ Joseph A. Salazar
    JOSEPH A. SALAZAR,
    Attorney for Defendant FRANKLIN
    COUNTY WATER DISTRICT

///

//

/

| | | |
|---|---|---|
| 1 | Dated: June 14, 2010 | GREENFIELD-HARDY |
| 2 | | |
| 3 | | By: /s/ Robert H. Greenfield |
| 4 | | ROBERT H. GREENFIELD, Attorney for Defendants MERCED |
| 5 | | IRRIGATION DISTRICT and MERCED DRAINAGE DISTRICT NO. 1 |
| 6 | | *(erroneously sued herein as MERCED IRRIGATION DISTRICT NO. 1)* |
| 7 | | |
| 8 | Dated: June 14, 2010 | LaMORE, BRAZIER, RIDDLE & GIAMPAOLI |
| 9 | | |
| 10 | | By: /s/ Thomas S. Brazier |
| 11 | | THOMAS S. BRAZIER, Co-counsel for Defendants MERCED |
| 12 | | IRRIGATION DISTRICT and MERCED DRAINAGE DISTRICT NO. 1 |
| 13 | | *(erroneously sued herein as MERCED IRRIGATION DISTRICT NO. 1)* |
| 14 | Dated: June 14, 2010 | ALLEN, FAGALDE, |
| 15 | | ALBERTONI & FLORES LLP |
| 16 | | |
| 17 | | By: /s/ Terry L. Allen |
| 18 | | TERRY L. ALLEN, Attorney for Defendant COUNTY OF MERCED |
| 19 | | |
| 20 | Dated: June 14, 2010 | GREBEN & ASSOCIATES |
| 21 | | |
| 22 | | By: /s/ Jan Adam Greben |
| 23 | | JAN ADAM GREBEN, Co-counsel for Defendant COUNTY OF MERCED |
| 24 | | |
| 25 | Dated: June 14, 2010 | BEST, BEST & KRIEGER, LLP |
| 26 | | |
| 27 | | By: /s/ Gene Tanaka |
| 28 | | GENE TANAKA, Attorney for Defendant CITY OF MERCED |

| | | |
|---|---|---|
| 1 | Dated: June 14, 2010 | BARG, COFFIN, LEWIS & TRAPP |

By: /s/ Stephen C. Lewis
STEPHEN C. LEWIS,
Attorney for Defendants MERCK & CO.,
INC.; AMSTED INDUSTRIES, INC.;
BALTIMORE AIRFOIL COMPANY,
INC. and TRACK FOUR, INC.

Dated: June 14, 2010                    JONES HELSLEY PC

By: /s/ Timothy Jones
TIMOTHY JONES,
Co-counsel for Defendants MERCK & CO.,
INC.; AMSTED INDUSTRIES, INC.;
BALTIMORE AIRFOIL COMPANY,
INC. and TRACK FOUR, INC.

Dated: June 14, 2010                    STEVENS, DRUMMOND & GIFFORD

By: /s/ Gary Drummond
GARY DRUMMOND,
Attorney for Defendant
MEADOWBROOK WATER COMPANY
OF MERCED, INC.

IT IS SO ORDERED.

**Dated:   June 18, 2010**                    **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

4