Robert H. Greenfield, SBN 114500
GREENFIELD•HARDY
4790 Golden Foothill Parkway, Suite 210
El Dorado Hills, CA 95762
Telephone: (916)939-1070
Facsimile:   (916)939-1075

Thomas S.  Brazier, SBN 55484
Jeffrey F. Oneal, SBN 129072
LAMORE, BRAZIER, RIDDLE & GIAMPAOLI
1570 The Alameda, Suite 150
San Jose, CA 95126
Telephone:  (408) 280-6800
Facsimile:   (408) 275-6284

Attorneys for Defendant
Merced Irrigation District and
Merced Drainage District No. 1
erroneously served as Merced
Irrigation District No. 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABACARA; et al.<br>　　　　Plaintiff,<br><br>　　vs.<br><br>MERCK  et al.,<br><br>　　　　Defendants. | CASE NO.:  1:07-CV-388-OWW-DLB<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SETTLEMENT CONFERENCE** |

The parties to this action have met and conferred and have reached the following stipulation:

　　1.　　That this matter is presently set for a Mandatory Settlement Conference on July 13, 2010, with the Honorable U.S. Magistrate Judge Dennis Beck of the Eastern District of California.

　　2.　　That on July 12, 2010 and potentially July 13, 2010 Plaintiff and Defendants the City of Merced, County of Merced, Merced Irrigation District, and Franklin County Water District will be involved in a private mediation.

/ / /

1
STIPULATION AND ORDER TO CONTINUE MANDATORY SETTLEMENT CONFERENCE

3.     That Motions for Summary Adjudication have been filed in this action by every defendant and those motions are scheduled to be heard on September 24, 2010.

Therefore, the parties hereby stipulate that the Mandatory Settlement Conference presently scheduled for July 13, 2010, be moved to October 12, 2010, with the Honorable U.S. Magistrate Judge Dennis Beck of the Eastern District of California.

IT IS SO STIPULATED.

Dated:  June 24, 2010                         GREENFIELD HARDY

By:  / s / 
ROBERT H. GREENFIELD
Attorneys for Defendants
Merced Irrigation District

Dated: June 24, 2010                          MARDEROSIAN, RUNYON, CERCONE
LEHMAN & ARMO

By:  / s /
MICHAEL G. MARDEROSIAN,
Attorney for Plaintiffs above named

Dated: June 24, 2010                          SHERNOFF, BIDART, DARRAS &
ECHEVERRIA

By:  / s /
MICHAEL J. BIDART,
Attorneys for Plaintiffs above named

Dated: June 24, 2010                          GIRARDI & KEESE

By:  / s /
THOMAS V. GIRARDI
Attorneys for Plaintiffs above named

/ / /

/ / /

1  Dated: June 24, 2010                          LAW OFFICE OF JACK SILVER

3                                          By:   / s /
4                                                JACK SILVER,
                                                 Attorneys for Plaintiffs above named

6  Dated: June 24, 2010                          LEWIS, BRISBOIS, BISGAARD &
                                                 SMITH

8                                          By:   / s /
                                                 JOSEPH A. SALAZAR
9                                                Attorneys for Defendant, FRANKLIN
                                                 COUNTY WATER DISTRICT

11 Dated: June 24, 2010                          LaMORE, BRAZIER, RIDDLE &
12                                               GIAMPAOLI

13                                         By:   / s /
14                                               JEFFREY F. O'NEAL
                                                 Attorneys for Defendant, MERCED
15                                               IRRIGATION DISTRICT

17 Dated: June 24, 2010                          ALLEN, FAGALDE, ALBERTONI &
                                                 FLORES LLP

19                                         By:   / s /
                                                 TERRY L. ALLEN
20                                               Attorneys for Defendant, COUNTY OF
                                                 MERCED

22 Dated: June 24, 2010                          GREBEN & ASSOCIATES

24                                         By:   / s /
                                                 JAN ADAM GREBEN
25                                               Attorneys for Defendant, COUNTY OF
                                                 MERCED

27 / / /

28 / / /

3
STIPULATION AND ORDER TO CONTINUE MANDATORY SETTLEMENT CONFERENCE

Dated: June 24, 2010                              BEST, BEST & KRIEGER

                                                     By:   / s /
                                                          GENE TANAKA
                                                          Attorneys for Defendant, CITY OF MERCED

Dated: June 24, 2010                              STEVENS. DRUMMOND & GIFFORD

                                                     By:   / s /
                                                          GARY DRUMMOND
                                                          Attorneys for MEADOWBROOK WATER COMPANY OF MERCED, INC.

Dated: June 24, 2010                              BARG, COFFIN, LEWIS & TRAPP

                                                     By:   / s /
                                                          STEPHEN C. LEWIS,
                                                          Attorneys for MERCK & CO., INC.; AMSTED INDUSTRIES, INC.; BALTIMORE AIRCOIL COMPANY, INC. and TRACK FOUR, INC.

**ORDER**

    Based upon the above stipulation and good cause appearing IT IS SO ORDERED.

    The Settlement Conference presently scheduled for July 13, 2010, is hereby vacated and a new Mandatory Settlement Conference is set for October 12, 2010, in Courtroom 9 of this court at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **June 28, 2010**                              /s/ *Dennis L. Beck*
                                                                                     UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO CONTINUE MANDATORY SETTLEMENT CONFERENCE