Michael G. Marderosian, No. 77296
Brett L. Runyon, No. 133501
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721
Telephone:  (559) 441-7991
Facsimile: (559) 441-8170

Michael J. Bidart, No. 60582
Ricardo Echeverria, No. 166049
Gregory L. Bentley, No. 151147
SHERNOFF, BIDART & ECHEVERRIA
600 South Indian Hill Boulevard
Claremont, CA   91711-5498
Telephone:  (909) 621-4935
Facsimile:  (909) 625-6915

Thomas V. Girardi, No. 36603
Stephen G. Larson, No. 145225
Shawn McCann, No. 227553
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA   90017
Telephone:  (213) 977-0211
Facsimile:  (213) 481-1554

Jack Silver, No. 160575
LAW OFFICE OF JACK SILVER
Post Office Box 5469
Santa Rosa, CA 95402
Telephone:  (707) 829-0934
Facsimile:  (707) 528-8675

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., et al.,<br><br>Defendants. | Case No. 1:07-CV-0388 OWW DLB<br><br>**ORDER FOR MISCELLANEOUS RELIEF TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF MICHAEL G. MARDEROSIAN IN OPPOSITION TO THE MERCK DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT (PHASE 1) AND MEADOWBROOK WATER COMPANY'S MOTION FOR SUMMARY JUDGMENT** |

)

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT the following documents to be submitted as exhibits to the Declaration of Michael G. Marderosian in Opposition to Merck Defendants' Motion for Partial Summary Judgment (Phase 1) and Meadowbrook Water Company's Motion for Summary Judgment shall be filed under seal pursuant to the Protective Orders [Docket Nos. 130, 530] filed in this matter:

    1.    Memorandum from Department of Health Services dated July 13, 1993.

    2.    Meadowbrook Well No. 2 Statement regarding Source Protection from PCA's (MWC003172).

    3.    Meadowbrook Company Well Log, Well No. 2.

IT IS SO ORDERED.

Dated:   **July 2, 2010**           **/s/ Oliver W. Wanger**

                                            UNITED STATES DISTRICT JUDGE