1  Gary T. Drummond, Esq., SBN 47709
   David A. Gifford, Esq., SBN 85909
2  M. Elisabeth Gifford, Esq., SBN 117022
   Stevens, Drummond & Gifford
3  1910 Olympic Boulevard, Suite 250
   Walnut Creek, California 94596
4  Tel:   (925) 944-5550
   Fax:  (925) 256-9669
5
6  Attorneys for Defendant Meadowbrook Water
   Company of Merced, Inc.
7
8
9              UNITED STATES DISTRICT COURT
10              EASTERN DISTRICT OF CALIFORNIA
11
12 RAUL VALENCIA ABARCA,, et  )   Case No.  1:07-CV-0388-OWW DLB
   al.,                       )
13                            )
                 Plaintiffs,  )
14                            )
        vs.                   )
15                            )
   MERCK & CO., INC., et al., )
16                            )
                 Defendants.  )
17                            )
                              )
18
19           ORDER GRANTING REQUEST
      FOR LEAVE TO ENLARGE PAGE LIMITS FOR REPLY BRIEF
20
           MEADOWBROOK WATER COMPANY
21     MOTION TO EXCLUDE CERTAIN OPINION TESTIMONY
22
23           Date:         September 24, 2010
             Time:         10:00 a.m.
24           Courtroom:    3
             Action Filed: March 8, 2007
25           Trial Date:   November 23, 2010
26
27
28
---
Order Granting Request for Leave to Enlarge Page Limits for Reply Brief
 Meadowbrook Water Company of Merced, Inc.
 USDC Eastern Dist. Case #: 1:07-CV-0388-OWW DLB

1   For good cause shown, the request for leave to file a brief in reply to plaintiffs'
2   opposition to defendant's motion to exclude certain opinion testimony of R. Douglas
3   Bartlett is **GRANTED**.  The reply brief may extend to fifteen (15) pages in length,
4   using 14-point font.

7   **IT IS SO ORDERED.**

9   Dated: July 15, 2010         /s/ OLIVER W. WANGER
10                               UNITED STATES DISTRICT JUDGE