UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL VALENCIA ABARCA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MERCK & CO., INC., et al.,<br><br>　　　　Defendants. | 1:07-cv-0388 OWW DLB<br><br>ORDER RESCINDING AND VACATING MINUTE ORDER OF JULY 15, 2010 |

　　A minute order was entered in this case based upon advice that all parties had agreed to a 90 day continuance to engage in settlement efforts with public entity Defendants of the flooding claims.

　　That order was entered July 15, 2010. On July 20, 2010 the Court was advised by Defendant Merck that an agreement had not been reached among all counsel. Accordingly, the minute order suspending for 90 days the case schedule, filing, and trial dates is RESCINDED AND VACATED. The existing schedule for dispositive motions, pretrial and trial of this case remains fully effective. IT IS SO ORDERED.

Dated:　July 21, 2010　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1