JOHN F. BARG (State Bar No. 60230; jfb@bcltlaw.com)
STEPHEN C. LEWIS (State Bar No. 66590; scl@bcltlaw.com)
R. MORGAN GILHULY (State Bar No. 133659; rmg@bcltlaw.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone:   (415) 228-5400
Facsimile:    (415) 228-5450

TIMOTHY JONES (State Bar No. 119841; tjones@joneshelsley.com)
JOHN P. KINSEY (State Bar No. 215916; jkinsey@joneshelsley.com)
JONES HELSLEY PC
265 E. River Park Circle, Suite 310
Post Office Box 28340
Fresno, California 93720
Telephone:   (559) 233-4800
Facsimile:    (559) 233-9330

Attorneys for Defendants Merck & Co., Inc.,
Amsted Industries, Inc., Baltimore Aircoil Company, Inc.
and Track Four, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., et al.,<br><br>Defendants. | Case No. 1:07-cv-00388-OWW-DLB<br><br>**STIPULATION AND ORDER RE: DISCLOSURE OF PHASE 1 TRIAL WITNESSES** |

    The undersigned parties, by and through their counsel of record, hereby stipulate and request that the Court order as follows:

    1. On or before August 16, 2010, Plaintiffs shall serve on all parties a list of all witnesses to be called by Plaintiffs during Plaintiffs' case during the Phase 1 trial with the exception of rebuttal and impeachment witnesses.

2. On or before August 23, 2010, each Defendant shall serve on all parties a list of all witnesses to be called by it during Defendants' case during the Phase 1 trial with the exception of sur-rebuttal and impeachment witnesses.

3. On or before August 30, 2010, Plaintiffs may serve a supplemental list of witnesses to be called by Plaintiffs during Plaintiffs' case during the Phase 1 trial.

4. On or before September 7, 2010, each Defendant may serve a supplemental list of witnesses to be called by it during Defendants' case during the Phase 1 trial.

5. Each witness list referred to in paragraphs 1 through 4 above shall specify the witness's name, business affiliation (if any), address, telephone number, and the general subject matter of the witness's testimony.

6. This stipulation requires the disclosure of trial witnesses regardless of whether previously designated by name in a Rule 26 disclosure or discovery response prior to the May 6 Phase 1 discovery cut-off in this action, except those witnesses called for rebuttal or sur-rebuttal, or solely for purposes of impeachment.  The parties may only supplement their witness lists upon a showing of good cause sufficient to modify the Final Pretrial Conference Order.  The parties request that the Court, by approving and ordering this stipulation, hereby exclude any witness that is required to be disclosed by this Stipulation and Order but that is not identified by the undersigned parties in compliance with this Stipulation and Order.

7. It is the intention of the parties that this stipulation fulfills the parties' obligations related to the pre-trial disclosure of trial witnesses pursuant to Federal Rules of Civil Procedure 26(a)(3)(A)(i) and (ii) and Eastern District Local Rule 281.

8. Notwithstanding the Phase 1 discovery cut-off, any party may depose any witness listed by any other party subject to the following conditions:

    a. Any party may depose any trial witness listed by any opposing party pursuant to this stipulation if that witness was not previously deposed in this case.  Any affiliated[1] witness or out-of-state non-affiliated witness shall be produced by the

---

[1] The term "affiliated" as used herein is defined to mean all past and present, employees, officers, directors, agents, representatives, consultants and contractors, including independent contractors and their employees, of a party.

2

designating party for a deposition.  Such depositions shall not exceed 7 hours in accordance with Federal Rule of Civil Procedure 30.  Depositions of witnesses who reside in Merced County shall be taken in Merced, or, if the witness does not reside in Merced County, the party noticing the deposition agrees to pay the reasonable costs of the witness's travel to Los Angeles, Fresno or San Francisco, with the location of the deposition to be selected by the party noticing the deposition.  Any designated witness who resides in California, who is not affiliated with a party, and who is not willing to travel to Merced, Los Angeles, Fresno or San Francisco may be deposed, subject to the terms of this stipulation, at any location in California where he or she may be compelled to attend by service of a subpoena.  The term "opposing party" as used in this paragraph means that plaintiffs may depose a trial witness not previously deposed only if designated pursuant to this stipulation by one or more defendants, and defendants may depose a trial witness not previously deposed only if designated pursuant to this stipulation by plaintiffs.

b.  The party noticing the deposition will be responsible for the cost of the original deposition transcript and original audio or video recording, if any.  All parties will be responsible for the cost of ordering their own copies of deposition transcripts and audio and/or videotapes, if any.

c.  All depositions taken pursuant to this Stipulation and Order shall be completed by October 15, 2010.

IT IS SO STIPULATED.

Dated:  August 11, 2010

MARDEROSIAN, RUNYON, CERCONE & LEHMAN


By: s/Michael Marderosian (as authorized 8/10/10)
     MICHAEL G. MARDEROSIAN

Attorneys for Plaintiffs

3

STIPULATION AND ORDER RE: DISCLOSURE OF PHASE 1 TRIAL WITNESSES
U.S.D.C Case No. Civ. 1:07-cv-0038-OWW-DLB

743590.5

| | |
|---|---|
| Dated:  August 11, 2010 | LEWIS, BRISBOIS, BISGAARD & SMITH |
| | |
| | By: s/Joseph A. Salazar (as authorized 8/10/10)<br>    JOSEPH A. SALAZAR |
| | |
| | Attorneys for Defendant FRANKLIN COUNTY WATER DISTRICT |
| | |
| Dated:  August 11, 2010 | GREENFIELD-HARDY |
| | |
| | By: s/Robert Greenfield (as authorized 8/11/10)<br>    ROBERT H. GREENFIELD |
| | |
| | Attorneys for Defendant MERCED IRRIGATION DISTRICT |
| | |
| Dated:  August 11, 2010 | ALLEN, FAGALDE, ALBERTONI & FLORES, LLP |
| | |
| | By: s/Terry L. Allen (as authorized 8/10/10)<br>    TERRY L. ALLEN |
| | |
| | Attorneys for Defendant COUNTY OF MERCED |
| | |
| Dated:  August 11, 2010 | GREBEN & ASSOCIATES |
| | |
| | By:   s/Jan Greben (as authorized 8/11/10)<br>    JAN ADAM GREBEN |
| | |
| | Attorneys for Defendant COUNTY OF MERCED |
| | |
| Dated:  August 11, 2010 | BEST, BEST & KRIEGER |
| | |
| | By:   s/Gene Tanaka (as authorized 8/10/10)<br>    GENE TANAKA |
| | |
| | Attorneys for Defendant CITY OF MERCED |

| | |
|---|---|
| Dated: August 11, 2010 | BARG COFFIN LEWIS & TRAPP, LLP |
| | By: _____s/R. Morgan Gilhuly_____<br>         R. MORGAN GILHULY |
| | Attorneys for Defendants MERCK & CO., INC.; AMSTED INDUSTRIES, INC.; BALTIMORE AIRCOIL COMPANY, INC.; and TRACK FOUR, INC. |
| Dated: August 11, 2010 | STEVENS, DRUMMOND & GIFFORD |
| | By: s/David Gifford (as authorized 8/10/10)<br>         DAVID GIFFORD |
| | Attorneys for Defendants MEADOWBROOK WATER COMPANY OF MERCED, INC. |

IT IS SO ORDERED.

Dated:   **August 12, 2010**          /s/ Oliver W. Wanger
                                                       UNITED STATES DISTRICT JUDGE