JOHN F. BARG (State Bar No. 60230; jfb@bcltlaw.com)
STEPHEN C. LEWIS (State Bar No. 66590; scl@bcltlaw.com)
R. MORGAN GILHULY (State Bar No. 133659; rmg@bcltlaw.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone:   (415) 228-5400
Facsimile:    (415) 228-5450

TIMOTHY JONES (SBN 119841; tjones@joneshelsley.com)
JOHN P. KINSEY (SBN 215916; jkinsey@joneshelsley.com)
JONES HELSLEY PC
265 E. River Park Circle, Suite 310
Post Office Box 28340
Fresno, California  93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Attorneys for Defendants Merck & Co., Inc.,
Amsted Industries, Inc., Baltimore Aircoil Company, Inc.
and Track Four, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MERCK & CO, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:07-CV-0388 OWW DLB<br><br>**ORDER GRANTING REQUEST FOR LEAVE TO ENLARGE PAGE LIMITS FOR REPLY BRIEFS IN SUPPORT OF MOTIONS TO EXCLUDE TESTIMONY OF (1) R. DOUGLAS BARTLETT, AND (2) CAMILLE SEARS** |

Pursuant to Paragraph 3 of this Court's Standing Order, the request of Defendants Merck & Co., Inc., Amsted Industries, Inc., Baltimore Aircoil Company, Inc. and Track Four, Inc. (collectively the "BAC Defendants") for leave to file (1) an enlarged Reply in Support of the BAC Defendants' Motion to Exclude Testimony of Plaintiffs' Expert Witness R. Douglas Bartlett, and (2) an enlarged Reply in Support of the BAC

{6957/002/00252965.DOC}                                       1

**ORDER GRANTING REQUEST FOR LEAVE TO ENLARGE PAGE LIMITS FOR REPLY BRIEFS IN SUPPORT OF MOTIONS TO EXCLUDE TESTIMONY OF (1) R. DOUGLAS BARTLETT, AND (2) CAMILLE SEARS**

PDF created with pdfFactory trial version www.pdffactory.com

1  Defendants' Motion to Exclude Testimony of Plaintiffs' Expert Witness Camille Sears
2  of no more than 12 pages in length each is hereby **GRANTED**.  The BAC Defendants'
3  (1) Reply in Support of the BAC Defendants' Motion to Exclude Testimony of
4  Plaintiffs' Expert Witness R. Douglas Bartlett, and (2) Reply in Support of the BAC
5  Defendants' Motion to Exclude Testimony of Plaintiffs' Expert Witness Camille Sears
6  shall each not exceed 12 pages, and shall be filed using 13-point font.

8  **IT IS SO ORDERED**.

10  DATED:  August 13, 2010                    /s/ OLIVER W. WANGER
                                               United States District Judge

{6957/002/00252965.DOC}                    2

**ORDER GRANTING REQUEST FOR LEAVE TO ENLARGE PAGE LIMITS FOR REPLY BRIEFS IN SUPPORT OF MOTIONS TO EXCLUDE TESTIMONY OF (1) R. DOUGLAS BARTLETT, AND (2) CAMILLE SEARS**

PDF created with pdfFactory trial version www.pdffactory.com