UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., et al.<br><br>Defendants. | Case No. 1:07-cv-00388-OWW-DLB<br><br>**ORDER MODIFYING SCHEDULING CONFERENCE ORDER** |

Pursuant to the discussions between the Court and counsel at the hearings on October 6 and 7, 2010, the Court Orders as follows:

1. The deadline for the submission of a Joint Pre-Trial Statement is extended to October 19, 2010.

2. The Pre-Trial Conference, previously set for October 18, 2010, shall go forward on November 1, 2010 at 11:00 a.m. in Courtroom 3.

IT IS SO ORDERED.

Dated:   **October 12, 2010**          **/s/ Oliver W. Wanger**
                                  UNITED STATES DISTRICT JUDGE

Order Modifying Scheduling Conference Order
*Abarca, Raul Valencia v. Merck & Co., Inc. et al., Case* No. 1:07-cv-00388-OWW-DLB

1

777282.1