**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MERCK & CO., INC., et al., ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | 1:07-cv-0388 OWW DLB <br><br> ORDER RE: PENDING MOTIONS FOR SUMMARY JUDGMENT AND APPOINTMENT OF FED. R. EVID. 706 EXPERT |

A status conference was held October 22, 2010 concerning the request of the parties' mediator to defer ruling on the pending motions for summary judgment to October 29, 2010. All parties agreed. The Court also advised the parties of its intent to appoint a Fed. R. Evid. 706 expert to assist the Court to understand and resolve disputes over ground water modeling and the analysis of concentration levels of hexavalent chromium and/or arsenic in Meadowbrook Well No. 2 and surrounding areas.

The parties were directed to provide nominations for experts by close of business on Monday, October 25, 2010.

Submission of the Joint Pretrial Conference Statement is also deferred pending the outcome of the summary judgment motions and the 706 expert proceedings.

1

Once the 706 expert is selected, a schedule will be established for preparation of a report and its presentation to the Court and parties.

IT IS SO ORDERED.

Dated:   October 25, 2010                   /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE