UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., et al.<br><br>Defendants. | Case No. 1:07-cv-00388-OWW-DLB<br><br>**ORDER RE APPOINTMENT OF EXPERT PURSUANT TO FED. R. EVID. 706** |

Pursuant to Federal Rule of Evidence 706 and the agreement of the parties, the Court finds it necessary and appoints Kenneth Schmidt, Ph. D., a qualified hydrogeologist and hydrologist, as a 706 expert to assist the Court in evaluating the groundwater model of plaintiffs' expert R. Douglas Bartlett, and his methodology in designing, constructing, and using his model. Dr. Schmidt's communications with the Court about logistics shall not be recorded, matters of substance will be documented and made part of the record.

Dr. Schmidt's duties shall include:

(i) reviewing materials designated by the Court as necessary to evaluate the scientific validity of Mr. Bartlett's modeling methodology;

(ii) preparing a report setting forth his opinions concerning Mr. Bartlett's model; and

(iii) testifying in deposition and/or a proceeding in this Court, subject to examination by the parties, regarding those opinions.

Plaintiffs and defendants shall each bear 50 percent of the costs incurred for the Court's use of Dr. Schmidt.

The parties are requested to consult with each other to discuss and attempt to resolve logistical issues related to the appointment of Dr. Schmidt, including, but not limited to:

1. Providing the Court with documents relating directly to Mr. Bartlett's model, such as Mr. Bartlett's electronic modeling files, his deposition,

ORDER RE APPOINTMENT OF EXPERT PURSUANT TO FED. R. EVID. 706
*Abarca, Raul Valencia v. Merck & Co., Inc. et al., Case* No. 1:07-cv-00388-OWW-DLB

1

783468.1

PDF created with pdfFactory trial version www.pdffactory.com

declarations, and hearing testimony, the depositions, declarations, and hearing testimony of experts critical of Mr. Bartlett's model and modeling methodology, such as David Bean, Dr. Murray Einarson, Dr. Vicki Kretsinger-Grabert, Dr. Joseph Scalmanini, Dr. Daniel Stephens, and Dr. John Wilson, and documents that provide data concerning site geology and hydrogeology, monitoring wells, municipal drinking water wells, groundwater quality and chemical constituents, and well construction. Duplication of opinions and underlying data shall be avoided. The parties are directed to delete or redact material that reflects their arguments or those of counsel. Such non-scientific materials shall not be provided to Dr. Schmidt;

2. Any supplemental materials that Dr. Schmidt may require in order to complete his assignment;

3. Developing for the Court's consideration the manner and method by which the Court shall propound questions to Dr. Schmidt and how any answers shall be recorded for the record;

4. Whether written questions to and written responses by Dr. Schmidt shall be provided; and

5. Whether, and if so, on what conditions discovery of Dr. Schmidt's opinions shall be permitted.

The Court will set a status conference, at which Dr. Schmidt may appear telephonically, to discuss logistical issues related to his expert appointment including, but not limited to Dr. Schmidt's views as to:

1. The extent of preliminary work he will need to perform to prepare for any questions propounded to him;

2. The amount of time needed to perform his preparatory work;

3. What additional information, if any, he will need to perform his work in this case, including preparing a report; and

ORDER RE APPOINTMENT OF EXPERT PURSUANT TO FED. R. EVID. 706
*Abarca, Raul Valencia v. Merck & Co., Inc. et al.*, Case No. 1:07-cv-00388-OWW-DLB

2

783468.1

PDF created with pdfFactory trial version www.pdffactory.com

4. His availability to consult with the Court.

IT IS SO ORDERED.

Dated: <u>October 28, 2010</u>              <u>/s/ OLIVER W. WANGER</u>
                                        UNITED STATES DISTRICT JUDGE

ORDER RE APPOINTMENT OF EXPERT PURSUANT TO FED. R. EVID. 706
*Abarca, Raul Valencia v. Merck & Co., Inc. et al.*, Case No. 1:07-cv-00388-OWW-DLB

3

783468.1

PDF created with pdfFactory trial version www.pdffactory.com