# COUNTESS  ENVIRONMENTAL

4001 Whitesail Circle
Westlake Village, CA  91361
818-889-2669

## INVOICE

**CLIENT:**   Judge Oliver W. Wanger
United States District
Eastern District of California
7801 U.S. Courthouse
2500 Tulare Street
Fresno, CA 93721

**Invoice #:**  CE10005
**Date of Invoice:**  11/19/10
**Project**:  Abarca et al. v. Merck et al., 1:07-cv-388 OWW
**Period of Performance:**  November 3 - 19, 2010

**Work Performed as a Court Appointed FRE 206 Expert**
- Communications with the Court and with Dr. Cowherd 12.25 hours
- Review Court Exhibits                                                               59.5 hours
- Develop Conceptual Approach                             10.0 hours
- Prepare Draft Report                                                                38.5 hours
- Prepare Final Report                                                                 13.75 hours

**Total Labor Hours for the Period**                                                     **134 hours**

A breakdown of hours by day is presented below.
11/3 (6.5), 11/4 (10), 11/5 (11), 11/6 (10), 11/7 (9), 11/8 (11), 11/9 (8.5), 11/10 (11), 11/11 (8), 11/12 (6), 11/13 (6.5), 11/14 (8.5), 11/15 (9.5), 11/16 (3), 11/17 (3), 11/18 (5), 11/19 (7.5).

The following is now due and payable with terms net 30 days.

Labor:  134 hours @ $250 per hour                                                                $33,500
Travel:  2 hours (to meet with Dr. Cowherd in LA on Nov. 3rd) @ $125/hour         $250
Other Direct Costs
- 78 miles roundtrip to meet with Dr. Cowherd on Nov. 3rd @ $0.50/mile            $39
- Parking fee at LA Marriott Downtown (receipt available upon request)            $15

**TOTAL THIS INVOICE**                                                                            **$33,804**

Prepared By:                                                                            Richard J. Countess