1260 FULTON MALL
FRESNO, CA 93721-1916
TELEPHONE: (559) 441-7991
FACSIMILE: (559) 441-8170
VISIT US AT: WWW.MRCL-LAW.COM
EMAIL: MICK@MRCL-LAW.COM

**MARDEROSIAN, RUNYON, CERCONE & LEHMAN**

ATTORNEYS AT LAW

November 22, 2010

VIA EMAIL & PERSONAL DELIVERY

Renee Gaumnitz
Courtroom Deputy to the Honorable Oliver W. Wanger
U.S. District Court, Eastern District of California
2500 Tulare Street, Suite 1501
Fresno, CA 93721

Re:     *Abarca, et al. v. Merck & Co., et al.*
        U.S. District Court Case No. 1:07-CV-0388 OWW DLB

Dear Ms. Gaumnitz:

Pursuant to Minute Order (Document No. 933), the court has scheduled a hearing regarding the 706 expert issue for December 2 and 3, 2010, commencing at 9:00 a.m. each day. A conflict has arisen regarding December 2, 2010, which requires a modification to this schedule. In this regard, plaintiffs' counsel, Stephen G. Larson of Girardi & Keese, and Michael Bidart of Shernoff, Bidart & Echeverria intend on being present for this hearing, in addition to myself on behalf of the plaintiffs. Mr. Larson and Mr. Bidart are unavailable on December 2, 2010, but are available on November 30, 2010, December 1, 2010, and December 3, 2010. In this regard, plaintiffs are hereby requesting a rescheduling of this hearing. Plaintiffs' propose that the 706 expert testimony be presented on November 30 and December 1, with oral argument on December 3.

Respectfully submitted,

MARDEROSIAN, RUNYON,
CERCONE & LEHMAN

Mick Marderosian

MGM:lah

cc: Debbie Pell
    All Counsel (*via email*)