# COUNTESS ENVIRONMENTAL

4001 Whitesail Circle
Westlake Village, CA  91361
818-889-2669

## INVOICE

**CLIENT:**   Judge Oliver W. Wanger
United States District
Eastern District of California
7801 U.S. Courthouse
2500 Tulare Street
Fresno, CA 93721

**Invoice #:**  CE10009
**Date of Invoice:**  12/03/10
**Project**:  Abarca et al. v. Merck et al., 1:07-cv-388 OWW
**Period of Performance:**  Nov. 24 – Dec. 2, 2010

**Work Performed as a Court Appointed FRE 706 Expert**
- Preparations for Court Appearance                5 hours
- Appearance in Court on December 2nd             7 hours
- Travel for Court Appearance                     10 hours

Breakdown of hours by day:  11/24 (1), 11/29 (1), 12/1 (7), 12/2 (13).

The following is now due and payable with terms net 30 days.

| | | |
|---|---|---:|
| Labor: | 5 hours @ $250 per hour | $1,250 |
| | 7 hours @ $375/hour | $2,625 |
| Travel: | 10 hours @ $125/hour | $1,250 |

Other Direct Costs
- 80 miles roundtrip to LAX @ $0.50/mile          $40.00
- Parking fee at LAX                              $17.00
- R/T airfare from LAX top Fresno                 $1,017.40
- Taxi from Fresno airport to hotel               $25.00
- One night at Radisson Hotel                     $104.10
- Meals for two days                              $103.48

**TOTAL THIS INVOICE**                            **$6,431.98**

Prepared By:                                      Richard J. Countess