Remit To:



**MIDWEST RESEARCH INSTITUTE**
425 Volker Blvd.
Kansas City, MO 64110
(816) 753-7600

| | | |
|---|---|---|
| Billing Number: | 001 | |
| Invoice Number: | INV-0000031675 | Invoice Date: 12/14/2010 |

Description: Federal Court Order Case 1:07-cv-00388-OWW-DLB
Bill To:
  U.S. District Court
  Eastern District of CA / Fresno Division

Fresno, CA

Remit To:
  Midwest Research Institute
  Attn: Accounts Receivable
  425 Volker Blvd.
  Kansas City, MO 64110

| | | | | Funded Value |
|---|---|---|---|---|
| Customer Number: | US DST COURT | | Cost: | 30,000.00 |
| Prime Contract Number: | | | Fee: | 0.00 |
| Subcontractor Number: | Fed Ct Case: 1:07-cv | | Total: | 30,000.00 |
| Customer PO Number: | 00388-OWW-DLB | | | |
| Project Number: | 311087.1 | | Cumulative Amount Billed: | 16,022.33 |
| Project Name: | +Rvw/Analy Air Emissions | | | |
| Project Period of Performance: | 11/02/2010 to 06/30/2011 | | | |
| Terms: | UNASSIGNEDTERMS | | Billing Period From: 11/02/2010 | |
| Due Date: | 01/13/2011 | | To: 11/30/2010 | |

| | Current Hours | Rate | Current Amount | Cumulative Hours | Cumulative Amount |
|---|---|---|---|---|---|
| TE407 Principal Advisor Engineering | 45.00 | 350.0000 | 15,750.00 | 45.00 | 15,750.00 |
| Total Staff Labor | 45.00 | | 15,750.00 | 45.00 | 15,750.00 |
| | | | | | |
| Travel | | | 16.15 | | 16.15 |
| Other Direct Costs | | | 256.18 | | 256.18 |
| Total Oth Dir Cost | | | 272.33 | | 272.33 |
| | | | | | |
| Invoice Total | | | 16,022.33 | | 16,022.33 |

TIN: 44-0545878
US Bank Account No: 145592002995
US Bank Routing No: 101000187

Contact Name: Paul Motske, Project Accountant
Ph.: (816) 360-5175
Email: pmotske@mriresearch.org

**ORIGINAL INVOICE**

Page: 1