KENNETH D. SCHMIDT AND ASSOCIATES
GROUNDWATER QUALITY CONSULTANTS
600 West Shaw Suite 250
Fresno, California 93704
Telephone (559) 224-4412

January 3, 2011

Hon. Oliver W. Wanger
United States District Court
Eastern District of California
7801 U.S. Courthouse
2500 Tulare Street
Fresno, California 93721

Re: Abarca v Merck
    706 Expert Report

Your Honor:

Enclosed is a statement of professional services for December 4-31, 2010. Professional fees were $3,314.75 and expenses $79.09, or a total of $3,393.84.

Sincerely yours,

Kenneth D. Schmidt

KDS/td

KENNETH D. SCHMIDT AND ASSOCIATES
GROUNDWATER QUALITY CONSULTANTS

STATEMENT OF PROFESSIONAL SERVICES
FOR 706 EXPERT REPORT
ABARCA v. MERCK

Kenneth D. Schmidt & Associates
600 West Shaw Avenue, Suite 250
Fresno, CA  93704

Federal I.D. 94-6318145

Period: December 4-31, 2010

## Professional Fees

**K. D. Schmidt, Principal**
| | | | |
|---|---|---|---|
| 12/9-14 | 2.0 hrs | Review data for next hearing. | |
| 12/15 | 7.75 hrs | Travel to court, attend D. Bartlett testimony part of hearing, and return. | |
| 12/16 | 2.0 hrs | Organize files. | |
| Subtotal: 11.75 hours @ $250 per hour | | | $2,937.50 |

**Court Testimony**
| | | | |
|---|---|---|---|
| 12/15 | 0.75 hr | Expert testimonoy. | |
| Subtotal: 0.75 hr @ $375 per hour | | | $281.25 |

**C. Lassotovitch, Hydrogeologist**
| | | | |
|---|---|---|---|
| 12/4 | 0.5 hr | Check on court schedule, and compile files for K. Schmidt. | |
| 12/10 | 0.3 hr | Discussions with Court on K. Schmidt court appearance schedule. | |
| Subtotal: 0.8 hour @ $120 per hour | | | $96.00 |

Total Professional Fees                                    $3,314.75

## Expenses

| | | |
|---|---|---|
| 10/26 | Phone O. Wanger Fresno 559-418-5650 | $ 5.26 |
| 11/1 | Phone K. Schmidt Denver, CO 303-436-1234 | 9.88 |
| 11/15 | Phone C. Lassotovich Fresno 555-224-4412 | 4.25 |
| 12/15 | Convention Center parking | 9.00 |
| Dec | Secretarial services (1.0 hr @ $50/hr) | 50.00 |
| Dec | Copies (7 @ 0.10) | 0.70 |
| Subtotal: | | $79.09 |

KENNETH D. SCHMIDT AND ASSOCIATES
GROUNDWATER QUALITY CONSULTANTS

2

Total Professional Fees and Expenses　　　　　　$3,393.84

_____　　　　　_____
　　Kenneth D. Schmidt　　　　　　　　　　　　　January 3, 2011