1  JOHN F. BARG (State Bar No. 60230; jfb@bcltlaw.com)
   STEPHEN C. LEWIS (State Bar No. 66590; scl@bcltlaw.com)
2  R. MORGAN GILHULY (State Bar No. 133659; rmg@bcltlaw.com)
   BARG COFFIN LEWIS & TRAPP, LLP
3  350 California Street, 22nd Floor
   San Francisco, California 94104-1435
4  Telephone:    (415) 228-5400
   Facsimile:    (415) 228-5450
5
6  TIMOTHY JONES (State Bar No. 119841; tjones@joneshelsley.com)
   JOHN P. KINSEY (State Bar No. 215916; jkinsey@joneshelsley.com)
7  JONES HELSLEY PC
   265 E. River Park Circle, Suite 310
8  Post Office Box 28340
   Fresno, California 93720
9  Telephone:    (559) 233-4800
   Facsimile:    (559) 233-9330

10 Attorneys for Defendants Merck & Co., Inc.,
   Amsted Industries Incorporated, Baltimore Aircoil
11 Company, Inc., and Track Four, Inc.

# DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ABARCA, RAUL VALENCIA, et al., | Case No. 1:07-cv-00388-OWW-DLB |
|---|---|
| Plaintiffs, | |
| v. | **STIPULATION OF DISMISSAL OF DEFENDANT TRACK FOUR, INC.; ORDER** |
| MERCK & CO., INC., et al., | |
| Defendants. | |

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the undersigned parties, by and through their counsel of record, hereby stipulate, and request that the Court order, that this action, including all claims asserted by plaintiffs and each of them in this action, against defendant Track Four, Inc., and only Track Four, Inc., is dismissed with prejudice. In exchange for this dismissal with prejudice, Track Four, Inc. shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: January 25, 2011     MARDEROSIAN, RUNYON, CERONE, LEHMAN & ARMO

By: s/Michael Marderosian (as authorized 1/25/11)
    MICHAEL G. MARDEROSIAN

Attorneys for Plaintiffs

Dated: January 25, 2011     SHERNOFF BIDART ECHEVERRIA, LLP

By: s/Michael J. Bidart (as authorized 1/25/11)
    MICHAEL J. BIDART

Attorneys for Plaintiffs

Dated: January 25, 2011     GIRARDI & KEESE

By: s/Stephen G. Larson (as authorized 1/25/11)
    STEPHEN G. LARSON

Attorneys for Plaintiffs

Dated: January 25, 2011     LAW OFFICE OF JACK SILVER

By: s/Jack Silver (as authorized 1/25/11)
    JACK SILVER

Attorneys for Plaintiffs

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: January 25, 2011 | BARG COFFIN LEWIS & TRAPP, LLP |
| | By:     s/Stephen C. Lewis<br>STEPHEN C. LEWIS |
| | Attorneys for Defendant TRACK FOUR, INC. |

### ORDER

**IT IS SO ORDERED.**

Dated: January 27, 2011    /s/  OLIVER W. WANGER
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com