Michael G. Marderosian, No. 77296
Brett L. Runyon, No. 133501
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721
Telephone:  (559) 441-7991
Facsimile: (559) 441-8170

Michael J. Bidart, No. 60582
Ricardo Echeverria, No. 166049
SHERNOFF BIDART ECHEVERRIA, LLP
600 South Indian Hill Boulevard
Claremont, CA  91711-5498
Telephone:  (909) 621-4935
Facsimile:  (909) 625-6915

Thomas V. Girardi, No. 36603
Stephen G. Larson, No. 145225
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA  90017
Telephone:  (213) 977-0211
Facsimile:  (213) 481-1554

Jack Silver, No. 160575
LAW OFFICE OF JACK SILVER
Post Office Box 5469
Santa Rosa, CA 95402
Telephone:  (707) 829-0934
Facsimile:  (707) 528-8675

   Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.,<br><br>    Plaintiffs,<br><br>            v.<br><br>MERCK & CO., INC., et al.,<br><br>    Defendants. | Case No. 1:07-CV-0388 OWW DLB<br><br>**ORDER RE REFERENCE TO COURT QUESTIONING DURING *DAUBERT* AND SUMMARY JUDGMENT HEARINGS** |

///

///

IT IS SO ORDERED THAT:

Hereinafter, should any counsel seek to introduce any testimony from the summary judgment and *Daubert* hearings, no reference shall be made to the fact, where applicable, that it is the Court asking any particular question.

Dated: February 16, 2011.          /s/ Oliver W. Wanger
                                    THE HONORABLE OLIVER W. WANGER,
                                    JUDGE OF THE UNITED STATES
                                    DISTRICT COURT/FRESNO DIVISION