Michael G. Marderosian, No. 77296
Brett L. Runyon, No. 133501
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721
Telephone:  (559) 441-7991
Facsimile: (559) 441-8170

Michael J. Bidart, No. 60582
Ricardo Echeverria, No. 166049
SHERNOFF BIDART ECHEVERRIA, LLP
600 South Indian Hill Boulevard
Claremont, CA  91711-5498
Telephone:  (909) 621-4935
Facsimile:  (909) 625-6915

Thomas V. Girardi, No. 36603
Stephen G. Larson, No. 145225
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA  90017
Telephone:  (213) 977-0211
Facsimile:  (213) 481-1554

Jack Silver, No. 160575
LAW OFFICE OF JACK SILVER
Post Office Box 5469
Santa Rosa, CA 95402
Telephone:  (707) 829-0934
Facsimile:  (707) 528-8675

   Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., et al.,<br><br>   Defendants. | Case No. 1:07-CV-0388 OWW DLB<br><br>**ORDER RE REFERENCE TO COURT QUESTIONING DURING *DAUBERT* AND SUMMARY JUDGMENT HEARINGS** |

///

///

1   IT IS SO ORDERED THAT:

2   Hereinafter, should any counsel seek to introduce any testimony
3   from the summary judgment and *Daubert* hearings, no reference shall
4   be made to the fact, where applicable, that it is the Court asking
5   any particular question.

7   Dated: February 16, 2011.        /s/ Oliver W. Wanger
                                     THE HONORABLE OLIVER W. WANGER,
8                                    JUDGE OF THE UNITED STATES
                                     DISTRICT COURT/FRESNO DIVISION