**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al., | 1:07-cv-0388 OWW DLB |
| Plaintiffs, | ORDER RE: COMPENSATION OF JURY |
| v. | |
| MERCK & CO., INC., et al., | |
| Defendants. | |

Pursuant to the provisions of 28 U.S.C. § 1871(b)(2) the jury in this case has, as of February 17, 2011, served ten days. It is contemplated that there will be an additional four weeks of trial.

By virtue of the extremely complex subject matter, the close attention the jury is required to pay to the evidence, and the length of the hours per day the jury is being asked to serve, the Court, in its discretion, directs that the Jury Clerk for the Fresno Division of the Eastern District of California increase the compensation to be paid each juror from $40.00 per day to $50.00 per day, an increase of $10.00 per day, pursuant to the

///

///

1

1  provisions of 28 U.S.C. § 1871(b)(2).

2

3  IT IS SO ORDERED.

4

5  DATED:   February 18, 2011.

6
                                            /s/ Oliver W. Wanger
7                                           Oliver W. Wanger
                                            United States District Judge
8