UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RAUL VALENCIA ABARCA,, et al.,

         Plaintiffs,

  vs.

MERCK & CO., INC., et al.,

         Defendants.

Case No. 1:07-CV-0388-OWW DLB

ORDER RE: MEADOWBROOK WATER COMPANY OF MERCED, INC.'S MOTIONS IN LIMINE

Date: February 3, 2011
Time: 12:30 p.m.
Courtroom: 3

Defendant Meadowbrook Water Company of Merced, Inc.'s motions in limine came on for hearing in Courtroom 3 of this court on February 3, 2011, all parties appearing by and through their respective counsel. After full consideration of the written and oral submissions presented by each party in support of and in opposition to the motions, and for good cause shown:

1. Meadowbrook's motion in limine no. 1 (Document 1024), to exclude evidence of fraud, intentional misrepresentation, concealment and civil conspiracy by Meadowbrook Water Company is granted.

2. Meadowbrook's motion in limine no. 2 (Document 1031), to exclude any reference or argument that Meadowbrook Well No. 2 is an "illegal well" is:

---

Order Re: Motions In Limine
Meadowbrook Water Company of Merced, Inc.
USDC Eastern Dist. Case #: 1:07-CV-0388-OWW DLB

      a.    Granted; and

      b.    Reserved as to the admissibility of the Meadowbrook Well No. 2 history and related documents, including the IT Corporation Field Investigation Report of June 1992 and Off-Site Well Survey of September 1992, pending an evidentiary foundation for its admissibility.

3.    Meadowbrook's motion in limine no. 3 (Document 1025), to exclude inadmissible hearsay is granted without objection, subject to specific objections to particular evidence during trial.

4.    Meadowbrook's motion in limine no. 4 (Document 1026), requesting a limiting instruction that any Regional Water Quality Control Board finding or presumption that all chromium shall be treated as hexavalent chromium is denied without prejudice, and any such presumption is subject to rebuttal and will not apply if it is shown to be contrary to fact and reality.

IT IS SO ORDERED.

Dated:   March 8, 2011                         /s/ Oliver W. Wanger
                                                              UNITED STATES DISTRICT JUDGE