UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>MERCK & CO., INC., et al., <br><br>　　　　Defendants. | 1:07-cv-0388 OWW DLB <br><br> STIPULATION AND ORDER AS TO OWNERSHIP OF BAC-PRITCHARD FACILITY |

　　As to the ownership of the BAC-Pritchard site (that has also been referred to as "the BAC site"), the parties stipulate and agree that the real property known as the BAC-Pritchard site was purchased by Santa Fe Aero Vista, LLC on June 4, 2002. That subject real property has been continuously owned by Santa Fe Aero Vista from June 4, 2002, through the present. Santa Fe Aero Vista is unrelated to any defendant in this case.

IT IS SO ORDERED.

Dated:   March 28, 2011　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1