



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ABARCA, RAUL VALENCIA, et al., | ) | 1:07-cv-0388 OWW DLB |
| Plaintiffs, | ) | VERDICTS OF TRIAL JURY |
| v. | ) | |
| MERCK & CO., INC., et al., | ) | |
| Defendants. | ) | |

We the jury in the above-entitled case, unanimously find the following answers to the questions submitted to us.

1  Question 1: Have Plaintiffs proved by a preponderance of
2 the evidence that any chemical from the wood treating facility
3 ever reached any location where plaintiffs could have been
4 exposed to such chemical at a concentration exceeding established
5 regulatory standards, and if there is no regulatory standard, at
6 a concentration hazardous to human health?

| Air | No Established Standard |
|---|---|
| Drinking and Surface Water | 50 Parts Per Billion |

Yes  X            No ____

If you answered Question 1 "yes," answer Question 2.
If you answered Question 1 "no," sign and return this verdict.

Question 2A: If Plaintiffs have proved by a preponderance of the evidence that they could have been exposed to a chemical in the air at concentrations hazardous to human health, please provide the following information:

| Pathway | Chemical | Location | Year of Arrival | How long chemical was present | Concentrations |
|---|---|---|---|---|---|
| Air | CR6 | Beachwood Neighborhood | 1969 | 25 yrs | Exhibit 893/ Sears |
| | | | | | |

Question 2B: If Plaintiffs have proved by a preponderance of the evidence that they could have been exposed to a chemical in water at a concentration in excess of 50 parts per billion, please provide the following information:

| Pathway | Chemical | Location | Year of Arrival | How Long Chemical Was Present | Concentrations |
|---|---|---|---|---|---|
| Meadowbrook Well 2 | None | | | | |
| Flood Water | CR6 | Beachwood Neighbor. | April 2006 | to Present | 87 ppb |
| Canal Water | CR6 | Canal | 1969 | 1969-2006 | 87 ppb |
| Private Domestic Wells | CR6 | M&A-1 M&A-2 | 1992 1993 | 1992-96 | 900 ppb 2000 ppb |

Sign and return this verdict.

3

1     I certify that the foregoing verdicts are unanimous.

3  DATED: March 31, 2011.

*Deborah L. Elrich*
Foreperson