**FILED**

APR 0 1 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al., ) | 1:07-cv-0388 OWW DLB |
| ) | |
| Plaintiffs, ) | STIPULATION AND ORDER RE: |
| ) | CORPORATE OWNERSHIP AND |
| v. ) | PROPERTY OWNERSHIP OF |
| ) | FORMER BAC-PRITCHARD |
| MERCK & CO., INC., et al., ) | FACILITY |
| ) | |
| Defendants. ) | |
| ) | |

The undersigned parties, by and through their counsel of record, hereby stipulate, and request that the Court order, that the following facts are deemed to be established without need for further proof:

1. During the period 1969 to 1975, the former cooling tower manufacturing facility, including its wood treatment operations, located on the real property at 3058 Beachwood Drive, Merced, California ("the wood treatment facility") was owned and operated by Pritchard Products Corporation, a Delaware corporation.

2. During the period 1969 to 1975 Pritchard Products Corporation was a wholly-owned subsidiary corporation of Amicor Incorporated, a Delaware corporation.

1

3.  In September 1975, BAC-Pritchard, Inc., a Delaware corporation, was incorporated. One hundred percent (100%) of the issued and outstanding shares of the common stock of BAC-Pritchard, Inc., was owned by Baltimore Aircoil Company, Inc., a Delaware corporation.

4.  In October 1975, BAC-Pritchard, Inc., purchased all of the issued and outstanding shares of the common stock of Pritchard Products Corporation from Amicor Incorporated.

5.  From 1970 to 1985, defendant Merck & Co., Inc. ("Merck"), a Delaware corporation, owned one hundred percent (100%) of the issued and outstanding shares of the common stock of defendant Baltimore Aircoil Company, Inc.

6.  In April 1985, defendant Amsted Industries Incorporated ("Amsted"), a Delaware corporation, purchased from Merck all of the issued and outstanding shares of the common stock of Baltimore Aircoil Company, Inc.

7.  At all times from April 1985 to the present, Baltimore Aircoil Company, Inc., has been a wholly-owned subsidiary corporation of Amsted.

8.  BAC-Pritchard, Inc., dissolved in October 1993 and thereafter conducted no business.

9.  At all times from its incorporation in September 1975 through its dissolution in October 1993, BAC-Pritchard, Inc., was a wholly-owned subsidiary corporation of Baltimore Aircoil Company, Inc.

10. From no later than 1969 to October 1975, the real property at 3058 Beachwood Drive was owned by Merced Industries, Inc., a California corporation, which leased that real property

2

1  to Pritchard Products Corporation during that period.

2      11.  Merced Industries, Inc. is not, nor has it ever been, a corporate affiliate of any defendant in this action.

4      12.  From October 1975 until 1981, BAC-Pritchard, Inc., leased the real property at 3058 Beachwood Drive from Merced Industries, Inc.

7      13.  In 1981 and 1982, Baltimore Aircoil Company, Inc. purchased the real property at 3058 Beachwood Drive from Merced Industries, Inc.

10      14.  In January 2001, Baltimore Aircoil Company, Inc., conveyed the real property at 3058 Beachwood Drive to defendant Track Four, Inc. ("Track Four"), a wholly-owned subsidiary corporation of Amsted.

14      15.  In June 2002, Track Four conveyed the real property at 3058 Beachwood Drive to Santa Fe Aero Vista, LLC.

16      16.  Santa Fe Aero Vista, LLC, is not, nor has it ever been, affiliated by ownership with any defendant in this action.

18      17.  The wood treatment facility ceased wood treatment operations in May of 1991.

20      18.  The wood treatment facility was closed in February 1994.

22  DATED: April ___, 2011.  MARDEROSIAN, RUNYON, CERCONE, & LEHMAN

By: _____
Michael G. Marderosian
Attorneys for Plaintiffs

1 | DATED: April __1__, 2011.    BARG COFFIN LEWIS & TRAPP, LLP

By: _____
Stephen C. Lewis
Attorneys for Defendants
Merck & Co., Inc.; Amsted
Industries Incorporated;
and Baltimore Aircoil
Company, Inc.

ORDER

IT IS SO ORDERED.

Dated: April __1__, 2011.

_____
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE