# KENNETH D. SCHMIDT AND ASSOCIATES

GROUNDWATER QUALITY CONSULTANTS
600 WEST SHAW SUITE 250
FRESNO, CALIFORNIA 93704
TELEPHONE (559) 224-4412

April 1, 2011

Hon. Oliver W. Wanger
United States District Court
Eastern District of California
7801 U.S. Courthouse
2500 Tulare Street
Fresno, California 93721

Re: Abarca v Merck
    706 Expert Testimony

Your Honor:

    Enclosed is a statement of professional services for March 1-9, 2011. Professional fees were $3,422.00 and expenses $49.60, or a total of $3,471.60.

                                              Sincerely yours,

                                              Kenneth D. Schmidt

KDS/td

**KENNETH D. SCHMIDT AND ASSOCIATES**
GROUNDWATER QUALITY CONSULTANTS

STATEMENT OF PROFESSIONAL SERVICES
FOR 706 EXPERT TESTIMONY
ABARCA v. MERCK

Kenneth D. Schmidt & Associates
600 West Shaw Avenue, Suite 250
Fresno, CA  93704

Federal I.D. 94-6318145

Period: March 1-9, 2011

## Professional Fees

**K. D. Schmidt, Principal**

| | | | |
|---|---|---|---|
| 3/1 | 2.5 hrs | Review Schmidt expert report, TV survey of MWC Well No. 2, Bartlett Model reports, and Arcadis reports for trial testimony. | |
| 3/8-9 | 2.9 hrs | Travel to and from court, and review documents. | |
| Subtotal: 5.4 hours @ $250 per hour | | | $1,350 |

**Expert Testimony**

| | | | |
|---|---|---|---|
| 3/8-9 | 5.6 hrs | Trial testimony. | |
| Subtotal: 5.6 hours @ $370 per hour | | | $2,072 |

Total Professional Fees                                $3,422

## Expenses

| | |
|---|---|
| 3/8 Parking fee convention center | $ 9.00 |
| 3/9 Parking fee convention center | 5.00 |
| Mar Copies (6 @ 0.10) | 0.60 |
| Mar Secretarial services (0.7 hr @ $50/hr) | 35.00 |
| Subtotal: | $49.60 |

Total Professional Fees and Expenses                   $3,471.60

_____          _____
Kenneth D. Schmidt                  April 1, 2011