UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., et al.<br><br>Defendants. | Case No. 1:07-cv-00388-OWW-DLB<br><br>**ORDER SCHEDULING POST-TRIAL AND RULE 16 MOTIONS** |

Pursuant to the discussions between the Court and counsel at the hearing on April 1, 2011, the Court sets the following schedule for post-trial motions concerning the Phase 1 trial and plaintiffs' motion under Federal Rule of Civil Procedure 16 to modify the Court's Scheduling Conference Order:

1. Defendants' post-trial motions concerning the Phase 1 trial shall be filed by May 2, 2011;

2. Plaintiffs' oppositions to defendants' post-trial motions shall be filed by May 23, 2011;

3. Defendants' reply briefs regarding their post-trial motions shall be filed by May 31, 2011;

4. Plaintiffs' motion to modify the Court's Scheduling Order under Federal Rule of Civil Procedure 16 shall be filed by May 2, 2011;

5. Defendants' oppositions to plaintiffs' motion to modify the Court's Scheduling Conference Order shall be filed by May 31, 2011;

6. The hearing on defendants' post-trial motions and plaintiffs' motion to modify the Court's Scheduling Conference Order shall take place on July 11, 2011 at 10:00 a.m. in Courtroom 3.

**ORDER SCHEDULING POST TRIAL AND RULE 16 MOTIONS**
*Abarca, Raul Valencia v. Merck & Co., Inc. et al.,* Case No. 1:07-cv-00388-OWW-DLB

1

836864.1

APPROVED AS TO FORM:

Dated: April 7, 2011                MARDEROSIAN, RUNYON, CERCONE AND
                                    LEHMAN


                                    By:  s/ Michael G. Marderosian (as authorized 4/7/11)
                                            MICHAEL G. MARDEROSIAN

                                    Attorneys for Plaintiffs

Dated: April 7, 2011                BARG COFFIN LEWIS & TRAPP, LLP


                                    By:  s/ Stephen C. Lewis
                                            STEPHEN C. LEWIS

                                    Attorneys for Defendants Merck & Co., Inc.,
                                    Amsted Industries Incorporated, and Baltimore Aircoil
                                    Company, Inc.


**ORDER**




IT IS SO ORDERED.

   Dated:  **April 8, 2011**                **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE

**ORDER SCHEDULING POST TRIAL AND RULE 16 MOTIONS**
*Abarca, Raul Valencia v. Merck & Co., Inc. et al., Case* No. 1:07-cv-00388-OWW-DLB

2

836864.1