UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| EDNA AFFHOLTER, *et al.*,<br><br>                Plaintiffs,<br><br>      v.<br><br>FRANKLIN COUNTY WATER DISTRICT, *et al.*,<br><br>                Defendants. | 1:07-CV-0388-OWW-DLB<br><br>PARTIAL JUDGMENT ON VERDICT OF TRIAL JURY AS TO DEFENDANT MEADOWBROOK WATER COMPANY OF MERCED, INC. |
|---|---|

    This action was tried by a jury, commencing on February 2, 2011, Judge Oliver W. Wanger presiding.  The jury returned its verdict on March 31, 2011.  The findings and the verdict of the jury resolve all claims asserted by all plaintiffs against Defendant Meadowbrook Water Company of Merced, Inc.

    Pursuant to Fed. R. Civ. Proc. 54(b), because extended time, effort and expense will be involved before the entire action is finally resolved as to all claims and other parties and there are no remaining claims against Meadowbrook, there is no just reason to delay final entry of judgment as to Meadowbrook Water Company of Merced, Inc., to avoid injustice.

Judgment is entered in favor of Meadowbrook Water Company of Merced, Inc. and against all plaintiffs.  Plaintiffs shall take nothing by their complaint.  Meadowbrook Water Company of Merced, Inc. shall recover its costs of suit from plaintiffs.

**IT IS SO ORDERED.**

**Dated:   April 19, 2011**               /s/ Oliver W. Wanger
                                          **UNITED STATES DISTRICT JUDGE**