UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| EDNA AFFHOLTER, *et al.*, | 1:07-CV-0388 OWW DLB |
| Plaintiffs, | PARTIAL JUDGMENT ON VERDICT OF TRIAL JURY AS TO PRIVATE DOMESTIC WELL PATHWAY |
| v. | |
| FRANKLIN COUNTY WATER DISTRICT, *et al.*, | |
| Defendants. | |

   This action was tried by a jury, commencing on February 2, 2011, Judge Oliver W. Wanger presiding. The jury returned its verdict on March 31, 2011. The findings and the verdict of the jury resolve all claims asserted by all plaintiffs against Defendants Merck & Co., Inc., Amsted Industries, Inc., Baltimore Aircoil Company, Inc. and Track Four, Inc. (collectively the "BAC Defendants") concerning the private domestic well pathway. Particularly, the jury determined that alleged chemicals from the BAC Site did not reach any private domestic well of any plaintiff where plaintiffs could have been exposed to such chemicals at a concentration exceeding established regulatory standards.

1

    **Judgment is entered in favor of the BAC Defendants and against all plaintiffs with respect to the private domestic well pathway. Plaintiffs shall take nothing by their complaint as to this pathway.**

**IT IS SO ORDERED.**

**Dated:   April 19, 2011**              /s/ Oliver W. Wanger
                                                   **UNITED STATES DISTRICT JUDGE**