1 | JOHN F. BARG (State Bar No. 60230; jfb@bcltlaw.com)
    STEPHEN C. LEWIS (State Bar No. 66590; scl@bcltlaw.com)
2 | R. MORGAN GILHULY (State Bar No. 133659; rmg@bcltlaw.com)
    BARG COFFIN LEWIS & TRAPP, LLP
3 | 350 California Street, 22nd Floor
    San Francisco, California 94104-1435
4 | Telephone:   (415) 228-5400
    Facsimile:   (415) 228-5450
5 |
6 | TIMOTHY JONES (SBN 119841; tjones@joneshelsley.com)
    JONES HELSLEY PC
7 | 265 E. River Park Circle, Suite 310
    Post Office Box 28340
8 | Fresno, California 93720
    Telephone:   (559) 233-4800
9 | Facsimile:   (559) 233-9330

10 | Attorneys for Defendants Merck & Co., Inc.,
     Amsted Industries Incorporated, and
11 | Baltimore Aircoil Company, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., et al.,<br><br>Defendants. | Case No. 1:07-cv-00388-OWW-DLB<br><br>**ORDER GRANTING REQUEST FOR LEAVE TO ENLARGE PAGE LIMITS FOR MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW (PHASE 1)** |

ORDER GRANTING REQUEST FOR LEAVE TO ENLARGE PAGE LIMITS FOR MEMORANDUM OF POINTS
AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW
(PHASE 1)
*Abarca v. Merck & Co. Inc.*, Case No. 1:07-cv-00388-OWW-DLB

840914.1

PDF created with pdfFactory trial version www.pdffactory.com

1  Pursuant to Paragraph 3 of this Court's Standing Order, the request of Defendants
2  Merck & Co., Inc., Amsted Industries Incorporated, and Baltimore Aircoil Company, Inc.
3  (collectively, "Defendants") for leave to file an enlarged Memorandum of Points and
4  Authorities in support of Defendants' Motion for Judgment as a Matter of Law (Phase 1)
5  in the above-referenced matter of no more than 40 pages in length is **GRANTED**. The
6  Defendants' Memorandum of Points and Authorities in support of the Defendants'
7  Motion for Judgment as a Matter of Law (Phase 1) shall not exceed 40 pages, and shall be
8  filed using 13-point font.

10  IT IS SO ORDERED.

11  DATED: April 22, 2011            /s/ OLIVER W. WANGER
12                                   UNITED STATES DISTRICT JUDGE

ORDER GRANTING REQUEST FOR LEAVE TO ENLARGE PAGE LIMITS FOR MEMORANDUM OF POINTS
AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW
(PHASE 1)
*Abarca v. Merck & Co. Inc.*, Case No. 1:07-cv-00388-OWW-DLB

1

840914.1

PDF created with pdfFactory trial version www.pdffactory.com