UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDNA AFFHOLTER, *et al.*, | 1:07-CV-0388-OWW-DLB |
| Plaintiffs, | AMENDED PARTIAL JUDGMENT ON VERDICT OF TRIAL JURY AS TO PRIVATE DOMESTIC WELL PATHWAY |
| v. | |
| FRANKLIN COUNTY WATER DISTRICT, *et al.*, | |
| Defendants. | |

This action was tried by a jury, commencing on February 2, 2011, Judge Oliver W. Wanger presiding. The jury returned its verdict on March 31, 2011. The findings and the verdict of the jury resolve all claims asserted by all plaintiffs against Defendants Merck & Co., Inc., Amsted Industries, Inc., Baltimore Aircoil Company, Inc. and Track Four, Inc. (collectively the "BAC Defendants") concerning the private domestic well pathway. Specifically, the jury determined that any chemicals from the BAC Site did not reach any private domestic well of any plaintiff where any plaintiff could have been exposed at levels exceeding established regulatory standards.

Pursuant to Fed. R. Civ. Proc. 54(b), because extended time, effort and expense will be involved before the entire action is finally resolved as to all claims and other parties and there are

no remaining issues concerning whether any chemical from the BAC Site reached any private domestic well of any plaintiff, there is no just reason to delay final entry of judgment as to the private domestic well pathway so further references to this subject may be eliminated.  The private domestic well pathway claim is legally and factually distinct from all remaining claims, which relate to other potential pathways of contamination from the BAC Site.

Partial judgment is entered in favor of the BAC Defendants and against all plaintiffs with respect to the private domestic well pathway.  Plaintiffs shall take nothing by their complaint as to this pathway.

**IT IS SO ORDERED.**

**Dated:   April 22, 2011**                    /s/ Oliver W. Wanger
                                               **UNITED STATES DISTRICT JUDGE**