Michael G. Marderosian, No. 77296
Brett L. Runyon, No. 133501
Heather S. Cohen, No. 263093
**MARDEROSIAN, RUNYON, CERCONE & LEHMAN**
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Michael J. Bidart, No. 60582
Ricardo Echeverria, No. 166049
Gregory L. Bentley, No. 151147
**SHERNOFF BIDART ECHEVERRIA, LLP**
600 South Indian Hill Boulevard
Claremont, CA  91711-5498
Telephone: (909) 621-4935
Facsimile: (909) 625-6915

Thomas V. Girardi, No. 36603
Stephen G. Larson, No. 145225
Shawn McCann, No. 227553
**GIRARDI & KEESE**
1126 Wilshire Boulevard
Los Angeles, CA  90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Jack Silver, No. 160575
**LAW OFFICE OF JACK SILVER**
Post Office Box 5469
Santa Rosa, CA 95402
Telephone: (707) 829-0934
Facsimile: (707) 528-8675

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCK & CO., INC., et al.,<br><br>Defendants. | Case No.: 1:07-CV-0388 OWW DLB<br><br>**ORDER APPOINTING THE HONORABLE JOHN K. TROTTER (RET.) TO ACT AS A FRCP RULE 53 SPECIAL MASTER AS IT RELATES TO SETTLEMENT BETWEEN THE PLAINTIFFS AND THE CITY OF MERCED, COUNTY OF MERCED,** |

**MERCED IRRIGATION DISTRICT, MERCED IRRIGATION DRAINAGE DISTRICT NO. 1, AND THE FRANKLIN COUNTY WATER DISTRICT**

Pursuant to Federal Rule of Civil Procedure, Rule 53, the Merced Irrigation District, Merced Irrigation Drainage District No. 1 (hereinafter referred to collectively as MID), the City of Merced (hereinafter referred to as City), the County of Merced (hereinafter referred to as County), Franklin County Water District (hereinafter referred to as FCWD) and Plaintiffs consent and stipulate to the appointment of the Honorable John K. Trotter, (Ret.) to act as a Special Master for the purpose of assisting the MID, City, County, FCWD, plaintiffs and the Court in certain aspects of the settlement agreement and release entered into between the MID, County, and plaintiffs as it relates to Phase One, and the City and FCWD, who have entered into final settlements with plaintiffs for all aspects of this case.  The duties of the Honorable John K. Trotter will include communications with the Court and party representatives, recommendations relating to obtaining minors' compromises and releases, recommendations as to good faith settlement and Medicare issues, coordination of necessary signatures, confirmation that approval of this settlement was granted by a two-thirds majority of all participating Abarca Plaintiffs and any other related matters.  The authority of the Special Master shall not include the authority to waive, alter, or otherwise revise the terms and conditions of this agreement.

The Special Master's fees for purposes of this Consent and Order will come out of the settlement proceeds, however, this provision does not apply to any past or future settlements, or services of the Honorable John K. Trotter, Ret. that are unrelated to the provisions of this Consent and Order.

IT IS SO ORDERED.

Dated:   **May 3, 2011**                                **/s/ Oliver W. Wanger**
                                                                                  UNITED STATES DISTRICT JUDGE