1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8
9

ABARCA, RAUL VALENCIA, et al.

10

Plaintiffs,

11

v.

12

MERCK & CO., INC., et al.

13

Defendants.

Case No. 1:07-cv-00388-OWW-DLB

**ORDER RE: MAY 5, 2011 STATUS CONFERENCE**

14
15
16

On May 5, 2011, the Court conducted a Status Conference in this matter.  Present either

17

in person or telephonically were counsel for plaintiffs; the Merck, Amsted and Baltimore Aircoil

18

Company defendants ("Defendants"); Meadowbrook Water Company; the County of Merced;

19

and Merced Irrigation District No. 1.  Based on argument and discussion at this proceeding, the

20

Court enters the following Order:

21

    1.  Plaintiffs' request to advance the scheduling conference currently set for July 11,

22

        2011 is denied;

23

    2.  The scheduling conference of July 11, 2011, and the hearing of plaintiffs' Rule 16

24

        Motion to Modify Scheduling Conference Order Regarding Remainder of Litigation

25

        (Document 1252) ("Rule 16 Motion"), filed April 20, 2011, are both continued to July

26

        18, 2011 at 11:00 a.m. in Courtroom 3;

27

    3.  Defendants' opposition to plaintiffs' Rule 16 Motion shall be filed by May 31, 2011;

28

    4.  Counsel for plaintiffs and Defendants are ordered to submit a Joint Scheduling

---

**ORDER RE: MAY 5, 2011 STATUS CONFERENCE**
*Abarca, Raul Valencia  v. Merck & Co., Inc. et al., Case* No. 1:07-cv-00388-OWW-DLB

1

847590.1

1    Conference Statement on July 15, 2011, that sets forth in detail their proposed

2    schedule(s) for completing the remaining phases of this case, based on a considered

3    assessment of the Court's rulings on the pending post-trial motions;

4    5.   Plaintiffs' oppositions to Defendants' post-trial motions (for judgment as a matter of

5    law, and for partial new trial) are due May 23, 2011, and the hearing of Defendants'

6    post-trial motions remains set for July 11, 2011 at 10:00 a.m. in Courtroom 3;

7    6.   Defendants' request for a three-day extension of time to file and serve their reply

8    briefs in support of their post-trial motions is granted, and such reply briefs are now

9    due June 3, 2011;

10   7.   Effective May 5, 2011, and upon the stipulation of plaintiffs and Defendants, the

11   Court orders that the time in which Defendants may submit a Memorandum of Costs

12   and/or Bill of Costs ("Costs Claims"), in compliance with Fed. R. Civ. P. 54(d)(1) and

13   L.R. 292 and in response to the Court's Amended Partial Judgment on Verdict of Trial

14   Jury as to Private Domestic Well Pathway in favor of Defendants (Document 1255), is

15   extended to such date as may be specified by the Court at a future date.  The Court

16   will defer to a later date a determination of which are the prevailing parties in this

17   action.

18

19   APPROVED AS TO FORM:

20

21   Dated:  May 6, 2011                    MARDEROSIAN, RUNYON, CERCONE AND

22                                          LEHMAN

23

24                                          By:   s/ Michael G. Marderosian (as authorized 5/6/11)

25                                                MICHAEL G. MARDEROSIAN

26                                          Attorneys for Plaintiffs

27

28

---

**ORDER RE: MAY 5, 2011 STATUS CONFERENCE**                                     2
*Abarca, Raul Valencia  v. Merck & Co., Inc. et al., Case* No. 1:07-cv-00388-OWW-DLB

847590.1

1    Dated: May 6, 2011         BARG COFFIN LEWIS & TRAPP, LLP

2

3                          By:   s/ Stephen C. Lewis

4                              STEPHEN C. LEWIS

5                  Attorneys for Defendants Merck & Co., Inc.,
                     Amsted Industries Incorporated, and Baltimore Aircoil

6                  Company, Inc.

7

8                          **ORDER**

9    IT IS SO ORDERED.

10    Dated: May 16, 2011

11

12                         /s/ OLIVER W. WANGER
                        UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**ORDER RE: MAY 5, 2011 STATUS CONFERENCE**                          3
*Abarca, Raul Valencia  v. Merck & Co., Inc. et al.,* Case No. 1:07-cv-00388-OWW-DLB

847590.1

PDF created with pdfFactory trial version www.pdffactory.com