Michael G. Marderosian, No. 77296
Brett L. Runyon, No. 133501
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721
Telephone:  (559) 441-7991
Facsimile: (559) 441-8170

Michael J. Bidart, No. 60582
Ricardo Echeverria, No. 166049
SHERNOFF BIDART ECHEVERRIA, LLP
600 South Indian Hill Boulevard
Claremont, CA  91711-5498
Telephone:  (909) 621-4935
Facsimile:  (909) 625-6915

Thomas V. Girardi, No. 36603
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA   90017
Telephone:  (213) 977-0211
Facsimile:  (213) 481-1554

Jack Silver, No. 160575
LAW OFFICE OF JACK SILVER
Post Office Box 5469
Santa Rosa, CA 95402
Telephone:  (707) 829-0934
Facsimile:  (707) 528-8675

     Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.,<br><br>        Plaintiffs,<br><br>            v.<br><br>MERCK & CO., INC., et al.,<br><br>        Defendants. | Case No. 1:07-CV-00388 OWW DLB<br><br>**ORDER SHORTENING TIME FOR HEARING ON PLAINTIFFS' APPLICATION FOR AN ORDER TO SHOW CAUSE COMPELLING FRANKLIN COUNTY WATER DISTRICT TO EXECUTE THE SETTLEMENT AGREEMENT** |

///

Having considered the plaintiffs' ex parte application for an order shortening time for hearing on their Application for an Order to Show Cause Compelling Franklin County Water District to Execute the Settlement Agreement, and finding good cause therefor,

IT IS HEREBY ORDERED THAT:

1. The hearing on the plaintiffs' Application for an Order to Show Cause Compelling Franklin County Water District to Execute the Settlement Agreement be heard on June 16, 2011, at 10 a.m. in Courtroom No. 3.

2. Any response or opposition to said application be filed on or before June 13, 2011, at 4 p.m.

IT IS SO ORDERED.

**Dated: June 8, 2011**     /s/ Oliver W. Wanger
                            UNITED STATES DISTRICT JUDGE