1  JOHN F. BARG (State Bar No. 60230; jfb@bcltlaw.com)
   STEPHEN C. LEWIS (State Bar No. 66590; scl@bcltlaw.com)
2  R. MORGAN GILHULY (State Bar No. 133659; rmg@bcltlaw.com)
   BARG COFFIN LEWIS & TRAPP, LLP
3  350 California Street, 22nd Floor
   San Francisco, California 94104-1435
4  Telephone:   (415) 228-5400
   Facsimile:   (415) 228-5450
5

6  TIMOTHY JONES (SBN 119841; tjones@joneshelsley.com)
   JONES HELSLEY PC
7  265 E. River Park Circle, Suite 310
   Post Office Box 28340
8  Fresno, California 93720
   Telephone:   (559) 233-4800
9  Facsimile:   (559) 233-9330

10 Attorneys for Defendants Merck & Co., Inc.,
   Amsted Industries Incorporated, and
11 Baltimore Aircoil Company, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., et al.,<br><br>Defendants. | Case No. 1:07-cv-00388-OWW-DLB<br><br>**ORDER GRANTING REQUEST FOR LEAVE TO ENLARGE PAGE LIMIT FOR REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW (PHASE 1)** |

ORDER GRANTING REQUEST FOR LEAVE TO ENLARGE PAGE LIMIT FOR REPLY IN SUPPORT OF
DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW (PHASE 1)
*Abarca v. Merck & Co. Inc.*, Case No. 1:07-cv-00388-OWW-DLB

856635.1

PDF created with pdfFactory trial version www.pdffactory.com

1  Pursuant to Paragraph 3 of this Court's Standing Order, the request of Defendants Merck & Co., Inc., Amsted Industries Incorporated, and Baltimore Aircoil Company, Inc. (collectively, "Defendants") for leave to file an enlarged Reply in Support of Defendants' Motion for Judgment as a Matter of Law (Phase 1) in the above-referenced matter, of no more than 13 pages in length, is GRANTED. Defendants' Reply in Support of Defendants' Motion for Judgment as a Matter of Law (Phase 1) shall not exceed 13 pages in length, and shall be printed in 13-point font.

IT IS SO ORDERED.

DATED: June 8, 2011                    /s/ OLIVER W. WANGER

                                            UNITED STATES DISTRICT JUDGE

ORDER GRANTING REQUEST FOR LEAVE TO ENLARGE PAGE LIMIT FOR REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW (PHASE 1)
*Abarca v. Merck & Co. Inc.*, Case No. 1:07-cv-00388-OWW-DLB

1

856635.1

PDF created with pdfFactory trial version www.pdffactory.com