1  **GREBEN & ASSOCIATES**
   1332 ANACAPA, SUITE 110
2  SANTA BARBARA, CA 93101
   TELEPHONE: (805) 963-9090
3  FACSIMILE: (805) 963-9098

4  Jan A. Greben, SBN 103464
   jan@grebenlaw.com
5  Jeff G. Coyner, SBN 233499
   Jeff@grebenlaw.com
6  Danielle L. De Smeth, SBN 263309
   danielle@grebenlaw.com
7
   Attorneys for Defendant
8  County of Merced

9            UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF CALIFORNIA
10

11  ABARCA, RAUL VALENCIA, et al.
                                          CASE NO.  1:07-CV-00388 OWW DLB
12                          Plaintiffs,

13       vs.                              **[PROPOSED] ORDER GRANTING**
                                          **APPLICATION FOR GOOD FAITH**
14  MERCK & CO., INC., et al.,            **DETERMINATION UNDER CAL. CODE**
                                          **OF CIV. PROC. SECTION 877.6(a)(2)**
15                          Defendants.

16

17

18

19       The application of defendant County of Merced ("the County") for an order determining

20  the good faith of a settlement between Plaintiffs and the County was presented to this Court on

21  May 18, 2011.

22       This Court finds that:

23  1.   The Application was made pursuant to the provisions of California Code of Civil

24       Procedure Section 877.6(a)(2);

25  2.   Copies of the Notice of Settlement, Application, and Proposed Order were served by

26       certified mail, return receipt requested, on this Court and on all parties to this action on

27       June 15, 2011;

28  3.   As of July 11, 2011, twenty-five (25) days have elapsed and no Notice of Motion to

                                        1

1   contest the good faith of the settlement was served or filed within the time prescribed by

2   the provisions of California Code of Civil Procedure Section 877.6(a)(2);

3 4.  No confidentiality clause of any kind is contained in the settlement agreement;

4 5.  Therefore, the Court finds that the settlement agreement attached to the Application for

5   Good Faith Determination was made in good faith between the parties to the agreement,

6   within the meaning of California Code of Civil Procedure Section 877.6(a)(2).

7

8 IT IS SO ORDERED.

9

10 Date:         _____

11              JUDGE OF THE UNITED STATES
               DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING GOOD FAITH SETTLEMENT DETERMINATION
1:07-CV-00388