Michael G. Marderosian, No. 77296
Brett L. Runyon, No. 133501
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Michael J. Bidart, No. 60582
Ricardo Echeverria, No. 166049
SHERNOFF BIDART ECHEVERRIA, LLP
600 South Indian Hill Boulevard
Claremont, CA 91711-5498
Telephone: (909) 621-4935
Facsimile: (909) 625-6915

Thomas V. Girardi, No. 36603
Stephen G. Larson, No. 145225
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Jack Silver, No. 160575
LAW OFFICE OF JACK SILVER
Post Office Box 5469
Santa Rosa, CA 95402
Telephone: (707) 829-0934
Facsimile: (707) 528-8675

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MERCK & CO., INC., et al., <br><br> Defendants. | Case No. 1:07-CV-00388 OWW DLB <br><br> **ORDER FOR MISCELLANEOUS RELIEF TO FILE UNDER SEAL PETITIONS FOR APPROVAL OF COMPROMISE OF MINORS' CLAIMS** |

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT the Petitions for Approval of Compromise of Minors' Claims submitted as

exhibits to the Declaration of Michael G. Marderosian in Support of Administrative Motion for Miscellaneous Relief to File under Seal Petitions for Approval of Compromise of Minors' Claims shall be filed under seal pursuant to Local Rule 141.  Said documents shall be filed under seal in that the petitions contain the full names and dates of birth of the minor plaintiffs as required for identification purposes.  Such information is protected pursuant to F.R.C.P. 5.2(a).

**IT IS SO ORDERED.**

Dated: June 23, 2011.          /s/ OLIVER W. WANGER
                               JUDGE OF THE U.S. DISTRICT COURT