1  Michael G. Marderosian, No. 77296
   Brett L. Runyon, No. 133501
2  Heather S. Cohen, No. 263093
   MARDEROSIAN, RUNYON, CERCONE & LEHMAN
3  1260 Fulton Mall
   Fresno, CA 93721
4  Telephone: (559) 441-7991
   Facsimile: (559) 441-8170
5
   Michael J. Bidart, No. 60582
6  Ricardo Echeverria, No. 166049
   SHERNOFF BIDART ECHEVERRIA, LLP
7  600 South Indian Hill Boulevard
   Claremont, CA 91711-5498
8  Telephone: (909) 621-4935
   Facsimile: (909) 625-6915
9
   Thomas V. Girardi, No. 36603
10 Stephen G. Larson, No. 145225
   GIRARDI & KEESE
11 1126 Wilshire Boulevard
   Los Angeles, CA 90017
12 Telephone: (213) 977-0211
   Facsimile: (213) 481-1554
13
   Jack Silver, No. 160575
14 LAW OFFICE OF JACK SILVER
   Post Office Box 5469
15 Santa Rosa, CA 95402
   Telephone: (707) 829-0934
16 Facsimile: (707) 528-8675

17     Attorneys for: Plaintiffs

18                  UNITED STATES DISTRICT COURT

19          EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

20  ABARCA, RAUL VALENCIA, et   )   Case No. 1:07-CV-0388 OWW DLB
    al.,                        )
21                              )   **ORDER FOR FRANKLIN COUNTY WATER**
         Plaintiffs,            )   **DISTRICT TO SUBMIT A FINAL**
22                              )   **SETTLEMENT AGREEMENT PROPOSAL**
              v.                )
23                              )   **DATE:** June 16, 2011
    MERCK & CO., INC., et al.,  )   **TIME:** 10 a.m.
24                              )   **COURTROOM:** 3
         Defendants.            )
25                              )
                                )
26  _____)

27

28  ///

On June 16, 2011, plaintiffs' Application for Order to Show Cause Compelling Franklin County Water District ("FCWD") to Execute the Settlement Agreement came on for hearing before the Honorable Oliver W. Wanger at 10 a.m., in Courtroom 3 of the United States District Court, Eastern District of California, with counsel for the plaintiffs and defendants appearing in person or by telephone conference.

After consideration of the papers filed in support of and in opposition to the application, and the arguments of counsel,

IT IS HEREBY ORDERED that good cause being shown, counsel for FCWD is hereby ordered to provide plaintiffs' counsel with a final Settlement Agreement proposal no later than June 24, 2011, and an executed Settlement Agreement by Wednesday June 29, 2011.

Dated:   June 27, 2011.           /s/ OLIVER W. WANGER
                                  UNITED STATES DISTRICT COURT JUDGE