**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH A. SALAZAR, JR. SB# 169551
  E-Mail: salazar@lbbslaw.com
YAMIN T. SCARDIGLI, SB# 253538
  E-Mail: scardigli@lbbslaw.com
2850 Gateway Oaks Drive, Suite 450
Sacramento, California  95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant FRANKLIN COUNTY
WATER DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., et al.,<br><br>Defendants. | CASE NO. 1:07-CV-00388 OWW DLB<br><br>**ORDER GRANTING APPLICATION FOR GOOD FAITH DETERMINATION UNDER CAL. CODE OF CIV. PROC. SECTION 877.6(a)(2)** |

The application of defendant Franklin County Water District ("FCWD") for an order determining the good faith of a settlement between Plaintiffs and FCWD was presented to this Court on June 30, 2011.

This Court finds that:

1.  The Application was made pursuant to the provisions of California Code of Civil Procedure Section 877.6(a)(2);

2.  Copies of the Notice of Settlement, Application, and Proposed Order were served by certified mail, return receipt requested, on this Court and on all parties to this action on June

PDF created with pdfFactory trial version www.pdffactory.com

30, 2011;

3. As of July 25, 2011, twenty-five (25) days have elapsed and no Notice of Motion to contest the good faith of the settlement was served or filed within the time prescribed by the provisions of California Code of Civil Procedure Section 877.6(a)(2);

4. No confidentiality clause of any kind is contained in the settlement agreement; and

5. Therefore, the Court finds that the settlement agreement attached to the Application for Good Faith Determination was made in good faith between the parties to the agreement, within the meaning of California Code of Civil Procedure Section 877.6(a)(2).

**IT IS SO ORDERED.**

Dated: July 8, 2011                    _/s/ OLIVER W. WANGER_____
                                       JUDGE OF THE UNITED STATES
                                       DISTRICT COURT

4835-9328-8201.1

ORDER GRANTING APPLICATION FOR GOOD FAITH DETERMINATION UNDER CAL. CODE OF CIV. PROC. SECTION 877.6(a)(2)

PDF created with pdfFactory trial version www.pdffactory.com