**GREBEN & ASSOCIATES**
1332 ANACAPA, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Jeff G. Coyner, SBN 233499
Jeff@grebenlaw.com
Danielle L. De Smeth, SBN 263309
danielle@grebenlaw.com

Attorneys for Defendant
County of Merced

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>MERCK & CO., INC., et al.,<br><br>Defendants. | CASE NO.  1:07-CV-00388 OWW DLB<br><br>**ORDER GRANTING APPLICATION FOR GOOD FAITH DETERMINATION UNDER CAL. CODE OF CIV. PROC. SECTION 877.6(a)(2)** |

The application of defendant County of Merced ("the County") for an order determining the good faith of a settlement between Plaintiffs and the County was presented to this Court on May 18, 2011.

This Court finds that:

1. The Application was made pursuant to the provisions of California Code of Civil Procedure Section 877.6(a)(2);

2. Copies of the Notice of Settlement, Application, and Proposed Order were served by certified mail, return receipt requested, on this Court and on all parties to this action on June 15, 2011;

3. As of July 11, 2011, twenty-five (25) days have elapsed and no Notice of Motion to

1  contest the good faith of the settlement was served or filed within the time prescribed by
2  the provisions of California Code of Civil Procedure Section 877.6(a)(2);
3  4. No confidentiality clause of any kind is contained in the settlement agreement;
4  5. Therefore, the Court finds that the settlement agreement attached to the Application for
5  Good Faith Determination was made in good faith between the parties to the agreement,
6  within the meaning of California Code of Civil Procedure Section 877.6(a)(2).

IT IS SO ORDERED.

IT IS SO ORDERED.

**Dated:   July 14, 2011**               /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE