Michael G. Marderosian, No. 77296
Brett L. Runyon, No. 133501
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Michael J. Bidart, No. 60582
Ricardo Echeverria, No. 166049
SHERNOFF BIDART ECHEVERRIA, LLP
600 South Indian Hill Boulevard
Claremont, CA  91711-5498
Telephone: (909) 621-4935
Facsimile: (909) 625-6915

Thomas V. Girardi, No. 36603
Stephen G. Larson, No. 145225
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA  90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Jack Silver, No. 160575
LAW OFFICE OF JACK SILVER
Post Office Box 5469
Santa Rosa, CA 95402
Telephone: (707) 829-0934
Facsimile: (707) 528-8675

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.,<br><br>     Plaintiffs,<br><br>          v.<br><br>MERCK & CO., INC., et al.,<br><br>     Defendants. | Case No. 1:07-CV-0388 OWW DLB<br><br>**ORDER FOR MISCELLANEOUS RELIEF TO FILE UNDER SEAL PETITIONS AND ORDERS FOR GUARDIANS AD LITEM FOR MINORS 14 YEARS OF AGE AND OLDER AND MINORS UNDER 14** |

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT the Petition and Order for Appointment of Guardian ad Litem (For Minors

1  14 Years of Age and Older) and the Petition and Order for
2  Appointment of Guardian ad Litem (For Minors Under 14) shall be
3  filed under seal pursuant to Local Rule 141. Said documents shall
4  be filed under seal in that the petitions contain the full names and
5  dates of birth of the minor plaintiffs as required for
6  identification purposes and as contained in the attached guardian
7  consent forms. Such information is protected pursuant to F.R.C.P.
8  5.2(a).

IT IS SO ORDERED.

**Dated:   July 14, 2011**               **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE