UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>MERCK & CO., INC., et al.,<br><br>        Defendants. | 1:07-cv-0388 OWW DLB<br><br>ORDER RE PROPOSED ORDER REGARDING MEDIA COMMUNICATIONS |

    The parties have submitted conflicting positions upon whether an order limiting media communications by the attorneys in this case should be entered.  The matter was referred to the parties for them to endeavor to reach an agreed order.

    The complaint about media communications was raised without notice by Defendants to Plaintiffs.  In light of the parties' disagreement, if an order affecting media communications is sought by any of the parties, a motion shall be noticed and scheduled for hearing.  If the matter is urgent, the Court will consider setting the motion and its hearing on shortened time.

IT IS SO ORDERED.

Dated:   July 22, 2011                 /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE

1