Michael G. Marderosian, No. 77296
Brett L. Runyon, No. 133501
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Michael J. Bidart, No. 60582
Ricardo Echeverria, No. 166049
SHERNOFF BIDART ECHEVERRIA, LLP
600 South Indian Hill Boulevard
Claremont, CA  91711-5498
Telephone: (909) 621-4935
Facsimile: (909) 625-6915

Thomas V. Girardi, No. 36603
Shawn McCann, No. 227553
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA  90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Jack Silver, No. 160575
LAW OFFICE OF JACK SILVER
Post Office Box 5469
Santa Rosa, CA 95402
Telephone: (707) 829-0934
Facsimile: (707) 528-8675

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| ABARCA, RAUL VALENCIA, et al., | Case No. 1:07-CV-0388 OWW DLB |
|---|---|
| Plaintiffs, | **STIPULATED DISMISSAL AND ORDER DISMISSING DEFENDANT CITY OF MERCED WITH PREJUDICE** |
| v. | |
| MERCK & CO., INC., et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs and defendant CITY OF MERCED through their respective counsel, that

the City of Merced be dismissed with prejudice from the Complaint and all claims therein in this matter pursuant to the settlement agreement.  Each party shall bear its own attorney's fees and costs.

Dated: July 29, 2011          MARDEROSIAN, RUNYON,
                              CERCONE & LEHMAN


                              By: /s/ Michael G. Marderosian
                                  MICHAEL G. MARDEROSIAN,
                                  Attorney for Plaintiffs
                                  above named

Dated:  July 29, 2011         BEST, BEST & KRIEGER, LLP


                              By: /s/ John Holloway
                                  JOHN HOLLOWAY,
                                  Attorney for Defendant
                                  CITY OF MERCED

## **ORDER**

The stipulation of the parties having been read and considered by the Court, and good cause appearing therefor:

IT IS HEREBY ORDERED that the complaint in the above-entitled action and all claims therein be dismissed with prejudice as to Defendant CITY OF MERCED, only.

IT IS SO ORDERED.

**Dated:   July 29, 2011**                  /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE