Michael G. Marderosian, No. 77296
Brett L. Runyon, No. 133501
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Michael J. Bidart, No. 60582
Ricardo Echeverria, No. 166049
SHERNOFF BIDART ECHEVERRIA, LLP
600 South Indian Hill Boulevard
Claremont, CA 91711-5498
Telephone: (909) 621-4935
Facsimile: (909) 625-6915

Thomas V. Girardi, No. 36603
Shawn McCann, No. 227553
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Jack Silver, No. 160575
LAW OFFICE OF JACK SILVER
Post Office Box 5469
Santa Rosa, CA 95402
Telephone: (707) 829-0934
Facsimile: (707) 528-8675

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MERCK & CO., INC., et al., <br><br> Defendants. | Case No. 1:07-CV-0388 OWW DLB <br><br> **STIPULATION TO DISMISS ALL CLAIMS AGAINST THE MERCED IRRIGATION DISTRICT, MERCED DRAINAGE DISTRICT NO. 1 AND COUNTY OF MERCED BY CERTAIN NAMED PLAINTIFFS; ORDER THEREON** |

1    IT IS HEREBY STIPULATED by and between the Plaintiffs and the
2    Merced Irrigation District, the Merced Drainage District No. 1 and
3    the County of Merced, and their attorneys of record herein as
4    follows:
5    1.    Pursuant to the settlements reached between the plaintiffs
6    and defendants Merced Irrigation District, Merced Drainage District
7    No. 1 and County of Merced with regard to all chemical contamination
8    aspects of this litigation as alleged in plaintiffs' Eighth Amended
9    Complaint, and given that the remaining claims against these
10   entities arise solely out of the flooding event of April 2006 in
11   Merced California, the named plaintiffs identified in Exhibit "A",
12   attached to this stipulation and incorporated by this reference,
13   dismiss with prejudice all claims in this litigation against the
14   Merced Irrigation District, Merced Drainage District No. 1 and the
15   County of Merced.  This dismissal does not affect or dismiss any of
16   the claims of plaintiffs (including those identified in Exhibit "A")
17   against any other remaining Defendants.
18   2.    Each party is to bear its' own costs and attorneys fees
19   with regard to entry of dismissal of these plaintiffs' claims from
20   this litigation.
21   Dated: July 26, 2011.          MARDEROSIAN, RUNYON,
                                     CERCONE & LEHMAN



                                    By: /s/Michael G. Marderosian
                                        MICHAEL G. MARDEROSIAN,
                                        Attorney for Plaintiffs
                                        above named.


27   ///

```
Dated: July 26, 2011.           GREENFIELD-HARDY


                                By: /s/ Robert H. Greenfield
                                    Robert H. Greenfield, Esq.
                                    Attorney for Defendants
                                    MERCED IRRIGATION DISTRICT
                                    and MERCED DRAINAGE DISTRICT
                                    NO. 1 (erroneously sued herein
                                    as MERCED IRRIGATION DISTRICT
                                    NO. 1)

Dated: July 26, 2011.           GREBEN & ASSOCIATES


                                By:   /s/ Jan Adam Greben
                                    Jan Adam Greben, Esq.
                                    Attorney for Defendant
                                    COUNTY OF MERCED
```

**ORDER**

IT IS SO ORDERED.

```
Dated: __8/1/2011, 2011__        /s/ OLIVER W. WANGER
                                    OLIVER W. WANGER,
                                    JUDGE OF THE UNITED STATES
                                    DISTRICT COURT
```

MARDEROSIAN,
RUNYON, CERCONE
& LEHMAN
1260 Fulton Mall
Fresno, CA 93721