Michael G. Marderosian, No. 77296
Brett L. Runyon, No. 133501
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Michael J. Bidart, No. 60582
Ricardo Echeverria, No. 166049
SHERNOFF BIDART ECHEVERRIA, LLP
600 South Indian Hill Boulevard
Claremont, CA 91711-5498
Telephone: (909) 621-4935
Facsimile: (909) 625-6915

Thomas V. Girardi, No. 36603
Shawn McCann, No. 227553
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Jack Silver, No. 160575
LAW OFFICE OF JACK SILVER
Post Office Box 5469
Santa Rosa, CA 95402
Telephone: (707) 829-0934
Facsimile: (707) 528-8675

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

ABARCA, RAUL VALENCIA, et al.,

Plaintiffs,

v.

MERCK & CO., INC., et al.,

Defendants.

Case No. 1:07-CV-0388 OWW DLB

**AMENDED STIPULATION TO DISMISS ALL CLAIMS AGAINST THE MERCED IRRIGATION DISTRICT, MERCED DRAINAGE DISTRICT NO. 1 AND COUNTY OF MERCED BY CERTAIN NAMED PLAINTIFFS; ORDER THEREON**

IT IS HEREBY STIPULATED by and between the Plaintiffs and the Merced Irrigation District, the Merced Drainage District No. 1 and the County of Merced, and their attorneys of record herein as follows:

1. Pursuant to the settlements reached between the plaintiffs and defendants Merced Irrigation District, Merced Drainage District No. 1 and County of Merced with regard to all chemical contamination aspects of this litigation as alleged in plaintiffs' Eighth Amended Complaint, and given that the remaining claims against these entities arise solely out of the flooding event of April 2006 in Merced California, the named plaintiffs identified in Exhibit "A" [filed under seal], attached to this stipulation and incorporated by this reference, dismiss with prejudice all claims in this litigation against the Merced Irrigation District, Merced Drainage District No. 1 and the County of Merced. This dismissal does not affect or dismiss any of the claims of plaintiffs (including those identified in Exhibit "A" [filed under seal]) against any other remaining Defendants.

2. Each party is to bear its' own costs and attorneys fees with regard to entry of dismissal of these plaintiffs' claims from this litigation.

Dated: August 2, 2011.

MARDEROSIAN, RUNYON,
CERCONE & LEHMAN

By: /s/Michael G. Marderosian
MICHAEL G. MARDEROSIAN,
Attorney for Plaintiffs
above named.

//

MARDEROSIAN,
RUNYON, CERCONE
& LEHMAN
1260 Fulton Mall
Fresno, CA 93721

Dated: August 2, 2011.

GREENFIELD-HARDY

By: /s/Robert H. Greenfield
Robert H. Greenfield, Esq.
Attorney for Defendants
MERCED IRRIGATION DISTRICT
and MERCED DRAINAGE DISTRICT
NO. 1 *(erroneously sued herein as MERCED IRRIGATION DISTRICT NO. 1)*

Dated: August 2, 2011.

GREBEN & ASSOCIATES

By: /s/Jan Adam Greben
Jan Adam Greben, Esq.
Attorney for Defendant
COUNTY OF MERCED

**ORDER**

IT IS SO ORDERED.

**Dated: August 2, 2011**

**/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE