1   Michael G. Marderosian, No. 77296
    Brett L. Runyon, No. 133501
2   Heather S. Cohen, No. 263093
    MARDEROSIAN, RUNYON, CERCONE & LEHMAN
3   1260 Fulton Mall
    Fresno, CA 93721
4   Telephone:  (559) 441-7991
    Facsimile: (559) 441-8170
5
    Michael J. Bidart, No. 60582
6   Ricardo Echeverria, No. 166049
    SHERNOFF BIDART ECHEVERRIA, LLP
7   600 South Indian Hill Boulevard
    Claremont, CA  91711-5498
8   Telephone:  (909) 621-4935
    Facsimile:  (909) 625-6915
9
    Thomas V. Girardi, No. 36603
10  Stephen G. Larson, No. 145225
    GIRARDI & KEESE
11  1126 Wilshire Boulevard
    Los Angeles, CA  90017
12  Telephone:  (213) 977-0211
    Facsimile:  (213) 481-1554
13
    Jack Silver, No. 160575
14  LAW OFFICE OF JACK SILVER
    Post Office Box 5469
15  Santa Rosa, CA 95402
    Telephone:  (707) 829-0934
16  Facsimile:  (707) 528-8675

17      Attorneys for: Plaintiffs

18                 UNITED STATES DISTRICT COURT

19          EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

20  ABARCA, RAUL VALENCIA, et al.,  )  Case No. 1:07-CV-0388 OWW DLB
21                                  )
                                    )  **ORDER FOR MISCELLANEOUS RELIEF**
22      Plaintiffs,                 )  **TO FILE UNDER SEAL EXHIBIT TO**
                                    )  **AMENDED STIPULATION TO DISMISS**
23          v.                      )  **ALL CLAIMS AGAINST THE MERCED**
                                    )  **IRRIGATION DISTRICT, MERCED**
24  MERCK & CO., INC., et al.,      )  **DRAINAGE DISTRICT NO. 1 AND**
                                    )  **COUNTY OF MERCED BY CERTAIN**
25      Defendants.                 )  **NAMED PLAINTIFFS; ORDER THEREON**
                                    )

26

27      GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT the

28  Exhibit attached to the Amended Stipulation to Dismiss All Claims

1  Against the Merced Irrigation District, Merced Drainage District No.
2  1 and County of Merced by Certain Named Plaintiffs; Order Thereon
3  shall be filed under seal pursuant to Local Rule 141.  Said document
4  shall be filed under seal in that it contains a listing of the names
5  of certain plaintiffs and their <u>dates of birth</u> as required for
6  identification purposes.  Such information is protected pursuant to
7  F.R.C.P. 5.2(a).

IT IS SO ORDERED.

**Dated:   August 2, 2011**              /s/ Oliver W. Wanger
                                 UNITED STATES DISTRICT JUDGE