Michael G. Marderosian, No. 77296
Brett L. Runyon, No. 133501
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Michael J. Bidart, No. 60582
Ricardo Echeverria, No. 166049
SHERNOFF BIDART ECHEVERRIA, LLP
600 South Indian Hill Boulevard
Claremont, CA 91711-5498
Telephone: (909) 621-4935
Facsimile: (909) 625-6915

Thomas V. Girardi, No. 36603
Shawn McCann, No. 227553
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Jack Silver, No. 160575
LAW OFFICE OF JACK SILVER
Post Office Box 5469
Santa Rosa, CA 95402
Telephone: (707) 829-0934
Facsimile: (707) 528-8675

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MERCK & CO., INC., et al., <br><br> Defendants. | Case No. 1:07-CV-0388 OWW DLB <br><br> **ORDER FOR DISMISSAL OF ALL CLAIMS AGAINST FRANKLIN COUNTY WATER DISTRICT WITH PREJUDICE by PLAINTIFF'S** |

Pursuant to the terms of the Settlement Agreement agreed to by and between PLAINTIFFS and defendant FRANKLIN COUNTY WATER DISTRICT,

plaintiffs request dismissal with prejudice of all claims asserted against Franklin County Water District.  Each party shall bear its own attorney's fees and costs.  The Court is requested to retain jurisdiction so as to allow either party to enforce the settlement of this case.

Dated: August 9, 2011          MARDEROSIAN, RUNYON,
                               CERCONE & LEHMAN


                               By: /s/ Michael G. Marderosian
                                   MICHAEL G. MARDEROSIAN,
                                   Attorney for Plaintiffs
                                   above named.

**ORDER**

　　IT IS HEREBY ORDERED that the complaint in the above-entitled action be dismissed with prejudice as to Defendant FRANKLIN COUNTY WATER DISTRICT, only.  The Court shall retain jurisdiction so as to allow either of the parties to enforce the settlement of the case.



IT IS SO ORDERED.

**Dated:   August 9, 2011**              /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE