MICHAEL J. BIDART #60582
RICARDO ECHEVERRIA #166049
SHERNOFF BIDART ECHEVERRIA LLP
600 South Indian Hill Boulevard
Claremont, CA  91711
Telephone:      (909) 621-4935
Facsimile:       (909) 625-6915

MICHAEL G. MARDEROSIAN #77296
BRETT L. RUNYON #133501
HEATHER S. COHEN #263093
MARDEROSIAN, RUNYON, CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721
Telephone:  (559)441-7991
Facsimile:    (550)441-8170

THOMAS V. GIRARDI #36603
SHAWN McCANN #227553
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone:  (213)977-0211
Facsimile:    (213)481-1554

JACK SILVER #160575
LAW OFFICE OF JACK SILVER
Post Office Box 5469
Santa Rosa, CA 95402
Telephone:  (707)829-0934
Facsimile:    (707)528-8675

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| ABARCA, RAUL VALENCIA, etc., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MERCK & CO., INC., etc., et al., <br><br> Defendants. | Case No.: 1:07-CV-0388 OWW DLB <br><br> **CORRECTED ORDER APPROVING DISBURSEMENT OF THE SETTLEMENT PROCEEDS** |

/ / / / /

The Court, having considered and approved:

1. The Settlement Agreements entered into between the plaintiffs and the Merced Irrigation District/Merced Drainage District No. 1, the County of Merced, the Franklin County Water District, and the City of Merced;

2. The Applications for Good Faith Settlement filed by the Merced Irrigation District/Merced Drainage District No. 1, the County of Merced, the Franklin County Water District, and the City of Merced;

3. The Petitions for Approval of Minors Compromise and Declarations of the Guardian Ad Litem in Support of the Petitions;

4. The Orders Regarding Settlement pertaining to the Plaintiffs' settlement with the Merced Irrigation District/Merced Drainage District No. 1 and the County of Merced;

5. The Stipulated Dismissal and Order Dismissing Defendant City of Merced;

6. The Stipulated Dismissal and Order Dismissing Defendant Franklin County Water District;

7. The Findings of Fact Regarding the: (1) Partial Settlement With the Merced irrigation District/Merced Drainage District No. 1; (2) Partial Settlement with the County of Merced; (3) Settlement with the Franklin County Water District; and (4) Settlement with the City of Merced; and

8. The correspondence from Barbara Wright, Senior Technical Advisor for the Division of Medicare Debt Management, Office of Financial Management/Financial Services Group, Centers for Medicare & Medicaid Services.

The Court finds:

1. The letter identified in Paragraph 8 above from Barbara Wright, Senior Technical Advisor for the Division of Medicare Debt Management, Office of Financial Management/Financial Services Group, Centers for Medicare & Medicaid Services, is sufficient to fulfill the plaintiffs' obligations under the Settlement Agreements with each of the defendants;

2. The plaintiffs have complied with their obligations regarding the Distribution of Settlement Proceeds under the Settlement Agreement and therefore, the Settlement Proceeds that have been held in the Shernoff Bidart Echeverria LLP Trust Account may be utilized by plaintiffs' counsel for use as partial reimbursement for and payment of costs incurred in prosecution of this litigation.

IT IS SO ORDERED.

Dated: **August 9, 2011**           **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE