JOHN F. BARG (State Bar No. 60230; jfb@bcltlaw.com)
STEPHEN C. LEWIS (State Bar No. 66590; scl@bcltlaw.com)
R. MORGAN GILHULY (State Bar No. 133659; rmg@bcltlaw.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone:   (415) 228-5400
Facsimile:    (415) 228-5450

TIMOTHY JONES (SBN 119841; tjones@joneshelsley.com)
JONES HELSLEY PC
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone:   (559) 233-4800
Facsimile:    (559) 233-9330

Attorneys for Defendants Merck & Co., Inc.,
Amsted Industries Incorporated, and
Baltimore Aircoil Company, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MERCK & CO., INC., et al., <br><br> Defendants. | Case No. 1:07-cv-00388-OWW-DLB <br><br> **DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE PROPOSED SCHEDULING ORDER; ORDER GRANTING REQUEST** |

DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE SCHEDULING ORDER; [PROPOSED] ORDER GRANTING REQUEST
*Abarca v. Merck & Co., Inc.*, Case No.: 1:07-cv-00388-OWW-DLB

880471.1

PDF created with pdfFactory trial version www.pdffactory.com

On July 18, 2011, the Court ordered defendants Merck & Co., Inc., Amsted Industries Incorporated, and Baltimore Aircoil Company, Inc. (collectively, "Defendants") to submit a proposed order with a proposed pretrial and trial schedule for the remaining issues in this action by August 5, 2011. (*See* Document 1377 (minutes only).)  Due to time constraints associated with preparing and obtaining client approval for Defendants' proposed order, Defendants request one additional business day, up to and including Monday, August 8, 2011, in which to file their proposed order with the Court.

By an email sent on August 2, 2011, plaintiffs' counsel indicated that plaintiffs do not object to Defendants' request for this extension of time.

Respectfully submitted,

BARG COFFIN LEWIS & TRAPP, LLP

Dated: August 2, 2011       By:     /s/Stephen C. Lewis
                                        STEPHEN C. LEWIS

Attorneys for Defendants Merck & Co., Inc.,
Amsted Industries Incorporated, and
Baltimore Aircoil Company, Inc.

IT IS SO ORDERED.

Defendants' Request for Extension of Time is granted, and Defendants' Proposed Scheduling Order is due August 8, 2011.

Dated:  August 10, 2011         /s/ OLIVER W. WANGER
                                UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com