1  Michael G. Marderosian, No. 77296
   Brett L. Runyon, No. 133501
2  Heather S. Cohen, No. 263093
   MARDEROSIAN, RUNYON, CERCONE & LEHMAN
3  1260 Fulton Mall
   Fresno, CA 93721
4  Telephone:  (559) 441-7991
   Facsimile:  (559) 441-8170
5
   Michael J. Bidart, No. 60582
6  Ricardo Echeverria, No. 166049
   SHERNOFF BIDART ECHEVERRIA, LLP
7  600 South Indian Hill Boulevard
   Claremont, CA  91711-5498
8  Telephone:  (909) 621-4935
   Facsimile:  (909) 625-6915
9
   Thomas V. Girardi, No. 36603
10 Shawn McCann, No. 227553
   GIRARDI & KEESE
11 1126 Wilshire Boulevard
   Los Angeles, CA  90017
12 Telephone:  (213) 977-0211
   Facsimile:  (213) 481-1554
13
   Jack Silver, No. 160575
14 LAW OFFICE OF JACK SILVER
   Post Office Box 5469
15 Santa Rosa, CA 95402
   Telephone:  (707) 829-0934
16 Facsimile:  (707) 528-8675

17     Attorneys for: Plaintiffs

18                 UNITED STATES DISTRICT COURT

19        EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

20 ABARCA, RAUL VALENCIA, et    )   Case No. 1:07-CV-0388 OWW DLB
21 al.,                         )
                                )   **ORDER GRANTING PLAINTIFFS'**
22     Plaintiffs,              )   **MOTION FOR LEAVE TO AMEND**
                                )   **EIGHTH AMENDED COMPLAINT**
23              v.              )
                                )
24 MERCK & CO., INC., et al.,   )
                                )
25     Defendants.              )
                                )
26
27
28

MARDEROSIAN,
RUNYON, CERCONE
& LEHMAN
1260 Fulton Mall
Fresno, CA 93721

**PLAINTIFFS' MOTION SEEKING LEAVE TO AMEND THE EIGHTH AMENDED COMPLAINT IS HEREBY GRANTED AS FOLLOWS:**

1.    Plaintiffs shall file "Plaintiffs' Amendments to Eighth Amended Complaint" which was attached as Exhibit "A" to their Motion for Leave to Amend [Document 1371-2] within five (5) calendar days of this Order;

2.    Defendants Merck & Company, Inc. ("MERCK"), Amsted Industries, Inc. ("AMSTED") and Baltimore Aircoil Company ("BAC") shall respond to the amendment within twenty (20) calendar days of its filing;

3.    No defendant in this litigation need respond to the amendment, other than those defendants listed above as the amendment does not pertain to the Merced Irrigation District, Merced Drainage District No. 1, or the County of Merced; and

4.    Discovery shall be reopened on the issues of corporate liability for all parties.  Focused, non-duplicative discovery shall be conducted on issues of corporate liability.

5. Plaintiffs shall disclose any experts on corporate liability on or before August 27, 2011.

6. Defendants shall disclose any corporate liability experts on or before September 9, 2011.

7. Rebuttal and supplemental corporate liability experts shall be disclosed on or before September 29, 2011

8.  All corporate liability discovery shall be completed on or before October 28, 2011.

MARDEROSIAN,
RUNYON, CERCONE
& LEHMAN
1260 Fulton Mall
Fresno, CA 93721

1    IT IS SO ORDERED.

2    **Dated:    August 12, 2011**                    /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28