UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., et al.,<br><br>Defendants. | Case No. 1:07-cv-00388-OWW-DLB<br><br>**ORDER RE: DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL NEW TRIAL** |

The motions of defendants Merck & Co., Inc., Amsted Industries Incorporated, and Baltimore Aircoil Company, Inc. (collectively, "Defendants") for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(b) and for partial new trial pursuant to Federal Rule of Civil Procedure 59 came on for hearing in Courtroom 3 of this Court on July 11, 2011.  All parties appeared by and through their respective counsel.

After consideration of the written and oral submissions presented by each party in support of and in opposition to Defendants' motions, and for good cause shown, the Court hereby orders that:

1. Defendants' motion for judgment as a matter of law regarding general exposure via the El Capitan Canal surface water pathway from 1969-1991 is DENIED.

2. Defendants' motion for new trial regarding general exposure via the El Capitan Canal surface water pathway from 1969-1991 is DENIED.

3. Defendants' motion for judgment as a matter of law regarding general exposure via the El Capitan Canal surface water pathway from 1992-2006 is GRANTED.

ORDER RE: DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL NEW TRIAL
*Abarca v. Merck & Co. Inc.*, Case No. 1:07-cv-00388-OWW

891518.2

4. Defendants' motion for judgment as a matter of law regarding general exposure via the flood surface water pathway from 2006 to present is GRANTED.

5. Defendants' motion for judgment as a matter of law regarding general exposure via the air pathway is DENIED.

6. Defendants' motion for new trial regarding general exposure via the air pathway is DENIED.

7. Defendants' motion for judgment as a matter of law regarding corporate liability is DENIED WITHOUT PREJUDICE.  A revised trial schedule shall be implemented to ensure a full and fair trial on the merits of all corporate liability claims.

IT IS SO ORDERED.

Dated:   **September 6, 2011**              **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE

ORDER RE: DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL NEW TRIAL
*Abarca v. Merck & Co. Inc.*, Case No. 1:07-cv-00388-OWW

891518.2