Case 1:07-cv-00388-DOC -DLB   Document 1473   Filed 09/07/11   Page 1 of 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al., | CASE NO. CV F 07-0388 LJO DLB |
| Plaintiffs, | **ORDER ON BRIEFING SCHEDULE AND TO VACATE HEARING** |
| vs. | (Doc. 1451.) |
| MERCK & CO., INC., | |
| Defendants. | |

Defendants filed a motion to limit media communications and set a September 26, 2011 hearing before U.S. District Judge Oliver W. Wanger prior to this action's reassignment to this Court. As such, this Court:

1. ORDERS opposition papers to be filed and served no later than September 12, 2011;
2. ORDERS reply papers to be filed and served no later than September 19, 2011; and
3. VACATES the September 26, 2011 hearing.

Pursuant to its practice, this Court will consider defendants' motion to limit media communications on the record without a hearing, unless otherwise ordered.

IT IS SO ORDERED.

1 | **Dated:   September 6, 2011**               /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE