FILED
NOV 01 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  Michael G. Marderosian, No. 77296
   Brett L. Runyon, No. 133501
2  Heather S. Cohen, No. 263093
   MARDEROSIAN, RUNYON, CERCONE & LEHMAN
3  1260 Fulton Mall
   Fresno, CA 93721
4  Telephone: (559) 441-7991
   Facsimile: (559) 441-8170
5
   Michael J. Bidart, No. 60582
6  Ricardo Echeverria, No. 166049
   SHERNOFF BIDART ECHEVERRIA, LLP
7  600 South Indian Hill Boulevard
   Claremont, CA 91711-5498
8  Telephone: (909) 621-4935
   Facsimile: (909) 625-6915
9
   Thomas V. Girardi, No. 36603
10 Shawn McCann, No. 227553
   GIRARDI & KEESE
11 1126 Wilshire Boulevard
   Los Angeles, CA 90017
12 Telephone: (213) 977-0211
   Facsimile: (213) 481-1554
13
   Jack Silver, No. 160575
14 LAW OFFICE OF JACK SILVER
   Post Office Box 5469
15 Santa Rosa, CA 95402
   Telephone: (707) 829-0934
16 Facsimile: (707) 528-8675

17     Attorneys for:    Plaintiffs

18                 UNITED STATES DISTRICT COURT

19           EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

20 ABARCA, RAUL VALENCIA, et )   Case No. 1:07-CV-0388 DOC DLB
21 al.,                      )
                             )   **STIPULATED DISMISSAL AND**
22      Plaintiffs,          )   **ORDER DISMISSING**
                             )   **RANCHWOOD DEFENDANTS**
23      v.                   )   **WITH PREJUDICE**
                             )
24 MERCK & CO., INC., et al.,)
                             )
25      Defendants.          )
                             )
26
27
28

1. The Stipulation of the parties having been read and considered by the Court,
2. and good cause appearing therefor,
3. IT IS HEREBY ORDERED that the above-entitled action and all claims
4. therein be dismissed with prejudice as to defendants, RANCHWOOD HOMES
5. CORP.; RANCHWOOD PROPERTIES; RANCHWOOD CONTRACTORS, INC.;
6. HOSTETLER INVESTMENTS, LLC; EL CAPITAN ESTATES, LLC;
7. HOLLYWOOD PARK ESTATES, LLC; EL CAPITAN MEADOWS, LLC; and,
8. RANCHWOOD RESIDENTIAL, INC., only.

Dated: November 1, 2011.

*David O. Carter*
THE HONORABLE DAVID O. CARTER

MARDEROSIAN, RUNYON
CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721

2