Michael G. Marderosian, No. 77296
Brett L. Runyon, No. 133501
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721
Telephone:  (559) 441-7991
Facsimile: (559) 441-8170

Michael J. Bidart, No. 60582
Ricardo Echeverria, No. 166049
SHERNOFF BIDART ECHEVERRIA, LLP
600 South Indian Hill Boulevard
Claremont, CA  91711-5498
Telephone:  (909) 621-4935
Facsimile:  (909) 625-6915

Thomas V. Girardi, No. 36603
Shawn McCann, No. 227553
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA  90017
Telephone:  (213) 977-0211
Facsimile:  (213) 481-1554

Jack Silver, No. 160575
LAW OFFICE OF JACK SILVER
Post Office Box 5469
Santa Rosa, CA 95402
Telephone:  (707) 829-0934
Facsimile:  (707) 528-8675

        Attorneys for:      Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al., ) | Case No. 1:07-CV-0388 DOC DLB |
| Plaintiffs, ) | **STIPULATION AND ORDER REGARDING FURTHER PROCEEDINGS** |
| v. ) | |
| MERCK & CO., INC., et al., ) | |
| Defendants. ) | |

//

/

MARDEROSIAN, RUNYON,
CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721

1    IT IS HEREBY STIPULATED, by and between the undersigned parties hereto:

2    All future court proceedings in the above-entitled action will take place in the U.

3 S. District Court, Central District of California in Santa Ana, California, before the

4 Honorable David O. Carter.

5

6    IT IS HEREBY STIPULATED.

7 Dated: November 18, 2011.          MARDEROSIAN, RUNYON,
                                     CERCONE & LEHMAN
8

9
                                     By: /s/Michael G. Marderosian
10                                       MICHAEL G. MARDEROSIAN,
                                         Attorney for Plaintiffs above named.
11

12 Dated: November 18, 2011.         SHERNOFF BIDART ECHEVERRIA, LLP

13

14                                   By: /s/Ricardo Echeverria
                                         RICARDO ECHEVERRIA,
15                                       Co-counsel for Plaintiffs

16
   Dated: November 18, 2011.         BARG, COFFIN, LEWIS & TRAPP
17

18
                                     By: /s/ John F. Barg
19                                       JOHN F. BARG,
                                         Defendants MERCK & CO., INC.;
20                                       AMSTED INDUSTRIES, INC.;
                                         and BALTIMORE AIRCOIL
21                                       COMPANY, INC.

22
   Dated: November 18, 2011.         GREENFIELD-HARDY
23

24
                                     By: /s/Robert H. Greenfield, Esq.
25                                       ROBERT H. GREENFIELD,
                                         Defendants MERCED IRRIGATION
26                                       DISTRICT and MERCED DRAINAGE
                                         DISTRICT NO. 1 (erroneously sued
27                                       herein as MERCED IRRIGATION
                                         DISTRICT NO. 1)
28

MARDEROSIAN, RUNYON,
CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721

2

1    Dated: November 18, 2011.              LaMORE, BRAZIER,
2                                           RIDDLE & GIAMPAOLI

3
                                           By:   /s/Jeffrey F. Oneal
4                                                JEFFREY F. ONEAL,
                                                 Co-counsel for Defendants MERCED
5                                                IRRIGATION DISTRICT and MERCED
                                                 DRAINAGE DISTRICT NO. 1
6                                                (erroneously sued herein as MERCED
                                                 IRRIGATION DISTRICT NO. 1)
7

8    Dated: November 18, 2011.              GREBEN & ASSOCIATES

9
                                           By:   /s/Jan Adam Greben
10                                               JAN ADAM GREBEN,
11                                               Defendant COUNTY OF MERCED

12

13

14                              **ORDER**

15           All future court proceedings in the above-entitled action will take place in the U.

16   S. District Court, Central District of California in Santa Ana, California, before the

17   Honorable David O. Carter in Courtroom 9D.

18

19           IT IS SO ORDERED.

20

21   Dated: November 18, 2011

22                                           _____
23                                               DAVID O. CARTER,
                                                 Judge of the U. S. District Court
24                                               Central District of California

25

26

27

28

MARDEROSIAN, RUNYON,
CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721                                        3