JOHN F. BARG (State Bar No. 60230; jfb@bcltlaw.com)
STEPHEN C. LEWIS (State Bar No. 66590; scl@bcltlaw.com)
R. MORGAN GILHULY (State Bar No. 133659; rmg@bcltlaw.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone:    (415) 228-5400
Facsimile:    (415) 228-5450

Attorneys for Defendants Merck & Co., Inc.,
Amsted Industries Incorporated, and
Baltimore Aircoil Company, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al., | Case No. 1:07-cv-00388-DOC-DLB |
| Plaintiffs, | |
| v. | **ORDER RESCHEDULING HEARING DATE** |
| MERCK & CO., INC., et al., | |
| Defendants. | |

The hearing presently set for December 1, 2011 at 5:00 p.m. in this matter is hereby rescheduled to November 30, 2011 at 1:30 p.m.

IT IS SO ORDERED.

Dated: November 21, 2011

_David O. Carter_
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE