**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. 1:07-cv-00388 DOC (DLBx)                                    Date: January 23, 2012

Title: ABARCA, et al. v. MERCK & CO., INC., et al.

---

DOCKET ENTRY
    [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                              Date:_____ Deputy Clerk: _____

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

   Julie Barrera                                    Not Present   
  Courtroom Clerk                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                         NONE PRESENT

---

PROCEEDING (IN CHAMBERS): SELECTION OF REPRESENTATIVE PLAINTIFFS FOR CONTAMINATION CASE AND SCHEDULING ORDER

The Court is in receipt of the parties' Joint Stipulation re: Injury Categories and Identification of Plaintiffs Within Such Categories (Docket 1545). There will be ten representative plaintiffs for the "contamination case." As per the parties' stipulation, only one plaintiff owner will testify regarding the property devaluation claims, of which there are 185 in total. There are thus nine representative plaintiffs to be proportionately distributed among the other four categories of injury. There are 28 plaintiffs in the "Wrongful Death" category; 25 plaintiffs in the "Cancer" category; 84 plaintiffs in the "Non-Cancer" category; and 674 plaintiffs in the "Non-Cancer Respiratory" category, totaling 811 non-property plaintiffs. Percentage-wise, then, there are 3.4% "Wrongful Death" plaintiffs; 3.1% "Cancer" plaintiffs; 10.4% "Non-Cancer" plaintiffs; and 83.1% "Non-Cancer Respiratory" plaintiffs. After rounding to the nearest whole person, there will be 1 "Wrongful Death" representative plaintiff; 1 "Cancer" plaintiff; 1 "Non-Cancer" plaintiff; and 6 "Non-Cancer Respiratory" plaintiffs, in addition to the 1 "Property" plaintiff.

The Court used the same random selection method as in the selection of the random properties for the

"flood case." The Court used a Microsoft Excel spreadsheet and formula to generate six random numbers for the "Non-Cancer Respiratory" category and one random number for each other category. The function used was "=RAND()*(X-1)+1" where "X" was the total number of potential plaintiffs in each respective category. The randomly selected numbers each correspond to a plaintiff on the stipulated list of categories, such that the representative plaintiffs for the contamination case are as follows:

    "Wrongful Death" plaintiff:

        #22 Barbara Railey

    "Cancer" plaintiff:

        #20 Teri Lynn Reyes

    "Non-Cancer" plaintiff:

        #78 Rosa Maria Vega

    "Non-Cancer Respiratory" plaintiffs:

        #134 Darrell Earl Davis

        #9 Alejandra Aguirre

        #21 Sheila Ann Ange

        #69 Pearlie Elizabeth Womack Boyd

        #58 Jorge Benitez

        #644 Donna Louise Winder

    "Property":

        #100 2968 Elm Avenue, Merced, CA 95348


    The Court also sets the following dates:

February 14, 2012: The parties shall simultaneously exchange their lists of deponents.

    a. By way of reminder, each side has a total of 25 depositions, with each deposition to last a maximum of seven hours.

February 28, 2012: The parties shall submit a joint schedule of the fifty (50) total depositions.

    a. All discovery is still to remain stayed until the Court approves the deposition schedule.

October 19, 2012: Discovery Cut-Off Date

November 12, 2012: Motion Cut-Off Date

December 4, 2012: Pretrial Conference

January 22, 2013: Trial

The Clerk shall serve this minute order on all parties to the action