Hon. James L. Smith (Ret.)
JAMS
500 N. State College Blvd.
Suite 1400
Orange, CA 92868
Telephone: (714) 939-1300
Fax: (714) 939-8710

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

ABARCA et al.

    Plaintiffs,

vs.

MERCK & CO., INC., et al.

    Defendants.

) Case No. 1:07-CV-0388 DOC (DLB)
) Judge: Hon. David O. Carter
) Courtroom: 9D
)
)
)
) REPORT AND RECOMMENDATION OF
) DISCOVERY SPECIAL MASTER
) (February 27, 2012)
)
)
)

The undersigned having been appointed Discovery Special Master (Special Master) in the above entitled matter to consider and offer recommendations to the Court regarding discovery issues hereby submits the following Report and Recommendation regarding the scheduling of percipient witness depositions.

## REPORT

In its Order of January 23, 2012, the Court required the parties to submit a joint schedule of not more than the fifty (50) depositions. Plaintiffs (collectively) and Defendants (collectively) were each allocated 25 depositions. In assisting the parties in their compliance with this Order

1

the Referee conducted a deposition setting conference on February 24, 2012, attended by counsel for all parties. The following schedule for the taking of percipient witness depositions was approved by all parties. For convenience only the last name of the person being deposed is indicated on this schedule.

| Date | Name | Party |
|---|---|---|
| 04/17/12 | Cooter | Defendant |
| 04/18/12 | Brady | Defendant |
| 04/19/12 | Lielke | Defendant |
| 04/16/12 | Railey | Plaintiffs |
| 05/01/12 | Reyes | Plaintiffs |
| 05/02/12 | Winder | Plaintiffs |
| 03/27/12 | Tyls | Defendant |
| 03/28/12 | Babos | Defendant |
| 05/03/12 | Vega | Plaintiffs |
| 05/10/12 | Ange | Plaintiffs |
| 04/06/12 | Madrigal | Plaintiffs |
| 05/07/12 | Benitez | Plaintiffs |
| 05/09/12 | Smith | Defendant |
| 05/08/12 | Boyd | Plaintiffs |
| 05/21/12 | Davis | Plaintiffs |
| 04/04/12 | Speice | Defendant |
| 03/21/12 | Spizzer | Defendant |
| 05/22/12 | Amstad PMKs | Plaintiffs |
| 04/26/12 | Amstad PMKs | Plaintiffs |
| 06/05/12 | Merck PMK | Plaintiffs |
| 05/22/12 | Merck PMK | Plaintiffs |

The parties further stipulated, subject to approval of the Court, as follows:

1. As to all of witnesses who are subject to the subpoena power or order of this Court requiring appearance their depositions shall be conducted at the offices of the Special Master located at 500 N. State College Blvd., 14th Floor, Orange, California.

2. All depositions shall commence at 9:00 a.m. on the date indicated unless otherwise directed by the Special Master.

3. All depositions shall be for a period not to exceed 7 hours of examination time.

4. The Special Master is authorized, upon good cause shown, to modify the deposition schedule by substituting deponents, allowing additional depositions (not to exceed 50 total), and rescheduling depositions so long as such modifications do not extend the discovery cut-off date beyond October 19, 2012.

5. Interrogatories shall be limited to one set of not more than 25 interrogatories propounded to each defendant by plaintiffs collectively, and each plaintiff by defendants collectively. Additional interrogatories may be authorized by the Special Master upon good cause shown.

6. Requests for production of documents shall be limited to those documents not previously produce in discovery and relating to interrogatories propounded by the parties.

7. Requests for Admission shall be limited to 25 for Plaintiffs collectively and 25 for defendants collectively. Additional requests for admission may be authorized by the Special Master upon good cause shown.

8. The discovery stay presently in place is lifted forthwith upon the Court's approval of this Report and Recommendation.

9. Plaintiff Alejandra Aguirre shall be removed from the group of 10 plaintiffs identified as "representative plaintiffs" whose claims are at issue in this phase of the litigation. This phase shall continue with the remaining 9 plaintiffs only.

10. The designation of expert witnesses by the parties shall be contemporaneous on a date agreed. Any counter-designations shall also be contemporaneous.

