Robert H. Greenfield, SBN 114500
Kayla C. Villa, SBN 255641
GREENFIELD•HARDY
4790 Golden Foothill Parkway, Suite 210
El Dorado Hills, CA 95762
Telephone: (916)939-1070
Facsimile:   (916)939-1075

Thomas S. Brazier, SBN 55484
Jeffrey F. Oneal, SBN 129072
LAMORE, BRAZIER, RIDDLE & GIAMPAOLI
1570 The Alameda, Suite 150
San Jose, CA 95126
Telephone:  (408) 280-6800
Facsimile:   (408) 275-6284

Attorneys for Defendant
Merced Irrigation District and
Merced Drainage District No. 1
erroneously served as Merced
Irrigation District No. 1

FILED
FEB 28 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ____S. ARELLANO____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.<br><br>Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC., et al.<br><br>Defendants. | Case No.:   1:07-cv-388-DOC- DLB<br><br>**DEFENDANT MERCED IRRIGATION DISTRICT NOTICE OF WITHDRAWAL OF COUNSEL; ORDER**<br><br>*By order dated September 19, 2011, Judge Carter of the Central District was designated to perform the duties of United States District Judge temporarily for the Eastern District for this action (Doc. # 1477). |

NOTICE OF WITHDRAWAL OF COUNSEL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Robert H. Greenfield of Greenfield Hardy and Jeffrey F. Oneal

of LaMore, Brazier, Riddle & Giampaoli, as trial attorneys of record for Defendants Merced

Irrigation District and Merced Drainage District No. 1, hereby are withdrawing as counsel for Merced Irrigation District and Merced Drainage District No. 1.

Kenneth C. Ward and Joseph V. Macha of Archer Norris will remain as trial counsel of record for Merced Irrigation District and Merced Drainage District No. 1. All parties are requested to direct copies of all correspondence, pleadings, and discovery to Kenneth C. Ward and Joseph V. Mach of Archer Norris at:

> KENNETH C. WARD
> JOSEPH V. MACHA
> ARCHER NORRIS
> 2033 North Main Street, Suite 800
> Walnut Creek, California 94596
> kcward@archernorris.com
> jmacha@archernorris.com
> Telephone:  925-930-6600
> Telecopier:   925-930-6620

Dated:   February 24, 2012                           GREENFIELD•HARDY

By:   /s/  Robert H. Greenfield
Robert H. Greenfield, Attorney
for Merced Irrigation District and
Merced Drainage District #1

Dated: February 24, 2012                             LaMORE, BRAZIER, RIDDLE & GIAMPAOLI

By:   / s /    Jeffrey F. Oneal
Jeffrey F. Oneal
Attorney for Merced Irrigation District
and Merced Drainage District #1

Dated: February 24, 2012                                   ARCHER NORRIS

                                                  By:   ___/s/ Kenneth C. Ward__
                                                        KENNETH C. WARD

Dated: February 24, 2012                                   ARCHER NORRIS

                                                  By:   ___/s/ Joseph V. Macha__
                                                        JOSEPH V. MACHA

    Merced Irrigation District and Merced Drainage District No. 1 hereby accepts the foregoing withdrawal of Robert Greenfield and Jeffrey Oneal as counsel in this matter.

Dated: February 24, 2012                          Merced Irrigation District and
                                                  Merced Drainage District No. 1


                                                  By:_____/s/ John Sweigard_____
                                                        JOHN SWEIGARD
                                                        General Manager

## ORDER

    Based on the above Notice, IT IS SO ORDERED.

Dated: February 28, 2012                          _____/s/ David O. Carter_____
                                                        DAVID O. CARTER
                                                        United States District Judge