**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. 1:07-cv-00388 DOC (DLB)                            Date: March 15, 2012
Title: ABARCA, et al. v. MERCK & CO, et al.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

    Julie Barrera                                    Not Present    
Courtroom Clerk                                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                            NONE PRESENT

PROCEEDING (IN CHAMBERS): RESCHEDULING HEARINGS

        Before the Court are four Motions for Summary Judgment in the "flood case" filed by Merced Irrigation District/Merced Drainage District No. 1 (Docket 1553) and County of Merced (Dockets 1556, 1557, and 1560[1]) scheduled for a March 26, 2012 hearing. Also before the Court is a Motion to Dismiss in the "contamination case" filed by Amsted Industries, Inc., Baltimore Aircoil Company, and Merck & Co., Inc. (Docket 1571) scheduled for a hearing on April 2, 2012.

        The Court, on its own motion, reschedules the hearings on all five pending motions to **April 16, 2012 at 8:30 a.m.**

        The hearings currently scheduled for March 26, 2012 and April 2, 2012 are hereby VACATED.

        The Clerk shall serve this minute order on all parties to the action.

---

      [1]The Court notes that Merced Irrigation District/Merced Drainage District No. 1 has joined in the County of Merced's summary judgment motions.

MINUTES FORM 11 DOC                            Initials of Deputy Clerk- SA- EDCA
CIVIL - GEN                                                         Page 1 of 1