**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**<u>CIVIL MINUTES - GENERAL</u>**

Case No. 1:07-CV-0388 DOC (DLB)                                                      Date: March 20, 2012

Title: ABARCA et al. v. MERCK & CO., INC., et al.

---

DOCKET ENTRY
          [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                                                   Date:_____  Deputy Clerk: _____

---

PRESENT:

<u>THE HONORABLE DAVID O. CARTER, JUDGE</u>

<u>     Julie Barrera     </u>                                         <u>     Not Present     </u>
Courtroom Clerk                                                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                            NONE PRESENT

---

PROCEEDING (IN CHAMBERS): DISMISSING WITHOUT PREJUDICE DEFENDANTS' MOTION FOR ORDER LIMITING COMMUNICATIONS WITH MEDIA

The Court was recently made aware of a pending Motion for Order Limiting Communications with Media filed by Defendants Merck & Co, Inc., Amsted Industries Incorporated, and Baltimore Aircoil Company (Docket 1451) ("Media Motion"). When Judge O'Neill recused himself from the above-captioned case (Docket 1474), he ordered the parties to reset all matters, including the Media Motion, before the reassigned judge. Defendants have failed to reset the Media Motion for a hearing before this Court. The Motion is thus DISMISSED WITHOUT PREJUDICE. Defendants may refile the motion for a hearing before this Court if the issue has not already been resolved informally by the parties.

        The Clerk shall serve this minute order on all parties to the action.