Hon. James L. Smith (Ret.)
JAMS
500 N. State College Blvd.
Suite 1400
Orange, CA 92868
Telephone: (714) 939-1300
Fax: (714) 939-8710

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., et al.,<br><br>Defendants. | Case No. 1:07-cv-00388-DOC-DLB<br>Judge: Hon. David O. Carter<br>Courtroom: 9D<br><br>**STIPULATED REVISED DEPOSITION SCHEDULE: REPORT AND RECOMMENDATION OF DISCOVERY SPECIAL MASTER; ORDER**<br><br>**(March __, 2012)** |

The undersigned having been appointed Discovery Special Master (Special Master) in the above-entitled matter to consider and offer recommendations to the Court regarding discovery issues hereby submits the following Report and Recommendation ("Report") regarding the scheduling of percipient witness depositions. This Report incorporates paragraphs 1 – 10 of my February 27, 2012 Report (ECF No. 1562) and only is intended to amend and supplement the deposition dates provided in that Report.

Following a telephonic hearing before the Special Master on March 9, 2012, counsel for plaintiffs, and counsel for defendants Merck & Co., Inc., Amsted Industries Incorporated, and Baltimore Aircoil Company, Inc. (collectively "Defendants") have met and conferred, and have

1 agreed to the amended deposition schedule set forth below.  For convenience only the last name
2 of the person being deposed is indicated on the schedule.  Plaintiffs' depositions are in bold.
3        Unless otherwise indicated, all depositions will take place at JAMS in Orange, California,
4 and will begin at 9:00 a.m.  Where a witness (Speice, Brosius, Babos) is presented in both his
5 individual capacity and as a 30(b)(6) witness, the 30(b)(6) witness deposition will proceed first,
6 and counsel for the parties will meet and confer to decide whether to immediately begin the
7 individual capacity deposition or defer the start of that deposition to the following morning.  In
8 the event trial of the Flood case proceeds as scheduled on June 19, plaintiffs' counsel Brett
9 Runyon of the Marderosian firm may take the out-of-state depositions scheduled for the week of
10 June 19 on behalf of plaintiffs.

| Date | Witness |
|------|---------|
| 3/21 | Speizer (limited to 3.5 hours, because previously deposed) |
| 3/27 | Tyls |
| 4/4  | BAC 30(b)(6) (Speice) (3.5 hours) (issue #1, 2, 6 and 7) (option: begin individual capacity deposition in afternoon) |
| 4/5  | Speice |
| 4/6  | **Madrigal** (limited to 3.5 hours, because previously deposed) |
| 4/16 | **Railey** |
| 4/17 | Kuder |
| 4/19 | Brady |
| 4/20 | Lielke |
| 4/26 | 11:00 a.m. -- Amsted (30(b)(6) (Hower) (3.5 hours) (issue #3, 4 and 7) |
| 5/1  | **Reyes** (limited to 3.5 hours, because previously deposed) |
| 5/2  | **Winder** |
| 5/3  | **Vega** |
| 5/7  | **Benitez** |
| 5/8  | **Boyd** |

Stipulation Revised Deposition Schedule; Report and Recommendation of Discovery Special Master; Order     2

| | | |
|---|---|---|
| 1 | 5/9 | Smith |
| 2 | 5/10 | **Ange** |
| 3 | 5/11 | **Davis** |
| 4 | 6/5 | Amsted 30(b)(6) (Brosius) (3.5 hours) (issue #1, 2, 5 and 6) (option: begin individual capacity deposition in afternoon) |
| 6 | 6/6 | Brosius |
| 7 | 6/7 | Merck (30(b)(6) (Cunningham) (3.5 hours) (issue #3, 4 and 7) |
| 8 | 6/7 | Afternoon -- Merck 30(b)(6) (Babos) (3.5 hours) (issue #1, 2, 5 and 6) |
| 9 | 6/8 | Babos (individually) |
| 10 | 6/19 | Del Tufo (Wilmington, NC; Hilton) |
| 11 | 6/20 | BAC 30(b)(6) (McKenna) (3.5 hours) (issue #3, 4, 5 and 8) (near Tampa, FL) |
| 12 | 6/21 | Minassian (near Bradenton/Sarasota, FL) |
| 13 | 6/23 | Cutcliffe (Augusta, GA; Hampton Inn, Jimmy Dyess Pkwy) |

## RECOMMENDATION

The Special Master recommends that the Court approve the stipulated dates set forth above.

Date: March __, 2012

James L. Smith
Special Master

## ORDER

The Report and Recommendation of the Special Master is accepted and approved. The stipulated dates set forth in the Special Master's Report are accepted and approved by the Court. The Special Master is authorized to make such modifications to the foregoing schedule as he may deem appropriate upon good cause shown so long as such modifications do not delay the

completion of discovery beyond the Court-ordered discovery cut-off date of October 19, 2012.

**IT IS SO ORDERED.**

Date: March __, 2012

                                                    Hon. David O. Carter
                                                    District Court Judge

## PROOF OF SERVICE BY U.S. MAIL

Re: Abarca, Raul Valencia, et al. vs. Merck & Co., Inc., et al.
Reference No. 1200045522

I, Gina Monteiro, not a party to the within action, hereby declare that on March 26, 2012 I served the attached STIPULATION REVISED DEPOSITION SCHEDULE : REPORT AND RECOMMENDATION OF DISCOVERY SPECIAL MASTER; ORDER on the parties in the within action by depositing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United States Mail, Orange, CALIFORNIA, addressed as follows:

Michael G. Marderosian Esq.
Brett L. Runyon Esq.
Heather S. Cohen Esq.
Marderosian Runyon Cercone & Lehman
1260 Fulton Mall
Fresno, CA  93721-1916
   Parties Represented:
   Abarca
   Raul Valencia Abarca

Thomas V. Girardi Esq.
Shawn J. McCann Esq.
Girardi & Keese
1126 Wilshire Blvd.
Los Angeles, CA  90017
   Parties Represented:
   Abarca

Jan A. Greben Esq.
Mr. Jeff Coyner
Greben & Associates
125 E. De La Guerra St.
Suite 203
Santa Barbara, CA  93101
   Parties Represented:
   Bruce Phillips
   County of Merced
   Jeff Haltiner
   Joe Countryman

Kenneth C. Ward Jr. Esq.

Michael J. Bidart Esq.
Ricardo Echeverria Esq.
Gregory L. Bentley Esq.
Shernoff Bidart Echeverria et al.
600 S. Indian Hill Blvd.
Claremont, CA  91711
   Parties Represented:
   Abarca

Jack Silver Esq.
L/O Jack Silver
PO Box 5469
Santa Rosa, CA  95402-5469
   Parties Represented:
   Abarca

Stephen C. Lewis Esq.
Morgan Gilhuly Esq.
Barg, Coffin, Lewis & Trapp LLP
350 California St.
22nd Floor
San Francisco, CA  94104-1435
   Parties Represented:
   Amsted Industries, Inc.
   Baltimore Aircoil Company
   Merck & Co., Inc.

Mr. Ted Hromadka

| | |
|---|---|
| Archer Norris<br>2033 N. Main St.<br>Suite 800<br>Walnut Creek, CA   94596<br>    Parties Represented:<br>    Merced Drainage District No. 1<br>    Merced Irrigation District | Hromadka & Associates<br>29809 Santa Margarita Parkway<br>Suite 102<br>Rancho Santa Margarita, CA   92688<br>    Parties Represented: |

I declare under penalty of perjury the foregoing to be true and correct. Executed at Orange, CALIFORNIA, on March 26, 2012.

_____
Gina Monteiro