Hon. James L. Smith (Ret.)
JAMS
500 N. State College Blvd.
Suite 1400
Orange, CA 92868
Telephone: (714) 939-1300
Fax: (714) 939-8710

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., et al.,<br><br>Defendants. | Case No. 1:07-cv-00388-DOC-DLB<br>Judge: Hon. David O. Carter<br>Courtroom: 9D<br><br>**REPORT AND RECOMMENDATION OF DISCOVERY SPECIAL MASTER**<br><br>**(March 9, 2012)** |

The undersigned having been appointed Discovery Special Master (Special Master) in the above entitled matter to consider and offer recommendations to the Court regarding discovery issues submits the following Report and Recommendation regarding the pretrial schedule.

On February 24, 2012, counsel for the plaintiffs and counsel for defendants Merck & Co., Inc., Amsted Industries Incorporated, and Baltimore Aircoil Company, Inc. (collectively, the "Parties") appeared before the Special Master for a hearing. In addition to setting a deposition schedule (which schedule is set forth in the Report and Recommendation of the Special Master and Order of the Court, filed 3/1/12; ECF No. 1564), the Parties further stipulated, subject to the approval of the Court, to the following additional pre-trial deadlines:

| | | |
|---|---|---|
| 1 | 6/15/12 | Parties identify all percipient/non-expert witnesses they intend to have testify at trial |
| 2 | | |
| 3 | | |
| 4 | 6/22/12 | In response to those witnesses identified on 6/15/12, the Parties identify any supplemental percipient/non-expert witnesses they intend to have testify at trial |
| 5 | | |
| 6 | | |
| 7 | 7/11/12 | Rule 35 examinations of plaintiffs are completed |
| 8 | | |
| 9 | 7/11/12 | Parties designate their trial experts and produce their expert reports |
| 10 | | |
| 11 | 8/1/12 | Fact/percipient witness discovery is completed |
| 12 | | |
| 13 | 8/15/12 | Parties designate their rebuttal experts and produce their expert reports |
| 14 | | |
| 15 | 10/1/12 | Dispositive motions are filed |
| 16 | | |
| 17 | 10/3/12 | Expert witness discovery is completed |
| 18 | | |
| 19 | 10/25/12 | Oppositions to any dispositive motions are filed |
| 20 | | |
| 21 | 11/5/12 | Reply papers in support of dispositive motions are filed |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Report and Recommendation of Discovery Special Master                                    2

**RECOMMENDATION**

The Special Master recommends that the Court approve the stipulated dates set forth above.

Date: March 23, 2012

James L. Smith
Special Master

**ORDER**

The Report and Recommendation of the Special Master is accepted and approved. The stipulated dates set forth in the Special Master's Report are accepted and approved by the Court. The Special Master is authorized to make such modifications to the foregoing schedule as he may deem appropriate upon good cause shown so long as such modifications do not delay the completion of discovery beyond the Court-ordered discovery cut-off date of October 19, 2012.

**IT IS SO ORDERED.**

Date: March __, 2012

Hon. David O. Carter
District Court Judge

Report and Recommendation of Discovery Special Master                                    3

## PROOF OF SERVICE BY U.S. MAIL

Re: Abarca, Raul Valencia, et al. vs. Merck & Co., Inc., et al.
Reference No. 1200045522

I, Gina Monteiro, not a party to the within action, hereby declare that on March 26, 2012 I served the attached REPORT AND RECOMMENDATION OF DISCOVERY SPECIAL MASTER on the parties in the within action by depositing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United States Mail, Orange, CALIFORNIA, addressed as follows:

Michael G. Marderosian Esq.
Brett L. Runyon Esq.
Heather S. Cohen Esq.
Marderosian Runyon Cercone & Lehman
1260 Fulton Mall
Fresno, CA   93721-1916
   Parties Represented:
   Abarca
   Raul Valencia Abarca

Thomas V. Girardi Esq.
Shawn J. McCann Esq.
Girardi & Keese
1126 Wilshire Blvd.
Los Angeles, CA   90017
   Parties Represented:
   Abarca

Jan A. Greben Esq.
Mr. Jeff Coyner
Greben & Associates
125 E. De La Guerra St.
Suite 203
Santa Barbara, CA   93101
   Parties Represented:
   Bruce Phillips
   County of Merced
   Jeff Haltiner
   Joe Countryman

Kenneth C. Ward Jr. Esq.
Archer Norris

Michael J. Bidart Esq.
Ricardo Echeverria Esq.
Gregory L. Bentley Esq.
Shernoff Bidart Echeverria et al.
600 S. Indian Hill Blvd.
Claremont, CA   91711
   Parties Represented:
   Abarca

Jack Silver Esq.
L/O Jack Silver
PO Box 5469
Santa Rosa, CA   95402-5469
   Parties Represented:
   Abarca

Stephen C. Lewis Esq.
Morgan Gilhuly Esq.
Barg, Coffin, Lewis & Trapp LLP
350 California St.
22nd Floor
San Francisco, CA   94104-1435
   Parties Represented:
   Amsted Industries, Inc.
   Baltimore Aircoil Company
   Merck & Co., Inc.

Mr. Ted Hromadka
Hromadka & Associates

| | |
|---|---|
| 2033 N. Main St.<br>Suite 800<br>Walnut Creek, CA   94596<br>   Parties Represented:<br>   Merced Drainage District No. 1<br>   Merced Irrigation District | 29809 Santa Margarita Parkway<br>Suite 102<br>Rancho Santa Margarita, CA   92688<br>   Parties Represented: |

I declare under penalty of perjury the foregoing to be true and correct. Executed at Orange, CALIFORNIA, on March 26, 2012.

_____
Gina Monteiro