Hon. James L. Smith (Ret.)
JAMS
500 N. State College Blvd.
Suite 1400
Orange, CA 92868
Telephone: (714) 939-1300
Fax: (714) 939-8710

United States District Court

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., et al.,<br><br>Defendants. | Case No. 1:07-cv-00388-DOC-DLB<br>Judge: Hon. David O. Carter<br>Courtroom: 9D<br><br>**REPORT AND RECOMMENDATION OF DISCOVERY SPECIAL MASTER**<br><br>**(March 9, 2012)** |

The undersigned having been appointed Discovery Special Master (Special Master) in the above entitled matter to consider and offer recommendations to the Court regarding discovery issues submits the following Report and Recommendation regarding the pretrial schedule.

On February 24, 2012, counsel for the plaintiffs and counsel for defendants Merck & Co., Inc., Amsted Industries Incorporated, and Baltimore Aircoil Company, Inc. (collectively, the "Parties") appeared before the Special Master for a hearing. In addition to setting a deposition schedule (which schedule is set forth in the Report and Recommendation of the Special Master and Order of the Court, filed 3/1/12; ECF No. 1564), the Parties further stipulated, subject to the approval of the Court, to the following additional pre-trial deadlines:

| | | |
|---|---|---|
| 1 | 6/15/12 | Parties identify all percipient/non-expert witnesses they intend to have testify at trial |
| 4 | 6/22/12 | In response to those witnesses identified on 6/15/12, the Parties identify any supplemental percipient/non-expert witnesses they intend to have testify at trial |
| 7 | 7/11/12 | Rule 35 examinations of plaintiffs are completed |
| 9 | 7/11/12 | Parties designate their trial experts and produce their expert reports |
| 11 | 8/1/12 | Fact/percipient witness discovery is completed |
| 13 | 8/15/12 | Parties designate their rebuttal experts and produce their expert reports |
| 15 | 10/1/12 | Dispositive motions are filed |
| 17 | 10/3/12 | Expert witness discovery is completed |
| 19 | 10/25/12 | Oppositions to any dispositive motions are filed |
| 21 | 11/5/12 | Reply papers in support of dispositive motions are filed |

**RECOMMENDATION**

The Special Master recommends that the Court approve the stipulated dates set forth above.

Date: March __, 2012

_____
James L. Smith
Special Master

**ORDER**

The Report and Recommendation of the Special Master is accepted and approved. The stipulated dates set forth in the Special Master's Report are accepted and approved by the Court. The Special Master is authorized to make such modifications to the foregoing schedule as he may deem appropriate upon good cause shown so long as such modifications do not delay the completion of discovery beyond the Court-ordered discovery cut-off date of October 19, 2012.

**IT IS SO ORDERED.**

Date: March 28, 2012

_/s/ David O. Carter_____
Hon. David O. Carter
District Court Judge