**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. 1:07-cv-00388 DOC (DLB)                                        Date: April 26, 2012
Title: ABARCA, et al. v. MERCK & CO, et al.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

   Julie Barrera                                  Not Present
Courtroom Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                  NONE PRESENT

---

PROCEEDING (IN CHAMBERS): GRANTING IN PART PARTIES' STIPULATION REGARDING JOINT PRETRIAL STATEMENT RE: FLOOD CASE

      At the last hearing on the above-captioned case, the Court permitted the parties to file a joint pretrial statement for the flood case by April 27, 2012. Before the Court now is a stipulation between the parties to extend that deadline to May 2, 2012.

      The Court, *sua sponte*, has decided that it will maximize judicial efficiency to hear the equitable and jury issues of this case simultaneously. To the extent the parties wish to address any other issues in a joint pretrial statement, they may file it with the Court on or before May 2, 2012. Any statement filed, however, must fit within the confines of the Court's trial plan to hear the equitable and legal issues simultaneously.

      The Clerk shall serve this minute order on all parties to the action.