**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. 1:07-cv-00388 DOC (DLBx)                                                          Date: May 17, 2012
Title: ABARCA, et al. v. MERCK & CO, et al.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

|   Julie Barrera   |   Not Present   |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                             NONE PRESENT

---

PROCEEDING (IN CHAMBERS): SETTING HEARING ON MOTION FOR TERMINATION OF LIEN

At the May 14, 2012 hearing on Plaintiffs' Motion for Termination of Lien (Docket 1587), the Court indicated that it would require further hearings on the matter. Counsel for Plaintiffs, Meadowbrook Water Company of Merced, Inc., and the Merck Defendants are hereby ORDERED to be present for a hearing in front of this Court on **July 9, 2012 at 8:30 a.m.** to provide the Court with more information on any party's alleged contact with Dr. Schmidt prior to the Phase One trial in front of Judge Wanger and to discuss the appropriate remedy for any such conduct.

The Clerk shall serve this minute order on all parties to the action.