UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. 1:07-cv-00388 DOC (DLB)                  Date: June 4, 2012
Title: ABARCA, et al. v. MERCK & CO, et al.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                               NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDERING COUNSEL TO APPEAR ON JUNE 20, 2012

       Although, as previously scheduled, jury selection in the flood trial will not start until June 21, 2012, all counsel in the flood trial are hereby ORDERED to be present in this Court on **June 20, 2012 at 8:30 a.m.** Plaintiffs' counsel should be prepared with all of the exhibits they intend to present through at least the first week of trial. The parties should be prepared to go through each of these exhibits so that the Court can rule on any objections prior to the presentation of any evidence the following week.

       The Clerk shall serve this minute order on all parties to the action.