# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. 1:07-cv-00388 DOC (DLB)  Date: June 5, 2012
Title: ABARCA, et al. v. MERCK & CO, et al.

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                    NONE PRESENT

---

PROCEEDING (IN CHAMBERS): RESCHEDULING HEARING

      Before the Court is a Motion to Dismiss Plaintiff Pearlie Elizabeth Womack Boyd With Prejudice Pursuant to FRCP 41(a)(2) filed by Plaintiffs in the above-captioned case (Docket 1640).

      The Court, on its own motion, reschedules the hearing on this motion to **June 22, 2012 at 7:30 a.m.**

      The hearing currently scheduled for June 11, 2012 is hereby VACATED.

      The Clerk shall serve this minute order on all parties to the action.