**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. 1:07-cv-00388 DOC (DLB)                                    Date: June 11, 2012
Title: ABARCA, et al. v. MERCK & CO, et al.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

    Julie Barrera                                            Not Present    
Courtroom Clerk                                                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                        NONE PRESENT

PROCEEDING (IN CHAMBERS): RESCHEDULING HEARING

       Before the Court is a Motion to Dismiss Plaintiff Pearlie Elizabeth Womack Boyd With
Prejudice Pursuant to FRCP 41(a)(2) filed by Plaintiffs in the above-captioned case (Docket 1640).

       The Court, after learning of schedule conflicts for counsel on both sides, reschedules the
hearing on this motion to **June 25, 2012 at 8:30 a.m.**

       The hearing currently scheduled for June 22, 2012 is hereby VACATED.

       The Clerk shall serve this minute order on all parties to the action.