1 | Michael G. Marderosian, No. 77296
2 | Heather S. Cohen, No. 263093
    | MARDEROSIAN, RUNYON, CERCONE & LEHMAN
3 | 1260 Fulton Mall
    | Fresno, CA 93721
4 | Telephone: (559) 441-7991
    | Facsimile: (559) 441-8170

5 | Michael J. Bidart, No. 60582
    | Ricardo Echeverria, No. 166049
6 | SHERNOFF BIDART ECHEVERRIA BENTLEY, LLP
    | 600 South Indian Hill Boulevard
7 | Claremont, CA  91711-5498
    | Telephone: (909) 621-4935
8 | Facsimile: (909) 625-6915

9 | Thomas V. Girardi, No. 36603
    | Shawn McCann, No. 227553
10 | GIRARDI & KEESE
    | 1126 Wilshire Boulevard
11 | Los Angeles, CA  90017
    | Telephone: (213) 977-0211
12 | Facsimile: (213) 481-1554

13 | Jack Silver, No. 160575
    | LAW OFFICE OF JACK SILVER
14 | Post Office Box 5469
    | Santa Rosa, CA 95402
15 | Telephone: (707) 829-0934
    | Facsimile: (707) 528-8675

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| ABARCA, et al., | Case No. 1:07-CV-0388 DOC DLB |
| Plaintiffs, | **ORDER ALLOWING PLAINTIFFS TO USE THE LOADING DOCK AT RONALD REAGAN FEDERAL BUILDING AND U.S. COURTHOUSE TO DEPOSIT TRIAL MATERIALS IN THE COURTROOM OF THE HONORABLE DAVID O. CARTER** |
| v. | |
| MERCED IRRIGATION DISTRICT, et al., | |
| Defendants. | |

///

///

1  GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED that plaintiffs'
2  counsel of record, Michael G. Marderosian and Heather S. Cohen, as well as their
3  designated representative, Dennis Cantrell, be allowed to use the loading dock at the
4  Ronald Reagan Federal Building and U.S. Courthouse located at 411 West Fourth
5  Street, Santa Ana, CA 92701 for the purpose of depositing trial documents in
6  Courtroom 9D beginning on June 14, 2012, and continuing through the conclusion of
7  the trial of this matter.

9  Dated: June 13, 2012.

            /s/ David O. Carter
            _____
            THE HONORABLE DAVID O. CARTER
            JUDGE OF THE UNITED STATES
            DISTRICT COURT/CENTRAL DISTRICT