Kenneth C. Ward (Bar No. 63131)
John L. Kortum (Bar No. 148573)
ARCHER NORRIS
2033 North Main Street, Suite 800
Walnut Creek, CA  94596-3759
Tel.:  925.930.6600 / Fax:  925.930.6620

Joseph V. Macha (Bar No. 176538)
ARCHER NORRIS
333 South Grand Avenue, Suite 1700
Los Angeles, CA 90071
Tel.:  213.437.4000 / Fax:  213.437.4011

Attorneys for Defendants
MERCED IRRIGATION DISTRICT and MERCED DRAINAGE DISTRICT NO. 1 (erroneously served as Merced Irrigation District No. 1)

Jan A. Greben, State Bar No. 103464
Jeff G. Coyner, State Bar No. 233499
GREBEN & ASSOCIATES
125 E. De La Guerra, Suite 203
Santa Barbara, CA 93101
Tel.:  805.963.9090 / Fax:  805.963.9098

Attorneys for Defendant COUNTY OF MERCED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., et al.,<br><br>Defendants. | Case No.  1:07-cv-388-DOC-DLB<br><br>**ORDER ALLOWING FLOOD DEFENDANTS TO USE THE LOADING DOCK AT RONALD REAGAN FEDERAL BUILDING AND U.S. COURTHOUSE TO DEPOSIT TRIAL MATERIALS IN THE COURTROOM OF THE HONORABLE DAVID O. CARTER**<br><br>Courtroom.:     9D<br>Judge:              Hon. David O. Carter<br><br>*  By order dated September 16, 2011, Judge Carter of the Central District was designated to perform the duties of United States District Judge temporarily for the Eastern District for this action (Doc. # 1477). |

1  GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED that Defendant County of Merced's counsel of record, Jan A. Greben, Jeff Coyner and Danielle De Smeth and paralegal Christine Barber, and Merced Irrigation District's counsel of record, Kenneth C. Ward and John L. Kortum, as well as their paralegal, Virgene Lowe, and their designated representative, an employee of Merrill Corporation, be allowed to use the loading dock at the Ronald Reagan Federal Building and U.S. Courthouse located at 411 West Fourth Street, Santa Ana, California 92701 for the purpose of depositing trial documents in Courtroom 9D beginning on June 20, 2012, and continuing through the conclusion of the trial of this matter.

Dated: June 14, 2012

*David O. Carter*

THE HONORABLE DAVID O. CARTER
JUDGE OF THE UNITED STATES
DISTRICT COURT/CENTRAL DISTRICT

CHRX029/1367005-1