Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Michael J. Bidart, No. 60582
Ricardo Echeverria, No. 166049
SHERNOFF BIDART ECHEVERRIA BENTLEY, LLP
600 South Indian Hill Boulevard
Claremont, CA 91711-5498
Telephone: (909) 621-4935
Facsimile: (909) 625-6915

Thomas V. Girardi, No. 36603
Shawn McCann, No. 227553
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Jack Silver, No. 160575
LAW OFFICE OF JACK SILVER
Post Office Box 5469
Santa Rosa, CA 95402
Telephone: (707) 829-0934
Facsimile: (707) 528-8675

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| ABARCA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MERCED IRRIGATION DISTRICT, et al., <br><br> Defendants. | Case No. 1:07-CV-0388 DOC DLB <br><br> **ORDER APPOINTING THE HONORABLE JOHN K. TROTTER (RET.) TO ACT AS A FED. R. CIV. P. 53 SPECIAL MASTER AS IT RELATES TO SETTLEMENT BETWEEN THE PLAINTIFFS AND THE COUNTY OF MERCED** |

Pursuant to Federal Rule of Civil Procedure, Rule 53, the plaintiffs and the County of Merced have stipulated to the appointment of the Honorable John K. Trotter

1  (Ret.) to act as a Special Master for purposes of assisting the plaintiffs and the County
2  of Merced in certain aspects of the settlement agreement and release that will be entered
3  into.  The duties of the Honorable John K. Trotter will include communications with
4  the Court and party representatives, recommendations relating to obtaining minors'
5  compromises and releases, recommendations as to good faith settlement, the allocation
6  of the settlement proceeds to the plaintiffs, and any other related matters.  The authority
7  of the Special Master shall not include the authority to waive, alter, or otherwise, revise
8  the terms and conditions of this agreement.

9        The Special Master's fees for purposes of this Order will come out of the
10  settlement proceeds.

11        IT IS SO ORDERED.

13  Dated: June 19, 2012.    _____
        *David O. Carter*
14                          THE HONORABLE DAVID O. CARTER,
        JUDGE OF THE UNITED STATES
        DISTRICT COURT/CENTRAL DISTRICT