**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. 1:07-cv-00388 DOC (DLBx)                                                    Date: June 25, 2012
Title: ABARCA, et al. v. MERCK & CO, et al.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Debbie Gale |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

Mark Marderosian                              Stephen Lewis, R. Morgan Gilhuly

---

PROCEEDING:            DENYING MOTION TO DISMISS PLAINTIFF PEARLIE BOYD AS MOOT

Pursuant to an agreement between counsel, Plaintiff Pearlie Elizabeth Womack Boyd will be deposed, will undergo medical examinations, and will remain in the case. As such, Plaintiffs' Motion to Dismiss Plaintiff Boyd (Docket 1640) is hereby DENIED AS MOOT.

The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC                                                    Initials of Deputy Clerk: jcb
CIVIL - GEN                                                                         Page 1 of 1, Time: .10