1  Michael G. Marderosian, No. 77296
   Heather S. Cohen, No. 263093
2  MARDEROSIAN, RUNYON, CERCONE & LEHMAN
   1260 Fulton Mall
3  Fresno, CA 93721
   Telephone: (559) 441-7991
4  Facsimile: (559) 441-8170

5  Michael J. Bidart, No. 60582
   Ricardo Echeverria, No. 166049
6  SHERNOFF BIDART ECHEVERRIA BENTLEY, LLP
   600 South Indian Hill Boulevard
7  Claremont, CA 91711-5498
   Telephone: (909) 621-4935
8  Facsimile: (909) 625-6915

9  Thomas V. Girardi, No. 36603
   Shawn McCann, No. 227553
10 GIRARDI & KEESE
   1126 Wilshire Boulevard
11 Los Angeles, CA 90017
   Telephone: (213) 977-0211
12 Facsimile: (213) 481-1554

13 Jack Silver, No. 160575
   LAW OFFICE OF JACK SILVER
14 Post Office Box 5469
   Santa Rosa, CA 95402
15 Telephone: (707) 829-0934
   Facsimile: (707) 528-8675

16         Attorneys for: Plaintiffs

17                    UNITED STATES DISTRICT COURT

18           EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

19

20 ABARCA, et al.,                    )   Case No. 1:07-CV-0388 DOC DLB
                                      )
21        Plaintiffs,                 )   **ORDER APPOINTING THE**
                                      )   **HONORABLE JOHN K. TROTTER**
22        v.                          )   **(RET.) TO ACT AS A FED. R. CIV. P.**
                                      )   **53 SPECIAL MASTER AS IT**
23 MERCED IRRIGATION                  )   **RELATES TO SETTLEMENT**
   DISTRICT, et al.,                  )   **BETWEEN THE PLAINTIFFS AND**
24                                    )   **DEFENDANTS, MERCED**
          Defendants.                 )   **IRRIGATION DISTRICT AND**
25                                    )   **MERCED DRAINAGE DISTRICT**
                                      )   **NO. 1**
26

27         Pursuant to Federal Rule of Civil Procedure, Rule 53, the plaintiffs and

28 defendants, Merced Irrigation District and Merced Drainage District No. 1, have

stipulated to the appointment of The Honorable John K. Trotter (Ret.) to act as a Special Master for purposes of assisting the plaintiffs and defendants, Merced Irrigation District and Merced Drainage District No. 1, in certain aspects of the settlement agreement and release that will be entered into. The duties of The Honorable John K. Trotter will include communications with the Court and party representatives, recommendations relating to obtaining minors' compromises and releases, recommendations as to good faith settlement, the allocation of the settlement proceeds to the plaintiffs, and any other related matters. The authority of the Special Master shall not include the authority to waive, alter, or otherwise, revise the terms and conditions of this agreement.

The Special Master's fees for purposes of this Order will come out of the settlement proceeds.

IT IS SO ORDERED.

Dated: July 3, 2012

*David O. Carter*
THE HONORABLE DAVID O. CARTER,
JUDGE OF THE UNITED STATES
DISTRICT COURT/CENTRAL DISTRICT