**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. 1:07-cv-00388 DOC (DLB)                                              Date: July 3, 2012
Title: ABARCA, ET AL. V. MERCK & CO, ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                                              NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDERING PARTIES TO BRING FINALIZED SETTLEMENT DOCUMENTS TO 7/9 STATUS CONFERENCE

The Court has received a Notice of Settlement filed by Plaintiffs and the remaining Defendants - Merced Irrigation District and Merced Drainage District No. 1 (Docket 1699). The Court expects finalized settlement documents and all parties to be present at the already-scheduled status conference on **July 9, 2012 to now be heard at 8:00 a.m.**

The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC                                                     Initials of Deputy Clerk: jcb
CIVIL - GEN                                                                                  Page 1 of 1