Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Michael J. Bidart, No. 60582
Ricardo Echeverria, No. 166049
SHERNOFF BIDART ECHEVERRIA BENTLEY, LLP
600 South Indian Hill Boulevard
Claremont, CA 91711-5498
Telephone: (909) 621-4935
Facsimile: (909) 625-6915

Thomas V. Girardi, No. 36603
Shawn McCann, No. 227553
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Jack Silver, No. 160575
LAW OFFICE OF JACK SILVER
Post Office Box 5469
Santa Rosa, CA 95402
Telephone: (707) 829-0934
Facsimile: (707) 528-8675

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MERCK & CO., INC., et al., <br><br> Defendants. | Case No. 1:07-CV-0388 DOC DLB <br><br> **STIPULATED DISMISSAL AND ORDER DISMISSING CLAIMS AGAINST DEFENDANT COUNTY OF MERCED WITH PREJUDICE** |

MARDEROSIAN, RUNYON,
CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721

IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs and defendant COUNTY OF MERCED through their respective counsel, that all claims against the County of Merced be dismissed with prejudice.

Each party shall bear its own attorney's fees and costs.

Dated: October 1, 2012          MARDEROSIAN, RUNYON, CERCONE & LEHMAN

By: /s/ Michael G. Marderosian
MICHAEL G. MARDEROSIAN,
Attorney for Plaintiffs above named.

Dated: October 1, 2012          GREBEN & ASSOCIATES

By: /s/ Jan A. Greben
JAN A. GREBEN,
Attorney for Defendant
COUNTY OF MERCED

## **ORDER**

The stipulation of the parties having been read and considered by the Court, and good cause appearing therefor:

IT IS HEREBY ORDERED that all claims be dismissed with prejudice as to Defendant COUNTY OF MERCED, only.

Dated: September 20, 2012

/s/ David O. Carter
THE HONORABLE DAVID O. CARTER
JUDGE OF THE UNITED STATES
DISTRICT COURT/CENTRAL DISTRICT