UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MERCK & CO., INC., et al., <br><br> Defendants. | Case No.: 1:07-CV-0388 DOC- DLB <br><br> **ORDER RE RECOMMENDATION OF F.R.C.P. RULE 53 SPECIAL MASTER REGARDING ALLOCATION OF PROCEEDS OF SETTLEMENT EARLIER APPROVED BY THE COURT AS TO DEFENDANTS, COUNTY OF MERCED, AND THE MERCED IRRIGATION DISTRICT/MERCED DRAINAGE DISTRICT NO. 1** |

ORDER

The Report and Recommendation of the Special Master is accepted and approved.

Dated: September 20, 2012.

*David O. Carter*

The Honorable David O. Carter
Judge of the United States District Court