JOHN F. BARG (State Bar No. 60230; jfb@bcltlaw.com)
STEPHEN C. LEWIS (State Bar No. 66590; scl@bcltlaw.com)
R. MORGAN GILHULY (State Bar No. 133659; rmg@bcltlaw.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone:   (415) 228-5400
Facsimile:    (415) 228-5450

Attorneys for Defendants Merck & Co., Inc.,
Amsted Industries Incorporated, and Baltimore Aircoil
Company, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ABARCA, RAUL VALENCIA, et al., | Case No. 1:07-cv-00388-DOC-DLB |
|---|---|
| Plaintiffs, | [PROPOSED] ORDER CONTINUING HEARING DATE ON DISPOSITIVE MOTIONS |
| v. | |
| MERCK & CO., INC., et al., | |
| Defendants. | |

1  WHEREAS, the Court's January 23, 2012 Minute Order (ECF No. 1546) set
2  the motion cut-off date for this action on November 12, 2012;

3  WHEREAS, the Court entered a scheduling order on March 28, 2012 (ECF
4  No. 1585) setting the briefing schedule on dispositive motions such that dispositive
5  motions are due on October 1, 2012; opposition papers are due on October 25,
6  2012; and reply briefs are due on November 5, 2012;

7  WHEREAS, it has come to the Court's attention that November 12, 2012 is a
8  Court holiday, and the parties have filed a stipulation requesting the continuance of
9  the hearing date on dispositive motions because the date set by the Court as the date
10 for motion cut-off is a federal holiday;

11 WHEREAS, Plaintiffs' Lead Trial Counsel, Mick Marderosian, is scheduled
12 to be in trial in Kern County Superior Court started on November 5, 2012 and such
13 trial is scheduled to take approximately 3-4 weeks;

14 NOW THEREFORE, having considered the stipulation of the parties, and for
15 good cause shown, the Court hereby ORDERS that the hearing date on dispositive
16 motions shall be continued to November 26, 2012 at 4:00 p.m., however, Plaintiffs' Counsel
17 may notify the Court if November 26, 2012 at 4:00 p.m. will not work as a result of his trial and
18 the hearing date will be moved to another date that is convenient for the Court and
19 does not conflict with Plaintiffs' Counsel's trial in the Kern County Superior Court.

20 Nothing herein shall be construed to alter or amend the briefing schedule set
21 forth in the Report and Recommendation of Discovery Special Master (ECF No.
22 1585).

23

24 IT IS SO ORDERED.

25

26 Dated: __November 5__, 2012      _/s/ David O. Carter_
27                                   UNITED STATES DISTRICT JUDGE
                                     DAVID O. CARTER
28

[PROPOSED] ORDER CONTINUING HEARING DATE ON DISPOSITIVE MOTIONS           1
*Abarca v. Merck & Co., Inc.*, Case No.: 1:07-cv-00388- DOC-DLB