JOHN F. BARG (State Bar No. 60230; jfb@bcltlaw.com)
STEPHEN C. LEWIS (State Bar No. 66590; scl@bcltlaw.com)
R. MORGAN GILHULY (State Bar No. 133659; rmg@bcltlaw.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone:  (415) 228-5400
Facsimile:   (415) 228-5450

Attorneys for Defendants Merck & Co., Inc.,
Amsted Industries Incorporated, and Baltimore Aircoil
Company, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MERCK & CO., INC., et al.,<br><br>    Defendants. | Case No. 1:07-cv-00388-DOC-DLB<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR LEAVE TO ENLARGE PAGE LIMITS** |

On September 28, 2012, defendants Merck & Co., Inc., Amsted Industries Incorporated, and Baltimore Aircoil Company, Inc. (collectively, "Defendants") filed a request for leave to file enlarged briefs in support of, and in opposition to, Defendants' Motion for Partial Summary Judgment.  The Honorable James L. Smith (Ret.), Special Master, conducted a hearing regarding this request on September 27, 2012 and recommends the Court's approval of this request.  In light of the Special Master's recommendation, plaintiffs stipulate to and do not oppose this request.

After consideration of the request, plaintiffs' stipulation and the Special Master's recommendation, the Court hereby GRANTS Defendants' request to enlarge the page limits for the parties' pleadings in support of and in opposition to defendants' Motion for Partial Summary Judgment.  The parties' pleadings shall be subject to the following page limits:

| | |
|---|---|
| Defendants' Memorandum of Points and Authorities: | 60 pages |
| Plaintiffs' Opposition Brief: | 60 pages |
| Defendants' Reply Brief: | 25 pages |

The text of the parties' pleadings, excluding footnotes, will be presented in 14-point font and will otherwise comply with all applicable local rules.

IT IS SO ORDERED.

Dated: _November 6_, 2012            _____
                                     HON. DAVID O. CARTER
                                     UNITED STATES DISTRICT JUDGE