UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 1:07-cv-10-1967-DOC-(AGRx)                              Date: November 8, 2012

Title: ABARCA, ET AL. V. MERCK & CO, INC., ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | N/A |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                              None Present

**PROCEEDING: (IN CHAMBERS):   ORDER CONTINUING HEARING DATE**

    This Court recently issued an Order continuing the hearing date on dispositive motions in this matter to November 26, 2012, at 4pm. That Order also allowed Plaintiffs' Counsel, Mick Marderosian, to notify the Court if November 26, 2012, at 4pm "will not work as a result of his trial" in Kern County Superior Court so that a new hearing date may be set.

    Defendants' Motion to Exclude Portions of the Expert Rebuttal Report of Plaintiffs' Expert Camille Sears (Dkt. 1735) was scheduled to be heard on the same day as dispositive motions. Accordingly, this Court continues the hearing on Defendants' Motion to Exclude to November 26, 2012, at 4pm, with the understanding that it will be heard at the same time as dispositive motions if that date changes in the future.

    The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11
CIVIL-GEN                                                                                  Initials of Deputy Clerk: jcb