1  Michael G. Marderosian, No. 77296
   Heather S. Cohen, No. 263093
2  MARDEROSIAN, RUNYON, CERCONE & COHEN
   1260 Fulton Mall
3  Fresno, CA 93721
   Telephone: (559) 441-7991
4  Facsimile: (559) 441-8170

5  Michael J. Bidart, No. 60582
   Ricardo Echeverria, No. 166049
6  SHERNOFF BIDART ECHEVERRIA BENTLEY, LLP
   600 South Indian Hill Boulevard
7  Claremont, CA 91711-5498
   Telephone: (909) 621-4935
8  Facsimile: (909) 625-6915

9  Thomas V. Girardi, No. 36603
   Shawn McCann, No. 227553
10 GIRARDI & KEESE
   1126 Wilshire Boulevard
11 Los Angeles, CA 90017
   Telephone: (213) 977-0211
12 Facsimile: (213) 481-1554

13 Jack Silver, No. 160575
   LAW OFFICE OF JACK SILVER
14 Post Office Box 5469
   Santa Rosa, CA 95402
15 Telephone: (707) 829-0934
   Facsimile: (707) 528-8675

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MERCK & CO., INC., et al., <br><br> Defendants. | Case No. 1:07-CV-0388 DOC DLB <br><br> **ORDER DISMISSING CLAIMS AGAINST DEFENDANTS MERCED IRRIGATION DISTRICT AND MERCED DRAINAGE DISTRICT NO. 1 WITH PREJUDICE** |

# **ORDER**

The stipulation of the parties having been read and considered by the Court, and good cause appearing therefor:

IT IS HEREBY ORDERED that all claims be dismissed with prejudice as to Defendants MERCED IRRIGATION DISTRICT and MERCED DRAINAGE DISTRICT NO. 1, only.

Dated: November 15, 2012

*David O. Carter*
THE HONORABLE DAVID O. CARTER,
JUDGE OF THE UNITED STATES
DISTRICT COURT/CENTRAL DISTRICT