UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 1:07-cv-10-0388-DOC-(DLBx)                                         Date: November 14, 2012

Title: ABARCA, ET AL. V. MERCK & CO, INC., ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | N/A |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                                None Present

**PROCEEDING (IN CHAMBERS):    ORDER CONTINUING HEARING DATE**

     This Court recently issued an Order continuing the hearing date on Defendant's Motion for Partial Summary Judgment (Dkt. 1738) and Defendant's Motion to Exclude Portions of Expert Rebuttal (Dkt. 1735) in this matter to November 26, 2012, at 4pm. The Court also stated that, if Plaintiffs' counsel is still in a trial that conflicts with this hearing in Kern County, the hearing may be continued to an agreed-upon date in the future.

     The Court hereby moves this hearing to **Friday, November 30, at 8:30am**. As before, if Plaintiffs' counsel has a conflict in the Kern County court, the parties may agree upon a later hearing date.

     The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11
CIVIL-GEN                                                                                   Initials of Deputy Clerk: jcb