**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 1:07-cv-10-0388-DOC-(DLBx)                               Date: November 16, 2012

Title: ABARCA, ET AL. V. MERCK & CO, INC., ET AL.

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Julie Barrera | N/A |
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                              None Present

**PROCEEDING (IN CHAMBERS):    ORDER CONTINUING HEARING DATE**

Before the Court is a Stipulation and Proposed Order to Continue Hearing on Dispositive Motions (Dkt. 1825).

Having considered the stipulation of the parties, and for good cause shown, the Court hereby ORDERS that the hearing date on the Dispositive Motions shall be continued to December 4, 2012, at 10am.  The pretrial hearing will also be heard at that time.

Nothing herein shall be construed to alter or amend the briefing schedule set forth in the Report and Recommendation of Discovery Special Master (Dkt. 1585).

The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11
CIVIL-GEN                                                                                          Initials of Deputy Clerk: jcb