UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.    1:07-CV-0388-DOC(DLBx)                         Date    December 4, 2012

Title    ABARCA -V- MERCK

Present: The Honorable    DAVID O. CARTER, United States District Judge

| Julie Barrera | Maria Dellaneve, Debbie Gale | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Marderosian | John Barg |
| Heather Cohen | R. Morgan Gilhuly |
| | Stephen Lewis |

Proceedings:    DEFENDANTS' MOTION TO EXCLUDE PORTIONS OF THE EXPERT
REBUTTAL REPORT OF PLAINTIFFS' EXPERT CAMILLE SEARS [1735]

DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT [1738]

FINAL PRETRIAL CONFERENCE


        The case is called and counsel make their appearances.  The Court and counsel confer.  The Court
hears argument and the matters are continued to December 21, 2012 at 8:30 a.m.

|  | 3 | : | 42 |
|---|---|---|---|
| Initials of Clerk | jcb | | |