**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 1:07-cv-10-0388-DOC-(SABx)                                          Date: January 17, 2013

Title: ABARCA, ET AL. V. MERCK & CO, INC., ET AL.

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Julie Barrera | N/A |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

   None Present                                                              None Present

**PROCEEDING (IN CHAMBERS):     ORDER CONTINUING TRIAL DATE**

The Court hereby reschedules the trial set to begin on January 22, 2013. The first day of trial will now be **Wednesday, February 20, 2013**. The final pretrial conference originally scheduled for the morning of January 22, 2013, is accordingly also continued to **Wednesday, February 20, 2013, at 8:30am**.

The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11
CIVIL-GEN                                                                                         Initials of Deputy Clerk: jcb