1  JOHN F. BARG (State Bar No. 60230; jfb@bcltlaw.com)
   STEPHEN C. LEWIS (State Bar No. 66590; scl@bcltlaw.com)
2  R. MORGAN GILHULY (State Bar No. 133659; rmg@bcltlaw.com)
   BARG COFFIN LEWIS & TRAPP, LLP
3  350 California Street, 22nd Floor
   San Francisco, California 94104-1435
4  Telephone:  (415) 228-5400
   Facsimile:   (415) 228-5450

6  Attorneys for Defendants Merck & Co., Inc.,
   Amsted Industries Incorporated, and
7  Baltimore Aircoil Company, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MERCK & CO., INC., et al,<br><br>　　　　Defendants. | Case No. 1:07-cv-0388-DOC-SAB<br><br>**ORDER ALLOWING DEFENDANTS TO USE THE LOADING DOCK AT RONALD REAGAN FEDERAL BUILDING AND U.S. COURTHOUSE TO DEPOSIT TRIAL MATERIALS IN THE COURTROOM OF THE HONORABLE DAVID O. CARTER**<br><br>Location:　　Courtroom 9D<br>Judge:　　　Hon. David O. Carter |

GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED that Defendants Merck & Co., Inc., Amsted Industries Incorporated, and Baltimore Aircoil Company, Inc.'s counsel of record, John F. Barg, Stephen C. Lewis, R. Morgan Gilhuly, their paralegals Lola Gomes, Emily W. Williams and Danielle Bates, and their designated representative, an employee of Integrity Legal Corporation, be allowed to use the loading dock at the Ronald Reagan Federal Building and U.S. Courthouse located at 411 West Fourth Street, Santa Ana,



ORDER ALLOWING DEFENDANTS TO USE THE LOADING DOCK AT RONALD REAGAN FEDERAL BUILDING AND U.S. COURTHOUSE TO DEPOSIT TRIAL MATERIALS IN THE COURTROOM OF THE HONORABLE DAVID O. CARTER
U.S.D.C Case No. Civ. 1:07-cv-0388-DOC-SAB

1074773.1

1  California 92701 for the purpose of depositing trial documents in Courtroom 9D
2  beginning on **February 19, 2013**, and continuing through the conclusion of the
3  trial of this matter.

Dated:  January 22, 2013

*David O. Carter*
THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

2

ORDER ALLOWING DEFENDANTS TO USE THE LOADING DOCK AT RONALD REAGAN FEDERAL BUILDING AND U.S.
COURTHOUSE TO DEPOSIT TRIAL MATERIALS IN THE COURTROOM OF THE HONORABLE DAVID O. CARTER
U.S.D.C Case No. Civ. 1:07-cv-0388-DOC-SAB

1074773.1