1  Michael G. Marderosian, No. 77296
   Heather S. Cohen, No. 263093
2  MARDEROSIAN, RUNYON, CERCONE & COHEN
   1260 Fulton Mall
3  Fresno, CA 93721
   Telephone: (559) 441-7991
4  Facsimile: (559) 441-8170

5  Michael J. Bidart, No. 60582
   Ricardo Echeverria, No. 166049
6  SHERNOFF BIDART ECHEVERRIA BENTLEY, LLP
   600 South Indian Hill Boulevard
7  Claremont, CA 91711-5498
   Telephone: (909) 621-4935
8  Facsimile: (909) 625-6915

9  Thomas V. Girardi, No. 36603
   Shawn McCann, No. 227553
10 GIRARDI & KEESE
   1126 Wilshire Boulevard
11 Los Angeles, CA 90017
   Telephone: (213) 977-0211
12 Facsimile: (213) 481-1554

13 Jack Silver, No. 160575
   LAW OFFICE OF JACK SILVER
14 Post Office Box 5469
   Santa Rosa, CA 95402
15 Telephone: (707) 829-0934
   Facsimile: (707) 528-8675

16          Attorneys for: Plaintiffs

17                    UNITED STATES DISTRICT COURT

18           EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

19

| | |
|---|---|
| 20  ABARCA, RAUL VALENCIA, et al., | Case No. 1:07-CV-388-DOC-SAB |
| 21       Plaintiffs, | **ORDER ALLOWING PLAINTIFFS TO USE THE LOADING DOCK AT RONALD REAGAN FEDERAL BUILDING AND U.S. COURTHOUSE TO DEPOSIT TRIAL MATERIALS IN THE COURTROOM OF THE HONORABLE DAVID O. CARTER** |
| 22       v. | |
| 23  MERCK & CO., INC., et al., | |
| 24       Defendants. | |

25

26

27  / / /

28  / / /

GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED that plaintiffs' counsel of record, Michael G. Marderosian, Heather S. Cohen and Brett L. Runyon, and their designated representative, Dennis Cantrell, be allowed to use the loading dock at the Ronald Reagan Federal Building and U.S. Courthouse located at 411 West Fourth Street, Santa Ana, CA 92701 for the purpose of depositing trial documents in Courtroom 9D beginning on February 19, 2013, and continuing through the conclusion of the trial of this matter.

Dated: January 30, 2013.

*David O. Carter*

THE HONORABLE DAVID O. CARTER
JUDGE OF THE UNITED STATES
DISTRICT COURT/CENTRAL DISTRICT