UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 1:07-cv-0388-DOC (SABx)                          Date: February 11, 2013

Title: ABARCA, ET AL. V. MERCK & CO, INC., ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | N/A |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                   None Present

**PROCEEDING (IN CHAMBERS):    ORDER RESCHEDULING TRIAL AND SETTING STATUS CONFERENCE**

Due to an unexpected scheduling conflict, the Court must reschedule the trial set to begin on Wednesday, February 20, 2013, as well as the final pretrial conference scheduled to commence on the morning of the first day of trial.

Accordingly, the Court hereby sets a status conference for **Thursday, February 14, 2013, at 9:00am**, to discuss new dates for trial. **In the alternative, on or before Wednesday, February 13, 2013, at 5:00pm, counsel may stipulate** to an agreed-upon start date and submit a Proposed Order naming that date, whereupon the status conference will be removed from the Court's calendar. Proposed dates may include any Tuesday on or after March 26, 2013.

The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11
CIVIL-GEN                                                                                  Initials of Deputy Clerk: jcb