UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 1:07-cv-0388-DOC(SABx) | Date | February 14, 2013 |
|---|---|---|---|

Title    ABARCA, ET AL. -V- MERCK & CO., INC., ET AL.

Present: The Honorable    DAVID O. CARTER, United States District Judge

| Julie Barrera | Debbie Gale (Partially) | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Marderosian | John Barg |
| | Stephen Lewis |

Proceedings:    STATUS CONFERENCE

The case is called. The Court confers with counsel (informally).

The Jury Trial and Final Pretrial Conference are continued to March 26, 2013 at 8:30 a.m. (time estimate: 4 weeks). Parties stipulate to allow for time-qualified prospected jurors. The Court states that it will likely grant 30 hours per side.

|  | : | 35 |
|---|---|---|
| Initials of Clerk | jcb | |