UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 1:07-cv-0388-DOC (SABx)                    Date: March 1, 2013

Title: ABARCA, ET AL. V. MERCK & CO, INC., ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | N/A |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                            None Present

**PROCEEDING (IN CHAMBERS):    ORDER RESCHEDULING TRIAL**

After a Status Conference held on February 14, 2013, to discuss the upcoming Phase II trial, the Court continued the jury trial and final pretrial conference to March 26, 2013, with each side to be granted 30 hours to present its case.

Two new considerations necessitate the further continuance of the trial. First, a long-delayed criminal trial is now on the Court's calendar for March 26, 2013, and must take precedence. In addition, the Court has reconsidered the length of time that will be granted to each side, and hereby increases that number to 35 hours per side.

Accordingly, the Court hereby CONTINUES the trial and final pretrial conference to the next available date for this trial, **Tuesday, June 25, 2013, at 8:30am**.

The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11
CIVIL-GEN                                                                                    Initials of Deputy Clerk: jcb