1   Michael G. Marderosian, No. 77296
    Heather S. Cohen, No. 263093
2   MARDEROSIAN, RUNYON, CERCONE & COHEN
    1260 Fulton Mall
3   Fresno, CA 93721
    Telephone:  (559) 441-7991
4   Facsimile: (559) 441-8170

5   Michael J. Bidart, No. 60582
    Ricardo Echeverria, No. 166049
6   SHERNOFF BIDART ECHEVERRIA BENTLEY, LLP
    600 South Indian Hill Boulevard
7   Claremont, CA  91711-5498
    Telephone:  (909) 621-4935
8   Facsimile:  (909) 625-6915

9   Thomas V. Girardi, No. 36603
    Shawn McCann, No. 227553
10  GIRARDI & KEESE
    1126 Wilshire Boulevard
11  Los Angeles, CA  90017
    Telephone:  (213) 977-0211
12  Facsimile:  (213) 481-1554

13  Jack Silver, No. 160575
    LAW OFFICE OF JACK SILVER
14  Post Office Box 5469
    Santa Rosa, CA 95402
15  Telephone:  (707) 829-0934
    Facsimile:  (707) 528-8675

16
         Attorneys for:  Plaintiffs

17
                 UNITED STATES DISTRICT COURT

18
         EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

19

20  ABARCA, RAUL VALENCIA, et )   Case No. 1:07-CV-388-DOC-SAB
    al.,                      )
21                            )   **ORDER ALLOWING PLAINTIFFS**
         Plaintiffs,          )   **TO USE THE LOADING DOCK AT**
22                            )   **RONALD REAGAN FEDERAL**
         v.                   )   **BUILDING AND U.S.**
23                            )   **COURTHOUSE TO DEPOSIT**
    MERCK & CO., INC., et al., )   **TRIAL MATERIALS IN THE**
24                            )   **COURTROOM OF THE**
         Defendants.          )   **HONORABLE DAVID O. CARTER**
25                            )

26

27  / / /

28  / / /

1   GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED that

2   plaintiffs' counsel of record, Michael G. Marderosian, Heather S. Cohen and Brett L.

3   Runyon, and their designated representative, Dennis Cantrell, be allowed to use the

4   loading dock at the Ronald Reagan Federal Building and U.S. Courthouse located at

5   411 West Fourth Street, Santa Ana, CA 92701 for the purpose of depositing trial

6   documents in Courtroom 9D beginning on June 24, 2013, and continuing through the

7   conclusion of the trial of this matter.

8

9   Dated: June 7, 2013.

10

11   _____
    THE HONORABLE DAVID O. CARTER
12   JUDGE OF THE UNITED STATES
    DISTRICT COURT/CENTRAL DISTRICT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MARDEROSIAN, RUNYON,
CERCONE & COHEN
1260 Fulton Mall
Fresno, CA 93721

2