Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Michael J. Bidart, No. 60582
Ricardo Echeverria, No. 166049
SHERNOFF BIDART ECHEVERRIA BENTLEY, LLP
600 South Indian Hill Boulevard
Claremont, CA 91711-5498
Telephone: (909) 621-4935
Facsimile: (909) 625-6915

Thomas V. Girardi, No. 36603
Shawn McCann, No. 227553
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Jack Silver, No. 160575
LAW OFFICE OF JACK SILVER
Post Office Box 5469
Santa Rosa, CA 95402
Telephone: (707) 829-0934
Facsimile: (707) 528-8675

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MERCK & CO., INC., et al., <br><br> Defendants. | Case No. 1:07-CV-388-DOC-(SABx) <br><br> **AMENDED ORDER ALLOWING PLAINTIFFS TO USE THE LOADING DOCK AT RONALD REAGAN FEDERAL BUILDING AND U.S. COURTHOUSE TO DEPOSIT TRIAL MATERIALS IN THE COURTROOM OF THE HONORABLE DAVID O. CARTER** |

///

1   GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED that plaintiffs' counsel of record, Michael G. Marderosian, Heather S. Cohen and Brett L. Runyon, and their designated representative, Dennis Cantrell, be allowed to use the loading dock at the Ronald Reagan Federal Building and U.S. Courthouse located at 411 West Fourth Street, Santa Ana, CA 92701 for the purpose of depositing trial documents in Courtroom 9D beginning on June 21, 2013, and continuing through the conclusion of the trial of this matter.

Dated: June 13, 2013.

*/s/ David O. Carter*
THE HONORABLE DAVID O. CARTER
JUDGE OF THE UNITED STATES
DISTRICT COURT/CENTRAL DISTRICT