# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No.  1:07-CV-0388-DOC(SABx) | | Date   June 25, 2013 |
| Title   ABARCA, ET AL. -V- MERCK, ET AL. | | |

Present: The Honorable   DAVID O. CARTER, United States District Judge

| Julie Barrera | Debbie Gale (partially) | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Marderosian | John Barg |
| Thomas Girardi | Stephen Lewis |
| Heather Cohen | R. Morgan Gilhuly |

Proceedings:   FINAL PRETRIAL CONFERENCE

JURY TRIAL

The Court confers with counsel informally in open Court and in Chambers. The case is trailed.

Later in the A.M., the case is called and counsel make their appearances. The Court and counsel confer regarding possible settlement. The jury trial is continued to August 13, 2013 at 8:30 a.m. The Court sets a Status Conference on August 12, 2013 at 12:00 p.m. Motions in Limine are to be heard on August 12, 2013.

|  | : | 44 |
|---|---|---|
| Initials of Clerk | jcb | |