JOHN F. BARG (State Bar No. 60230; jfb@bcltlaw.com)
STEPHEN C. LEWIS (State Bar No. 66590; scl@bcltlaw.com)
R. MORGAN GILHULY (State Bar No. 133659; rmg@bcltlaw.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone:   (415) 228-5400
Facsimile:    (415) 228-5450

Attorneys for Defendants Merck & Co., Inc.,
Amsted Industries Incorporated, and
Baltimore Aircoil Company, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ABARCA, RAUL VALENCIA, et al, | Case No. 1:07-cv-0388-DOC-SAB |
|---|---|
| Plaintiffs, | **ORDER AUTHORIZING PREPARATION OF TRANSCRIPT UNDER SEAL AND LIMITED RELEASE [L.R. 79-5.2]** |
| v. | |
| MERCK & CO., INC., et al, | Location:   Courtroom 9D |
| Defendants. | Judge:       Hon. David O. Carter |

A Status Conference was held in this action on August 12, 2013 at approximately 12:00 p.m., and during that conference the Court ordered that the transcript of the Status Conference be sealed. Counsel for Defendants Merck & Co., Inc., Amsted Industries Incorporated, and Baltimore Aircoil Company, Inc. have requested a copy of the transcript, which contains statements relating to terms of a confidential settlement.

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Reporter is authorized to (a) prepare, under seal, a final transcript of the August 12, 2013 Status Conference; and (b) provide a copy of that transcript to



ORDER AUTHORIZING PREPARATION OF TRANSCRIPT UNDER SEAL AND LIMITED RELEASE
U.S.D.C Case No. Civ. 1:07-cv-0388-DOC-SAB

2715652.1

1  counsel for Defendants Merck & Co., Inc., Amsted Industries Incorporated, and
2  Baltimore Aircoil Company, Inc.  The Reporter may also provide a copy to
3  Plaintiffs' counsel, should they order one.
4
5  Dated:  August 16, 2013
6
7
8  _____
9  THE HONORABLE DAVID O. CARTER
   UNITED STATES DISTRICT JUDGE



ORDER AUTHORIZING PREPARATION OF TRANSCRIPT UNDER SEAL AND LIMITED RELEASE
U.S.D.C Case No. Civ. 1:07-cv-0388-DOC-SAB

2715652.1

2