Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Michael J. Bidart, No. 60582
Ricardo Echeverria, No. 166049
SHERNOFF BIDART ECHEVERRIA BENTLEY, LLP
600 South Indian Hill Boulevard
Claremont, CA 91711-5498
Telephone: (909) 621-4935
Facsimile: (909) 625-6915

Thomas V. Girardi, No. 36603
Shawn McCann, No. 227553
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Jack Silver, No. 160575
LAW OFFICE OF JACK SILVER
Post Office Box 5469
Santa Rosa, CA 95402
Telephone: (707) 829-0934
Facsimile: (707) 528-8675

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MERCK & CO., INC., et al., <br><br> Defendants. | Case No. 1:07-CV-388-DOC-SAB <br><br> **ORDER APPOINTING THE HONORABLE JOHN K. TROTTER (RET.) AND THE HONORABLE EDWARD A. PANELLI (RET.) TO ACT AS FED. R. CIV. P. 53 SPECIAL MASTERS AS IT RELATES TO SETTLEMENT BETWEEN THE PLAINTIFFS AND DEFENDANTS, MERCK & COMPANY, INC., AMSTED INDUSTRIES, INC., AND BALTIMORE AIRCOIL COMPANY, INC.** |

# **ORDER**

IT IS HEREBY ORDERED:

The Honorable John K. Trotter (Ret.) and the Honorable Edward A. Panelli (Ret.) are hereby appointed to act as Special Masters in the above action and in *Hernandez v. Merck*, State of California, County of Merced, Case No. CU 151897, for purposes of assisting the plaintiffs in implementing the Settlement Agreement.

The responsibilities of the Special Masters will include: (i) administering allocation of settlement funds from the Qualified Settlement Fund and Reserve Fund; (ii) allocating settlement funds; (iii) collecting and retaining for the benefit of Defendants all Releases and Lien Satisfactions; and (iv) assuring every plaintiff is paid his or her allocated share only after delivering to the Special Masters an executed Release and any required Lien Satisfactions.

Justices Trotter and Panelli will serve as trustees of the Qualified Settlement Fund to be established pursuant to the parties' agreement.

The Special Masters may appoint third-party administrators to assist the Special Masters in administering the Qualified Settlement Fund and supervising the distribution of the settlement funds.

The Special Masters' fees and any third-party administrator's fees will be considered a cost and will come out of the settlement proceeds.

IT IS SO ORDERED.

Dated: August 19, 2013

_____
DAVID O. CARTER,
Judge of the U. S. District Court
Central District of California