Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone:  (559) 441-7991
Facsimile: (559) 441-8170

Michael J. Bidart, No. 60582
Ricardo Echeverria, No. 166049
SHERNOFF BIDART ECHEVERRIA BENTLEY, LLP
600 South Indian Hill Boulevard
Claremont, CA  91711-5498
Telephone:  (909) 621-4935
Facsimile:  (909) 625-6915

Thomas V. Girardi, No. 36603
Shawn McCann, No. 227553
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA  90017
Telephone:  (213) 977-0211
Facsimile:  (213) 481-1554

Attorneys for:  Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.,<br><br>           Plaintiff,<br><br>      vs.<br><br>MERCK & CO., INC., et al.,<br><br>           Defendants. | Case No.: 1:07-CV-0388 DOC SAB<br><br>**ORDER FOR PUBLICATION OF NOTICE TO MISSING PLAINTIFFS**<br><br>Location:  Courtroom 9D<br>Judge:  Hon. David O. Carter |

   IT IS HEREBY ORDERED THAT:

   The following notice shall be published by the plaintiffs in a local newspaper of the widest circulation:

      Please be advised that if your name appears below, then

1

you are a designated plaintiff in the case of *Abarca et al. v. Merck & Co. Inc. et al.* or *Hernandez et al. v. Merck & Co. Inc. et al.*  We need to reach you immediately regarding the resolution of these cases.  Please call (559) 441-7991 for further information.

      HUMBERTO C. AVILA
      HUMBERTO AVILA
      ROSEMARY AVILA
      YOLANDA AVILA
      CRISTY A. POSADA
      ALETA M. SMITH
      DEANGELO J. SMITH
      DEMARCO L. SMITH
      ROBERT E. WILLIAMS
      KNUD LUND
      JUSTIN CHAMPLIN
      JEREMIAH CONCEPCION
      KAREN LAY

Dated:  December 19, 2013

*David O. Carter*
_____
THE HONORABLE DAVID O. CARTER
JUDGE OF THE UNITED STATES
DISTRICT COURT/CENTRAL DISTRICT