Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Michael J. Bidart, No. 60582
Ricardo Echeverria, No. 166049
SHERNOFF BIDART ECHEVERRIA BENTLEY, LLP
600 South Indian Hill Boulevard
Claremont, CA 91711-5498
Telephone: (909) 621-4935
Facsimile: (909) 625-6915

Thomas V. Girardi, No. 36603
Shawn McCann, No. 227553
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al., <br><br> Plaintiff, <br><br> vs. <br><br> MERCK & CO., INC., et al., <br><br> Defendants. | Case No.: 1:07-CV-0388 DOC SAB <br><br> **ORDER ESTABLISHING AND APPROVING THE QUALIFIED SETTLEMENT FUND** <br><br> Location: Courtroom 9D <br> Judge: Hon. David O. Carter |

IT IS HEREBY ORDERED THAT:

1. The Court approves the QSF Trust Agreement (attached hereto as Exhibit A) pursuant to Treasury Regulations §§ 1.468B-1(c)(1) and (e).

2. The Court approves the establishment of the QSF Trust pursuant to the terms and conditions set forth in the QSF Trust Agreement and Treasury Regulations §§ 1.468B-1(c)(1) and (e).

1

3. The Court approves the appointment of the Honorable John K. Trotter (Ret.) and the Honorable Edward A. Panelli (Ret.) as Trustees and Administrators of the QSF Trust.

4. The Court shall retain continuing jurisdiction over the QSF Trust, pursuant to Treasury Regulation § 1.468B-1(c)(1), and over its Trustees and Administrators.

Dated: December 19, 2013

*David O. Carter*

THE HONORABLE DAVID O. CARTER
JUDGE OF THE UNITED STATES
DISTRICT COURT/CENTRAL DISTRICT