Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Michael J. Bidart, No. 60582
Ricardo Echeverria, No. 166049
SHERNOFF BIDART ECHEVERRIA BENTLEY, LLP
600 South Indian Hill Boulevard
Claremont, CA 91711-5498
Telephone: (909) 621-4935
Facsimile: (909) 625-6915

Thomas V. Girardi, No. 36603
Shawn McCann, No. 227553
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| ABARCA, RAUL VALENCIA, et al.,<br><br>    Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC., et al.,<br><br>    Defendants. | Case No.: 1:07-CV-0388 DOC SAB<br><br>**ORDER FOR MISCELLANEOUS RELIEF TO FILE EXHIBIT UNDER SEAL**<br><br>Location: Courtroom 9D<br>Judge: Hon. David O. Carter |

GOOD CAUSE APPEARING THERFOR, IT IS HEREBY ORDERED THAT the document submitted as Exhibit A to the Abarca/Hernandez Litigation Qualified Settlement Fund attached as Exhibit A to the Stipulation and [Proposed]

///

///

Order Establishing and Approving the Qualified Settlement Fund shall be filed under seal.

**IT IS SO ORDERED.**

Dated:  December 19, 2013.

*David O. Carter*
_____
THE HONORABLE DAVID O. CARTER
JUDGE OF THE UNITED STATES
DISTRICT COURT/CENTRAL DISTRICT