UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 07-388-DOC (SAB)　　　　　　　　　　　　　　Date: January 9, 2014

Title: RAUL ABARCA, ET AL. v. MERCK & CO., INC., ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:　　ATTORNEYS PRESENT FOR DEFENDANT:
　　　　None Present　　　　　　　　　　　　　　　　None Present

**PROCEEDINGS (IN CHAMBERS):　ORDER ADOPTING SPECIAL MASTERS' RECOMMENDATION REGARDING MINOR PLAINTIFFS**

On January 6, 2014, Special Masters John K. Trotter and Edward A. Panelli filed a recommendation with this Court. January 6, 2014 Recommendation (Dkt. 1948). The Court hereby adopts the following recommendation from the Special Masters:

The Court approves the settlements as to the minor plaintiffs without further proceedings or the need for formal minors compromises. The minor plaintiffs' claims are considered fully satisfied by the execution of the Release as appended to the Settlement Agreement and the issuance of a settlement draft listing the guardian ad litem and the minor plaintiff.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11　　　　　　　　　　　　　　　　　　　　　　　　S.A.
CIVIL-GEN　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk