**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. CV 07-388-DOC (SABx)                    Date:  January 16, 2013

Title: ABARCA, RAUL VALENCIA, ET AL. v. MERCK & CO., INC., ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT:
None Present                                                     None Present

**PROCEEDINGS (IN CHAMBERS):   ORDER DISMISSING CASE WITH
PREJUDICE**

On January 7, 2014, parties filed a Stipulation for Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a) (Dkt. 1949).  In short, the stipulation provided that, "the undersigned parties hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs, and request that the Court enter an Order dismissing this action with prejudice, with each party to bear its own attorneys' fees and costs."

The Court accepts and approves the Stipulation, and hereby DISMISSES the entire action WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN                                                                                            Initials
of Deputy Clerk