## RECOMMENDATION

3

1  The Report and Recommendation of the Special Master is accepted and approved.
2  Percipient witness depositions shall be conducted at the times and places specified in the Report
3  subject to modifications approved by the Special Master. The stipulations contained in the
4  Special Master's Report are accepted and approved by the Court. The Special Master is
5  authorized to make such modifications to the deposition schedule as he may deem appropriate
6  upon good cause shown so long as such modifications do not delay the completion of discovery
7  beyond the Court ordered discovery cut-off date of October 19, 2012.

Date: February 28, 2012

James L. Smith
Discovery Referee

**IT IS SO ORDERED.**

Date: March _____, 2012

Hon. David O. Carter
District Court Judge

## PROOF OF SERVICE BY EMAIL & U.S. MAIL

Re: Abarca, Raul Valencia, et al. vs. Merck & Co., Inc., et al.
Reference No. 1200045522

I, Gina Monteiro, not a party to the within action, hereby declare that on February 29, 2012 I served the attached REPORT AND RECOMMENDATION OF DISCOVERY SPECIAL MASTER on the parties in the within action by Email and by depositing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United States Mail, at Orange, CALIFORNIA, addressed as follows:

Michael G. Marderosian Esq.
Brett L. Runyon Esq.
Heather S. Cohen Esq.
Marderosian Runyon Cercone & Lehman
1260 Fulton Mall
Fresno, CA   93721-1916
Phone: 559-441-7991
mick@mrcl-law.com
brunyon@mrcl-law.com
heather@mrcl-law.com
    Parties Represented:
    Abarca
    Raul Valencia Abarca

Thomas V. Girardi Esq.
Shawn J. McCann Esq.
Girardi & Keese
1126 Wilshire Blvd.
Los Angeles, CA   90017
Phone: 213-977-0211
tgirardi@girardikeese.com
smccann@girardikeese.com
    Parties Represented:
    Abarca

Jan A. Greben Esq.
Mr. Jeff Coyner
Greben & Associates
1332 Anacapa Street
Suite 110
Santa Barbara, CA   93101
Phone: 805-963-9090

Michael J. Bidart Esq.
Ricardo Echeverria Esq.
Gregory L. Bentley Esq.
Shernoff Bidart Echeverria et al.
600 S. Indian Hill Blvd.
Claremont, CA   91711
Phone: 909-621-4935
MBidart@shernoff.com
recheverria@shernoff.com
gbentley@shernoff.com
    Parties Represented:
    Abarca

Jack Silver Esq.
L/O Jack Silver
PO Box 5469
Santa Rosa, CA   95402-5469
Phone: 707-528-8175
warrioreco@yahoo.com
    Parties Represented:
    Abarca

Stephen C. Lewis Esq.
Morgan Gilhuly Esq.
Barg, Coffin, Lewis & Trapp LLP
350 California St.
22nd Floor
San Francisco, CA   94104-1435
Phone: 415-228-5400

jan@grebenlaw.com  
jeff@grebenlaw.com  
   Parties Represented:  
   Bruce Phillips  
   County of Merced  
   Jeff Haltiner  
   Joe Countryman  

Kenneth C. Ward Jr. Esq.  
Archer Norris  
2033 N. Main St.  
Suite 800  
Walnut Creek, CA   94596  
Phone: 925-930-6600  
kcward@archernorris.com  
   Parties Represented:  
   Merced Drainage District No. 1  
   Merced Irrigation District  

Mr. Ted Hromadka  
Hromadka & Associates  
29809 Santa Margarita Parkway  
Suite 102  
Rancho Santa Margarita, CA   92688  
Phone: 949-709-4817  
ted@phdphdphd.com  
   Parties Represented:  

scl@bcltlaw.com  
rmg@bcltlaw.com  
   Parties Represented:  
   Amsted Industries, Inc.  
   Baltimore Aircoil Company  
   Merck & Co., Inc.  

Wesley L. Davis Esq.  
L/O Wesley L. Davis, APC  
One Post  
Ste. 200  
Irvine, CA   92618  
Phone: 949-552-1200  
dirtyesq@aol.com  
   Parties Represented:  

      I declare under penalty of perjury the foregoing to be true and correct. Executed at Orange, CALIFORNIA on February 29, 2012.

*/s/ Gina Monteiro*  
Gina Monteiro  
gmonteiro@jamsadr.com